**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**QUARTERLY JOINT STATUS REPORT**

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge ("ALJ") of the Department of the Interior remains pending. As indicated in the parties' last Status Report, the contest proceeding was reassigned within the Department's Office of Hearings and Appeals, and the new ALJ requested status reports in July.

(2) The parties filed their status reports, and the ALJ scheduled an Initial Prehearing Conference for August 15, 2006. In that conference, the parties' discussed a potential hearing schedule and the scheduling of the preliminary matters necessary to prepare for hearing.

(3) On August 16, 2006, the ALJ issued his Prehearing Scheduling Order, setting the contest for hearing to begin June 5, 2007, in Medford, Oregon, and scheduling discovery and dispositive motion deadlines, and setting the prehearing conference between August 16, 2006 and the hearing date.

(4) Contestees have arranged to ship a number of the bulk samples to a facility in Arizona for test milling. Contestees' removal of these bulk samples from the locations where they were placed after they were taken from the claims, and loading them for transport to the facility in Arizona, is to occur the week of September 25. Contestees duly notified the Forest Service, and the Forest Service notified Contestees it expected to have its representative(s) on site to witness the loading and transport. Contestees have also been duly notified of the test milling arrangements, so that they may notify Contestees if they plan to attend any or all of the test milling of the portion of the bulk sample material shipped to the Arizona facility.

Although filed by counsel for the United States, this Status Report was prepared, and is being filed, jointly by the parties.

Dated: September 29, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ Bruce K. Trauben

Bruce K. Trauben, Esq.
Natural Resources Section
Environment & Natural Resources Division
U. S. Department of Justice
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
**Attorney for Defendant, the United States**