# In the United States Court of Federal Claims

| | |
|---|---|
| ALFRED ALOISI, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 95-650L (Filed: November 14, 2006) |

**O R D E R**

A status conference by telephone is set for Thursday, December 14, 2006, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims