# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| ALFRED ALOISI, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 95-650L |
| UNITED STATES OF AMERICA, | * | (Filed: December 14, 2006) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

A status conference by telephone was held in the above-captioned case on December 14, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, February 28, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims