**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALFRED ALOISI, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 95-650L** |
| **UNITED STATES OF AMERICA,** | ) | **Hon. Lawrence S. Margolis** |
| **Defendant.** | ) | |

**QUARTERLY JOINT STATUS REPORT**

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge ("ALJ") of the Department of the Interior remains pending. As indicated in the parties' last Status Report, in August the ALJ issued his Prehearing Scheduling Order, setting the contest for hearing to begin June 5, 2007, in Medford, Oregon, and scheduling discovery and dispositive motion deadlines, and setting the prehearing conference.

(2) The parties are proceeding with discovery under the ALJ's schedule.

(3) Contestees delivered a number of their bulk samples of material from the claims to a facility in Arizona for test milling in September. In late October and early November, this facility conducted test milling of these bulk samples. Contestant's representative was invited to attend the milling of the bulk sample material, and did attend and witness the milling of half of the material.

(4) In late November Contestees delivered the mill operator's report on the milling process, containing assays and evaluations of product fractions from the milling process.

(5) The parties are evaluating this milling report, and integrating this information into their analyses of the mineralization and the economics of operations on the claims. These analyses are integral to the parties' preparation of the case for hearing under the ALJ's schedule.

(6) Although this Status Report is being filed electronically by counsel for Defendant, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case.

Dated: January 2, 2007

Respectfully submitted,

/s/ Lawrence G. McBride

Lawrence G. McBride, Esq.
FOLEY & LARDNER LLP
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 295-4017 (ph)
(202) 672-5399 (fax)
**Attorney for Plaintiffs**

Sue Ellen Wooldridge
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s/ Bruce K. Trauben

Bruce K. Trauben, Esq.
Natural Resources Section
Environment & Natural Resources Division
U. S. Department of Justice
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
**Attorney for Defendant**