**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**QUARTERLY JOINT STATUS REPORT**

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge ("ALJ") of the Department of the Interior remains pending. Under the Scheduling Order issued by the ALJ in August 2006, hearing is scheduled for the first two weeks in June. Also under the Scheduling Order, the parties have engaged in discovery involving document production, interrogatories and requests for admission. The parties are also briefing pre-hearing motions filed with respect to issues involved in the June hearing.

(2) The parties have produced to each other all the results of their testing to date of their splits of the samples extracted by Contestees in 2004 as part of their case preparation.

(3) In February, plaintiffs in the Court of Federal Claims (Contestees in the Interior Department proceeding) tendered a letter to the Justice Department describing their proposed framework for settling both proceedings in one package. Defendant in the Court of Federal Claims is preparing a response to plaintiffs' letter.

(4) Counsel have been notified of the scheduling of their next Status Conference with this Court on May 23, 2007, at 11:30 a.m.

(5) Although this Status Report is being filed electronically by counsel for the United States, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: March 30, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)

**Attorney for Defendant**