**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT INTERIM STATUS REPORT**

This Joint Interim Status Report, in advance of the May 23, 2007, telephone status conference, is to inform the Court that, in the contest proceeding before the Department of the Interior's Office of Hearings and Appeals, Administrative Law Judge Holt issued the attached Order dated May 2, ruling among other things that the Office of Hearings and Appeals does not have jurisdiction to decide the validity of the mining claims as of the date of the alleged taking. Contestant intends to file a motion for reconsideration of that part of the May 2 Order. Contestees intend to respond to that motion promptly. The parties shall promptly apprise this Court of Administrative Law Judge Holt's action on the Contestant's motion for reconsideration, if ruled upon prior to the status conference.

This status report was prepared jointly by counsel for all parties, although it is being filed by counsel for the plaintiffs.

Dated: May 14, 2007

Respectfully submitted,

s/ Lawrence G. McBride

Lawrence G. McBride, Esq.
**FOLEY & LARDNER LLP**
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 295-4017 (ph)
(202) 672-5399 (fax)
**Attorney for plaintiffs**