# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALFRED ALOISI, et al., *
Plaintiffs, *
v. * No. 95-650L
UNITED STATES OF AMERICA, * (Filed: May 24, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference by telephone was held in the above-captioned case on May 23, 2007.

**It is hereby ORDERED:**

1. The stay of the proceedings in this case is lifted.

2. The next status conference shall be held by telephone on Tuesday, June 19, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims