**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Proposed Scheduling Order, filed June 13, 2007, and the scheduling conference held June 19, 2007, it is hereby ORDERED as follows:

| **Event** | **Date of Completion**[1/] |
|---|---|
| Parties shall respond or serve supplemental responses to prior discovery | July 18, 2007 |
| Last date for either side to propound written discovery | July 25, 2007 |
| Parties shall exchange Preliminary Witness and Exhibit Lists[2/] | August 3, 2007 |
| Plaintiffs shall transmit any Expert Reports, in accordance with RCFC 26 | August 7, 2007 |
| Due date for any dispositive motions | August 17, 2007 |
| Defendant shall transmit any Expert Reports, in accordance with RCFC 26 | August 24, 2007 |

[1/] Service of any discovery requests and responses (excepting any documents to be produced) must be served by fax and email to the counsel of record. The parties agree that responses to written discovery must be transmitted within 30 days from the date of service of the requests.

[2/] The parties agree that the witnesses and exhibits contained in the parties' Final Witness and Exhibit List must have been identified in the parties' Preliminary Witness and Exhibit List unless good cause is provided for the omission. The parties recognize that, because discovery will be continuing after the exchange of preliminary lists, newly discovered information may be good cause for amendment of the lists. If a party's Final Witness List contains a previously-unidentified witness and good cause is shown for his/her omission from the Preliminary Witness List, counsel for the other side shall be provided a reasonable opportunity to depose that witness prior to trial.

| | |
|---|---|
| Parties shall complete all written discovery and any requested document production | August 24, 2007 |
| Plaintiffs may transmit any rebuttal Expert Report, if desired | August 31, 2007 |
| Parties shall complete all fact witness depositions and expert depositions | September 7, 2007 |
| Due date for responses to any dispositive motions | September 14, 2007 |
| Plaintiffs shall file Pre-Trial Memorandum and Final Witness and Exhibit List, in accordance with Appendix A of the Court of Federal Claims | September 17, 2007 |
| Due date for replies in support of any dispositive motions | September 28, 2007 |
| Defendant shall file Pre-Trial Memorandum and Final Witness and Exhibit List, in accordance with Appendix A of the Court of Federal Claims | October 1, 2007 |
| Motions *in Limine* Due | October 15, 2007 |
| Response to Motions *in Limine* Due | October 22, 2007 |
| Final Pre-Trial Conference (Washington, D.C.) | October 29, 2007 |
| Trial (location to be determined) | November 5-16, 2007 |

The parties may extend any dates by mutual agreement so long as the agreed-upon extension does not interfere with the due dates for the pre-trial memoranda, motions *in limine*, pre-trial conference, or the trial. The Court's Orders of October 6, 1999, and May 21, 2002, requiring quarterly status reports, are hereby VACATED.

SO ORDERED, this ____ day of ______________, 2007.

______________________________
Lawrence S. Margolis, Judge