# In the United States Court of Federal Claims

| | |
|---|---|
| ALFRED ALOISI, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 95-650L (Filed: June 28, 2007) |

**O R D E R**

A status conference by telephone was held in the above-captioned case on June 19, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Thursday, September 6, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims