**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

**JOINT PROPOSED SCHEDULING ORDER**

On June 13, 2007, the parties jointly proposed a scheduling order in advance of the telephonic scheduling conference held on June 19, 2007. Under that June 13, 2007 proposed schedule, the parties contemplated taking expedited discovery leading to motions practice, with a trial on any remaining issues to be held on November 5-16, 2007. After the June 19, 2007 scheduling conference, the Court took the parties' proposed schedule under advisement, but no scheduling order issued.

Nevertheless, the parties attempted to adhere to the proposed schedule, but soon fell behind due mainly to a death in Plaintiffs' counsel's immediate family. Accordingly, the parties agree that the previously-suggested pre-trial and trial dates are no longer feasible. Although the parties share the Court's desire to see this matter progress expeditiously, the parties also agree that certain issues may be clarified, or resolved completely, by dispositive motions. The parties agree that the Court's resolution of these issues could significantly conserve judicial resources by limiting unnecessary trial evidence and also help the parties focus more clearly on issues that are actually in dispute. The parties, therefore, hereby propose the attached scheduling order. For the Court's convenience, below is a chart showing the prior due dates and the proposed dates for the corresponding events:

| Event | Date of Completion as Proposed on June 13, 2007 | Proposed New Date of Completion |
|---|---|---|
| Last date for the parties to propound written discovery | July 25, 2007 | September 12, 2007 |
| Parties shall complete all written discovery and any requested document production | August 24, 2007 | October 5, 2007[1/] |
| Parties shall complete all fact witness depositions | September 7, 2007 | October 26, 2007 |
| Due date for any dispositive motions | August 17, 2007 | November 5, 2007 |
| Due date for responses to any dispositive motions | September 14, 2007 | December 3, 2007 |
| Due date for replies in support of any dispositive motions | September 28, 2007 | December 17, 2007 |
| Argument on any dispositive motions | None scheduled | January 14, 2008<br>(time to be determined) |

Under the proposed schedule, the parties contemplate that, after ruling on dispositive motions, the parties will propose a schedule for remaining events, including expert reports and expert discovery, leading to trial on any remaining issues.

Although this Joint Proposed Scheduling Order is being filed electronically by counsel for the United States, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

---

[1/] The United States propounded a Second Set of Interrogatories and Requests for Production of Documents on July 31, 2007. Plaintiffs' response to that discovery shall be due on September 14, 2007.

Dated: September 5, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*