**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ALFRED ALOISI, et al., )
)
Plaintiffs )
)
v. ) No. 95-650L
)
UNITED STATES OF AMERICA, ) Hon. Lawrence S. Margolis
)
Defendant. )
)

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Proposed Scheduling Order, filed September 5, 2007, and the scheduling conference held September 6, 2007, it is hereby ORDERED as follows:

| **Event** | **Date of Completion** |
|---|---|
| Last date for the parties to propound written discovery | September 12, 2007 |
| Parties shall complete all written discovery and any requested document production | October 5, 2007[1] |
| Parties shall complete all fact witness depositions | October 26, 2007 |
| Due date for any dispositive motions | November 5, 2007 |

[1] The United States propounded a Second Set of Interrogatories and Requests for Production of Documents on July 31, 2007. Plaintiffs' response to that discovery shall be due on September 14, 2007.

| | |
|---|---|
| Due date for responses to any dispositive motions | December 3, 2007 |
| Due date for replies in support of any dispositive motions | December 17, 2007 |
| Argument on any dispositive motions | January 14, 2008<br>(time to be determined) |

Other than the dates set for dispositive motions practice and oral argument, the parties may agree to modify the scheduled dates by up to one week, without seeking prior approval from the Court. The parties shall submit a proposed pre-trial and trial schedule within ten (10) days after the Court resolves any dispositive motions.

SO ORDERED this ____ day of ______________________, 2007.

______________________________
Lawrence S. Margolis, Judge