IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER

On September 6, 2007, the Court issued a Scheduling Order in this action, setting deadlines for fact discovery, dispositive motions practice and oral argument. The parties have propounded and responded to written discovery, and are in the process of following up to resolve any outstanding issues. Depositions of six individuals and one corporate designee are scheduled for the week of October 29, 2007, through November 2, 2007, in Yreka, California, and additional depositions remain to be scheduled. Currently, dispositive motions are due on Monday, November 5, 2007. To permit the parties to wind up written discovery, including production of documents, and complete fact depositions, the parties jointly and respectfully request that the Court modify the Scheduling Order according to the proposed order attached.

Additionally, agency counsel for the U.S. Department of Agriculture who has been involved in this matter since its inception, is now scheduled to have major surgery on November 2, 2007. Defense counsel, therefore, also hopes that the proposed modifications to the schedule will provide sufficient time to have the assistance of agency counsel prior to filing any dispositive motion.

Although this Joint Proposed Scheduling Order is being filed electronically by counsel for the United States, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: October 22, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*