# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ALFRED ALOISI, et al.,

Plaintiffs,

v. No. 95-650L

UNITED STATES OF AMERICA, (Filed: October 25, 2007)

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Upon consideration of the parties Joint Motion to Modify the Scheduling Order, filed October 22, 2007, it is hereby **ORDERED** as follows:

| **Event** | **Date of Completion in Sept. 6, 2007 Order** | **New Date of Completion** |
|---|---|---|
| Last date for the parties to propound written discovery | Sept. 12, 2007 | Completed |
| Parties shall complete all written discovery and any requested document production | Oct. 5, 2007 | Completed (except for any outstanding issues relating to the parties' written discovery) |
| Parties shall complete all fact witness depositions | Oct. 26, 2007 | November 9, 2007 |
| Due date for any dispositive motions | Nov. 5, 2007 | November 30, 2007 |
| Due date for responses to any dispositive motions | Dec. 3, 2007 | December 21, 2007 |
| Due date for replies in support of any dispositive motions | Dec. 17, 2007 | January 14, 2008 |
| Argument on any dispositive motions | Jan. 16, 2008, 2:30 p.m. | Proposed February 6, 2008 (date and time to be determined by the Court) |

Other than the dates set for dispositive motions practice and oral argument, the parties may agree to modify the scheduled discovery dates by up to one week, without seeking prior approval from the Court. The parties shall submit a proposed pre-trial and trial schedule within ten (10) days after the Court resolves any dispositive motions.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims