IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER

On October 25, 2007, the Court issued a Scheduling Order, setting deadlines for fact discovery, dispositive motions practice and a proposed date for oral argument. As of the close of discovery, November 9, 2007, the parties have nearly completed fact discovery. They have exchanged written discovery and, between them, have deposed six witnesses during the week of October 29, 2007, in Yreka, California. An additional deposition is scheduled for November 16, 2007, and at least one deposition remains to be scheduled. Rather than formally extend the deadline for fact discovery, however, the parties have agreed to schedule depositions out of time, provided the Court agrees with that procedure.

Additionally, counsel for the parties believe that it would be more efficient, and avoid duplicative filings of exhibits, if they file by December 7, 2007 a Joint Statement of Facts and a Joint Appendix. While the parties contemplate filing a Joint Statement of Facts and a Joint Appendix of exhibits, they agree that neither side would be precluded from identifying additional facts or filing additional exhibits in support of their respective motions, although the parties will use their best efforts to minimize the number of additional exhibits each might file. The parties contemplate filing a Joint Appendix that spans several volumes and, therefore, request that the Court permit them to file an original and two copies with the Clerk's Office on paper only, rather than electronically.

To accommodate the filing of a Joint Statement of Facts and Joint Appendix, the due dates for dispositive motions practice need to be modified accordingly. Attached is a Proposed Scheduling Order identifying new due dates, and suggesting that oral argument be held during the week of February 25, 2008.

Although this Joint Motion to Modify the Scheduling Order is being filed electronically by counsel for the United States, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: November 16, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | (Filed: November ___, 2007) |
| | ) | |

SCHEDULING ORDER (PROPOSED)

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, filed November 16, 2007, it is hereby ORDERED as follows:

| Event | Date of Completion in Oct. 25, 2007 Order | New Date of Completion |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Oct. 5, 2007 | Completed (except for any supplemental discovery responses and production of documents) |
| Parties shall complete all fact witness depositions | Nov. 9, 2007 (subject to one week extension by agreement among the parties) | Completed Nov. 16, 2007 (except the parties may agree to take additional depositions out of time, as they deem necessary) |
| Parties shall file a Joint Statement of Facts and Joint Appendix | (New) | December 7, 2007 |
| Due date for any dispositive motions | Nov. 30, 2007 | December 21, 2007 |
| Due date for responses to any dispositive motions | Dec. 21, 2007 | January 22, 2008 |
| Due date for replies in support of any dispositive motions | Jan. 14, 2008 | February 8, 2008 |
| Argument on any dispositive motions | Proposed Feb. 6, 2008 | To be determined by the Court - the Parties propose during the week of February 25, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties shall use their best efforts to minimize the number of additional exhibits each might file. The parties shall file an original and two copies of the Joint Appendix with the Clerk's Office on paper only, rather than electronically. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims