IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALFRED ALOISI, et al., )
)
Plaintiffs )
)
v. ) No. 95-650L
)
UNITED STATES OF AMERICA, ) Hon. Lawrence S. Margolis
)
Defendant. ) (Filed: November ___, 2007)
)

SCHEDULING ORDER (PROPOSED)

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, filed November 16, 2007, it is hereby ORDERED as follows:

| Event | Date of Completion in Oct. 25, 2007 Order | New Date of Completion |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Oct. 5, 2007 | Completed (except for any supplemental discovery responses and production of documents) |
| Parties shall complete all fact witness depositions | Nov. 9, 2007 (subject to one week extension by agreement among the parties) | Completed Nov. 16, 2007 (except the parties may agree to take additional depositions out of time, as they deem necessary) |
| Parties shall file a Joint Statement of Facts and Joint Appendix | (New) | December 7, 2007 |
| Due date for any dispositive motions | Nov. 30, 2007 | December 21, 2007 |
| Due date for responses to any dispositive motions | Dec. 21, 2007 | January 22, 2008 |
| Due date for replies in support of any dispositive motions | Jan. 14, 2008 | February 8, 2008 |
| Argument on any dispositive motions | Proposed Feb. 6, 2008 | To be determined by the Court - the Parties propose during the week of February 25, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties shall use their best efforts to minimize the number of additional exhibits each might file. The parties shall file an original and two copies of the Joint Appendix with the Clerk's Office on paper only, rather than electronically. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims