IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

SUGGESTION OF DEATH OF PLAINTIFF DONALD W. GOODMAN

It has recently come to Defendant's attention that Plaintiff, Donald W. Goodman died on June 4, 2005. Attached as Exhibit A is a copy of an obituary announcing the death of Mr. Goodman that was published by the *Reading Eagle* on June 11, 2005, and found on the Internet at <http://www.rootsweb.com/~paberks/obits/ObitsGo-Gy.html>, which was last visited on November 20, 2007.

Dated: November 20, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

# EXHIBIT A

**(Obituary of Donald W. Goodman, Plaintiff)**

# Goodman, Donald W.

Donald W. Goodman, 74, formerly of Reading, died June 4 at 2:45 p.m. in his Wrightsville, York County residence. Born in Reading, he was a son of the late Harold G. and Anna E. (Rutter) Goodman. Goodman had been employed for 40 years at Capricorn Inc., a blasting and drilling company in New Jersey, retiring as president. He was a 1948 graduate of Reading High School. Goodman was an Air National Guard veteran. He is survived by a son, Donald, Palisades Park, N.J.; and two daughters, Kim Ann (Goodman) Beebe, Port Jervis, N.Y., and Jody (Goodman) Stevenson, Hyde Park, Vt. Other survivors include a sister, Anna Mae (Goodman) Hoffman, Temple; and two brothers, Robert W., Catonsville, Md., and George H., Apache Junction, Ariz. There are also seven grandchildren. He was predeceased by a daughter, Susan Goodman. Services and burial will be private. The Etzweiler Funeral Home, Wrightsville, is in charge of arrangements.

[Source: *Reading Eagle*, June 11, 2005. Submitted by: Nancy McD.]