# EXHIBIT A

**(Obituary of Donald W. Goodman, Plaintiff)**

# Goodman, Donald W.

Donald W. Goodman, 74, formerly of Reading, died June 4 at 2:45 p.m. in his Wrightsville, York County residence. Born in Reading, he was a son of the late Harold G. and Anna E. (Rutter) Goodman. Goodman had been employed for 40 years at Capricorn Inc., a blasting and drilling company in New Jersey, retiring as president. He was a 1948 graduate of Reading High School. Goodman was an Air National Guard veteran. He is survived by a son, Donald, Palisades Park, N.J.; and two daughters, Kim Ann (Goodman) Beebe, Port Jervis, N.Y., and Jody (Goodman) Stevenson, Hyde Park, Vt. Other survivors include a sister, Anna Mae (Goodman) Hoffman, Temple; and two brothers, Robert W., Catonsville, Md., and George H., Apache Junction, Ariz. There are also seven grandchildren. He was predeceased by a daughter, Susan Goodman. Services and burial will be private. The Etzweiler Funeral Home, Wrightsville, is in charge of arrangements.

[Source: *Reading Eagle*, June 11, 2005. Submitted by: Nancy McD.]