# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

NOTICE OF DEPOSITION OF DYNATECH CORP.

PLEASE TAKE NOTICE that, pursuant to CFC Rule 30(b)(6) and the Scheduling Order entered in this action, on Wednesday, October 24, 2007, Defendant shall take the deposition of a designee, or designees, of Plaintiff Dynatech Corp., commencing at 3:00 p.m., and continuing until completed, at the offices of the Forest Supervisor, Klamath National Forest, 1312 Fairlane Road, Yreka, CA 96097, (530) 841-4483, or at another date, time and location as agreed upon by the parties, to be taken under oath before a duly authorized notary public and/or reporter. Dynatech Corp. shall produce for deposition a representative or representatives with knowledge of the subject matter identified in Attachment A to this Notice.

Dated: October 15, 2007

Respectfully submitted,

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

## ATTACHMENT A
## SUBJECT MATTER FOR DEPOSITION

Pursuant to CFC Rule 30(b)(6), please produce for deposition a corporate designee who is knowledgeable regarding the subject matter described below. If no one individual possesses sufficient knowledge regarding all of the subjects identified, below, then please designate as many representatives as is necessary to address each topic. The "Company" or "Corporation" refers to the Plaintiff identified in the accompanying notice of deposition. The phrase, "Mining Claims," shall be interpreted broadly to include the mining claims identified in the Complaint, any patented mine or mill sites identified in the Complaint, and any mining activities at such mining claims and/or patented mine or mill sites.

1. Corporate history, governance, and field(s) of business, including but not limited to the formation and mission of the corporation, it's officers, directors, shareholders, managers, employees, services and/or products;

2. Company's experience or involvement in mining in general, and in gold mining in particular;

3. Ownership interest in the property or property interests identified in the Complaint, including but not limited to the company's ownership interest in the Mining Claims;

4. The Company's investment-backed expectations with respect to the Mining Claims, including but not limited to the Company's investment in, or contribution to, the Mining Claims, and the Company's expected returns on its investment or contribution;

5. The Company's income, gains or losses associated with the Mining Claims;

6. Any proposed, planned, and/or conducted mining activities at the Mining Claims;

7. Any economic impact on the Company allegedly resulting from Forest Service consultations with the Fish & Wildlife Service with respect to the Northern Spotted Owl as alleged in the Complaint;

8. Any leases, or attempts to lease, any of the Mining Claims, and any rents or royalties;

9. Any equipment or other materials provided to, or by, the Company for use at the Mining Claims;

10. Any loans, loan guarantees or other financial assistance provided to, or for the use of, any company or individual with respect to the Mining Claims;

11. The Company's knowledge with respect to the Northern Spotted Owl; and

12. The Plaintiffs' documents produced in this action, *Aloisi v. United States*, CFC No. 95-650L, and/or the Contest previously pending before the U.S. DOI's Office of Hearings and Appeals, *United States v. Aloisi*, CACA 41272.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2007, a true and correct copy of the foregoing Notice of Deposition of Dynatech Corp. was sent electronically and via Federal Express, with charges billed to Defendant, to counsel of record for Plaintiffs at the following address:

Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K St., N.W., Suite 500
Washington, DC 20007
e-mail: lmcbride@foley.com

Bruce K. Trauben