# EXHIBIT C

# State of Delaware

The Official Website for the First State



**Department of State: Division of Corporations**



## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **2139080** | Incorporation Date / Formation Date: | **09/29/1987** (mm/dd/yyyy) |
| Entity Name: | **ENERGEL INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **FORFEITED** | Status Date: | **05/08/2004** |
| Tax Status: | **DELINQUENT** | | |

**REGISTERED AGENT INFORMATION**

Name: **No registered agent on record.**

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more..

Would you like ○ Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

# Field Definitions

**FILING HISTORY NUM OF PAGES**

This is the number of pages that complete the legal document filed.

**ENTITY TYPE**

**A - General** - Type General refers to a legal entity with no special attributes such as non profit or religious.
**B - Bank** - Bank refers to the entity actually existing as a Bank and conducting banking business.
**C - Closed Corp** - (a) A close corporation is a corporation organized under subchapter 342 whose certificate of incorporation contains the provisions required by Section 102 of this title and, in addition, provides that:

(1) All of the corporation's issued stock of all classes, exclusive of treasury shares, shall be represented by certificates and shall be held of record by not more than a specified number of persons, not exceeding 30; and

(2) All of the issued stock of all classes shall be subject to 1 or more of the restrictions on transfer permitted by Section 202 of this title; and

(3) The corporation shall make no offering of any of its stock of any class which would constitute a "public offering" within the meaning of the United States Securities Act of 1933 ?15 U.S.C. Section 77a et seq.| as it may be amended from time to time.

(b) The certificate of incorporation of a close corporation may set forth the qualifications of stockholders, either by specifying classes of persons who shall be entitled to be holders of record of stock of any class, or by specifying classes of persons who shall not be entitled to be holders of stock of any class or both.

(c) For purposes of determining the number of holders of record of the stock of a close corporation, stock which is held in joint or common tenancy or by the entireties shall be treated as held by 1 stockholder.

**D - DISC Corp** - Domestic International Sales Corporation A domestic corporation meeting certain conditions pursuant to federal Internal Revenue Service codes. For more information please visit www.irs.gov and search DISC.

**F - Professional Association** - (1) The term "professional service" shall mean any type of personal service to the public which requires as a condition precedent to the rendering of the service the obtaining of a license or other legal authorization, and which, by reason of law, prior to June 7, 1969, could not be performed by a corporation. In addition, and by way of example without limiting the generality thereof, the personal services which come within this chapter are the personal services rendered by architects, certified or other public accountants, chiropodists, chiropractors, doctors of dentistry, doctors of medicine, optometrists, osteopaths, professional engineers, veterinarians, and, subject to the Rules of the Supreme Court, attorneys-at-law.

(2) The term "professional corporation" means a corporation which is organized, under this chapter, for the sole and specific purpose of rendering professional service, and which has as its shareholders only individuals who themselves are duly licensed or otherwise legally authorized within this State to render the same professional service as the corporation.

**G - General Partnership** - Partnership" means an association of two or more persons formed under Section 15-202 of this title, predecessor law or comparable law of another jurisdiction to carry on any business, purpose or activity.

**I - Regulated Investment Corp.** - A domestic corporation that elects to be treated as an RIC as defined by Section851 of the federal Internal Revenue Code for tax purposes. For more information please visit www.irs.gov and search RIC.

**L - LLP or LLLP** - A partnership (whether General or Limited) that has filed a statement of qualification pursuant to 6 DEL.C. § 15-1001.

**N - Non Title 8** - This refers to an entity that is not regarded as a general corporation pursuant to Title 8.

**R - Non-profit or Religious** - This description type refers to a corporation that sets forth in it's certificate of incorporation or subsequent documents that it is a non-profit corporation. The "Religious" literal does not infer that, in every case, the corporation is for Religious purposes only. The intent is to define the corporation as Non-Profit, charitable corporation which maybe formed for Religious purposes.

**S - Stock, Non-taxable** - This description is to define the corporation as a stock corporation that is not required to pay an annual franchise tax as defined in the Delaware Code. An example may be a corporation that has authorized stock but is formed for charitable purposes.

**FILING HISTORY DESCRIPTION**

The type of legal document filed with the Division.

**ENTITY KIND**

As defined by Delaware Code, Titles 8, 6, 12, 15, an entity may be one of the following:

Corporation
Limited Partnership
Limited Liability Company
Statutory Trust
Partnership (whether General or Limited Liability Partnership)
Unincorporated Non-Profit Association

---

**STATUS**

All entities formed in Delaware whether active or inactive are defined with a particular status. They are defined as such:

**A - Good Standing** - The entity's existence has not been terminated either voluntarily or administratively.

**C - Cancelled** - A certificate of Cancellation has been voluntarily filed by the entity to terminate its existence. This certificate is filed when an entity has dissolved and at the completion of winding up the entity.

**D - Dissolved** - A certificate of Dissolution has been voluntarily filed by the corporation to terminate its legal existence.

**E - Expired** - A Limited Liability Partnership or Limited Liability Limited Partnership has not filed their annual report in a timely manner. A reinstatement and all Annual Reports that have not been filed, may be filed to reinstate the LLP or LLLP to good standing status. Refer to Title 6, Chapter 15Section1003.

**F - Forfeited** - A corporation has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**G - Resign to Appointment** - An Unincorporated Non-Profit Association filed pursuant to Title 6, Chapter 19 may appoint an agent to receive service of process. If such agent resigns from this appointment the entity would show this status.

**J - Cancelled-Voided** - A Limited Partnership, Limited Liability Company or Partnership failed to pay their annual tax for a period of 3 years from the date it is due.

**L - Consolidated** - A Certificate of Merger and Consolidation has been filed. The existence of this entity has terminated and a new entity has been created as a result of the filing.

**M - Merged** - A Certificate of Merger between 1 or more entities has been filed. This entity did not survive the merger but was merged into another entity.

**N - Converted** - A Certificate of Conversion has been filed. This entity has been converted to an entity that is in existence in another jurisdiction.

**P - Revoked** - A Limited Liability Partnership (LLP) that has not filed their Annual Report. The Statement of Qualification or Statement of Foreign Qualification of the LLP has been revoked by the Secretary of State.

**R - Forfeited-Resigned** - A Limited Partnership, Limited Liability Company or Partnership that has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**S - Surrendered** - A Certificate of Voluntary Dissolution before issuance of shares or before beginning of business has been filed with the Division of Corporations.

**T - Transfer** - A Certificate of Transfer has been filed and the result of such transfer is the cessation of its existence as an entity of the State of Delaware.

**V - Void** - A corporation that failed to pay it's annual franchise tax for a period of 1 year or a Foreign Corporation that has not filed their annual reports within a 2 year period.

**W - Withdrawal** - A voluntary Certificate of Withdrawal has been filed by the Corporation which is registered/qualified to do business in Delaware as a Foreign Corporation but domestic in another jurisdiction, to terminate it's authority to transact business in the State of Delaware.

**X - Ceased Good Standing** - This represents an entity that failed to pay their annual taxes timely. For example: 2002 taxes due June 1, 2003 were not received by end of day June 1, 2003.

---

**TAX STATUS**

Delinquent Quarterly means a corporation that has greater than $5,000 tax assessment that is paid in quarterly installments and the current quarterly payment due is late.

Delinquent means there is a current annual tax balance still due.

Current means all current taxes due are paid in full.

---

**FILING HISTORY DOC CODE**

This code is used to enter the filing on our database and indicates the type of filing.

---

**FILING HISTORY FILING DATE**

The date the document was received in our office for filing.

---

**FILING HISTORY SEQ**

This is a system assigned number to place the filing in the correct order on our database.

---

**ANNUAL TAX ASSESSMENT**

Every corporation that authorizes shares of stock in their certificate of incorporation or subsequent amending documents has an annual tax assessed on those authorized shares. This field reflects the tax assessment for the current tax year.

---

**LAST ANNUAL REPORT FILED**

Every corporation is required by law to file an annual report which is due March 1 annually. This field reflects the most current tax year that has a report on file.

---

**REGISTERED AGENT INFORMATION**

Every corporation shall have and maintain in this State a registered agent in each case, having a business office which generally is open during normal business hours to accept service of process and otherwise perform the functions of a registered agent. Such agent may be an individual or business entity authorized to transact business in the State of Delaware. The data presented in this field denotes the agent name, address and phone number of such agent for the entity you are viewing.

---

**INCORPORATION DATE OR FORMATION DATE**

The date when a certificate to form a new entity becomes effective with the Division of Corporations.

---

**RESIDENCY**

Domestic means that this entity is domiciled in Delaware.

Foreign means that this entity is domiciled in another jurisdiction but registered/qualified to do business in Delaware.

---

**FILING HISTORY EFFECTIVE DATE**

Delaware law provides for a future effective date of a document and this field indicates the effective date of the document as set forth in the contents of said document.

---

**FILE NUMBER**

A unique identifier assigned to each entity incorporated, formed, qualified or registered with the Division of Corporations.

---

**FILING HISTORY FILING TIME**

The time of day the document was received for filing.

---

**TOTAL AUTHORIZED SHARES**

Any stock corporation may authorize shares of stock that may be issued at a future date. This field represents the current total number of shares authorized by the company's certificate of incorporation or subsequent amending documents.

---

**ENTITY NAME**

The current name of an entity as set forth in their certificate of incorporation or formation; or as amended by subsequent documents.

---