# EXHIBIT E

**Trauben, Bruce (ENRD)**

**From:** McBride, Lawrence G. [LMcBride@foley.com]
**Sent:** Thursday, October 25, 2007 4:10 PM
**To:** Trauben, Bruce (ENRD)
**Subject:** RE: Depositions of Mike Lee, Harry Frey and Hilton Cass

Bruce,

I'm bringing the A-list docs.
Thanks for arrangements on document availability -- simplifies things greatly.
Thanks for info / confirmations for the three.
We do not have anyone available other than Aloisi and Ferrero. Kendle not reached yet.
I just got your disk, thanks. Now, do I have concordance on my machine?

Larry

-----Original Message-----
From: Trauben, Bruce (ENRD) [mailto:Bruce.Trauben@usdoj.gov]
Sent: Thursday, October 25, 2007 4:03 PM
To: McBride, Lawrence G.
Cc: Miller, Shelley (ENRD); Yarbrough, Mariel (ENRD)
Subject: Depositions of Mike Lee, Harry Frey and Hilton Cass
Importance: High

Larry: Mike Lee (Monday afternoon); Harry Frey (Tuesday a.m.) and Hilton Cass (Tuesday afternoon and continuing thru Wed. a.m. if necessary) are confirmed. I'm waiting to hear back from Al Buchter to confirm his availability for Monday a.m. Any word for me on the availability of deponents in addition to Fred and Tom? Also, at the risk of repeating, I am making arrangements to have all FS, FWS (admin record) and LCM documents available, including the mineral examination report, as supplemented, and documents recently produced by Defendant. If there is any particular document that you are concerned about being available, please let me know as soon as possible as we're sending a box (or two) out tonight for delivery Monday a.m. in Yreka. Will plaintiffs have their documents on hand? In a pinch, we'll have electronic copies of the documents available to us at the FS office. Bruce

For U.S. Mail:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

Hand/Overnight Deliveries:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004