# EXHIBIT G

## Trauben, Bruce (ENRD)

**From:** Trauben, Bruce (ENRD)
**Sent:** Tuesday, November 06, 2007 6:46 PM
**To:** 'McBride, Lawrence G.'
**Cc:** Shapiro, William (ENRD)
**Subject:** Aloisi: Nov. 5, 2007 Letter

Larry: Upon reviewing your Nov. 5, 2007 letter, I do not recall that Mike Lee testified that there was or is "a related agency file responding to him," or that the request for clarification to the Washington Office was necessarily by letter or memorandum, but we'll look. We did produce ISC responses to questions posed. It appears that the ISC periodically prepared written responses to frequently asked questions regarding the Spotted Owl Strategy that were posed by various agencies (e.g., FS, BLM and FWS). It's my understanding that the ISC Strategy affected both the Pacific Northwest (Washington and Oregon) and Pacific Southwest (California) Regions of the Forest Service, and the responses to questions applied to both Regions. I do not know that we produced all responses to questions ever issued by the ISC, but those that have been located have been produced.

Please let me know when Candis Aloisi and Jim Kendle are available for deposition. I may take their depositions by telephone, with the court reporter present at their location (a video deposition may also be possible). Also, please let me know whether you locate any representative of the other corporate plaintiffs, Energel and Dynatech. If it does not interfere with motions practice, then we (i.e., the government) may agree to take any additional depositions out of time, if necessary, and I assume Plaintiffs would agree to that.

Finally, I think that you would prefer to bring to the Court's attention that Mr. Goodman is deceased than to have me do so. Notice or suggestion of death to the court triggers Rule 25, which requires substitution of the deceased party within 90 days. If there is a possibility that the action may be dismissed with respect to Mr. Goodman pursuant to that rule, then I am obligated to pursue it. I, therefore, intend to submit notice to the Court of Mr. Goodman's death in 2004 by Tuesday, November 13th, to trigger Rule 25, unless you do so by then.

Regards, Bruce


<u>For U.S. Mail</u>:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

<u>Hand/Overnight Deliveries</u>:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004