# EXHIBIT J

## Trauben, Bruce (ENRD)

| | |
|---|---|
| **From:** | Trauben, Bruce (ENRD) |
| **Sent:** | Tuesday, November 20, 2007 11:23 AM |
| **To:** | McBride, Lawrence G. |
| **Cc:** | Shapiro, William (ENRD) |
| **Subject:** | Aloisi v. United States, No. 95-650L |

Mr. McBride: I write to inform you that I intend to file a suggestion of death today regarding Don Goodman as well as a motion to compel the appearance at deposition of James Kendle, Energel and Dynatech. I intend to ask the court to dismiss these three plaintiffs if they are not available for deposition. I need to do what is best for my client, and regret that I cannot wait longer for Plaintiffs to act.

Regards, Bruce Trauben

For U.S. Mail:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

Hand/Overnight Deliveries:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004