# EXHIBIT K

**Trauben, Bruce (ENRD)**

**From:** McBride, Lawrence G. [LMcBride@foley.com]
**Sent:** Monday, November 26, 2007 3:09 PM
**To:** Trauben, Bruce (ENRD)
**Subject:** Dynatech / Energel

Bruce,

Both of these entities were controlled by Don Goodman, and Myron Finkelstein was involved in their accounting and other matters. I have been working on this in connection with the successors to Goodman issue, and spoke to Finkelstein this morning about your message from last week that you intended to seek their dismissal under these circumstances. I have been working with him to establish whether there is any successor to Goodman who can speak for the entities at this point, or whether they should be dismissed. I would prefer if you could give me until the end of the week -- at that point we should have worked out who it would be or whether I should seek their dismissal.

***Larry McBride***

Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K St., N.W., Suite 500
Washington, DC 20007

lmcbride@foley.com

(202) 295-4017 (Direct)
(202) 672-5399 (Fax)
(202) 672-5300 (Switchboard)

www.foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.