IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER

On November 20, 2007, the Court issued a Scheduling Order, setting deadlines for filing a Joint Statement of Facts and a Joint Appendix (December 7, 2007), and for dispositive motions (December 21, 2007). Since that order was issued, the parties have prepared a draft Joint Statement of Facts and a draft Joint Appendix consisting of approximately 194 documents. The parties believe that it is in the best interest of the Court and in their best interest, to have more time to complete the Joint Statement of Facts and Joint Appendix so that they may make better use of these joint papers in their anticipated motions. The parties are, therefore, jointly proposing modifications to the current schedule, as set out in the attached proposed Scheduling Order.

As the parties stated in their November 16, 2007 Joint Motion to Modify the Scheduling Order, while the parties contemplate filing a Joint Statement of Facts and a Joint Appendix of exhibits, they agree that neither side would be precluded from identifying additional facts or filing additional exhibits in support of their respective motions, although the parties will use their best efforts to minimize the number of additional exhibits each might file.

Additionally, on November 30, 2007, Defendant filed a motion to compel the appearance at deposition of a Rule 30(b)(6) designee of both Energel, Inc. and Dynatech Corporation. Plaintiffs' response to that motion currently is due December 17, 2007. Defendant currently contemplates filing soon a motion to compel the appearance of Plaintiff James Kendle at

deposition. Accordingly, Plaintiffs request filing a joint response to both discovery motions on January 4, 2007 and Defendant agrees with that request. The proposed Scheduling Order attached, therefore, includes a due date for Plaintiffs' response to Defendant's discovery motions.

Although this Joint Motion to Modify the Scheduling Order is being filed electronically by counsel for the United States, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: December 7, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | (Filed: December ___, 2007) |
| | ) | |

SCHEDULING ORDER (PROPOSED)

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, filed December 7, 2007, it is hereby **ORDERED** as follows:

| **Event** | **Date of Completion in Nov. 20, 2007 Order** | **New Date of Completion** |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Completed (except for any supplemental discovery responses) | The parties shall supplement discovery responses and production of documents as necessary prior to any trial. |
| Parties shall complete all fact witness depositions | Nov.16, 2007 (subject to parties' agreement to take additional depositions out of time) | The parties may agree to take additional depositions out of time, as they deem necessary |
| Parties shall file a Joint Statement of Facts and Joint Appendix | Dec. 7, 2007 | December 21, 2007 |
| Plaintiffs' Response to Motion(s) to Compel | (New) | January 4, 2008 |
| Due date for any dispositive motions | Dec. 21, 2007 | January 11, 2008 |
| Due date for Responses to any dispositive motions | Jan. 22, 2008 | February 8, 2008 |
| Due date for Replies | Feb. 8, 2008 | February 22, 2008 |

| Event | Date of Completion in Nov. 20, 2007 Order | New Date of Completion |
|---|---|---|
| Argument on any dispositive motions | Proposed Feb. 25, 2008 | To be determined by the Court - the Parties propose that oral argument be held during the week of March 17, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties shall use their best efforts to minimize the number of additional exhibits each might file. The parties shall file an original and two copies of the Joint Appendix with the Clerk's Office on paper only, rather than electronically. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims