# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFRED ALOISI, et al.,
Plaintiffs,
-vs- NO: 95-650L
Hon. Lawrence S. Margolis
UNITED STATES OF AMERICA,

Defendant.

DEPOSITION OF CANDIS C. POTTER
November 16, 2007
2:06 p.m. to 3:54 p.m.
Suite 630, 500 S. Main
Las Cruces, New Mexico

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY: BRUCE K. TRAUBEN, ESQ.
ATTORNEY FOR DEFENDANT

REPORTED BY: ANNE C. HALLETT, RPR
CCR #16
Jones Reporting Services, LLC
500 South Main Street, Suite 630
Las Cruces, New Mexico 88001-1237

APPEARANCES

For the Plaintiff:

FOLEY & LARDNER, LLP
Washington Harbour
3000 K. Street, NW, Suite 500
Washington, DC 20007
202-295-4017
BY: LAWRENCE G. McBRIDE, ESQ.

For the Defendant:

U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
202-305-0238
BY: BRUCE K. TRAUBEN, ESQ.

TRANSCRIPTION NOTE:
Ellipses points (...) at the end of a sentence denote an incomplete thought or sentence.

A dash (--) indicates an interruption of speaker or a change of thought.
"(sic)" means "thus" or "so." If the attorney or deponent misuses or mispronounces a word, "(sic)" is used to show it is not the reporter's error.

REPORTER'S NOTE:
The deponent's identification was verified from a New Mexico driver's license per request of Mr. Trauben.

# INDEX


| | PAGE |
|---|---|
| CANDIS C. POTTER | |
| Examination by Mr. Trauben | 4 |
| Examination by Mr. McBride | 62 |
| Reporter's Certificate | 65 |


## EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | 6-1-98 Marital Settlement Agreement | 19 |
| 2 | 3-14-93 Quitclaim Deed | 23 |


(Exhibits Attached to Original & Copy Depositions.)

## REQUESTED/OFFERED ON THE RECORD


| REQUEST NO. | PAGE | LINE |
|---|---|---|
| No. 1 | 20 | 8 |
| No. 2 | 33 | 15 |

CANDIS C. POTTER,

having been first duly sworn, testified as follows:

EXAMINATION

Q. (By Mr. Trauben) Can you please state your full name for the record.

A. Candis Carolyn Potter.

Q. And are there other names by which you have gone by?

A. Aloisi. Candis Aloisi, or Candis --

Q. Any others?

A. Candis Blanchard.

Q. And is "Potter" your maiden name?

A. Yes, it is.

Q. Just for the record, my name is Bruce Trauben. I represent the United States in the matter of Aloisi, et al., versus the United States. Also on the telephone is counsel for Plaintiff, Lawrence McBride. And there's nobody else in the room with me, and I understand there's nobody else in the room with Mr. McBride.

MR. McBRIDE: That's correct.

Q. And there's nobody else on the telephone except the witness and counsel. So I don't know if you've been deposed before, but I'll just briefly go over the rules for a deposition. I'll ask the

Q. Okay. Can you go to the document that in the upper right -- it's kind of faint, but it's written in as A181, and it has -- in the lower right, it has numbers CLEF002522, or 2525. It's dated March 11, 1994.

THE COURT REPORTER: She has it.

A. Okay.

Q. Would you like to take a moment to look this over?

A. All right, I know this document.

Q. What is it?

A. It's advertising Kendel out, because he didn't contribute to any of the assessment work that was required each year. You know, he didn't help pay for anything.

Q. And on the second page on the lower right, is that your signature?

A. Yes, sir.

Q. Do you recognize Fred's signature on the left?

A. Yes, sir.

Q. And then on the next page, is that your signature, also?

A. Yes, sir.

Q. Did you have any conversations with

Mr. Kendel about this debt that you and Fred claimed he owed?

A. Not me personally, no, sir.

Q. And do you know whether Mr. Kendel responded to this notice?

A. Not to my knowledge.

Q. Do you know where Mr. Kendel is today?

A. No, sir.

Q. When was the last time you had contact with him?

A. I don't know that I have had contact with him other than mailing him this letter.

Q. You never met him in person?

A. Not to my knowledge.

Q. Then on the second page, where it identifies the value of work done in various years, 1991 through 1993 --

A. Uh-huh.

Q. -- were you on the site when the work was done?

A. '92 and '93, I was. Most assessment works are due in August of the year, and I was not there in August of '91.

Q. But you were there sometime -- oh, that's right, you didn't come on until December. So the

Q. And my final question, Ms. Potter, is: When -- Or, actually, it's a couple of questions, but real quick. Did you help prepare the complaint in this action?

A. Are we talking about this document that's in front of me, or are you talking about something else?

Q. If you have a document entitled "Complaint" in front of you.

A. No. The one I have in front of me is the Intent to Seek Release of a Performance Bond.

Q. Okay. We're on to a different document. I'm on to the complaint that initiated this lawsuit, the formal document that was filed in the Court of Federal Claims.

A. No, sir, that was done by Mr. McBride.

Q. Oh, okay. Did you by any chance send a copy of this to Mr. Kendel?

A. I don't recall. Larry might.

MR. TRAUBEN: No further questions at this time. If Mr. McBride opens up some topic I may need to follow up on, then I'll jump in and ask more questions. But right now, I don't have any.

MR. McBRIDE: Thank you, Candis. I have just one topic here. I need to find the