# EXHIBIT C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

NOTICE OF DEPOSITION OF JAMES KENDLE

PLEASE TAKE NOTICE that, pursuant to CFC Rules 26, 30 and the Scheduling Order entered in this action, on Tuesday, October 23, 2007, Defendant shall take the deposition of Plaintiff James Kendle, commencing at 9:00 a.m., and continuing until completed, at the offices of the Forest Supervisor, Klamath National Forest, 1312 Fairlane Road, Yreka, CA 96097, (530) 841-4483, or at another date, time and location as agreed upon by the parties, to be taken under oath before a duly authorized notary public and/or reporter.

Dated: October 15, 2007

Respectfully submitted,

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2007, a true and correct copy of the foregoing Notice of Deposition of James Kendle was sent electronically and via Federal Express, with charges billed to Defendant, to counsel of record for Plaintiffs at the following address:

Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K St., N.W., Suite 500
Washington, DC 20007
e-mail: lmcbride@foley.com

Bruce K. Trauben