# EXHIBIT E

**Trauben, Bruce (ENRD)**

---

**From:** McBride, Lawrence G. [LMcBride@foley.com]
**Sent:** Monday, November 05, 2007 12:56 PM
**To:** Trauben, Bruce (ENRD)
**Subject:** Aloisi et al. v. US - 11/5/07 Letter to Mr. Trauben
**Attachments:** DOC.PDF

Bruce, fyi.

The letter with its attachments/enclosures will be delivered today.

We are working on the availability of the others you noticed.

***Larry McBride***

Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K St., N.W., Suite 500
Washington, DC 20007

lmcbride@foley.com

(202) 295-4017 (Direct)
(202) 672-5399 (Fax)
(202) 672-5300 (Switchboard)

www.foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

FOLEY
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foley.com

WRITER'S DIRECT LINE
202.295.4017
lmcbride@foley.com EMAIL

CLIENT/MATTER NUMBER
304280-0002

November 5, 2007

Bruce Trauben, Esq.
General Litigation Section,
Environment & Natural Resources Division
U. S. Department of Justice
P. O. Box 663, Ben Franklin Station
Washington, D. C. 20044

Re: Discovery and deposition follow-up in Aloisi, et al. v. United States, No. 95-650L (Ct. Fed. Cl.)

BY HAND DELIVERY

Dear Mr. Trauben:

I am following up on a series of document production loose ends from our week in Yreka.

1. I enclose a fresh "A-list" of plaintiffs' document production, adding A-179 through A-183, and correcting several entries as indicated here.

2. I enclose a color print of the map displaying the locations of the water samples, one each of the two reports originally produced as A-27 and FS-16, and have revised the entry at A-27 to reflect the complete set – two CH2M Hill reports and the site map.

3. I enclose a set of the "zoom" maps, three that go with each primary map at A-152, A-153 and A-154. This set contains the labeling you requested during Mr. Ferrero's deposition.

4. I enclose an additional copy of A-176. On this one I have copied in the text that was so faded on the original fax (on the photo-sensitive, easily light bleached paper of the day). If you wish to see the version from which I made the copy in order to confirm the text, let me know.

5. I enclose new A-183, the work notes of 2007 Mr. Ferrero used in creating and documenting his Spreadsheets produced as A-151, as discussed at his deposition Thursday.

6. I have provided A-151, Mr. Ferrero's spreadsheets 1-9, to Craig Wood for him to use in preparing the transcript of your examination of Mr. Ferrero.

**FOLEY**

FOLEY & LARDNER LLP



On your side, I would appreciate your sending me the complete current index to the "Forest Service" document series, to which you added the Mineral Report and its attachments and appendices, and perhaps other material. The index I have of the Forest Service document set ends at FS-189.

Also, we need to receive the memorandum Mike Lee testified he sent to his superiors at some point after July 23, 1990 (the date of the FWS biological opinion), and the related agency file responding to him, if any – as described by Mr. Lee, the memorandum asked questions about the agency's handling of northern spotted owl issues with respect to mining. So far as I could see, no such document was previously produced in the Forest Service document series; please correct me if I have missed it. Absent production of this material we expect confirmation that there is no such memorandum and agency file.

Please let me know when you have received and can share the documents you receive from attorney Jerry Jacobson in response to the subpoena you indicated that you served on Mr. Jacobson electronically on Thursday.

We recognize there are a number of other issues to treat, including whether you still wish to depose others among those you noticed. I am working on their availability should you still wish to do so, and I should have information on that score in the next couple of days. I am still decided whether we need to subpoena any ex-Forest Service employees among those you indicated would not cooperate with you last week.

Sincerely,

Larry McBride

Lawrence G. McBride

Enclosures