# EXHIBIT F

## Trauben, Bruce (ENRD)

| | |
|---|---|
| **From:** | Trauben, Bruce (ENRD) |
| **Sent:** | Wednesday, November 07, 2007 4:49 PM |
| **To:** | 'McBride, Lawrence G.' |
| **Cc:** | Shapiro, William (ENRD) |
| **Subject:** | James Kendle, Plaintiff |
| **Attachments:** | James Kendle report.htm |

Larry: Attached is a Lexis report showing a current address for James N. Kendle in Portland, OR. I have not attempted to contact him - no phone number for James Kendle is provided with the report. The report, however, does provide phone numbers for relatives and neighbors, so I assume it would not be difficult to get James' phone number. Also, his phone number may be obtained for a fee from other internet services such as Intellius. Please let me know whether I may contact Mr. Kendle, directly, or whether you will. Thanks. Bruce

PS: Donald Moore finally accepted service of the subpoena today - I don't know whether you spoke with him and encouraged him to accept service but, if so, thank you. Bruce

James Kendle
report.htm (82 KB...

For U.S. Mail:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

Hand/Overnight Deliveries:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2007 LexisNexis,
a division of Reed Elsevier Inc. All rights reserved

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: 3. Government Agency
Your GLBA Permissible Use is: 2. Legal Compliance

| | | | | |
|---|---|---|---|---|
| Others Using SSN (0) | Address Summary (12) | Voter Registrations (0) | Licenses (2) | |
| Personal Property (0) | Real Property Assets (0) | Bankruptcy Information (0) | Judgments/Liens (0) | UCC Liens (0) |
| Potential Relatives (5) | Associated Entities (2) | Neighbors (10) | Source Data (14) | |

| **Full Name** | **Address** | **County** |
|---|---|---|
| KENDLE, JAMES N | 8585 SW CANYON LN APT 35<br>PORTLAND, OR 97225-3973 | WASHINGTON |

**ADDITIONAL PERSONAL INFORMATION**

| **SSN** | **DOB** |
|---|---|
| 542-62-XXXX<br>(OREGON:1966-1967) | 03/1954<br>(Age:53) |

## Name Variations

**1:** KENDLE, JAMES N

## SSNs Summary

| **# SSN** | **State Iss.** | **Date Iss.** | **Warnings** |
|---|---|---|---|
| **Most frequent SSN attributed to subject:** | | | |
| **1:** 542-62-XXXX | OREGON | 1966-1967 | |

## DOBs

**Reported DOBs:**

03/1954

## Address Summary - 12 records found for subject.

**# Address**

1: (Current)
8585 SW CANYON LN APT 35
PORTLAND, OR 97225-3973
COUNTY: WASHINGTON

2: 2115 TALENT AVE
TALENT, OR 97540-6623
COUNTY: JACKSON

3: 208 BAIN ST
TALENT, OR 97540
COUNTY: JACKSON

4: 885 CLAY ST APT 158
ASHLAND, OR 97520-6713
COUNTY: JACKSON

5: 109 SE SALMON ST APT
PORTLAND, OR 97214-3332
COUNTY: MULTNOMAH

6: 8531 SW CAPITOL HWY
PORTLAND, OR 97219-3632
COUNTY: MULTNOMAH

7: PO BOX 1379
ASHLAND, OR 97520-0046

COUNTY: JACKSON

8: 832 A ST
ASHLAND, OR 97520-2022
COUNTY: JACKSON

9: 2015 WESTERLUND DR
MEDFORD, OR 97504-7642
COUNTY: JACKSON

10: 1700 HOMES AVE # A
ASHLAND, OR 97520-2302
COUNTY: JACKSON

11: 485 FAIRVIEW ST APT A
ASHLAND, OR 97520-2979
COUNTY: JACKSON

12: 321 PALM AVE APT
ASHLAND, OR 97520-3912
COUNTY: JACKSON

## Address Details

### 1: 8585 SW CANYON LN APT 35 PORTLAND, OR 97225-3973

**Address:** 8585 SW CANYON LN APT 35
PORTLAND, OR 97225-3973
COUNTY: WASHINGTON
(Current)

**Dates:** 10/2007

**Phones:**

**Neighbors:** 10 Listed - Click to view

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 42 |
| Income: | $51,864 |
| Home Value: | $247,300 |
| Education: | 15 years |

### 2: 2115 TALENT AVE TALENT, OR 97540-6623

**Address:** 2115 TALENT AVE
TALENT, OR 97540-6623
COUNTY: JACKSON

**Dates:** 02/2005

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 37 |
| Income: | $26,162 |
| Home Value: | $87,900 |
| Education: | 13 years |

### 3: 208 BAIN ST TALENT, OR 97540

**Address:** 208 BAIN ST
TALENT, OR 97540
COUNTY: JACKSON

**Dates:** 04/2004

**Phones:** (541)535-6796

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

None Listed

### 4: 885 CLAY ST APT 158 ASHLAND, OR 97520-6713

**Address:** 885 CLAY ST APT 158
ASHLAND, OR 97520-6713
COUNTY: JACKSON

**Dates:** 07/1999

**Phones:** (541)482-4858

**Household Members**

CARVER, AENNA C

**Other Associates**

ALOISA, FRED L

**Census Data**

| | |
|---|---|
| Head of Household Age: | 35 |
| Income: | $16,890 |
| Home Value: | $147,400 |

Education: 14 years

**5: 109 SE SALMON ST APT PORTLAND, OR 97214-3332**

**Address:** 109 SE SALMON ST APT
PORTLAND, OR 97214-3332
COUNTY: MULTNOMAH

**Dates:** 01/1999

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 35 |
| Income: | $23,800 |
| Home Value: | $187,500 |
| Education: | 14 years |

**6: 8531 SW CAPITOL HWY PORTLAND, OR 97219-3632**

**Address:** 8531 SW CAPITOL HWY
PORTLAND, OR 97219-3632
COUNTY: MULTNOMAH

**Dates:** 05/1995

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 37 |
| Income: | $49,722 |
| Home Value: | $177,500 |
| Education: | 15 years |

**7: PO BOX 1379 ASHLAND, OR 97520-0046**

**Address:** PO BOX 1379
ASHLAND, OR 97520-0046
COUNTY: JACKSON

**Dates:** 06/1994

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 39 |
| Income: | $38,661 |
| Home Value: | $157,000 |
| Education: | 14 years |

**8: 832 A ST ASHLAND, OR 97520-2022**

**Address:** 832 A ST
ASHLAND, OR 97520-2022
COUNTY: JACKSON

**Dates:** 03/1993

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 42 |
| Income: | $30,579 |
| Home Value: | $169,200 |
| Education: | 15 years |

**9: 2015 WESTERLUND DR MEDFORD, OR 97504-7642**

**Address:** 2015 WESTERLUND DR
MEDFORD, OR 97504-7642
COUNTY: JACKSON

**Dates:** 12/1992

**Phones:**

**Household Members**

None Listed

**Other Associates**

ALOISA, FRED L

**Census Data**

| | |
|---|---|
| Head of Household Age: | 38 |

| | |
|---|---|
| Income: | $45,855 |
| Home Value: | $165,700 |
| Education: | 14 years |

### 10: 1700 HOMES AVE # A ASHLAND, OR 97520-2302

**Address:** 1700 HOMES AVE # A
ASHLAND, OR 97520-2302
COUNTY: JACKSON

**Dates:** 09/1987

**Phones:** (541)482-4858

**Household Members**

CARVER, AENNA C

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 39 |
| Income: | $38,661 |
| Home Value: | $157,000 |
| Education: | 14 years |

### 11: 485 FAIRVIEW ST APT A ASHLAND, OR 97520-2979

**Address:** 485 FAIRVIEW ST APT A
ASHLAND, OR 97520-2979
COUNTY: JACKSON

**Dates:** 04/1986

**Phones:** (541)482-4858

**Household Members**

CARVER, AENNA C

**Other Associates**

ALOISA, FRED L

**Census Data**

| | |
|---|---|
| Head of Household Age: | 39 |
| Income: | $25,915 |
| Home Value: | $219,800 |
| Education: | 15 years |

### 12: 321 PALM AVE APT ASHLAND, OR 97520-3912

**Address:** 321 PALM AVE APT
ASHLAND, OR 97520-3912
COUNTY: JACKSON

**Dates:** 04/1984

**Phones:**

**Household Members**

None Listed

**Other Associates**

None Listed

**Census Data**

| | |
|---|---|
| Head of Household Age: | 25 |
| Income: | $18,818 |
| Home Value: | $122,400 |
| Education: | 14 years |

## Sport Licenses

### 1: Sport License

**Name:** KENDLE, MR JAMES N

**DOB:** 03/1954

**Address:** 2115 TALENT AVE
TALENT, OR 97540-6623
COUNTY: JACKSON

**State:** Oregon

**Type:** Fishing

**Gender:** Male

**Issue Date:** 07/22/2003

### 2: Sport License

**Name:** KENDLE, MR JAMES N

**DOB:** 03/1954

**Address:** 2115 TALENT AVE
TALENT, OR 97540-6623

COUNTY: JACKSON
**State:** Oregon
**Type:** Hunting and Fishing
**Gender:** Male
**Home State:** Oregon
**Issue Date:** 07/22/2003

## Potential Relatives

| No. | Full Name | Address | Phone |
| --- | --- | --- | --- |
| 1. | CARVER, AENNA C<br>- AKA CARVER, AENNE K<br>- AKA CARVER-KENDLE, AENNE<br>- AKA KENBLE, AENNE C<br>- AKA KENDLE, AENNE CARLSON<br>- AKA CARLSON, ANNE K<br>- AKA KENDLE, ANNE C<br>- AKA KENDLE, ENNE C<br>SSN: 544-82-XXXX<br>(OREGON: 1974-1975) | 885 CLAY ST APT 158<br>ASHLAND, OR 97520-6713 | (541)482-4858 |
| | | 1700 HOMES AVE # A<br>ASHLAND, OR 97520-2302 | (541)482-4858 |
| | | 485 FAIRVIEW ST APT A<br>ASHLAND, OR 97520-2979 | (541)482-4858 |
| | | 10268 CHARLESTON BAY CT # C<br>LAKESIDE, CA 92040-2351 | |
| 1a. | CARVER, JEFF<br>- AKA CARVER, JEFFERY W<br>- AKA CARVER, JEFFREY W<br>SSN: 546-88-XXXX<br>(CALIFORNIA: 1967-1968)<br>DOB: 07/1951<br>(Age: 56) | 10268 CHARLESTON BAY CT<br>LAKESIDE, CA 92040-2351 | (619)390-4381 |
| | | 105 W F ST APT 215<br>SAN DIEGO, CA 92101-6036<br>(NOTE: Hotel or Motel) | |
| | | 10261 CHARLESTON BAY CT<br>LAKESIDE, CA 92040-2351 | |
| | | 11828 PASEO LUCIDO APT 1024<br>SAN DIEGO, CA 92128-6275 | |
| 1b. | KENDLE, DAVID N<br>SSN: 603-15-XXXX<br>(CALIFORNIA: 1999-1999) | 10268 CHARLESTON BAY CT C<br>LAKESIDE, CA 92040-2351 | |
| 1c. | CARVER, AENNE | 10268 CHARLESTON BAY CT<br>LAKESIDE, CA 92040-2351 | |
| 1d. | CARVER, EMILY JANE<br>SSN: 617-35-XXXX<br>(CALIFORNIA: 2002-2003) | 10268 CHARLESTON BAY CT<br>LAKESIDE, CA 92040-2351 | |

## Business Associates

### 1: LIBERTY MINING, INC.

**Name:** KENDLE, JAMES
**Address:** 885 CLAY ST APT 158 ASHLAND, OR 97520-6713
**Status:** INACTIVE
**State:** OR
**Corporation Number:** 14802383
**Descriptive Status:** INACTIVE
**Title:** SECRETARY
**Record Date:** 10/05/2007
**Filing Date:** 03/02/1989
**Business Report:** Get Report

## Person Associates

| # | Full Name | Address | SSN | Phone | DOB |
| --- | --- | --- | --- | --- | --- |
| 1: | ALOISA, FRED L<br>ALOISI, FRED L<br>SLOISA, FRED L | 885 CLAY ST APT 158<br>ASHLAND, OR 97520-6713 | | | 10/1946 |
| | | 2015 WESTERLUND DR<br>MEDFORD, OR 97504-7642 | | | |
| | | 485 FAIRVIEW ST APT A<br>ASHLAND, OR 97520-2979 | | | |

1257 SISKIYOU BLVD NUM 126
ASHLAND, OR 97520-2241

## Neighbors

**8585 SW CANYON LN APT 35 PORTLAND, OR 97225-3973**

| Name | Address | Phone |
|---|---|---|
| BROWN, JEFFERY L<br>ALVERSON, BOB G | 8585 SW CANYON LN APT 28<br>PORTLAND, OR 97225-3972 | None Listed |
| KUBIN, CARL J | 8585 SW CANYON LN APT 29<br>PORTLAND, OR 97225-3972 | (503)297-5202 |
| PIERCE, JESSICA M<br>JORDAN, ANGELA<br>DORETY, WILLIAM WILLARD<br>DORETY, DARLENE G<br>DORETY, BRENT | 8585 SW CANYON LN APT 3<br>PORTLAND, OR 97225-3956 | None Listed |
| DUNCAN, CHRISTOPHER<br>BOGARD, GEORGETT | 8585 SW CANYON LN APT 30<br>PORTLAND, OR 97225-3972 | None Listed |
| LAIRD, DIANA J<br>DETERS, JULIE A | 8585 SW CANYON LN APT 31<br>PORTLAND, OR 97225-3972 | (503)292-8489 |
| ALLEN, ROBERT E<br>ALLEN, JUDITH L<br>ALLEN, JUDITH | 8585 SW CANYON LN APT 32<br>PORTLAND, OR 97225-3972 | None Listed |
| RYAN, PATRICK<br>MERRILL, AUDRIANNA | 8585 SW CANYON LN APT 33<br>PORTLAND, OR 97225-3973 | 977-3189 |
| WARWICK, NICOLE M<br>HOLLOWAY, ROBERT M<br>ENTZ, JAMES J | 8585 SW CANYON LN APT 34<br>PORTLAND, OR 97225-3973 | (503)291-5214 |
| KIRKHAM, LINDSAY K<br>CHAPMAN, JODI L<br>ARNOLD, CHRISTOPHER M | 8585 SW CANYON LN APT 36<br>PORTLAND, OR 97225-3973 | None Listed |
| TARBET, RICHARD A<br>KHAN, KAMRAN S<br>KHAN, BILQUIS A | 8585 SW CANYON LN APT 37<br>PORTLAND, OR 97225-3973 | (503)296-7696 |

## Source Information

| | |
|---|---|
| All Sources | 14 Documents |
| Person Locator 1 | 1 Documents |
| Corporate Affiliations | 1 Documents |
| Hunting and Fishing Licenses | 1 Documents |
| Phone | 1 Documents |
| Historical Person Locator | 9 Documents |
| Utility Locator | 1 Documents |

---

About LexisNexis | Terms and Conditions | Privacy Policy
Copyright 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

## Person Locator 1

This data is for informational purposes only.

### Personal Information

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 8585 SW CANYON LN APT 35<br>PORTLAND, OR 97225 |
| SSN: | 542-62-XXXX |
| Reported Date: | 04/2005 |

### Prior Addresses

| | |
|---|---|
| Address: | 2115 TALENT AVE<br>TALENT, OR 97540 |

| | |
|---|---|
| Reported Date: | 07/1999 |
| Address: | 109 SE SALMON ST<br>PORTLAND, OR 97214 |
| Reported Date: | 08/1996 |

## Hunting/Fishing License

This data is for informational purposes only.

**License Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 2115 TALENT AVE<br>TALENT, OR 97540-6623<br>JACKSON COUNTY |
| Gender: | Male |
| Resident: | Y |

## Hunting/Fishing License

This data is for informational purposes only.

**License Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 2115 TALENT AVE<br>TALENT, OR 97540-6623<br>JACKSON COUNTY |
| Gender: | Male |
| State of License: | OR |
| Resident: | Y |

## Phone

This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| Name: | KENDLE, JAMES |
| Address: | 208 BAIN ST<br>TALENT, OR 97540 |
| Phone: | 541-535-6796 |

## Utility Locator

This data is for informational purposes only.

**Utilities Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 8585 SW CANYON LN APT 35<br>PORTLAND, OR 97225-3973 |
| Connect Date: | 9/1/2004 |
| Record Date: | 9/18/2004 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 2115 TALENT AVE<br>TALENT, OR 97540-6623<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 885 CLAY ST APT 158<br>ASHLAND, OR 97520-6713<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Phone: | 541-482-4858 |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 8531 SW CAPITOL HWY<br>PORTLAND, OR 97219-3632<br>MULTNOMAH COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | PO BOX 1379<br>ASHLAND, OR 97520-0046<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 832 A ST<br>ASHLAND, OR 97520-2022<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 2015 WESTERLUND DR<br>MEDFORD, OR 97504-7642<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 1700 HOMES AVE # A<br>ASHLAND, OR 97520-2302<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Phone: | 541-482-4858 |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 485 FAIRVIEW ST APT A<br>ASHLAND, OR 97520-2979<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Phone: | 541-482-4858 |
| Date of Birth: | 3/1954 |

## Historical Person Locator

This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| Name: | KENDLE, JAMES N |
| Address: | 321 PALM AVE APT<br>ASHLAND, OR 97520-3912<br>JACKSON COUNTY |
| SSN: | 542-62-XXXX |
| Date of Birth: | 3/1954 |

## Corporate Affiliations

This data is for informational purposes only.

**Business Information**

| | |
|---|---|
| State of Origin: | OR |
| Charter Number: | 14802383 |
| Corporation Name: | LIBERTY MINING, INC. |
| Status: | INACTIVE |
| Name: | KENDLE, JAMES |
| Address: | 885 CLAY ST APT 158<br>ASHLAND, OR 97520-6713 |