# EXHIBIT G

**U.S. Department of Justice**

Environment and Natural Resources Division

bkt
90-1-23-3261

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0238*
*Facsimile (202) 305-0267*
*bruce.trauben@usdoj.gov*

November 9, 2007

**VIA FACSIMILE (202) 672-5399**
Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143

Re: Aloisi v. United States, CFC No. 95-650L

Dear Mr. McBride:

To ensure timely delivery, please find attached a print-out of my e-mail to you today regarding the depositions of James Kendle, Energel and Dynatech.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Bruce K. Trauben
Trial Attorney

OPTIONAL FORM 99 (7-90)

| FAX TRANSMITTAL | # of pages ► 2 |
|---|---|
| To Larry McBride | From Bruce Trauben |
| Dept./Agency Foley & Lardner | Phone # (202) 305-0238 |
| Fax # (202) 672-5399 | Fax # |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

**Trauben, Bruce (ENRD)**

**From:** Trauben, Bruce (ENRD)
**Sent:** Friday, November 09, 2007 1:39 PM
**To:** 'McBride, Lawrence G.'
**Cc:** Shapiro, William (ENRD); Miller, Shelley (ENRD)
**Subject:** Aloisi: Suggestion of Death of Goodman & Depositions of Kendle, 30(b)(6) of Energel and Dynatech

Larry: Just a reminder that on Tuesday, I intend to file a Suggestion of Death of Donald W. Goodman, forwarding a copy of an obituary notice to the Court, unless Plaintiffs file today. (By the way, according to the Reading Eagle, Mr. Goodman died June 4, 2005 at 2:45 p.m. in his Wrightsville, PA residence.) Also, next week, we will have no choice but to file a motion to compel the depositions of James Kendle and 30(b)(6) depositions of Energel and Dynatech. In light of the death of Donald W. Goodman, if there no longer is someone who can speak or act on behalf of these corporate entities, then they should be dismissed from this action with prejudice. So that I don't file an unnecessary motion to compel with respect to Energel and Dynatech, I suggest that you send a letter to my attention as soon as possible, indicating that they will be dismissed with prejudice. In the meantime, we are looking into a venue for a telephone deposition of Candis Aloisi Potter, near Truth or Consequences, NM. Thanks. Bruce

<u>For U.S. Mail</u>:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

<u>Hand/Overnight Deliveries</u>:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004