# EXHIBIT I

## Trauben, Bruce (ENRD)

**From:** Trauben, Bruce (ENRD)
**Sent:** Thursday, November 29, 2007 10:50 AM
**To:** 'McBride, Lawrence G.'
**Cc:** Shapiro, William (ENRD)
**Subject:** Aloisi v. United States: re James Kendle, Energel & Dynatech

**Importance:** High

Larry: Actually, I was hoping to hear back from you today regarding Energel and Dynatech, so you still have today to work it out. If it's not resolved by COB today, tomorrow I'll file the motion. With respect to James Kendle, I appreciate that he may want to be dismissed from this action, but I still have the right to depose him since he sued the government. I currently anticipate taking Kendle's deposition even if he decides to be dismissed from the action. Now that you've located him, please let me know when and where the deposition may be held. It may be a telephone deposition, but I'll need to know where he resides so I may locate a court reporter in his area (like with Candis Potter, I would ask that he travel to the reporter's offices). If the government's desire to depose James Kendle should change, I'll let you know. Thanks.

Bruce

For U.S. Mail:
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Ph: (202) 305-0238
Fax: (202) 305-0506

Hand/Overnight Deliveries:
Bruce K. Trauben
ENRD/NRS
U.S. DOJ
601 D Street, N.W., Rm. 3126
Washington, D.C. 20004

**Tracking:**

| Recipient | Delivery |
|---|---|
| 'McBride, Lawrence G.' | |
| Shapiro, William (ENRD) | Delivered: 11/29/2007 10:50 AM |

## Trauben, Bruce (ENRD)

**From:** Mail Delivery Subsystem [MAILER-DAEMON@mailsc24.usdoj.gov]
**Sent:** Thursday, November 29, 2007 10:50 AM
**To:** Trauben, Bruce (ENRD)
**Subject:** Return receipt

**Attachments:** ATT29743.txt; ATT29744.txt

ATT29743.txt (622 B) ATT29744.txt (2 KB)

The original message was received at Thu, 29 Nov 2007 10:49:41 -0500
from [10.222.4.48]

----- The following addresses had successful delivery notifications -----
<LMcBride@foley.com> (relayed to non-DSN-aware mailer)

----- Transcript of session follows -----
<LMcBride@foley.com>... relayed; expect no further notifications