# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ALFRED ALOISI, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 95-650L

(Filed: December 18, 2007)

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, filed December 7, 2007, it is hereby **ORDERED** as follows:

| Event | Date of Completion in Nov. 20, 2007 Order | New Date of Completion |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Completed (except for any supplemental discovery responses) | The parties shall supplement discovery responses and production of documents as necessary prior to any trial. |
| Parties shall complete all fact witness depositions | Nov.16, 2007 (subject to parties' agreement to take additional depositions out of time) | The parties may agree to take additional depositions out of time, as they deem necessary |
| Parties shall file a Joint Statement of Facts and Joint Appendix | Dec. 7, 2007 | December 21, 2007 |
| Plaintiffs' Response to Motion(s) to Compel | (New) | January 4, 2008 |

| Event | Date of Completion in Nov. 20, 2007 Order | New Date of Completion |
|---|---|---|
| Due date for any dispositive motions | Dec. 21, 2007 | January 11, 2008 |
| Due date for Responses to any dispositive motions | Jan. 22, 2008 | February 8, 2008 |
| Due date for Replies | Feb. 8, 2008 | February 22, 2008 |
| Argument on any dispositive motions | Proposed Feb. 25, 2008 | To be determined by the Court - the Parties propose that oral argument be held during the week of March 17, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties shall use their best efforts to minimize the number of additional exhibits each might file. The parties shall file an original and two copies of the Joint Appendix with the Clerk's Office on paper only, rather than electronically. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims