IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

JOINT NOTICE OF FILING

The Parties in the above-captioned action hereby notify the Court that they are filing today a paper copy of their Joint Appendix to their Joint Statement of Facts, in accordance with the Court's scheduling Order dated December 18, 2007.

The Parties shall file electronically their Joint Statement of Facts as soon as they reach agreement as to its contents, which they expect to occur during the week of December 24, 2007.

Although this Notice of Filing is being filed electronically by counsel for the Defendant, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: December 21, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*