# In the United States Court of Federal Claims

**95-650 L**

**Filed: December 21, 2007**

**ALFRED ALOISI, et al**

**v.**

**THE UNITED STATES**

**JOINT APPENDIX TO JOINT STATEMENT OF FACTS**
**VOLUME I-III**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.