**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs hereby respectfully move, with the consent of Defendant, to modify the Scheduling Order the Court issued on December 18, 2007, in the manner set out in the "Scheduling Order (Proposed)" attached to this motion.

On December 18, 2007, the Court issued a Scheduling Order, setting deadlines for filing a Joint Statement of Facts and a Joint Appendix (December 21, 2007), and for dispositive motions (January 11, 2008). Since that order was issued, the parties have filed their Joint Appendix, and have prepared a Joint Statement of Facts, which they intend to file on Monday, January 7, 2008.

As the parties noticed to the Court December 21, in lodging the Joint Appendix, the parties believed it in the best interests of the Court and the parties that they have more time to complete the Joint Statement of Facts so that it would be as useful as possible in their subsequent preparation of their respective filings set out in the schedule. Plaintiffs' counsel, due to unplanned additional work obligations in the weeks before the December 21 due date, and due to family and travel commitments the following week, was unable to devote adequate time to the joint effort of completing the Joint Statement of Facts by December 28, as noticed to the Court December 21.

The parties have continued their cooperation in completing this Joint Statement of Facts and, with over 110 statements of facts, it is nearing completion. In order that the Joint Statement of Facts and Joint Appendix may be fully and appropriately considered in their forthcoming dispositive motions, in light of the delay in filing the Joint Statement of Facts, and in the interest of the plaintiffs' opportunity properly to present their case in light of the continuing, newly-imposed work commitments of plaintiffs' counsel in other matters, plaintiffs proposed the attached scheduling changes to Defendant, and Defendant has consented to this motion.

It remains the case that the parties, in filing their Joint Statement of Facts and Joint Appendix, have agreed that neither side would be precluded from identifying additional facts or filing additional exhibits in support of their respective motions, although the parties have made efforts to minimize their additional exhibits with the Joint Appendix now filed.

Plaintiffs move for, and Defendant consents to, this motion to modify the Scheduling Order, and consents to the proposed modified due dates specified in the attached order.

Although this Joint Motion to Modify the Scheduling Order is being filed electronically by counsel for plaintiffs, it was reviewed and approved by, and is being filed on behalf of, counsel for all parties to the case. Service is being accomplished through the electronic notification system of this Court.

Dated: January 4, 2008

Respectfully submitted,

s/ Lawrence G. McBride

LAWRENCE G. MCBRIDE
Foley & Lardner LLP
3000 K St., N. W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300 (ph)
(202) 672-5399 (fax)
*Attorney for Plaintiffs*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | (Filed: January ____, 2008) |

**SCHEDULING ORDER (PROPOSED)**

Upon consideration of Plaintiffs' Unopposed Motion to Modify the Scheduling Order, filed January 4, 2008, it is hereby **ORDERED** as follows:

| Event | Date of Completion in Dec. 18, 2007 Order | New Date of Completion |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Completed (except for any supplemental discovery responses) | The parties shall supplement discovery responses and production of documents as necessary prior to any trial. |
| Parties shall complete all fact witness depositions | Nov. 16, 2007 (subject to parties' agreement to take additional depositions out of time) | The parties may agree to take additional depositions out of time, as they deem necessary |
| Parties shall file a Joint Appendix | Filed December 21, 2007 | |
| Parties shall file a Joint Statement of Facts | December 21, 2007 | January 7, 2008 |
| Plaintiffs' Response to Motion(s) to Compel | January 4, 2008 | January 11, 2008 |
| Due date for any dispositive motions | January 11, 2008 | February 1, 2008 |
| Due date for Responses to any dispositive motions | February 8, 2008 | February 29, 2008 |
| Due date for Replies | February 22, 2008 | March 21, 2008 |

| **Event** | **Date of Completion in Dec. 18, 2007 Order** | **New Date of Completion** |
| --- | --- | --- |
| Argument on any dispositive motions | The Parties had proposed oral argument during the week of March 17, 2008 | To be determined by the Court - the Parties propose that oral argument be held during the week of April 14, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties have used the Joint Appendix to minimize the number of additional exhibits each might file. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims