**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | (Filed: January ___, 2008) |
| | ) | |

**SCHEDULING ORDER (PROPOSED)**

Upon consideration of Plaintiffs' Unopposed Motion to Modify the Scheduling Order, filed January 4, 2008, it is hereby **ORDERED** as follows:

| Event | Date of Completion in Dec. 18, 2007 Order | New Date of Completion |
|---|---|---|
| Parties shall complete all written discovery and any requested document production | Completed (except for any supplemental discovery responses) | The parties shall supplement discovery responses and production of documents as necessary prior to any trial. |
| Parties shall complete all fact witness depositions | Nov. 16, 2007 (subject to parties' agreement to take additional depositions out of time) | The parties may agree to take additional depositions out of time, as they deem necessary |
| Parties shall file a Joint Appendix | Filed December 21, 2007 | |
| Parties shall file a Joint Statement of Facts | December 21, 2007 | January 7, 2008 |
| Plaintiffs' Response to Motion(s) to Compel | January 4, 2008 | January 11, 2008 |
| Due date for any dispositive motions | January 11, 2008 | February 1, 2008 |
| Due date for Responses to any dispositive motions | February 8, 2008 | February 29, 2008 |
| Due date for Replies | February 22, 2008 | March 21, 2008 |

| Event | Date of Completion in Dec. 18, 2007 Order | New Date of Completion |
|---|---|---|
| Argument on any dispositive motions | The Parties had proposed oral argument during the week of March 17, 2008 | To be determined by the Court - the Parties propose that oral argument be held during the week of April 14, 2008 |

The filing of a Joint Statement of Facts and Joint Appendix does not preclude the parties from identifying additional facts or filing additional exhibits in support of their respective dispositive motions, although the parties have used the Joint Appendix to minimize the number of additional exhibits each might file. The Joint Statement of Facts shall be filed electronically.

The parties shall submit a proposed pre-trial and trial schedule within ten (10) days, if necessary, after the Court resolves any dispositive motions.

____________________________________
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims