# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 95-650L |
| UNITED STATES OF AMERICA, | * | (Filed: January 10, 2008) |
| Defendant. | * | |

**ORDER**

The Court adopts the proposed scheduling order filed by the plaintiffs on January 4, 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims