MT. Laurel / Desvie

AND WHEN RECORDED MAIL TO

NAME Siskiyou County Title Co
STREET ADDRESS 206 Fourth Street
CITY & STATE Yreka CA 96097

Nina Evans — TRUSTEE SALE OFFICER
F-58145 — TRUSTEE'S SALE NUMBER

APR 10 1992
RECORDED
DOCUMENT No. 92-004890
10:49

CAT. NO. RR00041
TS 82 CA (4-89)

# NOTICE OF TRUSTEE'S SALE

T.S. No. F-58145

YOU ARE IN DEFAULT UNDER A
DEED OF TRUST
(Deed of trust or mortgage)

DATED 5/29/91 UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On Tues. May 5, 1992, at XXXXXXX 11:00 a.m. SISKIYOU COUNTY TITLE CO. as duly appointed Trustee under and pursuant to Deed of Trust recorded June 4, 1991, as inst. No. 91006500, in book XXX, page XXX, of Official Records in the office of the County Recorder of SISKIYOU County, California, WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH OR CASHIER'S CHECK OR OTHER INSTITUTIONAL CHECK ACCEPTABLE TO THE TRUSTEE, (payable at time of sale in lawful money of the United States) at the lobby of SISKIYOU COUNTY TITLE CO., located at 206 Fourth Street, Yreka CA 96097

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as:

Mineral Lot 45A located in Siskiyou County
Township 39 North, Range 11 West, Section 4

Trustor: ENERGEL, INC., a Delaware corporation

The street address and other common designation, if any, of the real property described above is purported to be: NONE GIVEN

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be made, but without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to pay the unpaid balance of the note(s) secured by said Deed of Trust, to-wit: $ 167,595.73, including as provided in said note(s), advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

Trustee or party conducting sale

Siskiyou County Title Co
206 Fourth Street
Yreka CA 96097

Date: April 7, 1992

SISKIYOU COUNTY TITLE CO.

By [signature]
Authorized Signature
JOHN R. COLLIER, PRESIDENT

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND UNLESS OTHERWISE SHOWN BELOW MAIL TAX STATEMENT TO:

Name Energel Ventures, Inc.

Street Address 885 Clay St., Suite 158

City & State Ashland, OR

RECORDED AT REQUEST OF

OFFICIAL RECORDS SISKIYOU COUNTY, CALIF.

MAY 15 3 05 PM '91

#91005652

Fee $27.00 Pd.

MAIL TAX STATEMENTS TO

Name

Street Address SAME

City & State

TITLE ORDER NO. ESCROW NO.

91005652

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX is $ 49.50

☒ computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale.
☐ unincorporated area
☐ city of , AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

RUTH E. PATTERSON, a widow

hereby GRANT(s) to

ALFRED ALOISI, as his separate estate

the following described real property in the County of Siskiyou, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

Dated March 22 19 91 Ruth E. Patterson

STATE OF ~~CALIFORNIA~~ Washington
COUNTY OF King } SS.

On March 22nd 1991 before me, the undersigned, a Notary Public in and for said State, Personally appeared Ruth E. Patterson

personally known to me/or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal

Signature [signature]

NOTARY PUBLIC IN AND FOR SAID STATE of Washington residing in Seattle Commission expires: My commission expires 4/30/92

(This area for official notarial seal)

CO-441

91005652

ALL THAT REAL PROPERTY SITUATE IN THE COUNTY OF SISKIYOU, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

The Mountain Laurel Quartz Lode Mining Claim designated by the Surveyor General as Lot 45A and the Mountain Laurel Mill site designated by the Surveyor General as Lot 45B, both Mineral Survey No. 3161 embracing a portion of Township 39 North, Range 11 West, M.D.M., in the Liberty Mining District, and being in portions of Sections 4 and 10, in said Township and Range.

Now know ye, that there is therefore hereby granted by the United States into the said Yreka Mining and Milling Company and to its successors and assigns; the said mining premises hereinbefore described and not expressly excepted from these presents, and all that portion of the said Mountain Laurel Quartz vein, lode, or ledge, and of all other veins, lodes and ledges, throughout their entire depth the tops or apexes of which lie inside of the surface boundary lines of said granted premises in said Lot No. 45A extended downward vertically, although such veins, lodes, or ledges in their downward courses may so far depart from a perpindicular as to extend outside the vertical side lines of said premises: Provided, that the right of possession to such outside parts of said veins, lodes, or ledges, shall be confined to such portions thereof as lie between vertical planes drawn downward through the end lines of said Lot No. 45A, so continued in their own direction that such planes will intersect such exterior parts of said veins, lodes, or ledges: and provided further, that nothing herein contained shall authorize the grantee herein to enter upon the surface of a claim owned or possessed by another.

EXHIBIT A

RECORDING REQUEST BY
AND RETURNED TO:

3:20

SISKIYOU COUNTY TITLE CO.
P.O. BOX 189
YREKA, CA 96097

RECORDED DEC 19 1991

DOCUMENT No. 91-116832

Order No. F-58145

---

**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

**IMPORTANT NOTICE**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $6,875.00 **PLUS COSTS OF THE TRUSTEE as of** November 15, 1991, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and Deed of Trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the Sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: DAVID L. DAVIES

c/o SISKIYOU COUNTY TITLE CO., P.O. BOX 189, YREKA, CA 96097
(916) 842-1211

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

Continued

NOTICE IS HEREBY GIVEN: SISKIYOU COUNTY TITLE COMPANY, a corporation is duly appointed Trustee under a Deed of Trust dated May 29, 1991 executed by ENERGEL, INC., a Delaware corporation as Trustor, to secure certain obligations in favor of DAVID L. DAVIES as beneficiary, recorded June 4, 1991, as Instrument No. 91006500 Official Records in the Office of the Recorder of SISKIYOU County, California, describing the land therein as:

All that real property situate in the County of Siskiyou, State of California, described as follows:

Mineral Lot 45A located in Siskiyou County, Township 39 North, Range 11 West, Section 4

Said obligations including installment note(s) for the original sum of $150,000.00 that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of: FAILURE TO MAKE 5 INTEREST ONLY INSTALLMENTS OF $1,375.00 PER MONTH FROM JULY 1, 1991 AT THE RATE OF 11% PER ANNUM.

that by reason thereof, the present beneficiary under such Deed of Trust, has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing obligations secured thereby, and the undersigned does hereby declare all sums secured thereby immediately due and payable and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED November 15, 1991

DAVID L. DAVIES