031362

# STATE OF DELAWARE
## 2003 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2139080 | ENERGEL INC. | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY FROM | TO |
|---|---|---|---|---|
| | SEPTEMBER 29, 1987 | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st / DEC. 31st |
|---|---|---|---|---|---|---|---|---|
| 09-29-1987 | | COMMON | 100 | | | | | |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 35.00 | $ | $ | $ 25.00 | $ | $ |

AMOUNT DUE $ 60.00

REGISTERED AGENT 9008413
INCORPORATING SERVICES, LTD.
15 EAST NORTH STREET
DOVER , DE 19901

**MAKE CHECK PAYABLE TO:**
**DELAWARE SECRETARY OF STATE**

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | |

2 030104 2139080 000006000 0 9

$100.00 PENALTY If not Received on or before MAR 1, 2004 Plus 1.5% interest per month.

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. PRES | KIM BEEBE | 1752 GREENVille TRK PT JERVIS NY 12771 | 12-31-04 |
| 2. SEC | MYRON FINKELSTEIN | 9 ROHARM DR MOUNTAIN LAKES NJ 07046 | 12-31-04 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

Myron took to mail + paid 1-29-04

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. PRES | KIM BEEBE | 1752 GREENVILLE TRK PT JERVIS NY 12771 | 12-31-04 |
| 2. SEC | MYRON FINKELSTEIN | 9 ROHARM DR MOUNTAIN LAKES NJ 07046 | 12-31-04 |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X | | |