# Dynatech

DYNATECH CORPORATION
16 De Bow Avenue
Wanaque, New Jersey 07465
Telephone: (201) 616 - 0644

ORIGINALS

April 19, 1991

To Whom It May Concern:

RE: The Following Is A List of Mining Equipment Located at Sawyer's Bar, CA. Being Rented By: Liberty Mining Inc. Through Dynatech Cor

| | VALUE |
|---|---|
| Diamond Core Drill S/N 445H | $ 175,000 |
| 1976 Caterpillar 977L Crawler Loader S/N 11K6649 | 60,000 |
| Complete Portable Screening Plant & Fine Gold Recovery System 200 TPH | 30,791 |
| 5' X 16' X 3' Deck Screen | 24,000 |
| Two 30" X 17' Centrifuges Valued At $20,000 Each | 40,000 |
| 1970 Pierce Trailer S/N 5349 | 8,000 |
| 1972 International Truck Tractor S/N 259471Y026410 | 12,500 |
| 977L Fork | 6,500 |
| 977 Winch | 5,500 |
| 977 Valve | 2,000 |
| Caterpillar 950 Wheel Loader S/N 81J13118 | 55,000 |
| Two TS-24 Scrapers S/N 27201 & 20147 Valued At $47,500 Each | 95,000 |
| Joy 180 Diesel Powered Air Compressor With Assorted Drill Steel And Air Hose | 9,500 |

A first lien position on above items is held by:

First Fidelity Bank, N.A.
Leasing Department
P. O. Box 15080
Newark, NJ 07192

1978 D8H Cat. [illegible] 45000.

299,000

A.175