# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALFRED ALOISI, et al., )
)
Plaintiffs, )
)
vs. ) No. 95-650L
)
UNITED STATES OF AMERICA, )
)
Defendants. )
)

DEPOSITION OF ALFRED ALOISI

Wednesday, October 31, 2007
9:20 a.m.

Reported By: CRAIG W. WOOD, RPR, CSR No. 9789

APPEARANCES

For the Plaintiffs:
FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC 20007-5101
(202) 295-4017
BY: LAWRENCE G. McBRIDE

For the Defendant:
DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
601 D Street, N.W.
Washington, DC 20004
(202) 305-0238
BY: BRUCE K. Trauben

Also Present: Thomas Ferrero
Hilton Cass

---oOo---

INDEX

EXAMINATION BY: Page

Mr. Trauben 4

EXHIBITS

FOR THE DEFENDANT'S:

| | | |
|---|---|---|
| 1 | Quitclaim Deed | 29 |
| 2 | Tax Assessor Cards | 47 |
| 3 | Document | 129 |
| 4 | Letter | 131 |

---oOo---

BE IT REMEMBERED that on Wednesday, October 31, 2007, commencing at the hour of 9:20 a.m., of said day, at the offices of Klamath National Forest, 1312 Fairlane Road, Yreka, California, before me, Craig W. Wood, a Certified Shorthand Reporter in and for the State of California, there personally appeared

ALFRED L. ALOISI,

who, being first duly sworn by me to tell the truth, was examined and testified as follows:

---oOo---

EXAMINATION

BY MR. TRAUBEN:

Q. Will you please state your name for the record.

A. Alfred L. Aloisi.

Q. And you go by Fred?

A. Yes, I do.

Q. As you know, my name is Bruce Trauben. I represent the United States, the defendant in this action.

A. Yes, Bruce, I've made your acquaintance.

Q. I'll have some questions for you today. And just as an overview of what we're going to do today, I'm going to ask you some general questions about the -- who the plaintiffs are and the status of the plaintiffs.

We'll go into the property interest of the plaintiffs. The knowledge of the owl. We'll talk about the various components that go into a takings case. So just to give you an overview of what we'll be discussing.

A. Thank you.

Q. And, also, we'll get into your prior deposition. I have some follow-up questions and some discovery responses.

A. Very well.

Q. I understand from discussions with your attorney, Mr. McBride, that Mr. Goodman has passed away.

A. Yes, he has.

Q. And do you know when?

A. Approximately three, four years ago. And I'm not certain of the exact date.

Q. When did you learn of his passing?

A. I would say three years ago.

Q. Do you know, was it sudden, his death?

A. No. It was -- I believe his health deteriorated over a considerable period of time. Don was diabetic and he had other problems, as well.

Q. Do you know whether his estate is still in probate?

A. I do not know.

Q. Do you know who is representing his estate?

# EXHIBIT 2

**U.S. Department of Justice**

Environment and Natural Resources Division

bkt
90-1-23-3261

***Natural Resources Section***
***P.O. Box 663***
***Ben Franklin Station***
***Washington, DC 20044-0663***

***Telephone (202) 305-0238***
***Facsimile (202) 305-0267***
***bruce.trauben@usdoj.gov***

January 15, 2008

**VIA FACSIMILE (202) 672-5399**
Lawrence G. McBride, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143

Re: Aloisi v. United States, CFC No. 95-650L

Dear Mr. McBride:

This letter is memorialize our agreement (conveyed through an exchange of voice mail messages on January 14-15, 2008) that Defendant may depose James Kendle, Donald C. Goodman (son of Plaintiff, Donald W. Goodman) and Myron Finkelstein after February 1, 2008 (the due date for dispositive motions), and that Defendant may supplement its motion papers (whether its opening brief, response or reply papers) based upon information obtained from those depositions as Defendant deems necessary.

Please contact me as soon as possible if the statement above is inconsistent with Plaintiffs' understanding of the agreement with respect to the depositions of Kendle, Goodman and Finkelstein, or if you have any questions or concerns.

Sincerely,

Bruce K. Trauben
Trial Attorney

cc: William Shapiro