IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

On January 10, 2008, the Court adopted a proposed scheduling order that the Plaintiffs submitted on January 4, 2008, setting February 1, 2008 as the due date for dispositive motions. To allow time for the government to complete its internal review and approval process, Defendant now respectfully requests that the due date for filing dispositive motions be extended to Wednesday, February 6, 2008. Counsel conferred by telephone in advance of filing this motion, and Plaintiffs do not oppose this request. This request does not affect any other due date.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

Dated: February 1, 2008