# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALFRED ALOISI, et al.,

Plaintiffs,

v. — No. 95-650L

UNITED STATES OF AMERICA, — (Filed: February 5, 2008)

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

Defendant's unopposed motion, filed February 1, 2008, for an enlargement of time, to and including February 6, 2008, for the parties to file dispositive motions is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims