Sundgett

(C O P Y)

# R E P O R T

on

# U N I O N C E N T R A L M I N E

and adjoining

MOUNTAIN LAUREL and KLAMATH MINES

L I B E R T Y M I N I N G D I S T R I C T

SISKIYOU COUNTY, CALIF.

by

C. Colcock Jones,
Mining Engineer

PE-3-79

C. COLCOCK JONES
Consulting Mining Engineer

Los Angeles, Calif.

725 So. Figueroa St.,

April 20, 1932.

Mr. J. R. Miller and Associates,
Seattle, Washington.

Gentlemen:

Pursuant to your request I have visited the Union Central Gold Mines and the Mountain Laurel and Klamath Mines adjoining on the north and south respectively, in Eddys Gulch near Sawyers Bar, Siskiyou County, California, and I am attaching hereto detailed report covering my examination of these mining properties.

A perusal of my report will indicate the feasability and economy of operating the three properties as a unit under one ownership.

I was accompanied on the examination by Messrs. Daggett, Miller, Ross Manfield, and received their entire cooperation and assistance throughout the examination on the ground, covering a period from April 10th to 14th inclusive.

The Union Central Mines consist of two claims, designated as Union and Union Extension, being bounded on the north by the Mountain Laurel Mine and on the south by the Klamath Mine. The outcrop of the vein is continuous throughout these three properties, as shown on the map. In the past there have been taken from the Union Central from two workings from Tunnels Nos 8 and 10 an aggregate of $109,000 and on the north the Mountain Laurel has produced in the neighborhood of $750,000 of which it was admitted in the trespass suit that $154,000 had come from the property of the Union Central;

and from the Klamath Mine adjoining the Union Central on the south there has been a yield of $750,000 so that we are considering a property from which at very slight depth has been extracted in the past an aggregate of $263,000 in gold. The two adjoining properties have produced as mentioned from more extensive workings than on the Union Central, $1,296,000 or a grand total for the three properties of $1,559,000.

The vein or vein system from which this gold was mined occurs in a series of slates, schists and metamorphosed rocks which have been compared to the Calaveras formation of the Mother Lode.

There are two distinct divisions of this formation, viz:

1. The underlying footwall or basement series consisting of a hard dense complex of metamorphosed sediments and ingneous intrusive rocks.

2. The overlying hanging wall series of soft black slates and schistose rocks, in which the gold deposits occur.

The chief difference between the two series is in the laminated softer hanging wall slates and the constant occurrence in it of graphitic carbon, indicating a very definitely market change in geological condition. This hanging wall series has become a more or less mineralized zone for a thickness of 20 to 50 feet above the footwall.

Physically the fissuring of the hanging wall series now occupied by the quartz veins at and near its plane of contact with the hard unyielding footwall series was caused by overthrust faulting in which the shattering or shearing of the black slates, in the plane of the movement, opened spaces and channels for the deposition of gold from deepseated sources.

That this deposition of gold was connected with intrusions of igneous rocks both in the vein itself and adjoining it, cutting the footwall series, is shown at many places in the mines and on the surface.

The quartz vein structure is largely of a banded nature and in certain of these bands are fragments of graphitic slates from the hanging wall weries. Structurally, due to the nature of the strains causing the fissuring, while the quartz vein is continuous and carries some gold throughout, the workable deposits are confined to certain shoots or original lines of weakness along which the shearing was more complete and the result a greater circulation and deposit of quartz and gold.

This feature I have somewhat amplified because a proper appreciation of it will assist in future developments and it affords a primary key to help solve various problems as they arise.

Most of the Klamath workings are not accessible and only a few samples could be obtained from low grade ore still in place and worked-out stopes, ranging from $2.48 to $4.55; the best criterion of extracted ore was in two piles of ore, one at head of Klamath aerial tram assayed $9.09, and one at Klamath mill end of aerial tram assayed $15.71, giving an average for the two dumps of $12.39.

In the case of the Union Central, California Mining Bureau Statistics state that from the workings at Tunnel No. 10, 7,000 tons of ore produced $79,000 or an average of $11.36 per ton.

At Tunnel No. 8, in the neighborhood of $30,000 was taken out at a reported value of $11.00 per ton or 2,700 tons.

My few samples obtainable from workings at Tunnel No. 8, Union Central, we run from $1.65 to $2.07 in vein outside of stoped areas and in the shoot samples assayed from $5.17 to $18.60 or an average of $12.45. My belief is that the statement of Mr. Daggett that these ores when milled averaged $11.00 per ton is true.

In the case of the Mountain Laurel Mine the State Report says that 60 tons of ore from a small chamber was worth $7,000 and on the 100 level 8,800 tons of ore 5½ feet in thickness averaged $18.50 per ton, and that the mine probably produced over $600,000 from ore averaging $8.50.

In the general movements that resulted in the fissure or openings now occupied by the Union Central vein, the upper or softer formation afforded a favorable condition for the deposit of mineral, which movements did not affect the underlying harder formation. This condition I think is responsible for the regularity of the vein as shown by its continuous outcrop; and while it is reported that there are two veins separated by only 10 or 20 feet, we can consider that where the extreme thickness is found in places it is a combination of these two veins, and that this condition is likely to obtain at almost any point in the ore shoots, or to result in overlying ore shoots in the top vein.

The most defined ore shoot was the Klamath to the south of the Union Central, and a continuation of which at depth will be found in the Union, if it is not already demonstrated in the workings at Tunnel No. 10. The main ore shoot developed by Tunnel No. 8 would appear to be the upper end of the ore shoot which was developed by the May Tunnel No. 5 in the trespass of the Consolidated California Company in the Mountain Laurel workings.

The south part of the drift tunnel from No. 8 cross cut on the Union Extension was inaccessible from a great fall of roof, but from the information supplied by Mr. Daggett, which I consider reliable, the probability is that another ore shoot as outlined on my map will lie between No. 8 and No. 10 tunnels.

Every indication points to the following plan of development, namely: To clear out the May tunnel and tributary workings from which the trespass ore was taken, and to then drive a main exploration tunnel from Point B as indicated

PE-3-83

on my map following the strike of the vein. Such a development will cross out all the possible ore shoots in the property in a distance of 1500 to 2000 feet, and will afford backs of 1500 to 2000 feet on these shoots, if they prove continuous, to the ore shown at Tunnels Nos. 8 and 10. Coincident with this work, which will produce ore in its inception from the stopes above the May tunnel, Tunnel No. 7 should be extended on the vein from Point I with probability that it will soon be in a good grade of mill ore. The vertical difference between the May ore body and Tunnel No. 7 is about 100 feet and the horizontal distance from 900 to 1000 feet. If as anticipated the No. 7 tunnel cuts the ore shoot in a short distance it will provide the quick and economical way to connect to the ore body shown in Tunnel No. 8, and extract it with the advantage of gravity.

The connection from the May tunnel, and incidentally the No. 7 tunnel, to the millsite at Rollin will be by the former surface tram line, and the ore can be drawn from storage bins below the May tunnel. The patented Klamath and Mountain Laurel properties are essential to a fully developed plan not only for their ore resources, but on account of the patented millsite indicated on my map. The old mill buildings can be easily repaired with a new roof and some siding. The main timbers and foundation are intact, with the four batteries of 5 stamps capable of being repaired and put in operation at a minimum of cost. The several camp buildings and houses, comprising the settlement of Rollin, on the mill site, are easily repaired and a large initial expense can thus be avoided. The mill site is ideally situated to serve all the properties. In addition to the already patented claims the Union and Union Extension claims can be patented at a slight cost, and thus supply to complete substantial basis for an operating corporation of properties owned outright in fee.

The Union claims and the other properties are all on the same mineralized

PE-3-84

zone containing one or more fissures veins, and all the geological conditions exposed indicate the possibility if not the certainty of the veins being productive to great depth. The occurence of the vein or veins in the definite mineral zone separating two widely differing formations in hardness and composition is clearly shown, and, contrary to some declarations of other observers, the present position of the veins is not due to any "breakover" but they are practically in their original position of strike and dip at time of formation.

Attached to this report is a copy of the report of Mr. Ben. F. Daggett, which goes into considerable detail, regarding the history of the properties, and as given by him is confirmed by the publications of the California State Mining Bureau.

I believe that we have sufficient information of geologic and underground conditions to justify the development I have briefly stated above, and which will be found in more detailed form in report following. One of the chief matters of importance in this connection is the fact that it is proposed to take over these properties absolutely and not under any conditions of lease and bond requiring large future payments, and from my examination I have no hesitation in recommending you and your associates to proceed in the matter of providing sufficient capital for the proper opening of the properties in order to work on an economical scale.

To summarize briefly:

1. The Union Central Claims have produced $263,000 in gold.

2. The Klamath claim adjoining on the South has produced $700,000.

3. The Mountain Laurel adjoining on the north had produced $596,000.

4. The three groups of claims should be formed into a corporation as planned, free and clear, without any future payments to be made on purchase price or on lease and bond.

PE-3-85

5. The combination of excellent geological and structural conditions, veins from 2 to 10 feet thick, of good milling value from $8.00 per ton up with occasional high grade, an ideal mill site with exceptional water and timber conditions and good climate and road connections, affords every facility for economical operation, and profitable returns.

Detailed information upon which the foregoing summary is based will be found in the report attached and made a part hereof.

Respectfully submitted,

(Signed) C. Colcock Jones

# REPORT

on

# UNION CENTRAL - MOUNTAIN LAUREL AND KLAMATH MINES

LIBERTY MINING DIST.
SISKIYOU COUNTY, CALIF.

**********

## INDEX


| | Page |
|---|---|
| Accessibility | 1 |
| Conclusion and Recommendations | 19 |
| Costs, Mining and Milling | 18 |
| Development | 12 |
| Geology | 10 |
| Mining Facilities | 17 |
| Ore Deposits | |
| Ore Reserves | 15 |
| Ore Treatment | 16 |
| Property and Location | 9 |
| Topography | 10 |
| Map | |
| Extracts from State Mineralogist Reports | |
| Copy of Report of Ben F. Daggett | |


PE-3-87

L

## PROPERTY AND LOCATION

The claims, approximating 40 acres, comprising the Union Central Gold Mines, are the Union and Union Extension unpatented claims held by location, situated at the head of Eddys Gulch, a tributary to the north fork of the Salmon River, 4 miles above Sawyers Bar, in the Liberty Mining District, Siskiyou County, California. Contiguous to the Union Extension on the north is the Mountain Laurel claim, approximately 20 acres, and on the south of the Union claim is the Klamath group consisting of the Ada, Flora Blanche, Ohio and Buckey claims, about 80 acres, together with a millsite of 5 acres lying on a flat to the northwest of the combined groups, as shown on map accompanying this report.

The above-named claims of the Mountain Laurel and Klamath including the millsite are patented. The three groups of claims by their position naturally should be combined as a unit,for economic working with the advantage of the present millsite, mill and other buildings, These claims lie at an elevation varying from 3500 to 4700 feet above sea. They are exceptionally well-watered for domestic purposes and for considerable power development throughout certain months of the year.

## ACCESSIBILITY

The property is reached from the Pacific Highway at Yreka by two different routes: The summer route is by a paved highway to Etna 30 miles, thence by a county road to Sawyers Bar 25 miles, and thence to Rollin 4 miles, a total of 59 miles. The other route is an all-year road down the Klamath River by way of Happy Camp, Somes Bar and Forks of Salmon to Sawyers Bar, about three times the distance of the shorter route, but open all the year and now being improved by the United States and the State of California. It is one of the great scenic highways which will eventually connect the Pacific Highway with the Coast Highway. Both roads are adapted to heavy hauling.



PE-3-88

## TOPOGRAPHY

The topography of the immediate region is rugged, with steep hillsides and elevations rising to 6000 or more feet. In the immediate vicinity of the claims this topography has been modified by the deep erosion of Eddys Gulch which has cut out a semi-circular amphitheatre and in which, from the erosion of the Union Central veins and any lying above it, there have resulted very rich placer deposits. These undoubtedly have more largely come from the Mountain Laurel-Union Central-Klamath vein than from any other so far uncovered. This erosion has left considerable flat ground at Rollin suitable for mill and camp purposes at elevation of 3500 feet.

## GEOLOGY

There has been no particular geologic report on this immediate region, but the black slaty schist and associated altered instrusives have been classed as similar to the Calaveras slates of the Mother Lode. These slates and schists extend across the head of Eddys Gulch and are underlaid by a much harder number of the formation of altered intrusives and sediments. The characteristic difference of the ore-bearing black slate belt is largely in its content of graphitic or carbonaceous material, distinctly different from the hard underlying formation, which contains none, and it is in this zone of perhaps 50 feet thick of black slates that the fissuring occurred and the ore bodies were deposited in definite shoots. In no case did I find any graphitic material in the underlying or foot wall formation, and the inclusions of slate, common in the quartz of the vein, were invariably from the overlying or hanging wall black slates. The different between the two formations marked a structural line of weakness that under the stresses consequent to earth movements resulted in overthrust faulting and caused great crushing and fissuring of the black slates, making a condition extremely favorable for circulating mineral-bearing solutions.

PE-3-89

Accompanying the quartz deposition was considerable intrusion of narrow bands or irregular patches, especially near the footwall, of what is now a decomposed porphyry and which was so characteristic of the veins that it received the name of "cab" by the miners.

It is generally believed that there are two veins separated by 10 to 20 feet between the footwall formation and the top of the black slate mineral zone, but my conclusion is that the two are in the same mineral zone and at times come together and produce a thickening of the vein to as high as 20 feet, and at other times separate with the intervening black slates. This would make a very simple interpretation of the geology and one on which we could project our exploratory work. The veins are of the fissure type, formed by overthrust faulting between the two formations.

In addition to the porphyry members of the vein there is one major igneous dyke which is shown first at Tunnel No. 10 at an elevation of 4200 feet with a width of 100 feet or more. At this point to the southeast of this dyke was the ore body shown at Point E, and to the southwest of the dyke were the large ore bodies of the Klamath mine. This dyke is again seen at a point designated as Y, crossing the surface tram road from the Mountain Laurel to the millsite, indicating a strike almost parrel to the strike of the Union Central vein. That the connection may be of this dyke to the ore bodies is at the present time unknown. It is a fine grained grano-diorite or rock of similar type, and probably it will be found to have been in some sense a mineralizing agent, as from its position between the Union Central and the Klamath ore bodies it may have been contemporaneous with them.

## ORE DEPOSITS

The ore deposits of the Union Central Mine belong to a fissure type, induced by overthrust faulting between two members of the formation of differing

PE-3-90

hardness and density, and vein has formed along crushed planes in the slate zone resulting in some of the softer slate fragments being included in the solid quartz of the vein, and there has been considerable replacement of the slate by quartz. There are no special difficulties to be encountered either in the continuity or the persistence of this type of vein in the black slates. The placer deposits of Eddys Gulch most certainly came from the erosion of a large exposed portion of this vein to the north and northwest of the present line of outcrop, and the continuity of this outcrop for the long distance shown is one reason for presuming that the persistence would be just as strong in depth as on the exposed edge of over a mile. The veins comprised in the mineral zone have a general northerly strike with a dip to the east or north-east of from 15 to 25 degrees, and the shoots of ore so far as we can judge from our present knowledge, have a decided rake to the northeast from the line of dip. These features will be more fully appreciated by a study of the attached map.

The Union Central vein varies in thickness from 2 to 10 feet or more and consists essentially of banded quartz members with black graphitic slates forming the hanging wall and somewhat soft, decomposed whitish dyke rock forming the footwall. Black slate fragments from the hanging wall are common in some of the quartz bands of the vein.

## DEVELOPMENT

The several properties discussed in this report are all on the same general mineralized zone and so far as can now be observed on the same vein, which is continuous throughout on its outcrop.

UNION CENTRAL: On this property two principal ore shoots have been opened and worked chiefly above the development tunnels with only a superficial attempt to follow the ore shoots of the dip.

The first of these workings is on the south end of the Union claim at Tunnel No. 10, and the Report 21 of the California State Mineralogist, October, 1925, states: "This mine was a producer years ago, having a record of $79,000 production from 7,000 tons of ore".

I found these workings inaccessible on account of caving and filled with mud and water, so that it was impossible to sample what was left in the mine. From the appearance of the dump all ore had been taken away.

The second working of importance is at Tunnel No. 8 on the Union Extension claim where by a cross cut tunnel of 160 feet the vein was cut and drifts on the strike of the vein run north and south. Considerable ore was stoped here and the production is reliably reported to have been $30,000 in gold. There was an opportunity to secure samples in the vein around the stoped areas. Three of these samples ran $1.65, $2.07 and $2.07, indicating fair values continuing in what was considered a barren portion of the vein. In certain small pillars left in the stoped areas four samples were obtained, running as follows: $5.17, $7.44, $18.60 and $18.60, and from a special sample taken near the footwall of the vein a return of $52.40. It would appear that if the values shown by the assays are consistent, the mill head of $11.00 might easily be maintained.

The stopes cover a lateral distance of between 300 and 400 feet and have been upraised about 80 feet above the drift level, and in one place underhand stoping had gone below that level a short distance. The long drift tunnel was driven about 1100 feet in a southeasterly direction on the strike of the vein, but this was closed to inspection a short distance south of the stoped area by reason of a cave from the roof. I am reliable informed that the vein holds its continuity throughout this tunnel and near the woutherly end shows good values. I have placed, as will be noted on the map, an intermediate line of a possible ore shoot between the ore shoot at the south end, Tunnel No. 10, and the ore shoot shown at Tunnel No. 8.

On the strike of the vein about 1500 feet northeast of the ore shoot at No. 8 the operators of the Mountain Laurel mine drove in to the territory of the Union Central mine on the dip of its claims through the May Tunnel No. 5 and opened what is apparently the northeast continuation of the ore shoot shown at Tunnel No. 8. Considerable litigation ensued on account of this ore trespass, and I understand it was admitted in that suit that $154,000 in gold had been extracted from the Union Central ground. The amount of gold disclosed by the above facts as taken from the Union Central claims amounts to $263,000 from very superficial works, and upon any development my opinion is that the same results can be duplicated many times over.

One of the first points for further development would be from Point No. I in Tunnel No. 7, which apparently should cut very shortly the shoot shown above in No. 8. Three samples of ore was taken in No. 7 tunnel which assayed as follows: Near the outcrop $1.03; about halfway the length of the tunnel $2.69; and at the face, $3.10; or a continuous increase. With the development of ore at this point in connection with that at the May Tunnel there would be an early supply of a moderate amount for the mill.

MOUNTAIN LAUREL: The Mountain Laurel lies north of the Union Central ground as shown on attached map, and from this mine it has been estimated that $750,000 has been extracted, or a net of $596,000 after excluding the trespass ore of $154,000 in the Union Central ground.

Inspection of the underground workings discloses a certainty of an extension of the ore shoot in depth when properly opened and equipped with hoisting machinery.

KLAMATH MINE: The Klamath claims lie south and west of the Union Central Mine and very extensive mining was done at this point, the ore being milled as shown at the millsite 900 feet below in the flat at Rollin. The estimate pro_

duction from these extensive workings is said to have aggregated $700,000, and as this in large part was taken out by the father of Ben. F. Daggett, who worked in the mines, the information is probably accurate.

Several samples were taken at the Klamath Mine which only showed the low grade surrounding the stoped areas, and four samples of which assayed from $2.48 to $4.55. The most indicative results were obtained from sampling a pile of ore which had been left at the top of the aerial tram from the Klamath mine to the mill, and one of large size still remaining at the mill itself. In the former case the ore assayed $9.09 and the pile by the mill assayed $15.71. It is safe to assume that the average of these two would approximate~~ly~~ the ore mined and milled, or a value of $12.40.

There was also at the old mill a pile of ore remaining from the Mountain Laurel mine, an assay of which showed its value to be $10.13.

We have here then three distinct mining operations on the same vein within a horizontal distance of approximately a mile. None of these mines have ever been carried to depth on the dip of the veins, except that the May workings of the Mountain Laurel are in line with the Union Central workings at Tunnel No. 8, a distance of 1500 feet apart. With ore on the dip at the No. 8 workings and on the rise in the May workings, the presumption is that this shoot will carry more or less ore throughout the 1500 feet. It is also to be logically presumed that by drifting on the strike of the vein from the southeast end of the May workings, such a development tunnel will completely cross cut all the shoots comprised on the property. Any one of these shoots within a width of 300 feet and 1500 feet in length and an average of 3 feet in thickness would produce at least 100,000 tons of ore, and if of the grade as shown at the present openings in the bottom and top of the shoot, would aggregate at

least $1,000,000.00. The probability is that when worked on a large scale much of the ore around $5.00 in the general quartz vein can be profitably worked in connection with the higher grade ore.

Attached to this report will be found extracts from the State Mineralogist's report on the Union, Klamath and Mountain Laurel properties, which can be read with interest in connection with the above statements.

In connection with this subject of development I wish to refer in the attached copy of Mr. Daggett's report to his observations on this subject, based on his intimate knowledge of the mines when working and his experience in assaying the ores from the several mines. I believe his statements to be accurate, especially as he is one of the interested parties whose only return will be from the mines and not from any sale and lease and bond.

ORE RESERVES

Very large reserves are positively indicated but not blocked out. The large known production has been mined and milled from the comparatively small workings.

The known production to this time from these workings has been $1,559,000 None of the ore bodies have ever been bottomed or exhausted, and I look for the same continuity to great depths as obtained on the Mother Lode and in Grass Valley. To obtain results will necessitate an aggresive development program on lines clearly indicated by the present workings, which in my opinion will develop a large tonnage of mill ore of a value of $10.00 per ton or more, if all the facts developed by former work is a safe criterion, and I so consider it.

ORE TREATMENT

The ore from these properties is practically free milling except for 1½ to 2 percent of concentrates in the form of sulphide of iron, which can be shipped to the smelters or treated on the ground.



PE-3-95

There is now standing at the millsite a mill building containing 4 batteries of 5 stamps each which can be repaired at moderate cost and the machinery reconditioned and amplified by a new Pelton Water Wheel and auxilliary Diesel engine. This plant should be capable of treating 40 tons or more per day, and presuming that ore development progresses during the 60 days necessary for repairs and installation of machinery, it might be possible to supply at least 20 tons of ore per day and increase it up to capacity. Assuming that this new ore will equal in value per ton $11.50 as in former times, the initial profit should run around $5.00 per ton, or for 20 tons, $100 per day. As production is increased this profit per ton should be greatly increased.

## MINING FACILITIES

The mining facilities on these properties are exceptional. The vein itself is easily mined and comes away clean from both hanging and footwall. There is no freezing to either. Upon the proposed plan of development, for 1500 feet on the rise the ore will come by gravity to a main haulage tunnel and the outcrop from the May tunnel to No. 7 allows of extracting ore at intermediate levels before the full development of the ore shoot.

In the matter of timber the claims are well supplied with standing pine and other varieties, and situated as they are in the Klamath Forest Reserve, unlimited mine or mill timbers can be secured under the liberal policy of the Department. In the matter of water, there are several springs for domestic use and the several branches of Eddys Gulch afford considerable water for at least 6 months of the year, which under heads of 300 to 400 feet will deliver considerable power to the Pelton Wheel at mill.

Due to the rugged topography and the erosion of the westerly portion of the veins resulting in Eddys Gulch and incidentally its placer deposits, the outcrop of the vein from the north end of the Mountain Laurel claim to the

south end of the Klamath claim is continuously exposed or indicated by characteristic float. A difference in elevation on the outcrop between the extreme points mentioned amounts to 950 feet, and the various intervening elevations by aneroid are marked on attached map.

The entire favorable combination of geological occurrence and structure, easily and cheaply mined ore, gravity transportation to mill, water and timber resources, mill and millsite facilities and past production from comparatively small workings, is quite unusual, especially when this combination is brought to you on a partnership basis between the property and the necessary capital to develop and not on the usual inflated sale or lease and bond basis.

COSTS, MINING AND MILLING

Costs of mining and milling on a scale of at least 50 tons per day under the favorable conditions prevailing on these properties, should not exceed $4.00 per ton, and with a maintained head of $11 per ton this would indicate a profit of $7, but allowing for all contingencies I will estimate $5 per ton, or $250 per day. To obtain these results will require the overhauling and repair of the old mill now standing on the Rollin millsite. The structure is of ample size, probably 40 x 80 feet; the foundations are in good condition and all of the main timbers. There are four stamp batteries, the frames and mortar blocks of which are in good condition. The four mortars, stamps, tappets, etc., are in good condition. The water wheel will have to be replaced, as it is obsolete. A small Pelton to operate under about 350 feet head of water would ample.

I estimate that for the mill reconstruction a fund of from $5000 to $8000 would be ample. The several houses on the millsite appear to be in fair shape and needing principally a lining of beaverboard or other material, and some roof repairs; $2000 should be enough for this reconstruction and when done the facilities will be ample to house a superintendent and take care of probably

15 to 20 men. Surrounding the millsite are other houses which might be used if necessary, and between the millsite and Sawyers Bar, 2½ miles away, are a number of available houses.

For the development as outlined in this report and especially shown on my map accompanying report there will be required from a 3 to 5 drill compressor at the mouth of the May Tunnel, and engine of some sort, possibly a Diesel engine. Provisions of at least $5000 should be made for some initial plant at this point, and the connecting surface tram and storage bins. The May tunnel following the strike of the vein to the southeast will cost somewhere in the neighborhood of $10 per foot, and while not immediately necessary, it is projected to drive that tunnel at least 1200 feet, in the course of which it is hoped a number of shoots will be cross cut and that the progress of the tunnel can be slowed up on that account.

The great success of this property will depend on an energetic development, and while the proposed initial amount of $25,000 to be raised will be sufficient for the work above outlined and the care of the necessary payroll for several months during development and construction, my advice is that in the very beginning a fund of $50,000 to be provided to cover all contingencies and to sooner secure profits and advanced development. This is most unusually conservative as a development project in view of the fact that no money is to be put out for promotion, purchase or lease and bond.

CONCLUSION AND RECOMMENDATIONS

The Union Central Mine in combination with the Mountain Laurel and Klamath Mines makes a rounded proposition of unusual merit from a mining, milling and camp standpoint.

For mining the vein is well defined for over a mile, is from 2 to 15 feet thick and is shown for a great depth on the dip. Commercial ore deposits are

already opened in four places from which an aggrégate production of $1,559,000 was secured from comparatively small workings, and with these as a criterion many times that amount is probable from the proposed development at a depth of 2000 feet from the outcrop on the Union claims. All ore from this development will move by gravity from the mines to the large storage bins at the mouth of the May tunnel, and thence by surfact tram with grade in favor of the loaded cars to the mill.

Water and timber is plentiful. The patented millsite affords a fine camp site already equipped with houses and buildings.

The mine can be put on moderate production and the ore milled at a good profit on the proposed initial capital of $25,000, but to carry forward the planned development to assure a long life to the mine I would recommend that the initial cast capital should be $50,000 to cover this development in part and gradually improve the milling plant.

Geologically the property has promise of large and continuous ore supply, and physically the surrounding conditions are most favorable for handling that ore supply at a minimum cost and maximum return. I therefore recommend that you and your associates secure the necessary capital and follow out the development outlined in this report and indicated on attached map.

Respectfully submitted

(Signed) C. Colcock Jones
Mining Engineer

Los Angeles, California
April 20, 1932.



PE-3-99

C. COLCOCK JONES
MINING & METALLURGICAL ENGINEER
102 SO. OCCIDENTAL BOULEVARD
LOS ANGELES, CALIFORNIA
PHONE FITZROY 9635

June, 26, 1941

Mr. J.R.Miller
1500 First Ave. So.
Seattle, Washington.

Dear Mr. Miller:

I have just received your letter of June 24, with enclosures relating to the Patterson salvage plan and afew days ago received the papers relating to the SPECIAL MEETING OF Stockholders to be held July 2nd.

I am heartily in favor of the plan as the only solution of the mutual diffculties of the two groups and I will be glad to assist Mr. Patterson in any way possible.

Enclosed is the signed Power of Attorney and any time that Mr. Patterson will let me know he is in Los Angeles I will call on him.

With kindest regards,

Sincerely Yours,

C. Colcock Jones

PE-3-100

54

C O P Y

# R E P O R T

on

# UNION CENTRAL GOLD MINES

Liberty Mining District,
Siskiyou County, Calif.

Ben. F. Daggett,
Mining Engineer

## UNION CENTRAL GOLD MINES

The group of mining claims known as the Union Central Gold Mines are located in the heart of the Liberty Mining District, which comprises the whole of the Salmon River area of Siskiyou County, California.

This area has produced a large amount of both quartz and placer gold, the State of California Mining Reports giving the figures as being in excess of $150,000,000. These figures are unquestionably the minimum, in view of the fact that during early placer mining in the late 50's and 60's records were largely a matter of conjecture, especially in view of the fact that the whole of the placer area was worked to a large extent by Chinese.

It may be said, and in fact the writer has positive knowledge through a large number of years spent in the district, that the ore bearing ledges of the district have not yet been scratched, and in my opinion Siskiyou County offers practically a virgin, although well proven potential gold producing area unexcelled by and probably not equalled in any other district in the state of California.

The entire Salmon River District is in the Klamath National Forest, and is densely timbered with Red Fir, Pine and some Cedar.

The nearest town is Sawyers Bar, which has a population of some 200 people, and at this point there are two small hotels, three stores, and a daily mail service, also telephone to all points.

## ACCESSIBILITY

The property is reached from the Pacific Highway at Yreka-the county seat, by a good paved highway to Etna, 30 miles, thence by a well travelled county road to Sawyers Bar, 25 miles, thence by Rollin Road 4 miles to the property, or a total distance of 59 miles from Yreka.

The road is in shape for heavy hauling the entire distance.

## LOCATION

The mine itself is located on Eddys Gulch, a tributary of the North Fork of the Salmon River, and as stated above is 4 miles from Sawyers Bar.

## TOPOGRAPHY

Generally speaking, the whole of the Salmon River area is very rugged and broken, with deep gorges and mountains rising as high as 6000 feet above sea level.

Elevation at the mine is approximately 3500 feet.

## WATER

Sufficient water power to run a 20 stamp mill is available during about seven months of the year, with ample water for all milling and domestic requirements at all times.

While there would not be sufficient water for power during the remaining five months, the present day facilities for obtaining cheap and efficient power by the use of Diesel engines, makes the question of power a simple problem.

## TIMBER

Ample timber is available for all mining and building purposes, and the supply is practically inexhaustible.

The Union Central property itself comprises two unpatented mineral claims held by location and possessory rights, and known more particularly as Union and Union Extension mining claims.

While it might be possible to purchase more claims, it must be considered that this property owns the apex of the vein system for a distance of 3000 feet, and there would be very little advantage in paying for additional ground unless it should be on the strike of the ledge.

On both end lines, however, the property is joined by mines that have to date produced large sums of money from the extensions of the two ledges croppin on the Union Central Ground.

PE-3-103

As will be shown later in this report there is ample developed and potential ore on the property to ensure a long life under heavy production.

The accompanying maps will show that the ledge has been proven at depth for a lateral distance of over 2300 feet.

## GEOLOGY

Numerous Government treatises on the geology of this district are readily available, but in brief, the formation of the area, is principally slate, with intrusive porphyry dykes occurring frequently.

The veins lie within the slates and are accompanied at times with the porphyry, both in the fissures and in the slate wall formation.

The veins are unquestionably of the true fissure type, and should continue to great depth.

## HISTORY

Before going into the matter of development already carried out on the property, it may be well to give a brief outline of the past history of the property, and the reasons for cessation of work prior to its acquisition by the present owners.

Many years ago the Union Central Mine was operated in a small way with a 4 stamp mill. The mill burned down and the property was then purchased by the successors of the original operators, who extended the development work very considerably, with gratifying results.

At this time, it was learned that the adjoining Mountain Laurel Company was encroaching upon the Union Central ground, and very expensive litigation followed. The owners of Union Central were finally successful in winning the decision of the court, but the expense of the litigation has been so great that they were without capital to resume operations at the mine.

The owners have since become deceased, and the property passed into the hands of the present operators.

PE-3-104

VEIN SYSTEM

There are two parallel veins separated at a distance of 10 to 20 feet, bearing a north and south strike, while inclining to the east, and having a dip of about 15 degrees average from the horizontal.

These two ledges vary in width or thickness from 2 to 10 feet, maintaining generally an average of from 4 to 5 feet. The veins are continuous, extending the full length (3000 feet) of the two claims, passing into the adjoining properties north and south, where they have been extensively mined at a large profit.

The ore is a white free milling quartz, with about 1½% sulphuret of iron concentrate.

Due to the slight incline easterly, the erosion has exposed the ore outcrop for a long distance on its dip, making it readily and cheaply mined by tunnel levels, with the free aid of gravity and drainage.

It will be possible to mine the property to a depth of 2000 feet on the vein before it becomes necessary to sink and it will be readily seen that this indicates an enormous tonnage of ore cheaply available.

DEVELOPMENT

There are some 2500 feet of tunneling along the veins, or which 2100 feet is in ore.

There are four levels at intervals on the dip of the vein to the approximate depth of 2200 feet.

For the purposes of this report, and so that it may be easily correlated with the accompanying map of the mine and the adjoining properties, the tunnels on all the properties ~~c~~overed by the maps have been numbered consecutively.

Thus tunnels Nos. 8 and 10 will be seen to have been driven at shallow depths, and from these workings was produced the ore milled by the former operators.

Tunnel No. 8 shown a very large tonnage exposed along a distance of 1000 feet. The ore here assays from $6.00 to $22.00 per ton, with an occasional high assay, but ore values and tonnage will be gone into later in this report.

Tunnel No. 7, which is 400 feet deeper, was driven on the vein to develop ore bodies passing under the foot of No. 8. The present face of this tunnel is in a full body of good grade quartz, and continuing this drift should encounter the ore bodies developed in No. 8.

The ore bodies above the No. 7 level average 2 to 15 feet in width, with an average value of $11.50 per ton.

That the ore bodies and pay are consistent is shown by the fact that No. 4 tunnel (shown on the map as having been commenced on the adjoining Mountain Laurel ground and driven through to the Union Central ground at a depth of 1200 feet) developed ore of at least the same average values and width as any of the upper workings. (It was from this tunnel that the ore was taken by the Mountain Laurel Company and which caused the lawsuit referred to previously in this report).

The present face of this tunnel shown 5 feet of ore running around $12.00 per ton.

ORE VALUES AND TONNAGE

The Union Central Mine produced approximately 25,000 tons of ore during its previous operation, and this amount yielded slightly in excess of $300,000.00.

At the present time, there is conservatively 100,000 tons of ore developed. The writer has made a large number of assays over a period of some years, from every section of the property, and he has no hesitation in stating that the ore now available and developed will average not less than $11.00 per ton. From my actual knowledge of the district and other properties in the same formation I am satisfied that the ore will not decrease in value with the attainment of greater

depth, but rather that it will be found to improve.

While it is not my purpose of business to go into the question of profits of operation, I may state that the cost of mining and milling, including amortization of the necessary machinery mill, equipment, etc., should not exceed $4.00 per ton on this known tonnage.

Assuming these figures to be correct, and I consider them to be conservative, it will be readily seen that with 100,000 tons of known ore valued at $1,100,000, and a profit of $7.00 per ton, the returns on the small amount needed to equip the property and place it in operation will be very large, and this not taking into consideration the probable development of ore many times greater in tonnage than that already proven.

## MILLING AND RECOVERY OF VALUES

The ore offers no difficulty in handling and a high percentage of value recovery should be readily made.

It is practically a free milling quartz, containing about 1½% sulphuret of iron concentrate as previously noted. These sulphurets will average about $100.00 per ton.

During early operations, considerable loss was experienced through failure to recover and treat these concentrates, as well as by the fact that blankets were used for amalgamating on, which is at best a very haphazard method.

However, under such conditions as these, the returns averaged $11.50 per ton.

With the installation of a modern milling and recovery plant, I believe the recovered value for ton will be considerably in excess of these figures.

## CONCLUSIONS

I consider the Union Central Mine offers an exceptionally fine opportunity for the profitable investment of capital.

PE-3-107

The veins are strong, well-formed and extend without question both the full lateral distance of the property, and already proven to considerable depth.

The ore bodies already proven may be developed still much further, both rapidly and cheaply, the contour of the country affording excellent exposures for tunneling on the ledges at great depth before sinking becomes necessary.

The cost of actual mining and milling should not exceed $3.50 per ton, and with the values proven to be consistent and with the ample ore already available, it is my opinion that the mine is valuable, and will prove to be a highly profitable producer over a long period of years, provided that it is properly managed and suitable equipment provided for economical operation.

I am attaching hereto an estimate of the cost of mill and other equipment.

I would in closing like to stress the point that it is always sound mining policy to keep development of ore as far as possible ahead of milling operations.

All of which is respectfully submitted.

(signed) B. F. Daggett
Mining Engineer

Black Bear, California
10th of February, 1932.

PE-3-108

## ESTIMATE OF COST

Proposed Milling Equipment for UNION CENTRAL MINE.

| | | |
|---|---|---|
| Mill Building | | $3,450.00 |
| Ball Mill (80 Tons) | | 2,200.00 |
| Primary Crusher | | 550.00 |
| Secondary Crusher | | 460.00 |
| Amalgamation Plates | | 320.00 |
| Concentration Table | | 575.00 |
| Line Shafts, Belts, Pulleys, etc. | | 1,300.00 |
| Diesel Engine | | 3,500.00 |
| | Total | $12,355.00 |

Cost of building shown above includes labor and installation of machinery.

PE-3-109

## UNION CENTRAL MINE

Estimated cost of equipment and buildings other than the milling and recovery plant.

| | |
|---|---|
| Bunk houses, Dining Room, Kitchen, etc., including necessary furnishings | $5,500.00 |
| Office, Assay Office and Drafting Room | 2,250.00 |
| Superintendent's Quarters | 500.00 |
| Blacksmith Shop and equipment | 750.00 |
| Total | $9,000.00 |

| | |
|---|---|
| Compressor | $2,100.00 |
| Ore cars | 195.00 |
| Drills, etc. | 900.00 |
| | $3,195.00 |

### SUMMARY

| | |
|---|---|
| Mill | $12,355.00 |
| Camp, etc. | 9,000.00 |
| Compressor, etc. | 3,195.00 |
| Total | $24,550.00 |

PE-3-110

## MILL CONSTRUCTION

It will be possible to construct the mill so that after the ore is dumped into the No. 1 bin (which should be of about 100 tons capacity), it will be handled entirely by gravity. This will naturally make a considerable saving in the cost of milling.

The Flow Sheet should be as follows:

No. 1 or Primary Crusher to reduce the ore to minus 3/4"

No. 2 Crusher to further reduce to minus 1/4" mill feed.

This secondary crushing with this particular class of ore will result in a large proportion of fines.

A Ball Mill to reduce the ore further to minus 40 mesh.

A self-Classifying Ball Mill is recommended, thus doing away with classifiers.

Thence over Amalgam Plates to the Concentrating tables for the recovery of the sulphurets.

It will be seen that the above will necessitate three bins, No. 1 of 100 tons capacity, No. 2 of about 50 tons, and No. 3 of about 30 tons.

Timber is cheap and the construction cost will be low, as shown in the estimates.

## REMARKS REGARDING PROBABLE REDUCTION OF ESTIMATES

At the present time there is a large amount of good second hand equipment available through the forced cessation of operation of mines producing the semi-precious and base metals.

I am of the opinion that the cost of crushers, mill, compressors and engines may be very considerably reduced from the figures given.

<u>BUILDINGS:</u> While it is desirable that the mine should have its own camp as early as possible, I wish to state that there are a number of buildings available and which maybe used at the old village of Rollin, which is distant less than one-half mile from the mine. By taking advantage of this additional way of saving money, until the mine is in production, less capital should be needed at the outset, and it should be possible to produce the necessary money from the mine itself in a short space of time.

<u>TIME REQUIRED:</u> It will take 60 days to properly construct the mill and install the machinery. Ample good gravel and sand is available within a mile of the property for the necessary concrete foundations, with no cost except the hauling.

-------------

I consider that with $20,000.00 it should be easily possible to install the mill, and take care of 60 days payroll in the mine opening up stopes, etc., and that after the mill is installed and running the mine itself will provide for the construction of a first class camp and other necessaries.

PE-3-112

Extracts from

MINING IN CALIFORNIA
REPORT OF STATE MINERALOGIST

Part of Vol. 21, October, 1925

Page 458 UNION MINE. Comprises two quartz locations one mile south of Rollin and between Klamath and Mountain Laurel Mines, at an elevation of 3900 feet. This mine was a producer years ago, having a record of $79,000 production from 7000 tons of ore. The surface of claims is a steep slope facing north near the head of Eddys Gulch, and the claims are separated on the north from the Mountain Laurel and on the south from the Klamath Mine by gullies which probably mark the courses of faults. It seems nearly certain that all three mines are on segments of the same fissure, or closely parallel fissures.

The outcrop of the Central vein, striking nearly north, was worked for a length of 600 feet. Crosscut adits were run later, the principal one cutting the vein 160 feet from the portal on Union Claim. A drift south from here for 250 feet on vein is still accessible for 175 feet. It gave backs of 80 feet on the vein, which has been stoped out nearly to surface except for one block about 90 feet long. The vein here dips 18° to 24° E. and is two feet to six feet or more in width. The hanging wall is black slaty schist, containing considerable graphite, and frequently much twisted and broken. The footwall is a decomposed, light-colored dike rock, common in the mines of the district. On the south side above drift, the hanging wall portion of vein, which is two to three feet wide, and separated from footwall portion by gouge, has been stoped. There remains on footwall an equal or greater width of vein containing quartz and brecciated fragments of slate. The vein has also been underhand stoped for

about 70 feet on strike and 40 feet on dip.

Page 451 MOUNTAIN LAUREL QUARTZ MINE lies at the head of the left fork of Eddys Gulch, five miles by road south of Sawyers Bar at an elevation of 3600 to 4000 feet. It was one of the producing quartz mines of the district for many years, but has been idle since the last work was done, in 1922.

The vein, which strikes north to N. 40° E. and dips 5° to 60° SE., occurs in the black, slaty graphitic schists which carry most of the gold ores of this district. It has been prospected and exploited by a series of six adit levels. The principal production in later years was by the Yreka Mining and Milling Company up to 1906, and by the California Consolidated between 1906 and 1910.

The May adit at 3810 feet elevation was run 535 feet southeast, then drifted 130 feet southwest and 280 feet northeast. The Mi adit, 60 feet above and 280 feet east of May adit, cut the ledge 200 feet from the portal and followed it 140 feet northeast and 250 feet southwest. Ore of good grade, from three feet to six feet wide, was stoped on the southwest nearly to the surface. Mj adit, elevation 3870 feet, is 520 feet southeast of the north end of Mountain Laurel claim and 400 feet east of the west side line. It cut the vein 270 feet from the portal, and a small chamber of high grade ore found near here is said to have yielded 60 tons of ore worth $7,000. In all about 2300 tons was stoped from this level. About 590 feet from the portal a winze was sunk 180 feet to Stevens tunnel level, and levels called 90, 100 and 150 levels were run northeast under the Wisconsin Claim. On the 100 level, 8800 tons of ore averaging 5½ feet in width and $18.40 per ton is reported to have been mined. The ledge generally has a fl