WILLIAM J. ELMENDORF
MINING ENGINEER
405 ALLISON STREET
SEATTLE, WASHINGTON

# R E P O R T

on the

MINING PROPERTY

of

GOLD STANDARD, INC.

SISKIYOU COUNTY,

CALIFORNIA.

LOCATION. The property of Gold Standard, Inc. consists of four patented mining claims, one patented mill site, all of which are owned outright, and three unpatented mining claims held under lease and option to purchase.

These claims lie at the head of Eddys Gulch from four to six miles south from Sawyers bar, in the Liberty Mining District, Siskiyou County, California. The properties lie in the general form of the arc of a circle more than two and one-half miles in length, extending in a general northeast-southwest direction, around the head of Eddys Gulch from which more than $3,000,000 in placer gold has been mined. They are all on the same fissure zone and, with the exception of two mining claims near the middle of the property, are contiguous.

The mines are reached by a good automobile road 55 miles from Yreka to Sawyers Bar and thence to Rollin, 4 miles. This road crosses Salmon Mountain divide at an altitude of 5929 feet and is closed for several months in winter by snow. An alternative route, which is always open, is from Sawyers Bar down the Salmon to Sommes Bar and thence up the Klamath Highway to its junction with the Pacific Highway north of Yreka. This road is about 155 miles long. With some changes in the route of the road and a snow plow available at Salmon Mountain, there should be no serious difficulty in keeping the shorter route open all winter.

The nearest railway station is at Montague on the Southern Pacific Railway about 6 miles east of Yreka. Yreka is on the Pacific Highway and for trucking communication both north and south is the logical junction point. Yreka is about half way between Portland, Oregon, and San Francisco, California.

Speaking of the Salmon River District, Report 21 of the State Mineralogist of California says (p. 419):

> "This district has been the most productive and remains the most active and important gold mining area of the county."

PROPERTY. The mining claim may be most conveniently divided into three groups, viz: The Klamath Group on the southwest, consisting of Ohio, Flora Blanche, and Ada, all patented and owned outright. On the northeast the Mountain Laurel, patented and owned, and adjoining it again on the northeast the Wike Group of three claims, Six O'clock, Anna Johnson and Maud, held by location and under option. The Mountain Laurel Mill Site, patented and owned, lies about equidistant from the Mountain Laurel and Klamath Groups and about 700 feet lower than the latter. A tramway connected it with the Klamath and a road with the Mountain Laurel. Between the Mountain Laurel and the Ada lies the Baion Central Group, not owned by Gold Standard, Inc., two claims in length.

GEOLOGY. In general the fissure zone passing through the property is in slates and schists similar to, if not identical with, the Calaveras formation of the Mother Lode of California. In connection with these slates, numerous intrusions of porphyritic rocks appear without, however, apparent ~~at~~ definite relation to the veins. The vein gaugue is essentially quartz, often banded, sparsely mineralized with sulphides, and the values are almost entirely gold, in a free- native - condition. Bits of wall rocks are often included in the quartz veins, sometimes forming a breceia. The quartz veins are usually from two to seven feet in thickness and well defined, a parting selvage on both walls being usual. The hanging wall is generally much softer and more graphitic than the foot wall. It has been suggested that the fissure zone as a whole is an overthrust fault along the line of weakness between what now forms the soft hanging and the hard foot walls of the veins, and that such faulting opened the channel for the mineralizing solutions. This explanation is a reasonable one but entails the supposition that the fissure zone with its included veins followed in a general way the bedding planes of the slates which is not always the case. Whatever the genesis of the ore deposit may have been its continuity in length is shown for perhaps four miles and at the elevation of more than 2000 feet difference. The slates are at least 4000 feet thick in places and there is little probability of

decrease of values of serious breaks in continuity of the veins with depth.

The Black Bear mine is on the same fissure zone and in the same formation, and in that property an incline shaft was sunk 600 feet on the vein from an adit level about 300 feet below the surface at the collar of the shaft, thus causing a total depth of 900 feet on the dip of the vein which was followed without dimunition of values or decrease in size.

Faulting is common in this area but no dislocations of the ore bodies are of sufficient extent to form serious problems in the conduct of mining operations. To sum up. Knowing what we do of the character, extent and value of gold bearing quartz veins in the Calaveras formation of California, it is safe to say that the geology of the property is highly favorable.

ORE DEPOSITS. As the ore deposits in the several groups of claims are essentially similar they may be described as a whole. Indeed they are in one and the same fissure zone and the veins while varying somewhat in character are of quartz gaugue, gold bearing, with scanty sulphide mineralization. The strike is somewhat east of north and the dip from 5° to 40° to the sourtheast. At most points of observation the dip is between 15° and 20° and the vein is commonly from four feet to six feet in thickness. Great variation in the thickness, dip and mineralization of the veins is found in places, and this must be expected in this slate formation especially in the presence of many minor faults. Again, under such conditions great variation in values are to be expected. The mineralization is of native gold, often coarse, and only a very large amount of hand sampling is likely to accurately determine the values. Fortunately we have the approximate figures of production and tonnages milled and they probably form the best basis for an estimate of future production. Eliminate the question of surface enrichment as applied to past production from consideration in this case. Erosion is recent and continuing and has severely sectioned the veins at many points. Over $3,000,000 in placer gold has been won from Eddys Gulch which is the immediate product of

this erosion. No origin for this gold has ever been suggested other than from these ore bodies. Some of the best ore now in the mines is in the deepest workings.

The average value of ore that has been milled in the past should be maintained in the future when adequate development is accomplished. Beyond this is the fact that materially better savings will be made in a modern mill than was possible with the machinery and methods used from 1860 to 1890. There is no indication at any point examined by me of the ore bodies having been exhausted. Development has been unsystematic to a degree. Ore bodies have been opened and mined to points where the values decreased or the veins narrowed, but the veins have not been lost nor has the formation changed. The mines, as I see them, afford an exaggerated example of underground work done in a haphazard way with no particular attempt to provide economical methods of underground transportation or of open ground beyond the areas being mined for immediate production. It looks like a glorified case of pocket hunting with surprisingly satisfactory results but not a case of systematic mining. We must, however, grant that the old operators knew ore and took it out when they had it. The successful future operation of these properties depends, in my opinion, upon development of ore bodies in the known veins but in virgin ground with due attention being given to economy of operation. Known ore bodies must be developed before a mill of any great size is contemplated.

PRODUCTION. These figures of production are all taken from Report 21 of the State Mineralogist of California, dated October 1925. No claim is made as the their exactness but they are likely to be under rather than over the true amount.

| | | | |
|---|---|---|---|
| (Page 448) | Klamath Mine | 1863-65 | $59,400.00 |
| | | 1870-81 | 443,549.00 |
| | | 1863 | 30,000.00 |
| | | | $532,949.00 |
| Klamath & Mountain Laurel jointly | | 1900-06 | 184,000.00 |
| (Page 451) | Mountain Laurel | | 600,000.00 |
| | | Total | $1,316,949.00 |

The figures of the grade of ore milled run from $6.50 to $14.00 per ton actual recovery. This does not take into consideration the very rich specimen ore that was discovered and shipped from time to time. Between the Klamath and the Mountain Laurel lies the Union-Central Group which is credited with a production of $79,000.00 from 7,000 tons of ore. In addition it is claimed that $154,000.00 worth of ore was taken from Union- Central ground through Mountain Laurel Workings.

It seems certain that more than one and one-half million dollars in gold has been taken from these properties.

After a careful analysis of the available figures the actual average recovery seems to have been between $11.00 and $12.00. This means at least $15.00 or $16.00 ore, perhaps better, as the losses were necessarily heavy.

<u>MAPS</u>. This report is accompanied by three maps.

A Property owned and under option.

B Mountain Laurel and adjoining workings.

C Blacksmith Tunnel, Klamath Group.

Map A is platted from the patent surveys with the Wike claims added as located.

Map 3 is from a plan which, while far from complete, is the best obtainable and is probably correct.

Map C is from a Brunton compass survey by W. J. Elmendorf.

No plans are available showing the exact location of the Klamath tunnels but they are generally described later in this report. It is stated that the mine was worked by "a great number of adits" most of which are now caved. Neither have I succeeded in finding any complete map of the Mountain Laurel and connecting workings. It is fortunate that these are not really essential as the first development is indicated in territory not included in those properties. Later careful surveys of many of the workings may be indicated.

<u>KLAMATH GROUP</u>. There is one main tunnel and several smaller ones on the Ohio claim. These tunnels are caved. On the Flora Blanche there are also several tunnels, some of them accessible, but as the stoped areas are all caved inspection of them does not show much. On this claim and the Ada large dumps mark the location of adits which are now completely caved. Near the north end of the Ada Claim the Blacksmith tunnel (Map C), elevation 4300, reaches and follows the vein and affords the best opportunity for sampling and the study of the vein's character. The samples taken from this working are spotted on Map C. On this claim also are located the tunnels known as Upper and Middle tunnels.

The average of eight samples from the ore in the Blacksmith tunnel for an average width of 4.37 feet is $12.55. This average does not include ore sample No. 21 which was taken at the side of a little slope and which assayed $598.40 per ton. Of course consideration must be taken of such a sample for it is the plum in the pudding, but the average of $12.55 even with it excluded is a very satisfactory value. This happens to be almost the average claimed for the ores milled from this property.

From the Blacksmith tunnel a tramway extended about 3900 feet to the Mountain Laurel millsite and the 20 stamp mill there. This was a single rope tram with small suspended buckets. Ores from the other tunnels of the Klamath Group were hauled around to the head of this tram and sent down over it to the mill. The tramway is in bad repair and the rope probably used up. It would, however, not be a very expensive job to utilize the line of this old tram for another in the future although the logical spot for a mill for the Klamath would be just below the Blacksmith tunnel.

The three patented claims of the Klamath Group cover the outcrop of the vein system for a length of 4324 feet and no deep development has been done at that point. As the vein dips into the hill at a flat angle incline shafts would have been necessary to follow the ore down and there is little evidence of any such work.

If extensive work in these claims is done in the future such an incline must be contemplated.

MOUNTAIN LAUREL MINERAL CLAIM. There are six adit levels (tunnels) on this property, three of which are now open. These are, from south to north, May, M-I and M-J. The description of these workings and their production as contained in Report 21 of the State Mineralogist of California, is so complete that I quote it verbatim:

> "The May adit at 3510 feet elevation was run 535 feet southeast, then drifted 130 feet southeast and 280 feet northeast, but was not productive or ore. The Mi adit, 60 feet above and 280 feet east of May adit, cut the ledge 200 feet from the portal and followed it 140 feet northeast and 250 feet southeast. Ore of good grade from three feet to six feet wide, was stoped on the southwest nearly to the surface. Mj adit, elevation 3870 feet, is 520feet southeast of the north end of Mountain Laurel claim and 400 feet east of the west side line. It cut the vein 270 feet from the portal, and a small chamoor of high grade ore found near here is said to have yielded 60 tons of ore worth $7,000. In all about 2300 tons was stoped from this level. About 590 feet from the portal a winze was sunk 180 feet to Stevens tunnel level, and levels called 90, 100 and 150 levels were run northeast under the Wisconsin claim. On the 100 level, 8300 tons of ore averaging 5½ feet in width and $18.40 per ton is reported to have been mined. The ledge generally has a flat dip and the 100 level was only 42 feet vertically below the adit. The Stevens tunnel was a long lower level from which a great deal of work was done. Due to the long time since this mine was discovered, the various companies concerned, the less of records, and the fact that the mine was worked at times in conjunction with the

nearby Klamth, using the same mill, it is impossible to accurately determine its output, but it probably produced over $600,000 from ore averaging $8.50 or better a ton. The California Consolidated Mining Company is said to have produced $90,000 between 1906 and 1910."

The Stevens tunnel, elevation 3750 feet, mentioned above, starts on the Liberty Claim (see Map B), and connects with the old workings from the M-J tunnel on the Mountain Laurel, and also with a drift run into the Six O'clock, one of the Wike group. While not absolutely necessary for the development of the Mountain Laurel and Wike Group, the Stevens tunnel is the logical point on account of its lower elevation and connections from which to prosecute development of the north end property. Negotiations are now pending looking to the use of this tunnel and the five stamp mill located upon this Liberty Claim in connection with the Gold Standard's operations. The Liberty Mill building is in fairly good repair but the machinery has been removed. Five stamps from the mill at Rollin could easily be moved to it and with the necessary power and a table or two would furnish a very satisfactory pilot plant for milling ores taken from the Wike Group in the course of development.

MOUNTAIN LAUREL MILL SITE. This patented ground, 12.81 acres in area, lies at the head of the road from Sawyers Bar and forms the little settlement of Rollin. On it are located a number of buildings in addition to the mill in which the Klamath and Mountain Laurel ores were treated. The mill building is in bad repair but the crusher and 20 stamps are seemingly in good condition. From this mill site a practically level road extends 1¼ miles to the Stevens tunnel and from it a rather steep road extends about the same distance to the lower Klamath workings.

A competent report by A. Colcok Jones has been made on these properties and the Union- Central claims. He states that a pile of ore left at the head of the tram sampled $9.09 and another at the mill assayed $15.71. A sample of what appeared to be tailings at the mill, taken by me, assayed $7.20 although I doubt if such losses were regularly made on the grade of ore milled. These losses were undoubtedly considerable however.

WIKE GROUP. (See Map A) Those three claims extend from the Mountain Laurel to the Uncle Sam, a distance of 4500 feet. It is reported that ore of from $18.00 to $20.00 gold value was milled from the Uncle Sam. The highest point on the outcrop on these claims is at least 1000 feet above the Stevens tunnel level. Several tunnels, inclines and open cuts have been run on these claims and the result of ten samples from this property taken by me over an average width of four feet gives an average value of $21.38. This average excludes sample Mo. 23, two feet side, which ran $331.20, and sampe. Mo. 13, four feet wide, wich assayed $772.40 per ton. Here we have two plums in the pudding.

A list of all samples taken by me and their location, which were assayed by Falkenburg & Co., is a part of this report. In several cases these results were checked by re-assay.

The Wike group has strong appeal as an area for immediate operation. The outcrop on the surface of the three claims is continuous and strong. Good values are shown on this peroperty wherever samples were taken with some very high grade ore in places. While development of the Wike Claims can best be accomplished through the Stevens tunnel there is connection between the Six O'Clock drift, the face of which shows $20.00 ore, and the Mountain Laurel workings, and work could be done into the Wike Group through the M-J tunnel if this was necessary.

SUMMARY. All three groups which constitute the property owned and under option to Gold Standard, Inc. are good mining risks from the viewpoint of development.

The records of past production in connection with the good values obtained from the samples taken and from many others of which we have record, indicate that the properties are capable of being made profitable, - possibly highly profitable - gold mines.

The line of development is clearly indicated in each of the properties and such work can be economically done. No "dead work" in the ordinary sense, need be provided for, as in each case the drifts or shafts can start and be run on the ore bodies.

I consider the development of the extensive area of virgin ground in the Wike Group as the best method of putting the mines into pay production at the earliest possible moment, and recommend that such work be commenced at once and earnestly prosecuted.

Both the Klamath Group and the Mountain Laurel also present inviting possibilities for the development of ore bodies and are only second in importance to the Wike Group.

Twenty-five thousand dollars expended properly in development work should put this property into a productive stage and with careful handling it is quite possible that beyond this it might carry on the necessary development for an extensive operation.

W. J. Elmendorf,
Mining Engineer

Seattle, Washington
December 14, 1932

List of [illegible] J. [illegible].
Nov. [illegible], 1932.

| No. | Description | Gold ozs. | Value. |
|---|---|---|---|
| 1. | Klamath. Middle tunnel in Flora Blanche Claim. 50' in from east turn. 3" wide. | 1.04 | $20.80 |
| 2. | Same tunnel. 120' [illegible] in little chamber east of [illegible]' wide | 0.08 | $1.60 |
| 3. | Klamath. Blacksmith tunnel in Ada Claim. 10' in drift 75' in from portal. 4' wide. | 0.24 | $4.80 |
| 4. | Same tunnel. 29' in drift 107' in from portal. 4' wide. At little stope. | 0.40 | $8.00 |
| 5. | Same tunnel. Under stope 350' in from portal. Bottom of stope. Both sides. 4' wide. | 0.36 | $7.20 |
| 6. | Mountain Laurel. High grade from outcrop above M I tunnel. Taken along 20'. Specimens. | 14.36 | $287.20 |
| 7. | Anna Johnson Tunnel. Quartz 3' wide near face of north branch. | 0.32 | $6.40 |
| 8. | Same tunnel. East wall of main tunnel opposite #7. 3' wide. | 0.24 | $4.80 |
| 9. | Anna Johnson Claim. About middle of claim. Grab of ore pile right side of raise from tunnel. | 0.44 | $8.80 |
| 10. | North Anna Johnson Tunnel. 90' in tunnel. 4" wide gouge and quartz | 2.32 | $46.40 |
| 11. | Same Tunnel. Ore 6' wide on right side near portal. | 2.04 | $40.80 |
| 12 | Anna Johnson Tunnel. Left side raise from tunnel. 6' wide. | 0.56 | $11.20 |
| 13 | North Anna Johnson Tunnel. 10' in from portal. Right side. 4' wide | 38.62 | $772.40 |
| 14 | Maria Claim. South end. mouth of shaft. 2' wide. | 0.60 | $12.00 |
| 15 | Klamath. Blacksmith Tunnel. Back of little stope at end of west drift. 4' wide around stope | 0.76 | $15.20 |
| 16 | Same Tunnel. 12' east from #15 south wall of drift. 4' wide. | 0.36 | $7.20 |
| 17 | Same Tunnel. 12' east from #16 south wall of drift. 4'6" wide. | 1.28 | $25.60 |
| 18 | Same Tunnel. 12' east from #17 south wall of drift. 4'6" wide. | 0.48 | $9.60 |

[illegible], INC. Continued

List [illegible] Results [illegible] Samples by [illegible] J. Elmendorf.
Nov. [illegible], 19[illegible]2.

| No. | Description | Gold ozs. | Value. |
|---|---|---|---|
| 19 | Klameth. Blacksmith Tunnel. 18' in last winze drift. South wall. 5' wide. | 1.04 | $20.80 |
| 20 | Same Tunnel. Average of ore pile at little stope at face of drift. | 0.28 | $5.60 |
| 21 | Same Tunnel. Right wall up in drift below stope at 0.4 plus 39'. 7' wide. High grade. | 29.92 | $598.40 |
| 22 | Six O'Clock Claim. Drift above Stevens Tunnel. Northeast face 5' wide. Good vein matter. | 1.04 | $20,80 |
| 23 | Same Drift. 10' back from face east side. 2' wide. High grade. | 16.56 | $331.20 |
| 24 | Same Drift. In stope 30' back from face. 18' up stope. 2'6" wide on side. | 0.52 | $10.40 |
| 25 | Same Drift. In stope 57' back from face. 15' up stope. 4' wide. | 0.56 | $11.20 |
| 26 | Same Drift. Up in drift above main drift that connects with old workings. 33' beyond main raise. 12' up. 5' wide. | 1.36 | $27.20 |
| 27 | Mountain Laurel Mill. Tailings from ball-mill. Grab. | 0.36 | $7.20 |
| 28 | Anna Johnson Tunnel. Sugar quartz below sample #8. | 0.16 | $3.20 |

L. A. LEV
Pre.

W. J. ELMENDORF
Sec.-Treas.

# Mining Service, Inc.

Hoge Building
SEATTLE, WASHINGTON

January 11, 1933

Mr. A. R. Patterson,
Secretary, Gold Standard, Inc.,
2434 First Avenue South,
Seattle, Washington.

Dear Mr. Patterson:

Replying to your letter of January 9, 1932, I am glad to answer your questions to the best of my ability. They are as follows:

1. Mining and milling costs of the grade of ore found in our properties?

Both mining and milling costs are dependent on several factors which we must assume in connection with your future operations. Among these factors are tonnage produced, size and condition of the ore bodies mined, efficiency of equipment for both mining and milling, cost of power and labor, and finally the amount of development and overhead charged against the ore production. The actual cost of mining and milling a ton of ore that is ready to be broken underground is often only a small part of the total expense that should be charged against it if the mine is a profitable operation.

At Homestake where 1,403,939 tons of ore were mined in 1931, the costs per ton of mining and milling were $3.12, and the gold cost them $10.01 per ounce to produce.

At Idaho Maryland, with only 27,747 tons mined, the cost per ton was $7.20 and the gold cost $11.65 per ounce.

The average of the eleven largest Canadian gold mines producing in 1931 was, costs $4.50 per ton, and gold cost, $10.96 per ounce.

Based on 100 ton per day production, with adequate equipment, and with the mine development sufficiently advanced to allow of this extraction without curtailing development, I believe that you should mine and mill for between five and six dollars per ton.

2. Type of mill equipment suggested and percentage of recovery we should expect.

As the ore so far exposed is largely free milling amalgamation seems indicated to recover the free values. This should

Mr. A. R. Patterson -2- January 11, 1933

probably be followed by concentrating tables and flotation cells, in order to recover the gold values contained in the suphides. By these means it should be easy to recover at least ninety percent of your values in the form of bullion and concentrates. If the concentrates are of high grade,-say over $100.00 per ton,- they should be shipped to the nearest smelting works. A small pilot mill for the determination of the average values in the ore seems indicated, and this could easily be provided from machinery in the possession of the company, with the addition of some form of power plant - Diesel engine power probably. Before the construction of a large mill is begun, a generous sample of what will constitute the average mill feed, as nearly as this can be determined, should be sent to one of the large testing laboratories for treatment by the several processes of amalgamation, gravity concentration, flotation and cyanidation. From the results of these tests the plant should be designed to efficiently and economically recover the highest possible values.

3. Estimated or possible tonnage in the Wike property or combined groups as to ore lying overhead to be worked by gravity?

From the level of the Stevens tunnel the outcrop of the vein through the three Wike claims rises a vertical height of 1500 feet to the north end of the property or an average height of 750 feet. The length of the three claims is 4500 feet horizontally. Assuming the dip for the vein at 35 degrees from the horizontal, its average length on the dip from the outcrop to the tunnel level would be something over 1300 feet. We have therefore a presumptive area in the vein on its dip of 1300 feet by 4500 feet or 5,850,000 square feet. Assuming an average thickness of 4 feet, we have 23,400,000 cubic feet. Assuming 13 cubic feet to the ton (quartz goes 12.3) we have 1,800,000 tons of probable vein matter within the Wike claims and above the tunnel level. This is only the north end of the property, and the south end may easily contain an equal tonnage. These figures are based on what I consider very conservative dimensions of the thickness of the vein which at many observed points show from seven to eight feet in width.

Of course all the vein matter will not be ore and all the ore will not be pay ore, but the figures given emphasizes the fact that with development there is no reasonable doubt as to the necessary tonnage for many years production from the mine, even when such production is stepped up to several hundred tons per day.

Yours very truly,

[signature]

PE-4-128

Elmendorf
(3) Maps


N
W
E
S
ROAD TO YREKA - 56 MILES
North Fork Salmon River
VILLAGE OF SAWYERS BAR
Placer Gold One Million Dollars to each mile for this Gulch
Sketch Map Showing relative positions of WIKE GOLD CLAIMS and the village of SAWYERS BAR; CAL
About 4 miles from Sawyers Bar to Mill Site
No Scale
TO CECILVILLE
ROAD TO MINE
EDDYS GULCH
WIKE CLAIMS
Dip of Vein 10° to 30°
MILLSITE
KLAMATH CLAIMS

Sketch showing relationship of Eddys Gulch to Klamath Group and Wike Group. Mine could be started at A and ore brought down to Mill Site. 1,800,000 tons more or less above Mill Site. Average values of samples so far taken run $41.30 at the new price of Gold. Would probably average $17.50 for entire ore body to be mined.




No Scale


PROPERTY OF
GOLD STANDARD, INC.
LIBERTY MINING DIST,
SISKIYOU COUNTY
CALIFORNIA
SCALE 1 IN = 1000 FT
1932
MOUNTAIN LAUREL M.S.
MOUNTAIN LAUREL
LOT 45 A
MOUNTAIN LAUREL
LOT 45 B
WIKE
GROUP
MARIA
ANNA JOHNSON
SIX O'CLOCK
$12.00
8.00
46.40
40.80
20.80
10.40
27.20
Average $23.60
old price of Gold
Average $41.30
new price of gold
With the two
high grade Assays
eliminated.
Approximate outcrop of vein
N 69° 20' W 3185 FT
Dip
ADA
FLORA BLANCHE
$150,000 Mined here
OHIO
KLAMATH GROUP SUR. NO 3936
About 4 Miles to
Sawyers Bar
Fair auto road
SEC. 8 9 17 16
T 10 N R 11 W MT DIABLO MERIDIAN

# HISTORY IN BRIEF

William J. Elmendorf, M.E.

Office address:
1110 Hoge Bldg., Seattle
Residence:
905 Allison St., Seattle

Consulting Engineer, Geologist, and Mineralogist, Born in Jamaica, Long Island, New York, October 4, 1865.

Education: Brooklyn Collegiate and Polytechnic Institute, Brooklyn, New York, Scientific Course. 1878-1883. Private instruction. Dr. William Plumb in Geology, Mineralogy, etc. Mining in the mines of Colorado, 1881-1885.

Belongs to the following engineering organizations: Seattle Mining Club, American Institute of Mining and Metallurgical Engineers, The Engineering Profession of British Columbia. Former member of American Mining Congress, Canadian Mining Institute.

Experience Record:

| | |
|---|---|
| 1883-1901 | State of Colorado. Assaying, Surveying, Mining & Milling. Mgr. & Supt. of various mining companies. |
| 1900-1902 | Denver, Colorado. Consulting Mining Engineer. |
| 1902-1907 | Spokane, Washington. Engineer for Sullivan Group Mining Co., Kimberly, S.C; Byron M. White Co., Sandon, B.C.; and Arctic Chief Mine, Whitehorse, Yukon Territory. |
| 1908-1910 | Kelogg, Idaho. Engineer for Bunker Hill & Sullivan M.& C. Co. |
| 1910-1915 | Stewart, S.C. Mgr. Portland Canal Mining Co., and Portland Canal Tunnels, Ltd. |
| 1916-1932 | Seattle, Washington. Consulting Mining Engineer for United States Bureau of Mines (for Term of war). Consulting Engineer for such companies as: Tidewater Copper, Sidney Inlet, B.C.; Alaska Copper Corporations, Strelna, Alaska; Nassan Gold Company, Hollis, Alaska; General Metals Corporation, Vancouver, B.C.; and many other well-known companies. |
| | Secretary-Treasuror of Mining Service, Inc. |

References:

Milnor Roberts, Dean, College of Mines, University of Washington, Seattle, Washington.

Eugene M. White, Manager Tacoma Plant, American Smelting and Refining Company, Tacoma, Washington.

John W. Galloway, Provincial Mineralogist of British Columbia, Victoria, British Columbia.