Siskiyou R.R. 190 Eureka 0839. Closed

KIND: Mineral

SERIAL No. 015210

NAME: Yreka Mining & Milling Co.

ADDRESS: A. D. Ball agt. Yreka, Cal.

O'Neil & Butler, attys

| DESCRIPTION OF LAND | SECTION | TOWNSHIP | RANGE | AREA |
| --- | --- | --- | --- | --- |
| Ada, Flora Blanche & Ohio lodes | | | | |
| | 16 | | | |
| | 17 | 39 N | 11 W | 58.38 |
| M. S. 3936 | | | | |

| DATE | NOTATIONS |
| --- | --- |
| May 12 1933 | Status asked G.L.O. |
| MAY 29 1933 | 'N' 5/23/33 Entry allowed but susp until adverse claims are disposed of. Adverse claims were #12 Thos Knight et al Rhode Island cl. 12 Henry J Weaver - Ellen Terry claim 13 John Joseph - Oriental Q.M. |
| MAR 5 1935 | Filed Cert. copies of court order dismissing actions #2390, Henry J. Weaver, 2391 John Joseph & Rollin Fagundes, & #2392 Thomas Knight for laches. Held for final action |
| MAY 8 1935 | Certificate - decision final. All to G.L.O. |

| DATE | NOTATIONS |
| --- | --- |
| MAY 28 1935 | 'N' 5/17/35 rejects aff. for laches. nfy R.M. 5/25/35 |
| AUG 17 1935 | Report "no action" G.L.O. |
| SEP 14 1935 | 'N' 9/9/35 finally rejects & closes mineral case & also adverse claims. Notif'd. own |
| 10-3-35 | Notice returned unclaimed - |

Closed

SHIPPED TO F.R.C. SAN BRUNO

F. R. C. CONTAINER No. 86059 218

ACCESSION No. 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