# REPORT OF ACTIVITIES

# FOR THE PROPERTY OF

# "NEW CINCH URANIUM LTD. (N.P.L.)"

# SISKIYOU COUNTY, CALIFORNIA

# U.S.A.

January 21, 1977

David L. Sannes

CONTENTS


| | Page |
|---|---|
| INTRODUCTION | 1 |
| SUMMARY OF RESULTS | 2 |
| GENERAL DISCUSSION | 4 |
| DRILLING | 4 |
| Area of hole #2-75 | 4 |
| Mountain Laurel Extension | 5 |
| GEOLOGY | 6 |
| Vein Quartz | 7 |
| Stratigraphy and Structure | 8 |
| Vegetation | 9 |
| GEOCHEMISTRY | 9 |
| UNDERGROUND INVESTIGATIONS | 11 |
| HEAP LEACHING TESTS | 12 |
| CONCLUSIONS | 13 |
| RECOMMENDATIONS | 14 |
| CERTIFICATE | Following p. 15 |

Maps, Tables, Figure, etc:

| | |
|---|---|
| TABLE 1 - Synopsis of 1975 & 1976 Drilling | Following p. 4 |
| Results of U.S.B.M. lab. test - Heap Leaching | Following p. 12 |
| FIGURE 1 - Vertical Section Through Holes #1-75 & #17-76 | Appended |
| TABLE 2 - Tentative Stratigraphic Section | " ✓ |
| GEOLOGY - (1 inch = 100 feet) | " ✓ |
| GEOCHEMISTRY OF SOILS (GOLD and ARSENIC) | " ✓ |
| PLAN OF #7 TUNNEL | " ✓ |
| PLAN OF #8 TUNNEL | " ✓ |
| PLAN OF M.J. TUNNEL | " ✓ |

INTRODUCTION

The New Cinch - Siskiyou gold property is located in northern California approximately sixty miles by road southwest of the town of Yreka. Co-ordinates of the property are 041° 15' N., 123° 07' W.

During the 1976 field season (Sept. 1 - Nov. 24) the following exploration work was conducted:

(a) Drilling - Eight holes totaling 2,066 feet were drilled. Depths ranged from 118 feet to 502 feet. 'B' wire-line equipment was employed. All core, including 2,765 feet drilled in 1975, is stored in the core shack on the property. There is storage room for an additional 2,000 feet.

(b) Geological Mapping - About one-sixth of the property at the extreme northeastern end was mapped at a scale of 1 inch = 40 feet.

(c) Geochemistry - 'B' horizon, soils were sampled at traverse stations in conjunction with the mapping. A total of 211 samples were taken and analysed for gold and arsenic (atomic absorption method).

(d) Old Workings - The M.J., #8 and #7 Tunnels were mapped at a scale of 1 inch = 10 feet. Thirty-four channel samples were taken. The May, C.O., Extension, #8A and other un-named workings are yet to be mapped. The Stephens Tunnel was opened but found to be caved at 100 feet.

(e) Reconnaissance - Some reconnaissance work was carried out and several grab and channel samples were taken. Areas investigated include: Anna Johnson, Surprise, "Lost Confidence", Uncle Sam, Klamoth, Extension, M.I., C.O., Ball Mill and several others.

INTRODUCTION - (Cont'd.)

(f) Waste Dumps - A 10-ton sample of material from waste dumps on the Klamoth portion was delivered to Crescent Valley, Nevada. Heap leaching tests were conducted with discouraging results.

SUMMARY OF RESULTS

(a) Drilling - Results of the 1976 drill program were discouraging but inconclusive. The narrow, high grade intersection recovered from hole #2-75 could not be duplicated in any of four holes drilled within a one hundred foot radius, or in a fifth hole which cut the horizon two hundred feet away. The best intersection assayed 0.412 oz. Au. over 1.3 feet. Only one other target area was drilled. Three attempts were made to intersect the northerly projection of the Mountain Laurel ore snoot. Of these three, one cut the vein, but core was lost from the base of the vein where it is generally richest. The second hole intersected an old working near the target horizon and had to be abandoned. The third hole had to be abandoned before reaching the target horizon due to binding on the rods.

(b) Geology - All geological and surficial features within the mapped area were plotted at 1 inch = 40 feet. The data is recorded on 8 1/2" x 11" field sheets and has not been transposed to a final map, except in a general manner at 1" = 100'.

SUMMARY OF RESULTS - (Cont'd.)

Some structural trends can be determined from this year's work. However, a much larger area should be mapped for an accurate interpretation.

(c) Geochemistry - Sampling of soils revealed five areas anomalous in gold and arsenic. Correlation with known gold mineralization in two instances suggests that this is an effective exploration technique and that sampling of considerably more ground to the southwest is warranted. There is a significant amount of contamination from old workings, but this is generally within limited areas and should not interfere with a more extensive soils survey.

Old Workings - A total of thirty-four channel samples were taken from vein exposures in three places: the #7, #8 and M.J. Tunnels. All accessible areas of these three workings were mapped at 1 inch to 30 feet. The samples averaged 0.063 oz. Au. per ton with an average width of 3.3 feet. Most of these samples were from areas outside the old stopes, and most did not include the rich base of the vein, as it is usually inaccessible. The values, therefore, are probably deceptively low. If eight samples taken in 1975 from the #7, C.O. and #8A Tunnels are included in the calculation, the average value improves to 0.072 oz. over 3.5 feet.

(e) Reconnaissance - Grab and channel samples indicate wide-spread gold mineralization. The potential for economic grade is indicated, but no extraordinary values were returned. For

SUMMARY OF RESULTS - (Cont'd.)

ninety-six wide-spread grab, channel and dump samples, the average is 0.050 oz. Au. per ton with a range of trace to 0.240 oz. If included in the average are three grab samples of ore-type material from the Klamoth (0.820 oz.) the M.J. (0.821 oz.) and the Anna Johnson (0.569 oz.), the average for ninety-nine samples would be 0.071 oz. Au. per ton.

(f) Heap-Leaching Test - No formal reporting of results from the leach test of a ten ton dump sample has been received. However, oral reports indicate that the results are very disappointing and that high carbon content makes leaching of this material impractical.

GENERAL DISCUSSION

DRILLING

Only two of numerous drill targets were tested in 1976. Good values intersected in hole #2-75 were effectively discounted. Three attempts to intersect the northerly extension of the Mountain Laurel ore zone failed and its presence could neither be confirmed nor disproved.

Table 1 is a synopsis of all drilling to date.

Area of hole # 2-75:

The very promising intersection from hole #2-75 (0.375 oz. over 18.7 feet) could not be duplicated in any of five adjacent holes drilled in 1976. Vein quartz with visible gold was cut in three of the five holes. The best assay is 0.412 oz. for 1.3 feet at 135.5 to 136.8 in hole #13-76. Sludge values from below 135 feet in this hole are unusually high and may be due to contamination during assaying or to down-hole "salting" from the gold zone at 136 feet. Sludges probably do not reflect core values in this case.

TABLE 1

| HOLE NUMBER | INCLINATION AND BEARING | DEPTH | APPROX. ELEVATION AT COLLAR | MAP GRID COORDINATES | % CORE REC'Y | % SLUDGE RET'L | | SIGNIFICANT INTERSECTIONS FROM: | TO: | FEET | OZ.AU/TON | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 1-75 | -90° | 443' | 4,179' | 473N, 1906E | --- | 100 | | 256.0 | 277.9 | 21.9 | 0.043 | Mt. Laurel* (T.P.F.) |
| | | | | | | | | 356.0 | 375.4 | 19.4 | 0.059 | |
| 2-75 | -90° | 483' | 4,168' | 692N, 2293 | --- | 75 | | 122.7 | 124.1 | 1.4 | 3.740 | |
| | | | | | | | AND | 140.4 | 141.4 | 1.0 | 1.600 | |
| | | | | | | | OR | 122.7 | 141.4 | 19.7 | 0.375 | |
| | | | | | | | | 262.3 | 285.3 | 23.0 | 0.018 | |
| | | | | | | | | 336.6 | 359.1 | 22.5 | 0.017 | |
| | | | | | | | | 409.5 | 415.3 | 5.8 | 0.053 | |
| 3-75 | -90° | 290' | 4,057' | 082N, 1742E | --- | 93 | | NONE | | | | Union (T.P.F.) |
| 4-75 | -90° | 295' | 4,083' | 287S, 1853E | --- | 100 | | 261.3 | 277.5 | 16.2 | 0.030 | |
| 5-75 | -90° | 325' | 4,063' | 475S, 1108E | --- | 86 | | 32.0 | 42.0 | 10.0 | 0.039 | |
| 6-75 | -90° | 227' | 4,108' | 540S, 683E | --- | 31 | | 68.0 | 72.0 | 4.0 | 0.069 | |
| 7-75 | -90° | 137' | 4,408' | 718S, 114E | 18.6 | 100 | | 98.0 | 103.6 | 5.6 | 0.119 | |
| 8-75 | -90° | 215' | 4,497' | 1894S, 2587W | 51.9 | 49 | | 166.0 | 170.0 | 4.0 | 0.032 | Klamath (T.P.F.) |
| 9-75 | -90° | 350' | 4,219' | 1980S, 2975W | 72.8 | 31 | | 299.0 | 341.0 | 42.0 | 0.050 | |
| | | | | | | | OR | 314.5 | 329.5 | 15.0 | 0.102 | |
| | | | | | | | OR | 314.5 | 320.0 | 5.5 | 0.189 | |
| *10-76 | -90° | 348' | 4,164' | 740N, 2312E | 83.4 | 100 | | 161.0 | 167.0 | 6.0 | 0.043 | Anna* Johnson (T.P.F.) |
| 11-76 | -69½°, 096½° | 251' | 4,164' | 740N, 2312E | 86.4 | 0 | | 176.1 | 181.0 | 4.9 | 0.078 | |
| | | | | | | | OR | 166.5 | 181.0 | 14.5 | 0.034 | |
| 12-76 | -42°, 096½° | 291' | 4,164' | 740N, 2312E | 80.8 | 93 | | NONE | | | | |
| 13-76 | -90° | 502' | 4,218' | 617N, 2263E | 80.1 | 100 | | 135.5 | 136.8 | 1.3 | 0.412 | |
| | | | | | | | | 221.0 | 238.0 | 17.0 | 0.020 | |
| 14-76 | -66°, 092° | 253' | 4,218' | 617N, 2263N | 82.0 | 0 | | 223.4 | 225.6 | 2.2 | 0.150 | |
| | | | | | | | OR | 223.4 | 240.0 | 16.6 | 0.029 | |
| 15-76 | -90° | 175' | 3,965' | 1072N, 1814E | 75.4 | 100 | | 84.9 | 96.5 | 11.6 | 0.022 | Specimen Claim** (T.P.F.) |
| 16-76 | -60°, 003½° | 128' | 3,965' | 1072N, 1814E | 79.5 | 96 | | 101.0 | 112.5 | 11.5 | 0.050 | |
| 17-76 | -90° | 118' | 3,990' | 1272N, 1725E | 42.0 | 30 | | NONE | | | | |

* Rev.Dipvein, 6-Oclock /Anna Johnson claim boundary area.

** Lower (Mt. Laurel) vein, north of Stevens Gulch.

The gold-bearing zone appears to have a strike of 096° and to be dipping at -35° to the north. It seems to be fairly discontinuous and there is some doubt as to whether this is a single vein system or several isolated lenses. In any event, this mineralized zone is probably a small off-shoot from the main Mt. Laurel ore zone which is approximately 200 feet lower and 500 to 700 feet to the west.

Hole #13-76 was extended to 502 feet in an attempt to intersect the four-foot quartz vein cut in hole #1-75. Neither the quartz nor any significant mineralization were found below two hundred feet.

<u>Mountain Laurel Extension</u>:

From the pattern exhibited by old mine workings, it is apparent that the Mt. Laurel ore zone trends a few degrees east of due north. Mining to the north was halted during the 1930's due to boundary disputes. In light of this it was decided to attempt to intersect the ore zone on its northern projection.

Hole #15-76 intersected the vein at its projected depth of 125 feet. Two feet of quartz were recovered which returned a value of only 0.018 oz. for 2.1 feet. (A somewhat better grade of 0.022 oz. over 11.6 feet came from siliceous dike, and cherty schist-breccia thirty-five feet up the hole). From previous experience it is recognized that values generally increase dramatically at the base of a vein; in this case the base of the vein was ground away. Sludge values here, however, are low and it is unlikely that this part of the vein would be of ore grade.

On some fracture surfaces, on core above the vein, abundant "beads" of calcite were found. This almost invariably indicates the close proximity of open workings. As #15-76 should have been beyond the northern limit of stoping, a second hole, #16-76, was drilled at 60° to the north in order to cut the zone about seventy-five feet away. Hole #16-76 cut a 1.3 foot quartz vein at 112 feet, thirty feet vertically above the projected zone. The vein assayed 0.062 oz. for 1.3 feet. At 122 feet the drill broke into an open working (to 128 ft.) and had to be abandoned within twenty feet of the target level.

At this time it was decided to move to a point 220 feet to the north-northwest in order to assure the absence of workings. Hole #17-76, proved to be very difficult drilling and was abandoned at 118 feet rather than undertake the expense of sinking casing to more than 100 feet. The Mt. Laurel zone would be expected at about 150 feet.

To summarize; the 1976 drill program has achieved little except to discount the intersection in hole #2-75. There are numerous potential targets yet to be tested, but core-drilling may not be the best method of doing so. The average core recovery for 1976 equaled only 79.1%. Sludges could be collected for only 73% of all drilling. This poor recovery, especially from crucial, friable horizons renders the core method inadequate.

## GEOLOGY

Detailed geological mapping of the northeastern part of the property was carried out along north-south, chain-and-compass traverse lines spaced about 175 feet apart. Stations were marked by numbered flagging at intervals of 100 feet or less.

GEOLOGY - (Cont'd.)

A tentative stratigraphic section, and map legend, with descriptions of the various rock types is given in Table 2. Structural trends are poorly defined because of the limited area mapped. However, it is possible to interpret a generally northwest-striking stratigraphy dipping to the northeast at 10° to 25°.

Vein Quartz:

The major gold-bearing quartz vein was observed in several places including four of the workings (M.J., C.O., #8 and #7 Tunnels) and in outcrop on the Mt. Laurel, Klamcth and Anna Johnson. The quartz is in the form of an undulating, tabular body of varying width (to 12 feet) and is relatively continuous. It is fairly flat-lying, but locally can have highly variable dips of up to -30°.

Ore shoots within the vein are apparently limited to favourable structural features. For instance, stoping on the Mt. Laurel shoot has a well-defined north-south trend along a monoclinal (?) fold. The stoped area of the #8 Tunnel is oriented north-south and dips at 5° to 10° to the east. Development to the east in the #8 may have been stopped due to the accumulation of water down-dip.

Even though only the #2-75 hole cut ore-grade material, almost every core sample containing vein quartz returned noticeably higher values than the adjacent country rock. An exception is where silicic sills are mineralized with arsenopyrite. It is very likely that all of the vuggy quartz veins have a common genesis, even though they are frequently found 200 feet or more higher in the section than, and apparently isolated from, the main vein system.

GEOLOGY - (Cont'd.)

Stratigraphy and Structure:

All of the sedimentary units observed on the property are of nearly the same age. Interbedding of the various types has been observed in several places. "Cherty gray schist" (C.G.S.) interfingers with graphitic schist (Sch.), which in turn is interbedded with bedded chert (B.C.) and slate. Only the C.G.S. and B.C. - slate units have not been seen to occur together. The "cherty brown sediments", "sugary chert" "limestone" and "gneissic schist" units appear to be facies variations of the graphitic schist.

A noticeable thinning of the graphitic schist and corresponding thickening of the C.G.S. is observed in the drill core of the #15-76 and #17-76 holes. (See Figure 1). If this is the margin of the graphitic schist depositional environment, it could mean that the Mt. Laurel ore shoot would end here. In this statement it is assumed that the carbon-rich schist-breccia is a chemical control for ore deposition and that ore would not have been deposited at a hypothetical C.G.S. - B.C. interface.

There is also, the possibility that the graphitic schist (and ore zone) has been offset between holes #15-76 and #17-76 by rotation along a roughly northwest-southeast, vertical fault. The drainage system here may be a reflection of this possible faulting. However, the distribution of rock types and data from drilling favor the facies-change interpretation.

GEOLOGY - (Cont'd.)

The graphitic schist is the incompetent formation along which there has been extensive movement of a regional thrust fault. It is evident, however, that there is no significant time-rock hiatus at this horizon; at least, there is none represented by mapping of this part of the property. As related before, all of the sedimentary units are of much the same age.

Vegetation:

Variations in type and abundance of vegetation reflect only the degree of southern exposure for each particular area. Few, if any, geological interpretations can be made from the vegetation patterns.

GEOCHEMISTRY

Geochemical sampling of soils for gold and arsenic has shown five areas with anomalous concentrations (See accompanying maps):

| Anomaly | Co-Ordinates | PPM Au | PPM As | Diameter |
|---|---|---|---|---|
| 'A' | 100 N, 1200 E | 0.73 | 500 + | 400 ft. |
| 'B' | 400 N, 1150 E | 0.23 | 280 | 100 ft. |
| 'C' | 100 S, 1900 E | 0.38 | 220 | 150 ft. |
| 'D' | 650 N, 2150 E | 0.43 | 250 | 150 ft. |
| 'E' | 1800 N, 2900 E | 0.40 | 80 | 100 ft. |

---

'A' This is a broad, highly anomalous area reflecting contamination from the M.J., C.O., M.I. and May workings. There are indications that the high is partially due to bedrock sources.

GEOCHEMISTRY - (Cont'd.)

'B' Sample #273 was taken near an exposure of the vein which is well up-slope from the workings at 'A'. It is recognized as a bedrock source anomaly.

For both 'A' and 'B' it is necessary to extend the sampling to the west at least 600 feet in order to define any trends.

'C' This is an unusual anomaly as it occurs 300 to 400 feet above the graphitic schist - bedded chert contact. Outcrop here is graphitic schist, with interbedded C.G.S. Further ground checking is warranted for the area of sample #159.

'D' This anomaly is coincident with the gold-bearing zone which was tested by holes #2-75 and #10-76 through #14-76. Sample #132 is from a ridge at a point which is somewhat higher than where the zone would be expected to crop out.

'E' Station #58 is on a ridge, high above the Anna Johnson pit and is well into the C.G.S. environment. This is an erratic value at the edge of the sampled area and should be ground-checked.

Five other areas with greater than 0.10 ppm gold are shown, but these do not warrant additional investigations.

In general, the patterns for arsenic and gold correspond. There are some arsenic highs without associated gold values, but these are too weak to merit individual attention.

GEOCHEMISTRY - (Cont'd.)

Soil sampling appears to be an effective exploration method. In conjunction with detailed geological mapping and follow-up trenching, this seems to be the most promising and economical technique for any future exploration.

UNDERGROUND INVESTIGATIONS

Three workings were mapped in detail and sampled. These are the M.J., #8 and #7 Tunnels.

It was found that the ore zone generally occurs at or near the graphitic schist - bedded chert contact. The schist is nearly always highly carbonaceous. The hanging wall of the vein is usually a silicic sill which has a quartz-filled, brecciated base. The sill and breccia fragments are commonly well-mineralized with arsenopyrite.

Thickness of the quartz vein averages three to four feet and in one stope of the #8 tunnel was twelve feet. It is a vuggy, white quartz with margins of breccia. The breccia near the base is usually composed of schist fragments and, at the hanging wall, of silicic intrusive fragments.

Sampling of the vein returned gold values significantly lower than the reported estimates of an average one-half ounce per ton. It is believed, however, that the recent sampling is probably low because of two circumstances; a) in most cases the vein could not be sampled in the stopes, but was sampled in drifts on the periphery of working areas and; b) most of the samplings could not include the inaccessable base of the vein, which is believed to be the zone of highest enrichment.

UNDERGROUND INVESTIGATIONS - (Cont'd.)

The following table summarizes the vein sampling and includes samples taken in 1975 from the #7, #8A and C.O. Tunnels:

| Tunnel | No. of Samples | Av. Grade (oz. Au. per ton) | Av. Thickness of vein (ft.) | Length of Sampled Section (ft |
|---|---|---|---|---|
| #7 | 18 | 0.082 | 4.3 | 350 |
| #8 | 7 | 0.076 | 3.6 | 200 |
| M.J. | 12 | 0.024 | 2.2 | 300 |
| #8A | 4 | 0.100 | 3.6 | 75 |
| C.O. | 1 | 0.058 | 1.0 | (100) |
| Average of | 42 Samples = | 0.072 | 3.5 | 205 |

---

HEAP LEACHING TESTS

Waste dumps from old workings throughout the property are estimated to contain 60,000 to 80,000 tons of material. Various samplings of the dumps have returned values ranging from 0.05 to 0.10 oz. Au /ton. The average for 17 samples taken in 1975 and 1976 is 0.041 oz. This would represent about $370,000 (or $5.33 per ton) of contained gold at the current market value of $130.00 per ounce.

0.005 ? (TF)

Heap leaching of low grade gold ores has been very successful at a number of mines, particularly at Carlin, Nevada. In December, 1975 a 140 pound sample of dump material from the Klamoth portion was sent to the U.S. Bureau of Mines in Salt Lake City, Utah for column leaching tests. The results were suprisingly good and the gold content unbelievably high (0.85 oz. /ton). A copy of the Bureau of Mines results and their description of the heap leaching process follows this page.

HEAP LEACHING TESTS - (Cont'd.)

Because of the U.S.B.M. results and the potential for early cash-flow from heap leaching, it was decided to conduct an actual heap leaching test on ten tons of dump material from the same locations as for the laboratory test. The material was trucked to the Aaron Mining Company property at Crescent Valley, Nevada where it was subjected to the same leaching process as is being successfully employed in the treatment of that property's ore.

No formal reporting of results has been received, but personal communications with Mr. D. Ashe who supervised the work indicate that leaching of this material is totally unsuccessful. Gold content of the cyanide solution after passing through the "ore" showed only an insignificant increase.

As the dump material is highly carbonaceous, and because activated carbon is used in the leaching process to recover gold from the NaCN solution, it is logical to conclude that any gold that was dissolved by the cyanide was immediately re-absorbed by the contained carbon. No explanation can be offered for the favourable Bureau of Mines results.

CONCLUSIONS

Due to difficult drilling conditions, exploration on the Siskiyou property has proved to be very expensive. The property is extensive and only a few targets have been drill-tested. No important gold-bearing zones were discovered. Although there are numerous areas with potential to develop ore, further drilling cannot be recommended at this time.

CONCLUSIONS - (Cont'd.)

Experience has shown that, due to poor core recovery and unreliable sludge retrieval, as well as the erratic nature of gold mineralization, core drilling at Siskiyou is inconclusive. Until a more reliable drilling technique is developed, it is recommended that other methods be employed for any future exploration at Siskiyou.

Geochemical sampling of soils in conjunction with detailed geological interpretation is at present the most promising exploration tool. Bulldozer trenching of soils anomalies and other prospective sites could be productive. Further mapping and sampling of accessable workings (May, C.O., #8A, #10 and others) could provide important information regarding ore structures and trends.

Heap leaching of dump material was tested and proved unsuccessful. The dumps might contain economic reserves of gold if milled with higher grade ore, but is not [illegible].

RECOMMENDATIONS

The Siskiyou property still has considerable potential as a gold producer. However, because of the costly and unsuccessful drilling program to date, no further drilling can be recommended.

If there is to be future exploration work by New Cinch, it is recommended that it be a program of detailed mapping and geochemical sampling of soils, followed-up by trenching and sampling of anomalous areas.

RECOMMENDATIONS - (Cont'd.)

During 1976, the approximate cost for soil sampling and mapping of one-sixth of the property, as well as mapping and sampling of workings, including assaying, was $3,800.00. At this rate, it is estimated that the remainder of the property, in proximity to the strike of the quartz vein system, could be mapped and sampled and all remaining, accessable workings investigated for about $20,000. These costs do not include transportation and living expenses for the geologist and one helper. Duration of the program is estimated at three months.

David L. Sannes

David L. Sannes, B.Sc.
January 21, 1977

# Bureau of Mines Research 1973

"a summary of significant results in mining metallurgy and energy"

Copy

## "Improved Gold Leaching Processes"

G. M. Potter and H. B. Salisbury, Principal Investigators
Salt Lake City Metallurgy Research Center, Salt Lake City, Utah

(for detailed reports, write)

Most known domestic gold deposits are low in grade, and improved processing is essential for economic treatment of such ores. Bureau research in this area emphasizes the application of low-capital-cost methods such as heap leaching and carbon-in-pulp operations, both of which make effective use of granular activated carbon in recovering gold from cyanide leaching solutions.

The heap leaching process consists of piling coarse ore on an impervious asphalt pad and sprinkling it with dilute cyanide-lime solution. The solution strength ranges from 0.02 to 0.1 percent NaCN depending on ore requirements, and the pH is maintained at about 10.5 with lime. The rate of solution application by sprays ranges from 5 to 25 gallons per square foot per 24 hours. The resulting gold-bearing solution is passed through an expanded-bed, multiple-compartment activated carbon column which adsorbs virtually all of the gold. The barren solution is returned to leaching. Loaded carbon is stripped of its gold content in the Bureau's process with 0.4 percent NaOH solution at about 150° C and 52 psi. Cyanide is not ordinarily required. Stripped carbon is reactivated by heating, and reused.

Low-grade ore and waste are now successfully processed by heap leaching at three sites in Nevada. Other heap leaching operations are in the planning stage.

From the ecological standpoint, heap leaching has a low potential for pollution. The residues are coarse and nearly dust free, no gases are emitted, and all solutions are recycled.

The carbon-in-pulp process comprises leaching gold with dilute cyanide solution in a 50-percent-solids minus 35-mesh ground ore slurry, agitating the leached slurry with minus 10- plus 20-mesh activated carbon granules to absorb the gold, and screening the carbon from the pulp to recover the gold. Based upon cooperative Bureau-Homestake Mining Co. pilot-scale research, the company constructed a 2,350-ton-per-day carbon-in-pulp plant at its Lead, S. Dak., facility to process the slime portion of the ore. The new plant began operation in April 1973.

Recent Bureau research resulted in an improved pressure stripping system for recovering gold from loaded activated carbon. Granular carbon loaded to 500 troy ounces of gold per ton may be stripped in less than 3 hours, as contrasted to the 24 to 30 hours required by presently used methods. The new system uses pressures of 50 to 60 psi, temperatures of about 150° C, and 0.4 percent NaOH stripping solution (without added NaCN). Stripping time, reagents, and labor are conserved as compared with the atmospheric system.

UNITED STATES DEPARTMENT OF THE INTERIOR
Rogers C. B. Morton, Secretary

PE-6-153

United States Department of the Interior
BUREAU OF MINES
Salt Lake City Metallurgy Research Center
1600 EAST FIRST SOUTH STREET
SALT LAKE CITY, UTAH 84112

June 21, 1976

Memorandum

To: Joseph H. Bilbrey, Jr., Research Supervisor

From: Project Leader, Gold and Silver Minerals Processing

Subject: Column Leach-Carbon Adsorption Tests Made on Ores from California and Nevada. The Ores were Submitted by Mr. D. S. Ashe, Aaron Mining Co., Box 8, Crescent Valley, Nev. 89821

HM 207.1 - "Mountain Laurel Mine, Siskiyou County, Calif."

A 3.1-kilogram portion of minus 3/8-inch material was leached in a 6-inch diameter glass column for 715 hours with a 0.1 percent NaCN - 0.044 percent CaO solution. The effluent was pumped through a carbon column before being returned to the ore bed.

| | oz/ton | | Distribution, pct | | Pounds used per ton | |
|---|---|---|---|---|---|---|
| | Au | Ag | Au | Ag | NaCN | CaO |
| Carbon | 0.65 | 0.13 | 76.5 | 61.9 | | |
| Residue | .20 | .08 | 23.5 | 38.1 | | |
| Calculated head | .85 | .21 | 100.0 | 100.0 | 3.5 | 8.8 |

Signed by;
Harris B. Salisbury

# CERTIFICATE

I, David Laurence Sannes, of Toronto, Ontario, certify as follows with respect to my association with New Cinch Uranium Ltd. (N.P.L.) and to my report dated January 21, 1977 concerning that Company's gold property located in Siskiyou County, California, U.S.A.

1. That I am an exploration geologist and have practiced my profession since 1970.

2. That I am a graduate of Oregon State University, having attained the degree of Bachelor of Science in geology in June of 1970.

3. That I am a salaried employee of Mid-North Engineering Services Limited and have been since May, 1975.

4. That I have no financial interest in the properties or securities of New Cinch Uranium Ltd. (N.P.L.)

5. That I have conducted mineral exploration activities on the Siskiyou County property for the periods of mid-September to mid-December, 1975 and early September to late November, 1976, and that I believe the report of January 21, 1977 to be an accurate representation of my findings.

David L. Sannes

David L. Sannes, B.Sc.

Dated at Toronto, Ontario,
January 21, 1977.

## Details

## #2 drill hole

A diamond drilling program carried out by two Canadian mining companies in 1975 and 1976 indicated a new, previously unexplored area to be mineralized. One of the vertical holes #2, drilled in 1975 intersected a 1.4' wide zone assaying .7 ounces per ton in gold followed by another zone 16 feet deeper assaying 1.6 ounces per ton in gold over a width of 1.0 feet. This entire 18.7 foot wide zone averaged 0.375 ounces per ton in gold. Drill holes #13 and #14 located about 100 feet south of #2 also intersected ore grade mineralization 0.41 ounces per ton and 0.15 ounces per ton in gold indicating the presence of at least 10,000 tons of gold mineralization averaging 0.35 to 0.40 ounces/ton, which has a value of over $3.6 million at today's prices.

Operator intends to drive a 350 foot cross cut to explore and develop this zone for production.

| E NUMBER | INCLINATION | DEPTH | APPROX. ELEVATION AT COLLAR | MAP GRID COORDINATES | | SIGNIFICANT INTERSECTIONS FROM: | TO: | FEET | OZ.AU/TON |
|---|---|---|---|---|---|---|---|---|---|
| S #1-75 | -90° | 443' | 4,178' | 473N, 1906E | | 256.0 | 277.9 | 21.9 | 0.044 |
| | | | | | | 356.0 | 375.4 | 19.4 | 0.059 |
| X-2-75 | -90° | 483' | 4,168' | 692N, 2293E | | 122.7 | 124.1 | 1.4 | 3.740 |
| | | | | | | 140.4 | 141.4 | 1.0 | 1.590 |
| | | | | | OR | 122.7 | 141.4 | 18.7 | 0.375 |
| | | | | | | 262.3 | 285.3 | 23.0 | 0.018 |
| | | | | | | 336.6 | 359.1 | 22.5 | 0.017 |
| | | | | | | 409.5 | 415.3 | 5.8 | 0.053 |
| 3-75 | -90° | 290' | 4,057' | 082N, 1742E | | NONE | | | |
| 4-75 | -90° | 295' | 4,083' | 287S, 1853E | | 261.3 | 277.5 | 16.2 | 0.030 |
| 5-75 | -90° | 325' | 4,063' | 475S, 1109E | | 32.0 | 42.0 | 10.0 | 0.039 |
| 6-75 | -90° | 227' | 4,108' | 540S, 683E | | 68.0 | 72.0 | 4.0 | 0.069 |
| 7-75 | -90° | 137' | 4,408' | 718S, 114E | | 98.0 | 104.6 | 6.6 | 0.119 |
| 8-75 | -90° | 215' | 4,497' | 1894S, 2587W | | 166.0 | 170.0 | 4.0 | 0.032 |
| X 9-75 | -90° | 350' | 4,219' | 1980S, 2975W | | 299.0 | 341.0 | 42.0 | 0.050 |
| | | | | | OR | 314.5 | 329.5 | 15.0 | 0.102 |
| | | | | | OR | 314.5 | 320.0 | 5.5 | 0.189 |


Figure 3
SE Cap Stephens Pl
Two Stamp Mill
Anna Johnson
N
18°
17-76 nil
11.6-.022
15, 16-76
11.5-.05
6'-0.04
4.9'-.075
10, 11, 12-76
nil
2-75
1.4'-3.7
+ 1.0-1.6 or 18.7-0.375
(1.6)
13, 14-76
2.2'-0.15
1.3'-0.412
1-75
22'-.044
+ 19'-.059
C.O. EXTENSION
3-75 nil
MAY
M-1
4-75
16'-.03
NOTE: East portion-- of over 3 miles of navigable mine roads now covering the entire property, from East to West.
No. Year
width - oz Au
MOUNTAIN LAUREL
SISKIYOU COUNTY, CALIFORNIA
(41° 15'N, 123° 07'W)
100 50 0 100 200 300
FEET
May/77
R.H.S. after D.L.S.
+ Proposed Holes

PE-6-158




SCALE: 1 inch = 100 feet

Coordinates: 041° 15' N, 123° 07' W

DATE: January 1976

By: D. L. Sannes

1979

BRIEF SUMMARY

POTENTIAL POSSIBILITIES

MT. LAUREL GROUP OF PROPERTIES.

Siskiyou County, California.

To summarize briefly the several reports made by emminent and qualified engineers in the past:---

It is definitely concluded that the Mt. Laurel Group of Properties--- extending for approx. two miles on the vein system, makes a rounded proposition of unusual merit from a mining, milling and camp standpoint.

Geologically, very large ore bodies of several hundred thousand tons are positively indicated--- which can move by gravity to the mill-site from the present working level and it is reasonable to assume that the veins persist a considerable distance below this level.

The known production of several million dollars from past operations of the several consolidated properties has been mined and milled from comparatively small workings, with an overall average grade of ore ranging between 0.60 to 0.80 ounces of gold per ton--- all of which has been characterized by past examining engineers as an exaggerated example of underground work done in a haphazard way with no attempt to develop for futures or open up ground beyond the areas needed for immediate production.

A limited diamond drilling and open-cut exploration program recently conducted on the property further confirms the favorable physical conditions of these ore bodies yet to be opened-up by systematic development as set forth in the several engineers reports, all of which are available for detail study and analysis.

Together with the further possibility of a massive open-pit operation of untold tonnage that requires further exploration and development.

The realization of these possibilities obviously implies experienced supervision and sufficient capital to see the venture through to the stage of a well equipped producing mine.

Respectfully submitted,

A. R. Patterson

A. R. Patterson.

# OLD GOLD MINE DUMPS.

Mined around 1880-1910.

Mt. Laurel Mine & Adjoining Properties.

Sawyers Bar, California.

The "Old Gold Mine Dumps" from prior operations, that were mined around 1880-1910 on the Mt. Laurel Group of properties, and which were considered worthless at that time-- are a bonanza today.

In this respect, J. B. Gowen, Geologist and Engineer (listed in the membership directory of the Society of Mining Engineers of A.I.M.E., which carries the title page of "Who's Who in Mineral Engineering")-- who spent several years in foreign assignment for a large American Mining Co., and who has recently retired from a long career with the U.S.Government in that capacity in Washington, D.C., states in part, in his April 13, 1949 report on the property, as follows:--

quote-- "there are probably more than 200,000 tons of workable dumps on the combined properties. On one group a continuous dump (Klamath group) from two working tunnels whose portals are close together contains from 40,000 to 50,000 tons of material from which pannings indicate $2. to $3. per ton of free gold in the fines---- Sluicing of this dump might show a quick profit of one dollar per ton, but proper milling of the same material might show a profit of from $4.00 to $5.00 per ton.(Note:-Gold was $35. per oz. at time of this report 1949) - - - - - - - On this same group there are several other dumps which were inaccessible to examine because of snow, but which should be of about the same grade."--

quoting further-- "I believe there is a very good possibility for an operation of perhaps 500 tons per day for several years"--- "The dumps should eventually finance the undertaking and furnish a handsome profit."-- unquote.

With todays price of Gold these dumps should be a bonanza--- as the Ore is free milling, and

The Flow Sheet should be as follows:-- by crushing the Ore to minus 1/4" mill feed-- of which this long weathered and particular class of ore will result in a large proportion of fines--- thence further reduction by milling (Ball Mill or other) to minus 40 mesh-- thence over Amalgam Plates to the Concentrating tables for recovery of the sulphides.

Respectfully submitted,

[signature]

A. R. Patterson.

1980.

Klamath "ORE DUMPS" Mt. Laurel Mine.

Early "CASH-FLOW" possibilities.

In lieu of the installation of expensive milling equipment at this time-- the following program is proposed to expedite the recovery of a portion of the gold values in the "ore-dumps" at the least expense for an early "cash-flow"--- by crushing the ore to minus 1/8 inch, of which this long weathered and particular class of ore will result in a large proportion of fines--- thence using centrifugal concentrators or modern sluicing methods--- with an expected recovery of 60% plus of the head values. (all tailings to be stockpiled for future mill feed.)

Estimated Operating Costs,
Based on 200 tons per day.
(during the spring (water) runoff)

Moving cost per ton (to be contracted out) "dump-ore" to bunkers. $ 2.00

Crushing to minus 1/8 inch and recovery of gold concentrates. 2.00

Estimated operating costs $ 4.00

| Value of dump-ore | Gold price | Approx. tonnage | Gross value | 60% recovery | Operating costs $4. per ton | Gross profit |
|---|---|---|---|---|---|---|
| 0.08 oz. | @ $500.oz. | 50,000 | $2,000,000. | $1,200,000. | $200,000. | $1,000,000. |
| " | @ $600.oz | " | $2,400,000. | $1,440,000. | $200,000. | $1,249,000. |
| " | @ $700.oz | " | $2,800,000. | $1,680,000. | $200,000. | $1,480,000. |
| " | @ $800.oz. | " | $3,200,000. | $1,920,000. | $200,000. | $1,720,000. |
| " | @ $900.oz. | " | $3,600,000. | $2,160,000. | $200,000. | $1,960,000. |
| " | @ $1,000.oz. | " | $4,000,000. | $2,400,000. | $200,000. | $2,200,000. |

Operating Capital needed, $25,000. to $50,000.--to complete further testing on both centrifigal concentrators and modern sluicing equipment; with advanced payment on rental equipment----such as, crushing plant, & power unit, etc;- together with site preparation; bunker construction; water supply; tailing pond; move-in and set-up costs and other miscella-neous expenses.

All plans and negotiations for the above program, to be made and ompleted during the Summer and Fall of 1980--- for early operation in ..e Spring of 1981.


New Cinch Geochem
Anomalies
Stephens
PPM Au
PPM As
0.23
0.38
Gulch
MOUNTAIN
LAUREL
MINE
CLAIMS
Vein
Johnson
Anna
DH-2 Vein
Litigation Stope
ANN
JCH
MIN
MIN.

Dump

Sampling

Eddy Gulch

SUPERVISE

# GENERAL TESTING LABORATORIE

DIVISION SUPERINTENDENCE COMPANY (CANADA)
1001 EAST PENDER ST VANCOUVER B.C. CANADA V6A
PHONE (504) 254-1647 TELEX 04-507514 CABLE SUPER

TO:
AARON MINING LTD.
204 - 8260 Granville Avenue
Richmond, B.C.
V6Y 1P3

## CERTIFICATE OF ASS.

No.: 7704-1251 DATE: Apr. 14/77

e hereby certify that the following are the results of assays on: "Ore and Rock"

| MARKED | GOLD OZ/ST ~~GR/MT~~ | SILVER OZ/ST ~~GR/MT~~ | Gold Au (ppm) | Silver Ag (ppm) | xxx | xxx | xxx | xxx |
|---|---|---|---|---|---|---|---|---|
| 21018 A | 0.087 | 0.03 | - | - | 10-TONS GOLDEN LAUREL. | | | |
| 21017 A | - | - | 0.08 | 1.5 | | | | |

10 Tons
Klamath Ore Dumps
Mt. Laurel Mine.

Sent to Nevada, Sept. 1976
for:--- "Heap-Leach" test.

by, Dave Sannes.

NOTE: REJECTS RETAINED ONE MONTH. PULPS RETAINED THREE MONTHS. ON REQUEST PULPS AND REJECTS WILL BE STORED FOR A MAXIMUM OF ONE YEAR.

REPORTS ARE THE CONFIDENTIAL PROPERTY OF CLIENTS. PUBLICATION OF STATEMENTS, CONCLUSION OR EXTRACTS FROM OR REGARDING OUR REPORTS IS NOT PERMITTED WITHOUT OUR WRITTEN APPROVAL. ANY LIABILITY ATTACHED THERETO IS LIMITED TO THE FEE CHARGED.

B. Given
B. GIVEN
PROVINCIAL ASSAYER

COPY

Analytical and Consulting Chemists, Bulk Cargo Specialists, Surveyors, Inspectors, Samplers, Weighers

MEMBER American Society For Testing Materials • The American Oil Chemists' Society • Canadian Testing Association
REFEREE AND OR OFFICIAL CHEMISTS FOR Vancouver Merchants Exchange • National Institute Of Oilseed Products • The American Oil Chemists' Society

# WILKINSON ASSAYS
## REPORT

9491 SIERRA AVE., FONTANA, CA. 92335 PHONE: (714) 823-4607

We buy gold rings, Dental, & Scraps, or refine yours for 10 % of metal.

SINCE 1967

SUBMITTED BY:

A. R. Paterson
750 - N. 81st ST.
SEATTLE, WASH. 98103

CHARGES $: 3.50
SAMPLE #: "MT. LAUREL MINE."
WEIGHT USED: 29.3 grams
DATE TYPED : 2/13/77
" ORE DUMPS

Samples taken by Dave Sannes. November 1976

## CHEMICAL ASSAY

| METALS | oz's per ton | grams per ton | price per oz | value per ton |
|---|---|---|---|---|
| GOLD | | 4½ | $132.30 | $19.17 |
| SILVER | | | $ 4.45 | trace |
| | | | | |
| PLATINUM | | | | |
| PALLADIUM | | | | |
| RUTHENIUM | | | | |
| RHODIUM | | | | |
| IRIDIUM | | | | |
| OSMIUM | | | | |
| | | | | |
| TUNGSTEN | | | | |
| URANIUM | | | | |
| MERCURY | | | | |
| COPPER | | | | |
| LEAD | | | | |

## FIRE ASSAY

| METALS | oz's per ton | grams per ton | price per oz. | value per ton |
|---|---|---|---|---|
| GOLD | | | | |
| SILVER | | | | |
| | | | | |
| PLATINUM | | | | |
| PALLADIUM | | | | |
| RUTHENIUM | | | | |
| RHODIUM | | | | |
| IRIDIUM | | | | |
| OSMIUM | | | | |
| | | | | |
| TUNGSTEN | | | | |
| URANIUM | | | | |
| MERCURY | | | | |
| COPPER | | | | |
| LEAD | | | | |

Based only on specimens left at lab.
Assay based on assay ton of 2 thousand pounds.

Duane Wilkinson
ASSAYER

PHILLIPS, Vice-Pres.—Gen. Mgr.

OUR MOTTO: — WHAT THERE IS IN IT, NO MORE NO LESS.

M. E. PHILLIPS, Secretary

# THE COLORADO ASSAYING COMPANY

(INCORPORATED)

ASSAYERS AND CHEMISTS

303—623-2342 2244 BROADWAY

DENVER, COLO. 80201

April 9, 1977

SAMPLE SUBMITTED BY

Mr. A. R. Patterson
750 N. 81st St.,
Seattle, Washington 98103

Samples taken by Dave Sannes. November 1976

## SPECTROGRAPHIC ANALYSIS

SAMPLE NO. Klamath Ore Dump Mt. Laurel Mine

PERCENTAGES ARE APPROXIMATE

| Element | % |
|---|---|
| Antimony | none. |
| Arsenic | .5-1.% |
| Aluminum | 8.-10. |
| Boron | .005 |
| Barium | .08 |
| Beryllium | |
| Bismuth | |
| Calcium | 2. |
| Columbium | |
| Cadmium | |
| Cobalt | .003 |
| Chromium | .1 |
| Cesium | |
| Copper | .05-.1 |
| Gallium | .003 |
| Germanium | |
| Hafnium | |
| Indium | |
| Iron | 5. |
| Lead | .01 |
| Lithium | .005 |
| Magnesium | 4.-5. |
| Manganese | .15 |
| Mercury | |
| Molybdenum | .03-.05 |

| Element | % |
|---|---|
| Nickel | .1 |
| Potassium | 1.-2. |
| Radium | |
| Rubidium | .01 |
| Rhenium | |
| Scandium | |
| Silicon | Major |
| Strontium | .03 |
| Sodium | 1.-2. |
| Tantalum | |
| Thallium | |
| Thorium | |
| Tin | |
| Titanium | .3 |
| Tungsten | |
| Uranium | |
| Vanadium | .02 |
| Zinc | .02 |
| Zirconium | .02 |
| Cerium | |
| Dysprosium | |
| Erbium | |
| Europium | |
| Gadolinium | |

| Element | % |
|---|---|
| Holmium | |
| Lanthanum | |
| Lutecium | |
| Neodymium | |
| Praseodymium | |
| Samarium | |
| Terbium | |
| Thulium | |
| Yttrium | .003-.005 |
| Ytterbium | |
| Platinum | |
| Palladium | |
| Iridium | |
| Osmium | |
| Rhodium | |
| Ruthenium | |
| Gold | 0.12 oz./ton - $18.00/ton |
| Silver | 0.10 " - $0.50/ton |

REMARKS: This sample consists of the gray-black Schist (complex silicates of alumina, magnesia, soda, potash, lime, iron oxides, trace of Carbon, etc.), hard white Quartz (silica), metallic yellow crystals of Iron Pyrite (iron and sulphur)-(with some arsenic and copper) and small amounts of other minerals.
It is of interest for the small Gold content.

THE COLORADO ASSAYING COMPANY

By Ed Phillips

SUBJECT Tonnage estimate

Klamath waste dumps

New Sinch - Siskyou County, Calif

DATE ......

SHEET NO. 1 OF ......

JOB NO. ......




60 + 17 = 77 × 100 ft² = 7700 ft²
Ave. depth = 5 ft
7700² × 5 = 35,500 ft³
@ 15 ft³/ton = 2567 tons
@ 18 = 2139
@ 20 = 1925

247 + 25 = 272 × 100 ft² = 27,200 ft²
Ave depth = 10 ft
27,200 × 10 = 272,000 ft³
@ 15 = 18,133
@ 18 = 15,111
@ 20 = 13,600

119 + 14 = 133 = 13,300²
d = 7½
13,300² × 7½ = 99,750³
@ 15 = 6650
18 = 5542
20 = 4988

247 + 14 = 26,100²
d = 10
26,100³ × 10 = 261,000³
@ 15 = 17,400
18 = 14,500
20 = 13,050

47 + 8 = 5,500²
d = 5
5500² × 5 = 27,500³
@ 15 = 1833
@ 18 = 1528
@ 20 = 1375

1 inch = 100 foot/inch

| | | | Tons | @ 0.10 oz/ton | @ $100/oz |
|---|---|---|---|---|---|
| Total | @ 15 | = | 46,583 | 4658 oz | $465,8 |
| | 18 | = | 38,820 | 3882 oz | $388,2 |
| | 20 | = | 34,938 | 3494 oz | $349,4 |

Tonnage Estimate
KLAMATH DUMPS
Mt. Laurel Mine
by Dave Sannes
September 1976

Summary:
35,000 tons @ 0.10 oz/ton
= 3500 oz.
TF