
Map - Eddy Gulch Mines
Supplemental Plan of Operations
10/89 to 10/90
1 in. = 400 ft.
C.I. = 80 ft.
Numbers refer to items in text.
TPF, 10/89
3600
E.T. Placer Settling Ponds
Settling Ponds
6, 13
ET Placer
Pit
Old Access Rd.
Old
New
Shoo Fly
Compressor Gulch
Fork
Usher Flat
Liberty Mine Tunnels
Private
Old Gowing Millsite
Stevens Tunnel
Mt. Laurel Apex Area
4
12
11
3
Union Ridge Apex Area
Unions No 1 Tunnel
Moy Tunnel
Upper Incline Ridge Apex Area


N
Live Yankee Gulch
Private
Rollin
(Old Mt. Laurel Millsite) (pat'd)
Rollin
Yankee Flat
Limestone Bluff
Klamath Dumps
Pit
Klamath Ridge Apex Area
1,4
3
11
Old Klamath Millsite
Cookhouse Flat
Old Union Millsite
Union No. 10 Tunnel
Usher Cabins
Usher
14