A·149
excerpt

ARGONAUT MILL SUPPLY
P.O. Box 11007, Tucson, AZ 85734
2665 E. Ginter Rd., Tucson, AZ 85706
Phone (602) 741-0611 ● Fax (602) 741-0614

Jan. 26, 1990

Fred Aloisi
Liberty Mining, Inc.
885 Clay St. No. 158
Ashland, OR 97520

Dear Fred:

This letter is to reiterate some of the things we discussed or I observed during my trip to the Liberty Mining site.

1. During the meeting with the U.S. Forest Service they suggested that mill tailings be used to fill in the placer pit below the Rollin mill site. This would be an ideal place to dispose of tailings. You should document this discussion by sending a letter to the Forest Service thanking them for their advice. You should then get them to commit to this suggestion in writing if possible. Also we could line the pit with tailings, clay, or rubber/plastic, but you should commit to these only if required. I will supply an EP toxicity test of the tailings and rock to show the limited potential of metal leachability from the tailings and waste.

2. The Liberty Mining plan of mining operation looks very flexible and easily implemented. The ability to pick and choose ore from tailings piles, mine dumps, and vein materials should allow ore grade control, continuous mill feed and inexpensive mining.

3. The ore types that I observed and sampled were very similar; therefore, the mill flowsheet should be similar to my preliminary flowsheet design. Tests of the crusher product and tailings pile samples will be done by Mountain States R & D to confirm these assumptions. The first set of flotation test results from Mountain States should be available next week.

4. The ore contains some slime materials prior to grinding. This will probably result in a 25-30% increase in normal reagent consumption. I am currently guessing that 0.3 lb/ton of collector will be required. This increase is insignificant in terms of overall mill operating costs.

5. The slimes will probably require larger thickening and filtering requirements than I originally estimated. Tests will confirm this in a week or two.

6. The current water supply is sufficient for the mill requirements. Your idea of a water reservoir in the Klamath area should be pursued to assure yourself of water in the dry months. I will give you a water supply requirement by mid-February.

7. The crusher site is ideal for fine ore storage. You may want to move the crusher further north to the existing limit of the Usher flat so you also have some coarse ore storage. The new flat you are making north of Usher should be well defined and have no irregularities. This will allow for orderly reclaim of crushed ore.

8. As soon as you are allowed I would begin producing crushed ore and stockpiling it in the area north of Usher flat crushing system. The ore should be stacked as soon as possible (rather than spread out) to decrease the chance of soaking the ore from rain which will make it harder to reclaim and increase oxidation of the sulfides.

9. As we discussed I will obtain quotations from Mine & Mill Engineering to prepare the following engineering drawings:

A. Mill flowsheet
B. Mill site plot plan with cut and fill requirements
C. Mill building general arrangement
D. Mill building elevations
E. Ball mill concrete foundation and typical column footing drawing

Please let me know if the costs are acceptable after your review. If so I will haves Mine & Mill begin the drawings.

10. The mill site should be free from tree fall and well contoured to limit water flow onto the mill site.

11. We will plan on Liberty Mining erecting the mill building from wood and steel roofing. The engineering will consider fire hazards from this construction. A sprinkler will be designed if you desire.

12. An overhead crane will be required of grinding ball make-up and routine maintenance. I suggest a 1 ton as a minimum.

13. I will provide a concrete gravel, sand and cement requirement. You can think about their supply and storage. Also a semi-permanent concrete mixing system will be necessary. The concrete truck will work if a feed conveyor and hopper is employed.

14. As soon as I receive the test results that I need I will contact Tim Dyhr, Welsh Construction, to oversee the permitting that will be necessary. I would expect to begin this by February 10. I will send a copy of his fees to you for your approval.

15. I will begin talks with Montana Resources (Butte), ASARCO and Homestake to see if we can place the concentrates state side rather than offshore. If we get a favorable reply a meeting with

you in attendance will be necessary.

If they do not want the concentrate we should contact Japan and Taiwan smelters immediately. It will take 4-6 months just for this contract. The contract will probably be negotiated in Seattle, Vancouver B.C., or San Francisco.

16. I will provide a list of mill supplies and potential suppliers so you can arrange purchase and delivery of consumables items like balls, reagents, filter bags, etc. I will have this by March 14.

17. I will provide a list of mill equipment that you will need and their costs (equipment to be sold in good operating condition with no further work necessary prior to installation). This will be done in February as soon as enough test result are in to establish a flowsheet.

If there are corrections or additions please let me known. Thanks for your time in showing me the site, it will help a lot in the coming months.

Sincerely,

Donald C. Moore



PE-8-173