Case 1:95-cv-00650-LSM Document 118-10 Filed 02/06/2008 Page 1 of 1

United States Department of Agriculture
Forest Service
Klamath National Forest
1312 Fairlane Road
Yreka, CA 96097
(916) 842-6131

Reply To: 1920

Date: July 10, 1990

Fred Alloisi
Liberty Mining Inc.
885 Clay St., No. 158
Ashland, OR 97520

Dear Mr. Alloisi:

Some time ago you were contacted by Jim Anderson seeking your advise on our Forest Planning efforts. At that time you expressed some interest in participating in a citizens participation group. We realize that time and schedules change, but we are ready to share some things with you if you feel that you could spare a few evenings over the next year.

What we are proposing at this time is to have a public open house. This is intended to show the types of information and data that will be used to prepare the Klamath National Forest Plan. Such a plan will guide the Klamath National Forest management for 10-15 years. Your role would be to preview this open house and give us your honest opinion of what the public at large would see a few days later. The use of a small group as a sounding board would allow us to achieve greater public understanding of our program. Your personal perspectives have been seen as representing a part of the cross section of our entire public.

The preview would occur on the evening of July 17, from 7-8:30 at the Supervisors Office 1312 Fairlane Road, Yreka, CA. This may conflict with a number of peoples' schedules, but we feel that it is time to move on with this concept. If you can still be a part of this program **please call Jim Anderson (916-842-6131)** of my staff to advise him if you can make the meeting or would like to be briefed at a later date.

Thank you for your concern about our forests.

Sincerely,

for BARBARA HOLDER
Forest Supervisor