WINTHROP ASSOCIATES
CULTURAL RESEARCH
347 GUTHRIE STREET • ASHLAND, OREGON 97520
(503) 482-8004

June 7, 1991
**Ref: Eddy Gulch Cultural Resource Inventory**
**Klamath National Forest**

Mr. James Rock
Klamath National Forest
1312 Fairlane Road
Yreka, CA 96097

Mr. Thad Van Buren
Office of Historic Preservation
P.O. Box 942896
Sacramento, CA 94296

Gentlemen:

As you will recall, Liberty Mining is proposing mining operations in the area of Eddy Gulch, western Siskiyou County, on lands within the Klamath National Forest. The Office of Historic Preservation has required that a comprehensive cultural resource inventory for the Eddy Gulch APE be undertaken before Liberty may proceed with significant mining operations (letter from Kathryn Gualtieri, 12/15/89).

My firm has been retained by Liberty to perform this study. To date, we have completed historic background research, intended to guide field work and to provide a context for interpretation and evaluation of those artifacts and features identified during the survey. This research is presented in the enclosed report, "One Hundred Years of Hard-Rock Mining: Eddy Gulch, 1860 - 1990."

Because of the complex array of materials within the Eddy Gulch APE, we are proposing certain conventions for classifying isolated finds, features, localities, and sites in the archaeological survey. In broad terms, we propose to reserve "site" for one of the major mining areas within the APE, for example the Anna Johnson mine area. Single areas of cultural activity within such a site would be treated as features (cabin, mill, can dump, etc.), while clusters of features would be classified as localities. These conventions are spelled out in more detail in the enclosed draft guidelines.

I would appreciate your approval or revision of these guidelines at your earliest convenience, so that we can proceed with fieldwork. We are assuming that we will use Forest Service (Region 5) forms for recording sites, features, isolates, etc., with appropriate addenda sheets as needed. I would also

appreciate receiving copies of these forms (or whatever forms we are to use), to make sure we have the current versions.

Sincerely yours,

Robert H. Winthrop, Ph.D.
WINTHROP ASSOCIATES

cc: Tom Ferrero

encl: background study
draft survey guidelines

[waproj.liberty.ohpl.txt]

June 7, 1991

TO: Klamath National Forest
California OHP

FROM: Winthrop Associates

SUBJ: Draft guidelines, Eddy Gulch Cultural Resource Survey

(1) Survey area. Predestrian survey would exclude those fringe areas technically within the APE which have not had or are not proposed to have mining operations. The proposed survey boundary is marked in yellow in the attached map.

(2) Survey transects. The pedestrian survey would be done in appoximately 25 meter transects in those areas identified as historically sensitive in the background research (e.g., the Anna Johnson mine area). Other areas would be surveyed in approximately 50 meter transects.

(3) Classification of cultural resources. The following definitions would be used.

**Non-contributing Resources:** These resources to be noted in the field notes but not formally recorded. Categories of potential resources under this definition would include:

A. Cultural resources less than 50 years old.

B. Undatable isolated artifact fragments (e.g. tin can fragments, glass container fragments, misc. unidentifiable metal fragments).

C. Linear features such as trails and abandoned roadways which are not clearly and directly associated with a particular feature or site.

D. Non-artifactual evidence of mining activity (overburden piles, "gopher holes," adits, etc.) not associated with more significant features. Such ground-disturbing activity would, however, be documented in report photos. (In contrast, structures with clear historical associations, such as the Union Tunnel No. 7, would be recorded as features.)

**Isolated Finds:** Artifacts or small groups of artifacts not clearly associated with a feature, which, by virtue of either date or function, contribute to an understanding of the site area as a whole. Examples would include such items as a tramway ore bucket, a dateable glass container, a small can dump [less than 15 cans], a shovel etc. Recording of isolate finds would include location, description and photograph.

**Features:** A single area of cultural activity or cluster of artifacts. Examples of features within the APE would include a cabin site, a can dump [15 + cans], significant adits and tunnels, mills, tramways, ditches. Recording of features would include location, description of materials present, sketch map (if appropriate), photos, present condition, estimate of age and function.

**Localities:** Arrays of features related to each other by space or time. Examples of localities would included a mill and associated work-shops, more than one cabin within a restricted area, can dumps in association with a living area or work area. The use of the locality designation would be for administrative and descriptive purposes. No formal level of field recording would be required beyond the feature level.

**Sites:** The sum total of the above four categories for each historically related mine or mining area. These areas will be defined based on the historical background information for each mine developed during the prefield research phase of the project and modified as necessary during the pedestrian survey. Examples of mine sites to be recorded include the Klamath, Union-Central, Mountain Laurel, Ida May, Anna Johnson, Gowing Mill/Stevens Tunnel, and possibly the Liberty and Live Yankee Gulch mines as well as the town-site of Rollin. Sites will be documented on appropriate forms and will include all features and related isolates.

(4) Organization of the report. The Eddy Gulch APE Cultural Resource Report will include the historic resource background report with its sections on the environment, social and economic history, mine-specific histories, etc.; previous archaeology in close proximity to the APE; a discussion of the field survey strategy; a summary of the isolates, features and sites recorded during the course of the pedestrian survey; recommendations for National Registar Nominations, avoidance or mitigation of threatened sites; all site and isolate forms with the necessary maps and photographs.

[waproj.liberty.ohp2.txt]




Figure 11
Eddy Gulch Operations Map
1990