A-58

KLAMATH NATIONAL FOREST
SALMON RIVER RANGER DISTRICT
P. O. BOX 280
ETNA, CA 96027

Fold at line over top of envelope to the right of the return address

CERTIFIED
P 343 628 624
MAIL

ETNA AUG - 6 '91 CALIF.

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
U.S. POSTAGE
2.29
P.B. METER 1395770

RETURNED TO SENDER
FROM ASHLAND, OREGON 97520
UNCLAIMED

RETURNED TO SENDER
ASHLAND, OREGON 97520
UNCLAIMED

Mr. Fred Aloisi
Liberty Mining Inc.
885 Clay Street #185
Ashland, OR 97520

1st Notice
2nd Notice AUG 29
Return SEP 13

SALMON RIVER RANGER DISTRICT
AUG 23 1991

Rec. 02/11/92 at
U.S.F.S.

Thank you for using
Return Receipt Service.

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.
1. ☐ Show to whom delivered, date, and addressee's address. (Extra charge)
2. ☐ Restricted Delivery (Extra charge)

(Postmark: ...DFORD ... 1391)

3. Article Addressed to:
Mr. Fred Aloisi RI
Liberty Mining Inc.
885 Clay St. #185
Ashland, OR 97520

4. Article Number
P343 628 624

Type of Service:
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature — Addressee
X

6. Signature — Agent
X

7. Date of Delivery

8. Addressee's Address *(ONLY if requested and fee paid)*

PS Form **3811**, Apr. 1989 ★U.S.G.P.O. 1989-238-815 **DOMESTIC RETURN RECEIPT**

Is your RETURN ADDRESS completed on the reverse side?