


# PLATE 1A

TRANSPORTATION SYSTEM *

PLAN OF OPERATIONS
4/1/92

= EXISTING IMPROVED** ROAD, LANDING

= PROPOSED IMPROVED** ROAD, LANDING

= ROAD TO BE MAINTAINED AS IS (LIGHT GRADING ONLY)

= ROAD TO BE RECLAIMED BY WASTING AND PLANTING AS WORK PROGRESSES

△ = ROCK FORD CONSTRUCTION, MAJOR CREEK CROSSING

* SOME ROUTES ESTIMATED; TO BE SURVEYED

** IMPROVED = WIDENED FOR SCRAPER HAULAGE. ENGINEERED BY TPF, APPROVAL BY USFS, BEFORE CONST.


3600
Incline Ridge
STEVENS TUNNEL
NEW CONST. (DOZER)
NEW CONST. (BLAST)
ANNA JOHNSON MILL
RECLAIM ROAD AFTER ANNA JOHNSON MILL TAKEN TO SAWYERS BAR MUSEUM
JOHNSON ROAD
MAY ROAD


3200
NEW CONSTRUCTION
(DONE)
NEW CONST.
ET PLACER PONDS
Lost
REMEDIATE
ROADCUT SLUMP
(DRAIN, RIP-RAP)
NEW CONSTRUCTION
(DONE)
ROLLIN
Compressor Gulch
WIDENED CLEARING LIMIT
APPROVED AND COMPLETE
ROLLIN TO STEVENS GULCH
Fork
Live Yankee Gulch
STRUCTION (DONE)
KLAMATH



Compressor Gulch
Ridge
Fork
WIDENED CLEARING LIMITS APPROVED AND COMPLETED, ROLLIN TO STEVENS GULCH
STEVENS TUNNEL
NEW CONST. (DOZER)
NEW CONST. (BLAST)
ANNA JOHNSON ROAD
MAY ROAD
UNION No. 7
BANNER (UPPER) ROAD
ROAD



NEW CONS (DONE)
ROLLIN
Live Yankee Gulch
NEW CONSTRUCTION (DONE)
KLAMATH
ROAD
USHER FLAT
MT. LAURE
UNION ROAD
KLAMATH ROAD
NEW CONSTRUCTION (DONE)
KLAMATH DUMPS



Eddy Gulch Mines
Liberty Mining Inc.
Topography, Veins, Roads, Portals
Located in Siskiyou County, California
T39N, R11W, MDM
Vein Apexes
Fault
Tunnel, Dump
Roads
Pit
10,000 N
1"=400'
N
PLATE 1B
EXPLORATION AND DEVELOPMENT SITES
PLAN OF OPERATIONS
4/1/92
= EXISTING DEVELOPMENT
= PROPOSED DEVELOPMENT
= REHABILITATE EXISTING TUNNEL
= NEW TUNNEL
dary of ET, Dumbell
tion Placer Claims



CLEAN
CREEK
ECLAMATION AREA
STABLE
ILE DOWN
Incline Ridge
Gulch
4 3
9 10
Old Gowing
Millsite
Stevens
Tunnel
Old Anna
Johnson Mill
Pit
Liberty
Mine
Tunnels
DRILLSITES
Pit
Pi
PIT
Mt.
Laurel
(pat'd)
MJ
Tunnel
MJ
Dump
Pits
May
Tunnel
Union
No. 1
Tunnel
No. 8


Settling Ponds
PLUS FILT
OUT FLOW T
ET Placer
WASTE
Pit
FULL
WASTE
INTO P
Compressor
Rollin
(Old Mt Laurel Millsite)
(pat'd)
WASTE WATER LINE / MILL TO PONDS
Live Yankee Gulch
Fork
MILL AND STOCKPILE SITE
Usher Flat
(Old Ida May Millsite)
PENSTOCK AND PELTON WHEEL
Union Dump
Usher Cabins
PIT
LINE


Fork
Liberty Mine Tunnels
Mt. Laurel (pat'd)
MT Tunnel
MT Dump
Pits
May Tunnel
Pit
Pit
Pit
Union Naff Tunnel
Pits
Union No. 8 Tunnel
Union Dump
Union No. 9 Tunnel
Outer Boundary of Lode Claims
Outer Boundary of E.T. Dumbell and Association Placer Claims
= EXISTING
= PROPOSE
= REHABI
= NEW TU


Live Yankee Gulch
WASTE
MILL
AND
STOCKPILE
SITE
Usher
Flat
(Old Ida
May Millsite)
PENSTO
AND PELT
WHEEL
Usher
Cabins
WATER LINE
Yankee
Flat
Limestone
Bluff
HAUL TO MILL
DUMPS
INSTALL
WATER TANK
ORE PILE
Old
Union
Millsite
Pit
PIT
Blacksmith
Tunnel
DUMPS
Union
No.10
Tunnel
Old
Klamath
Millsite
Cookhouse
Flat
Logging Spur Rd.
ddy Gulch
ookout

PE-13-207