FS. 114

October 5, 1992

Liberty Mining, Inc.
Fred Aloisi, President
P.O. Box 1003
Sawyers Bar, CA. 96027

Micheal P. Lee, District Ranger
Salmon River Ranger District
P.O. Box 280
Etna, CA 96027

Dear Mr. Lee

This letter is to serve as documentation for a meeting that took place at the Etna Ranger Station on September 29, 1992. Present at this meeting was: Tom Ferrero,Geologist for Liberty Mining, Mr. and Mrs. Fred Aloisi, Al Buchter,USFS and Mr. Harry Taylor,Volunteer for USFS.

Mr. Buchter stated that the owl was no longer an issue and that no further reviews would be necessary. He also stated that the E.A. for the entire operation for Liberty Mines was presently in progress by the U.S.F.S. and would be completed by the end of November 1992. However portions previously approved (Plan dated 10-25-89 with approval in letter dated 11-27-89), which an E.A. had already been completed would be authorized to proceed with immediately, subject to the Archeological Study being sent to SHPO for their 30 day review. We have agreed to make arrangement for this final submission to be done somewhat concurrent with completion of E.A. and notice of such.

Due to the untimely incompletion of the E.A. and failure to notify us of the "NO JEOPARDY" determination from Fish and Wildlife in 1990, we have elected not to proceed with any portion of the plan until such a time that the E.A. is completed and approval on the entire plan has been authorized.

We do not wish to go to an unnecessary expense unless we have a firm understanding on the E.A. completion date.

If this letter is contrary to the facts or your understanding please notify us at once, as we do not wish to have any further misunderstandings or delays.

Yours Truly,

Fred Aloisi

Fred Aloisi

cc: Chuck Weller