**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

To: John Gutierrez, et al.
USDA – Forest Service
Tonto National Forest
2324 E. McDowell Rd.
Phoenix, AZ 85006

Date: 2/12/99

Subject: Eddy Gulch Gold Mines, summary of data relating to the USFS validity test, Aloisi, et al. v. United States, No. 95-65OL (Ct. Fed. Cl.)

## Introduction

The purpose of this correspondence is to provide a summary of the Liberty Mining evaluation of the Eddy Gulch Gold Mines, specifically regarding its potential to be profitably mined. We have provided numerous documents to the USFS that present voluminous technical data relating to the property. However, it is important that the USFS mineral examiners clearly understand the basis for our assumptions and conclusions related to the validity test portion of government activities in Aloisi, et al. v. United States, No. 95-65OL (Ct. Fed. Cl.).

Our goal is to supplement the USFS sampling and metallurgical testing results by presenting our data in an organized, logical way, so as to broaden the mineral examiners' view of the property. It is our belief that the uneven distribution of gold values in the Eddy Gulch deposits requires that a mineral evaluation rely on more than a few scattered samples. The data that compelled us to begin development of the property, activities that were abruptly truncated by the USFS stop work order, causing financial hardship and disruption of the lives of Liberty directors and others, should be included in the USFS mineral evaluation.

## Documents

Numerous documents about the Eddy Gulch gold mines, including California State Mineralogist's Reports from 1888 to 1935, private consultant reports from 1932 to 1977, and more recent reports generated by Liberty, et al., describe geology, mineralization, structure and metallurgy/milling methods. My initial report titled The Eddy Gulch Group of Gold Mining Properties, dated 4/5/85, is based on the data from these documents, and in fact is a summary of data outlined directly from the documents, as cited in the list of sources at the end of the report. My initial report is document A-10 on the A-list (plaintiff's documents in the Aloisi case), and some of the source reports are listed as A-1 through 8. Other

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

documents not on the A list include Dagget, 1932, Evans, 1941, Thornson, 1932, Usher, 1957, Cal.St. Min. Bur., 1888, 1894, 1896, 1925 and 1935, and Hotz (USGS), 1971. Most of these documents are being sent to you under separate cover, to arrive Friday 2/12/99, along with all of the more recent technical documents, in a bound set that I compiled. A few others will be faxed from my office. The bound compilation includes all of the maps necessary to locate the claims, dumps, apexes, etc., cited in this report.

**A Brief History of Liberty Gold Mines**

First of all, it is important to understand the broader potential of the property. The greatest potential tonnage is underground. The ultimate goal of the mining operation planned at Eddy Gulch was to develop underground reserves. It is my belief, and I am not the only geologist that has understood this, that once you have spent time on the property, and seen the scale and continuity of the shearing and veining in the hosting thrust zone, and consider the spacial frequency of ore bodies along the erosional surface carved into the gulch, it becomes clear that there is a high probability of there being additional ore bodies of the scale of those mined in the past at the Mountain Laurel, Union and Klamath mines, within 500 to 1,000 feet of surface. The vein system is within a 1,000 foot thick shear zone upon which older Stuart Fork formation bedded cherts were thrust over younger Hayfork Terrane metasediments and metavolcanics. This is not a localized structure. It compares in scale to the primary Mother Lode structures of the western Sierra Nevada, which hosted mile deep ore bodies.

The plan to mine the dumps and apexes was formulated with two goals in mind. One was to generate cash flow to fund additional development of the property. The other was to use the apex corridor excavation as a window into the structural complexities of the vein system. It is my opinion that the key to locating the projected underground ore bodies is to understand the structural controls of ore deposition, which would be revealed by opening the apex corridors. A plan for mining apexes would naturally include gold bearing dumps.

Sampling and metallurgical testing of the dumps and apexes was completed by Liberty and others throughout the 1970s and 1980s. The resulting data proved to the satisfaction of the Liberty owners that there was justification to pursue pilot production of the dumps and apexes, with the initial goal of bulk testing and fine tuning mill processing methods, eventually leading to mining all dumps and apexes on the property with gold content above cutoff grades.

The plan was submitted to the USFS, and the dump and apex phases were approved in 1989. We were stopped by the USFS after developing road access to the Klamath area and beginning the stockpiling of ore from the Klamath Apex, and beginning work on the lower road to the Six O'clock claim. The USFS stop work order for the approved phases of our

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

plan of operations, and refusal to process and act on the balance of the plan, have lead to the Aloisi case and this mineral evaluation.

## The Data Supporting Claim Validity

The USFS is preparing a mineral report in connection with a validity determination for the claims covering the dump and apex reserves targeted by the initial approved phases of our plan of operation (the Mt. Laurel was included in our 1989 plan, but it has been excluded by the USFS). The dump (placer) claims include the Sunset (20 acres - Klamath dumps), Yankee (160 acres - Yankee dump), and Compressor and East Fork (160 acres each - Union dump). The apex (lode) claims include the Sunrise (Klamath apex) and Six O'clock (Mt. Laurel reverse dip apex).

Prior to sampling, the USFS submitted their *Mineral Property Evaluation Proposal* dated 3/27/98, which proposed small channel sampling. I responded to the USFS with my *Response to Mineral Property Evaluation...3/27/98*, dated 4/13/98, explaining that we had learned by trial and error that small assay sampling would not be adequate, and that only well distributed bulk sampling and mill testing would provide representative results. The USFS would not do bulk testing, but proposed larger apex channel samples and larger dump spot samples. I agreed that the larger samples would an improvement, but that they did not even closely approximate the bulk sampling. I also believed that the sample distribution was statistically inadequate. I cited a publication written by an expert on the statistics of sampling* to support my contention. However, the USFS would not further modify their plan accordingly. Consequently, I assumed that the USFS sampling would probably not produce representative results. We agreed to the USFS sampling plan in this context with written reservations.

* Practical Considerations In The Sampling And Estimation Of Reserves In Low Grade Gold Ore Deposits, Daniel C. McLean, 10/14/82 (not on A-list)

*Union Dumps (Compressor and East Fork Placer Claims)*

Liberty Mining had a 12-ton bulk sample from the Union Dumps run through the Quigley and McBroom, 10-ton per day gravity separation (amalgamation/tabling) mill in 1987 and 1988. Chet McBroom reported a 0.20 opt gold recovery (A-72). Details were not reported.

A screen assay of Union dump material by California Nickel Corp. dated 3/1/88 (not on A-list, but included in the current bound set) yielded a calculated head of 0.089 opt, with the majority of gold (61%) in the +1 mesh fraction, and 28% in the -200 fraction.

R. Redmond, 11/10/88 (A-21) cut six 80 pound samples from the Klamath and Union dumps, yielding assay values from 0.049 to 0.123 opt gold, averaging 0.078 opt.

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

During my time on the property I panned gold from dump samples and found quartz fragments bearing visible free gold.

Four USFS samples for the validity test (three 100 pound samples and a one gallon +/- sample yielded assays ranging from 0.027 to 0.054 opt.

At this point Liberty still considers the Union Dumps to be potential ore reserves. The four USFS spot samples do not confirm that there is no substantial ore present, especially in view of previous mill testing.

*Six O'clock Apex and Claim*

Liberty planned to develop the Six O'clock claim in phases. The first phase was to improve the road access (lower road). Clearing and widening of the road, including improving the switchbacks, were approved. After the clearing was well under way, the project was stopped by the USFS. The second phase was to continue drilling the underground target first intersected yielding ore grade assays (including 1.0 and 0.4 opt over a 5 foot width) under the supervision of Sarnes in 1975 and 1976, and later under my supervision in 1986 (A-5 and A-15). The third phase was to open up the Six O'clock Apex for systematic bulk sampling.

12 tons of material from the surface of the Six O'clock apex (Incline Ridge) was run through the Quigley and McBroom mill in 1987 and 1988, which yielded 0.105 opt gold recovery (A-72). Liberty felt that the results from running the 12 tons of overburden material warranted further development work.

The USFS samples were cut from pits that were located by projection from spotty outcrops. The exact trace of the apex was uncertain since it was poorly exposed. One of the pits exposed what appeared to be the vein, but the samples (Six O'C-1 and 2) were taken more from the host rock than from the mineralized quartz. Two of the samples (Six O'C 3 and 5) were from weathered host rock wide of the vein, and one of those (Six O'C-5) was a very small grab from the material piled next to the backhoe pit. The fourth sample (Six O'C-4) was cut from a pit that was dug into an existing excavation that was strewn with quartz float, but the backhoe pit did not expose substantial veining. Liberty had not been able to finish exploration of the apex when shut down, but was expected to pinpoint the vein for USFS exposure and sampling. As it turned out, the USFS samples, which all yielded "none detected" assay results, but did yield higher gold values during metallurgical testing (described ahead), were not properly located, and do not demonstrate that the apex does not contain ore. The discrepancy between the Quigley and McBroom and USFS results, and the contradictory USFS results, supports our contention that bulk sampling is necessary.

FERRERO GEOLOGIC

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS AEG

We knew that because we had not clearly located the full length of the Six O'clock apex, there was the possibility that the USFS samples would come back low. But we also knew that we had a valid discovery in our drilling results under the Six O'clock apex, as acknowledged in the field by Mr. Gutierrez. We were prevented from further defining the underground reserves under the Six O'clock apex when we were stopped, despite having approval to improve the road for access to the drill sites, and investing thousands of dollars in clearing, which has since grown over.

In my work-up on ore reserve volumes submitted to you 8/98, during the USFS sampling program, I estimated about 53,300 tons of apex material and 82,200 tons of underground material available in the vein under the Six O'clock claim. Given existing data, the potential ore grade and volume justify further development.

*Klamath/Yankee Dumps (Sunset and Yankee Placer Claims)*

Assay and metallurgical data generated by Liberty and others in the 1970s and '80s on the Klamath Dumps include the following.

Sannes, 1977, estimated 60,000 to 80,000 tons of dumps on the properties. 17 samples ranged from 0.05 to 0.10 opt, averaging 0.041 opt. A 140 pound, 0.85 opt sample yielded 76.5% recovery to column leach testing. A ten ton, 0.087 opt sample was heap leached but yielded "insignificant" recovery, attributed to reabsorption of gold by the carbonaceous fraction of the gangue material.

A.R. Patterson, 1977, submitted dump material for spectrographic analysis and assaying, yielding 0.12 opt gold.

Liberty Mining had a 20 ton bulk sample from the Klamath Dumps run through the Quigley and McBroom 10-ton per day gravity separation (amalgamation/tabling) mill in 1987 and 1988. Chet McBroom reported data that I have calculated to be a head grade of 0.287 opt gold, 0.51 opt free gold recovery, 0.026 opt in the cons and 0.21 loss to tails, or a 27% recovery (A-72).

California Nickel Corp., 1988, five screen assay and flotation tests (not on A-list), averaging head grade of 0.193 opt gold (ranging from 0.36 to 0.057). The combined results indicate that there is a direct correlation between a higher head grade and a greater percentage of coarse gold.

R. Redmond, 11/10/88 (A-21) cut six 80 pound samples from the Klamath and Union dumps, yielding assay values from 0.049 to 0.123 opt gold, averaging 0.078 opt.

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

Hugh Clayton (Watts, Griffis and McOuat), report dated 3/22/88 (A-17), several samples averaged 0.086 opt. A small bottle leach test on a sample of 0.08 opt material yielded only 6% recovery – also attributed to carbon reabsorption.

21 USFS samples from the Klamath and Yankee dumps yielded assays averaging 0.13 opt gold, ranging from 0.44 to 0.03. The lowest grade samples from what the USFS samplers referred to as the Blacksmith ("BS") portion of the Klamath Dumps (north portion) were cut from questionable locations, in road fill material and where the dump is very thin. Eliminating the three lowest assays from that area leaves an overall dump average assay of 0.14. The best 14 of the 21 dump samples average 0.17 opt gold.

Given the combined sampling data, a head grade of 0.17 opt is achievable from the Klamath and Yankee dumps. In my volume estimate submitted to the USFS in 8/98, I assumed 55,770 tons of material in the Klamath and Yankee dumps. I have not completed an accurate survey of the dumps. I have based my assumption on volumetric work by Sannes, and visual estimating.

*Klamath Apex (Sunrise Claim)*

Historical data compiled in my report on the Eddy Gulch Group dated 4/5/85 (A-10) describes the Klamath vein as follows. "The structure is composed of two, in places three, veins of banded quartz, separated by gouge, with porphyry on both the hanging wall and foot wall. The structure varies in width from 2 to 24 feet. The quartz veins in the stopes varied in width from 2 to 6 feet, and the stopes range in width from 6 to 8 feet. The stopes measure from 50 to 400 feet along the strike of the vein. The average of gold recovery from Klamath ore is reported to be 0.580 ounces per ton." The structure described here is directly under the apex corridor that Liberty has targeted for mining. The timbers seen sticking out of the Klamath cut by the USFS samplers in 1998 attest to this.

During the 1970s and '80s, Liberty and others generated assay and metallurgical data on the Klamath apex, including the following.

During the time that I worked on the property, I cut numerous panning samples from the Klamath cut that yielded substantial free gold, some of it visible to the naked eye in hand specimens.

Liberty Mining had a bulk sample from the Klamath apex run through the Quigley and McBroom 10-ton per day gravity separation (amalgamation/tabling) mill in 1987 and 1988. Chet McBroom reported that "it went ¼ oz. per ton plus cons." No details were reported.

Sannes, 1977 (A-5) reports collecting three samples of "ore-type material from the Klamath" apex, that assayed 0.820 opt gold.

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

R. Redmond, 11/10/88 (A-21) cut three 60 lb. +/- samples from the Klamath cut (where the recent USFS samples were cut), which yielded assays averaging 0.137 opt gold, ranging from 0.120 to 0.149 opt. The samples were described as "backfill material obtained from the old workings and wall rock materials left unmined as below cut off mining grade."

California Nickel Corp., 1988, one screen assay test (not on A-list), head grade of 0.131 opt gold. The screen results indicate that the majority of the gold in this sample is in the coarser fractions.

The 19 USFS samples cut during the Summer of 1998 yielded assays ranging from 0.02 to 0.27 opt gold, averaging 0.09 opt. Eliminating the lowest six assays, to account for selective mining of an assumed 2/3 of the apex volume, leaves an average grade of 0.12 opt gold.

Given the combined sampling results from all sources, and the limitations of channel sampling in the nuggety mineralized zones of the Eddy Gulch mines, we believe that we should be able to maintain an apex head grade of at least 0.20 opt gold.

*Metallurgy*

Metallurgical data on the Eddy Gulch Mines include the following.

The California State Mining Bureau – Report of the State Mineralogist, 1888, stated that ore was milled by a 16 stamp and sluice gravity separation system, with 80 percent recovery.

The California State Mining Bureau – Report of the State Mineralogist, 1925, stated that ore was milled by a 20 stamp gravity separation mill. Average head grade is reported as $12/ton (@$20.67/oz.Au = 0.058 opt), with tailing loss estimated at $1/ton in free gold and $0.80/ton from not saving concentrates. These figures calculate out to 85% recovery with gravity separation.

C. C. Jones, 1932, states that the ore is free milling except for 1 ½ and 2% percent of sulfide concentrates, and had been previously milled with a 20 stamp gravity separation mill.

Daggett, 1932 (not on A-list), states that "the ore offers no difficulty in handling and a high percentage of value recovery should be readily made. It is practically free milling quartz, containing about 1 ½ % sulphuret of iron concentrate, averaging about $100/ton [@$20.67/oz. Au]. During early operations, considerable loss was experienced through failure to recover and treat these concentrates, as well as by the fact that blankets were used for amalgamating on, which is at best a very haphazard method. However, under such conditions as these, the returns averaged $11.50 per ton [@$20.67/oz. Au]. With the installation of a modern milling and recovery plant, I believe the recovered value per ton will

FERRERO GEOLOGIC

# Ferrero Geologic

*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS AEG

be considerably in excess of these figures." Daggett recommended ball milling to 40 mesh, classifying, amalgamating on copper plates and table concentrating – all gravity and amalgamation separation methods.

W. Elmendorf, 1933 (letter attached to report A-2), recommended a mill flow sheet that included amalgamation, concentrating tables and flotation cells for sulfide recovery, which "should recover 90% of value in bullion and concentrates."

John Usher, 1957 (not on A-list), stated that he is "a person who has spent 20 years mining and milling in the immediate vicinity [Eddy Gulch] thereby having had considerable experience with the ores of the different mines of this locale." He describes the mill that was previously in operation (dismantled during WWII) as including a 20x20 jaw crusher, a 150 ton Marcy ball mill, a Dorr rake type classifier, two Gibson impact amalgamators of 25 tons each, a home made conditioner, a bank of six flotation cells with reagent feeders, and bins to hold concentrates as recovered. He also stated that "with careful operation we could make 90 plus recovery almost without fail and we made many recoveries above 94%. Ore in this locale runs 80% free and 20% base ore on average."

As cited above, Sannes, 1977 (A-5), reported that a 140 pound, 0.85 opt sample yielded 76.5% recovery to column leach testing. A ten ton, 0.087 opt sample was heap leached but yielded "insignificant" recovery, attributed to reabsorption of gold by the carbonaceous fraction of the gangue material.

As cited above, Hugh Clayton reported (A-17) that a small bottle leach test on a sample of 0.08 opt material yielded only 6% recovery -- also attributed to carbon reabsorption.

As cited above, Liberty Mining had bulk samples run through the Quigley and McBroom 10-ton per day gravity separation (amalgamation/tabling) mill in 1987 and 1988 (A-72). Chet McBroom reported a 0.20 opt recovery from 12 tons of Union Dump material. 12 tons of material from the surface of the Six O'clock apex (Incline Ridge) yielded 0.105 opt gold recovery. A 20 ton bulk sample from the Klamath Dumps yielded results that I have calculated to be a head grade of 0.287 opt gold, 0.51 opt free gold recovery, 0.026 opt in the cons and 0.21 loss to tails, or a 27% recovery. A bulk sample from the Klamath apex "went ¼ oz. per ton plus cons."

As cited above, California Nickel Corp., 1988 (not on A-list), screen assay and flotation tests from the Klamath dumps and apex and Union dumps. The combined results indicate that there is a direct correlation between a higher head grade and a greater percentage of coarse gold.

Don Moore/Mountain States R & D, Feb./Mar./Apr., 1990 (A-33, A-37). This set of documents includes Lab reports by MSR&D and Don Moore's conclusions and recommendations for milling of Eddy Gulch dump and apex ore. Tests on two samples

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

resulted in about 33% recovery from gravity and amalgamation, 50% recovery from gravity/amalgamation/flotation, and 78% and 87% from gravity/amalgamation/flotation/cyanide leaching. Don Moore stated the opinion that the highly oxidized sulfides resist flotation, resulting in the low flotation recovery. He generated mill equipment and operating costs for a proposed gravity/amalgamation/flotation/cyanide system, mill equipment costing $355,960, and operating costs estimated at $15.54 per ton.

A bulk sample was run through screens and centrifugal (enhanced gravity separation) concentrators owned by Liberty Mining in 1989 (video, A-73). I was not present, and sample monitoring of heads, middlings, product and tails was not done, and so no detailed data resulted. However, substantial gold is reported to have been recovered, some of which is seen in the video.

A 100+/- pound composite sample from underground locations in the Union No. 8, MJ and MCO workings was collected by Liberty Consolidated Mines, Inc. (lessee) and tested by McClelland Laboratory, Inc., the lab report dated 8/25/94 (not on A-list; government document LCM-89[?]). The ore, which had a head grade of about 0.20 opt Au, ground to 80% minus 100 mesh, yielded gold recovery of 68% to gravity concentration and 93.4% to combined gravity and flotation.

In the Fall of 1998, as part of the Eddy Gulch claims validity test, the USFS had metallurgical tests run on the 24 samples from the Klamath, Yankee and Union dumps and the Klamath and Six O'clock apexes at MSR&D. Since our plan of operations had been approved for gravity separation (centrifugal concentrators), the tests were done with gravity concentrating equipment. We pointed out that whatever system was used, it should employ centrifugal concentration equivalent to our equipment, which had extracted substantial gold during the bulk test in 1989. Our equipment was no longer functioning after sitting out on the property for so long since the shut-down. The government proposed a combined gold saver and Knelson bowl system, neither of which approximate the enhanced gravitational effect of the centrifugal concentrators. We could not get the USFS to further pursue finding a suitable substitute system, and were forced to agree to their system with the same reservation that we had about channel sampling; that bad results would not be conclusive because the test system was substandard.

As we expected, the recoveries from the bowl tests were generally quite low. The apex sample recoveries ranged from 4.29% in 9.8 weight percent cons to 34.59% in 22.08 weight percent cons, averaging 15% in 15 weight percent cons. The dump samples recoveries ranged from 10.10% in 6.91 weight percent cons to 85.7% in 6.77 weight percent cons, with average recovery of 28%.

The Six O'clock apex sample results were interesting in that the initial head assays all yielded none detected (ND) results, but metallurgical testing yielded recoveries ranging from 43.01%

FERRERO GEOLOGIC

**Ferrero Geologic**

*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS

to 97.12%, with calculated heads of 0.003 to 0.184 opt Au. This was attributed by MSR&D to the nugget effect.

Additional recovery tests were done by the USFS on selected samples, including cyanidation (17.1 to 73.7% apex recovery and 3.7 to 28.1% dump recovery), amalgamation (0.18 to 19.76% recovery), LOI analysis (5.6 to 7.2% loss on ignition), carbon-in-pulp (+4 and +10% Au in preg for apex, and +37% in preg for dump), and cyanidation after calcination (decrease of Au in preg for apex, and +35% for dump). The LOI and CIP results confirmed earlier conclusions by Sannes and Clayton that carbonaceous material was reabsorbing gold (preg robbing).

D. Giles, 9/25/98 (A-77), reports that metallurgical testing of samples from the ore stockpile at the Klamath apex cut yielded only 4.0 and 5.2% recovery to Knelson bowl gravity separation.

D. Moore, 1/16 and 23/99 (not on A-list), reported on metallurgical testing of 10 splits selected from among the 24 USFS samples. Average calculated head grade of the samples was 0.190 opt Au, ranging from 0.072 to 0.542 opt. Hand gravity concentration recovery was 0.80 to 15.13%, averaging 3.84%, in average 0.66 weight percent cons. Gravity/flotation recovery ranged from 5.31 to 43.21%, averaging 17.92 percent. Gravity/flotation/cyanide leach recovery ranged from 10.39 to 73.97%. The higher head grade samples generally yielded greater flotation recoveries, and initial indications are that cyanide recoveries increase with higher flotation recoveries. This supports my contention that the gold coarsens as the head grade rises above the background 0.10 to 0.15 opt range.

Moore's data from four of the cyanide tested samples indicated higher gold assays for leached tailings than flotation tailings, which is impossible, and so these tests are being rerun. Three of these are significant in that they yielded relatively high flotation recoveries, similar to the one sample that yielded 73.97% recovery from combined gravity/flotation/cyanide leach testing.

Mr. Moore reiterated his opinion expressed in 1990 that the lower than anticipated flotation recoveries is due to sampling highly oxidized material from surface outcrops. His opinion is supported by the much higher flotation recoveries from the Liberty Consolidated underground sample tests. The dump material is not likely to be less oxidized with depth, but the oxidation of the apex material will decrease substantially with depth. The Liberty Consolidated samples were not all from deep workings. The Union No.8 workings are quite shallow, and I believe that the only accessible MCO workings are also shallow. I have noted during my underground explorations that the pervasive oxidation seen on surface does not penetrate deeply. This indicates that recoveries will increase substantially from material below the uppermost rind, possibly a majority of the mined apex ore included.

FERRERO GEOLOGIC

# *Ferrero Geologic*

*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS AEG

In his 1999 reports, Mr. Moore proposed a 300 ton per day mill flow sheet that includes a ball mill, jig, concentrating table, flotation section and cyanide leach section. Flotation would remove sulfide and carbonaceous material that contains gold. Flotation concentrates would be shipped off site for treatment in autoclaves or smelters, and flotation tailings would be cyanide leached. He estimated a $1,000,000 mill equipment cost and a $20.26 per ton operating cost.

It must be recognized that the USFS and recent Moore metallurgical testing was done on USFS samples that we believe are not representative in terms of head grade and recovery. The uneven distribution of the gold in the Eddy Gulch deposits (nugget effect cited in the USFS/MSR&D report), makes poorly distributed channel and spot sampling unrepresentative and limits the definitiveness of such detailed metallurgical analysis.

Given all of the metallurgical data and the problems with the USFS and other sample size and distribution, I believe that it is reasonable to expect that we can recover 75 percent of the gold from the dump and apex material, using a gravity/flotation/cyanide leach system, as proposed by Don Moore.

**Reserve Calculations**

In August of 1998, I completed reserve volume calculations based on topographic maps and cross-sections of the reserve areas, and rough economic calculations based on assumed ore grades (included in the forthcoming compilation of documents). Since then, data has been refined further. I have now completed the following amended calculations.

The reserve volumes are unchanged. I have retained the assumption that 1/3 of the volume of the apex and underground reserve area will be waste (below cut off grade). Refer to the 8/98 reserve calculations and attached maps and cross-sections in the document compilation for details.

*Klamath Apex (Sunrise Lode Claim)*

238,000 tons of ore mined and 404,600 tons of overburden and interburden waste excavated (1.7 to 1 waste/ore ratio).

0.20 opt Au head grade x 70% Au recovery = 0.14 opt Au recovery

238,000 tons x 0.14 opt Au = 33,320 ounces Au

Average gold price from 7/90 to 2/94 = $360/ounce (calculated from monthly gold price records)

FERRERO GEOLOGIC

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS

33,320 ounces x $360/ounce = $11, 995, 200 reserve gross value

Assume $8/ton ore mining cost (Egan and Redmond, 1997), $20/ton ore milling cost (Moore, 1999) and $4/ton waste handling/reclamation cost.

| | |
|---|---|
| $28/ton x 238,000 tons | $6,664,000 |
| $4/ton x 404,600 tons | $1,618,400 |
| Mining/Milling/Recl. Cost Total | $8,282,400 |

$11,995,200 rgv - $8,282,400 mmrc = **$3,712,800 net reserve value, Klamath Apex**

*Klamath/Yankee Dumps (Sunset/Yankee Placer Claims)*

Combined volume of dumps estimated to be 55,410 tons

0.17 opt Au head grade x 70% Au recovery = 0.12 opt Au recovery

55,410 tons x 0.12 opt Au = 6,649 ounces Au

Average gold price from 7/90 to 2/94 = $360/ounce (calculated from monthly gold price records)

6,649 ounces x $360/ounce = $2,393,712 reserve gross value

Assume $8/ton ore mining cost (Egan and Redmond, 1997), $20/ton ore milling cost (Moore, 1999) and $2/ton reclamation cost.

$30/ton x 55,410 tons = $1,662,300 Mining/Milling/Recl. Cost Total

$2,393,712 rgv - $1,662,300 mmrc = **$731,412 net reserve value, Klamath/Yankee Dumps**

*Six-O'clock Apex*

Even though the USFS sampling was not successful, I am including Six O'clock reserve calculations because the negative results were not conclusive, as discussed above.

53,300 tons of ore mined and 74,620 tons of overburden and interburden waste excavated (1.4 to 1 waste/ore ratio).

FERRERO GEOLOGIC

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS AEG

Assume 0.20 opt Au head grade x 70% Au recovery = 0.14 opt Au recovery

53,300 tons x 0.14 opt Au = 7,462 ounces Au

Average gold price from 7/90 to 2/94 = $360/ounce (calculated from monthly gold price records)

7,462 ounces x $360/ounce = $2,686,320 reserve gross value

Assume $8/ton ore mining cost (Egan and Redmond, 1997), $20/ton ore milling cost (Moore, 1999) and $4/ton waste handling/reclamation cost.

| | |
|---|---|
| $28/ton x 53,300 tons | $1,492,400 |
| $4/ton x 74,620 tons | $298,480 |
| Mining/Milling/Recl. Cost Total | $1,790,880 |

$2,686,320 rgv - $1,790,880 mmrc = **$895,440 net reserve value, Six O'clock Apex**

*Six-O'clock Underground (Mt. Laurel Reverse Dip Vein)*

The reserves are calculated based on projected vein area available and drill hole grade data. Reserves have not been blocked out yet because we were stopped before we could complete exploration.

82,200 tons or ore mined and 32,272 tons of below grade vein waste (assumed 33%) cross-cut (7x7x100 ft.) waste excavated.

Assume from drilling and historical mining data, 0.50 opt Au head grade x 90% Au recovery = 0.45 opt Au recovery

82,200 tons x 0.45 opt Au = 36,990 ounces Au

Average gold price from 7/90 to 2/94 = $360/ounce (calculated from monthly gold price records)

36,990 ounces x $360/ounce = $13,316,400 reserve gross value

Assume $100/ton mining cost (industry standard) and $20/ton ore milling cost (Moore, 1999).

| | |
|---|---|
| $100/ton tunneling x 4,900 tons | $490,000 |
| $35/ton stoping x 109,326 tons | $3,826,410 |

FERRERO GEOLOGIC

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS

| | |
|---|---|
| $20/ton milling x 82,200 tons | $1,644,000 |
| Mining/Milling Cost Total | $5,960,410 |

$13,316,400 rgv - $5,960,410 mmrc = **$7,355,990 net reserve value, Six O'clock Underground**

*Union Dumps (East Fork and Compressor Claims)*

Although the USFS sampling results were relatively low, the combined data from all samples over the years supports out opinion that the Union dumps are ore reserves.

Combined volume of dumps estimated to be 20,000 tons

0.17 opt Au head grade x 70% Au recovery = 0.12 opt Au recovery

20,000 tons x 0.12 opt Au = 2,400 ounces Au

Average gold price from 7/90 to 2/94 = $360/ounce (calculated from monthly gold price records)

2,400 ounces x $360/ounce = $864,000 reserve gross value

Assume $8/ton ore mining cost (Egan and Redmond, 1997), $20/ton ore milling cost (Moore, 1999) and $2/ton reclamation cost.

$30/ton x 20,000 tons = $600,000 Mining/Milling/Recl. Cost Total

$864,000 rgv - $600,000 mmrc = **$264,000 net reserve value, Union Dumps**

**Combined Reserve Totals**

*Klamath/Yankee Dumps and Apex*

$3,712,800 nrv, Klamath Apex + $731,412 nrv, Klamath/Yankee Dump = $4,444,212

minus $1,000,000 for mill equipment costs =

**$3,444,212 nrv, Combined Klamath/Yankee Dumps and Apex**
$3,444,212/293,410 dump and apex reserve tons = **$11.74/ton net**

**Ferrero Geologic**
*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

*Klamath/Yankee Dumps and Apex and Six O'clock Underground*

$3,444,212 nrv, K/Y D&A + $7,355,990 nrv, 6'O U = **$10,800,202 nrv, Klamath/Yankee Dumps and Apex and Six O'clock Underground**

*All Evaluated Reserves*

$10,800,202 above + $895,440 nrv, 6'O Apex + $264,000 nrv, Union Dumps = **$11,959,642 nrv, all evaluated reserves**

*Other Reserves*

There are more dump reserves scattered across the property on the Mountain Laurel, Security Group, etc., and there is a high probability for locating much greater underground reserves than just the projected Six O'clock target.

**Mineral Evaluation – Observations and Conclusions**

The above data and calculations provide ample justification, within industry standards of evaluation, for our decision to pursue development of the Eddy Gulch claims.

In terms of the government mineral evaluation/validity test, two standards must be satisfied, according to H-3890-1, Handbook for Mineral Examiners (BLM, 3/89). It must be demonstrated that we were "justified in the further expenditure of his [our] labor and means, with a reasonable prospect of success, in developing a valuable mine" (Prudent Man Rule). It also must be demonstrated that "by reason of accessibility, bona fides in development, proximity to market, existence of present demand, and other factors, the deposit is of such value that it can be mined, removed, and disposed of at a profit (Marketability test)."

The data presented in this document clearly demonstrate that the Liberty Mining operation of the Eddy Gulch claims exceeds the standards set forth by the Prudent Man Rule and Marketability Test.

It has been stated to me by Mr.Gutierrez that he is only going to consider the data from his sampling and metallurgy program. I believe that even within that narrow view validity has been demonstrated on much of the property. However, it would be an injustice to ignore the preponderance of other compelling data. This is especially true because of the very questionable USFS sampling methods as described above. It states in H-3890 that "samples should be representative of the entire mineral deposit…using methods and techniques that are currently recognized as standard practice in the minerals industry." It was my stated

FERRERO GEOLOGIC

# *Ferrero Geologic*

*760 Oak Street, Ashland, Oregon 97520*
*541-488-2452 (ph) 541-488-6473 (FAX)*

ASSOCIATION ENGINEERING GEOLOGISTS AEG

opinion before the samples were taken, and it is now, that the samples were not representative, and do not meet industry standards of practice for ore deposits of this kind.

It also says in H-3890 that "the validity of a mining claim is directly related to the results of the sampling." Directly related does not mean to the exclusion of all other information, and "the sampling" that must be considered must be <u>all</u> sampling. The view that only government sampling data is applicable to the evaluation is an extremely narrow and unacceptable interpretation of USFS obligations in a mineral examination, especially when the sampling is of questionable value.

Respectfully,

REGISTERED GEOLOGIST
CERTIFIED ENGINEERING GEOLOGIST
THOMAS FERRERO
NO. 1806
STATE OF CALIFORNIA

1888

### THE QUARTZ MINES.

At a point near the head of Eddys Creek is found a belt, or rather a vein, in place, known to miners as "black slate," coursing north 20 degrees east and south 20 degrees west, lying between walls of quartzite on the west, a porphyritic rock on the east, and dipping east at an angle of 20



degrees. This slaty formation contains lenticular and kidney-shaped deposits of auriferous quartz, often forming extensive bodies of ore varying in richness. Running though the center of this slate we find a denser body of rock, slaty in structure, known as anamesite, which separates the quartzose material, and apparently forms two veins, similar in many respects to the parallel vein system of the mother lode in Amador County, where they are known as the bowlder and main mother lode. This vein formation runs diagonally through the Blue Ridge.

On the westerly side or slope there is much displacement; the whole formation has slid from its original position, causing faults and irregularities that have been difficult to follow in working the mines. The owners have been involved in heavy loss, notwithstanding the output exceeded $500,000. On the eastern slope of the ridge, as shown in the Black Bear Mine, there is no displacement. Lying parallel with the black slate vein formation there are several veins of auriferous quartz, with the ore in well defined shoots, which pay almost uniformly from the croppings down.

### THE HUMPBACK.

The first quartz vein demanding attention is that on which the Humpback is located, one thousand feet west of the Klamath River, in Eddy Gulch. The tunnel on this mine is one hundred and eighty feet, the shaft eighty. Vein is from six to twelve inches wide; the course, north 20 degrees east; dip, east 80 degrees. There is a regular shoot, sixty feet long, dipping north. The ores are worked in an arrastra.

### UNCLE SAM.

Thence, about two miles northeasterly from the Klamath River, at an elevation of four thousand three hundred and eighty feet above the level of the sea, between White and Eddy Gulches, near the summit, and lying parallel with Black Bear and Klamath Rivers, easterly, are the Uncle Sam Gold Mining Company's works. The mine is in Liberty District, and the lode is one thousand five hundred by six hundred feet long; course, north 20 degrees east and south 20 degrees west, with an easterly dip of 25 degrees. The formation includes vein slate and porphyry. This mine has been in operation for the past twenty years. Water is the motive power, supplied from White Gulch. Few hands are worked, as the season does not last longer than four months. The gold produced sells at $18 50 per ounce.

*Summary.*—Length of ore shoot, 110 feet; vertical depth reached, 800 feet; hanging-wall, porphyry; foot-wall, slate; powder used per month, Giant, 250 pounds; cost per ton for mining, $1 50; cost of tunnel per foot, $5; cost per foot of shaft, $10; both timbered with fir, which cost 5 cents per running foot; road built, 3 miles; ditch, 3½ miles; ore, friable, rose-colored quartz; mill, 8-stamp; weight, 780 pounds each; drop, 7 to 9 inches; drops per minute, 95; white iron shoes and dies, working two tons in twenty-four hours per stamp; screens, flat punched, No. 8; apron, 18 by 32 inches; water in battery, 2 inches; length of sluice, 48 feet; feed, hand; percentage of gold recovered in battery, 80; on plates, 20; percentage of sulphurets, 2; cost of milling per ton, $1 50; total number of men in mine and mill, 5—all joint owners.

### MOUNTAIN LAUREL.

Returning to a lower level, at a point one mile and a half from the mouth of Eddy's Gulch, this mine is reached. It is at an elevation of three thousand eight hundred and forty feet above sea level, and was located in 1862. The ground, consisting of one thousand five hundred by six hundred feet, is covered by United States patent. It lies on a branch of

1888



the South Fork, in Liberty Mining District, four miles from Sawyer's Bar. This property, with the Klamath Mine and its plant, was purchased one year ago by the Gold Ball Mining Company, an eastern incorporation, who proceeded to develop it. The mine has been opened by four levels driven into the vein from the surface on the inclination of the lode (in places very flat) with winzes to connect the several openings. It is found that the vein varies very much in size, say from four inches to eighteen feet, and is considerably disturbed and broken. The ore, as estimated by the owners, will yield $10 per ton.

*Summary.*—Length of ore shoot, undetermined; ore shaft on the incline, 120 feet; depth reached vertically, 80 feet; hanging-wall, black slate; foot-wall, hard, gray slate; kind of powder, Giant, but little used; cost of mining and milling, $3 25 per ton; kind of timber used in tunnel, fir; cost of timber, 4 cents per running foot; cost to run tunnel, $8 per foot; length of road built, 3 miles; cost to transport ore, 25 cents per ton; character of ore, friable quartz; number of stamps, 16; duty of stamp, 1½ tons in twenty-four hours; kind of feeder, Percussion; weight of stamps, eight, 650 pounds each, and eight, 750 pounds each; drop of stamps, 80 per minute; kind of shoes and dies, white iron; kind of screens, No. 11 slot punched; dimensions of apron, 18 by 82 inches; water used in battery, 2 inches; width of sluice, 18 inches; length of sluice, 6 feet; gold recovery saved in battery, 80 per cent; on plates, 20 per cent; percentage of sulphurets, 1½; value of sulphurets, $80 to $120 per ton; pressure of water used for power, 300 feet; quantity of water used, 280 miner's inches; number of men employed in mill and mine, 12; wages paid, $2 50 to $3 per day.

## EVENING STAR.

Adjoining the Uncle Sam southerly is the Evening Star Gold Mine now in progress of development, with an adit level of one hundred and sixty-one feet, two hundred feet of lateral drifts, and one hundred feet of backs. Large ledge, but low grade ore. This mine is said to have produced richly in former times, but the ore body became exhausted, and prospecting for another "kidney" is now going on. There is a mill on the property with four seven-hundred pound stamps, run by water power.

## KLAMATH GOLD MINE.

Next comes this once celebrated mine, embracing four thousand four hundred feet of lode line, with its miles of levels, drifts, and winzes, gravity trams, buildings, etc., altogether a most expensive plant. This mine is said to have yielded $500,000. The elevation of the principal works is four thousand five hundred and fifteen feet above the level of the sea. To offset the sum extracted, a large amount of money was expended in the development of this property, which was finally sold to the Gold Ball Mining Company of Canton, Ohio, for a small sum.

## MISTLETOE QUARTZ MINE.

There are adverse claims to this property. While Messrs. Golden & Enlith are in possession, their right is disputed by the present owners of the Klamath Mine. The Mistletoe has the usual extent of ground, one thousand five hundred by six hundred feet, with a course east and west, and dipping 30 degrees southerly. It has been developed for thirty feet in depth by an inclined winze, and shows, on the croppings, a shoot of ore one hundred and sixty feet in length. The formation is in black slate.

CALIFORNIA STATE MINING BUREAU

EXECUTIVE AND TECHNICAL STAFF

LLOYD L. ROOT
*State Mineralogist*

WALTER W. BRADLEY
*Deputy State Mineralogist*

MINING DIVISION

A. LOGAN, District Mining Engineer
McK. LAIZURE, District Mining Engineer
RUBLING TUCKER, District Mining Engineer
...NK SANBORN, Mineral Technologist
... DIETRICH, Ceramic Engineer

DEPARTMENT OF PETROLEUM AND GAS

R. D. BUSH, State Oil and Gas Supervisor

NOTE.—A detailed report of the activities of the Department of Petroleum and Gas is issued monthly by the State Mining Bureau, entitled 'Summary of Operations, California Oil Fields.'

CALIFORNIA STATE MINING BUREAU
FERRY BUILDING, SAN FRANCISCO

LLOYD L. ROOT State Mineralogist

Vol. 21 OCTOBER, 1925 No. 4

CHAPTER OF

cop 5

# REPORT XXI OF THE STATE MINERALOGIST

COVERING

# MINING IN CALIFORNIA

AND THE

# ACTIVITIES OF THE STATE MINING BUREAU

CALIFORNIA STATE PRINTING OFFICE
JOHN E. KING, State Printer
SACRAMENTO, 1925

PE-15-227

*Kangaroo Mine.* A pocket mine, in Sec. 29, T. 40 N., R. 7 W., nine miles southeast of Callahan.

Bibl: Cal. State Min. Bur. R. XIV, p. 836.

*Katie May Mine.* In Greenhorn district, Sec. 24, T. 45 N., R. 8 W., and contains 20 acres. Was worked by an adit and 80-foot shaft, and ore was stoped four feet wide, 60 feet long and 50 feet high. It was sufficiently high grade to haul many miles to a custom mill.

Bibl: Cal. State Min. Bur. R. XIII, p. 409; XIV, p. 836.

*Keynote Group.* Owners, C. E. Weston, Yreka, Charles G. Peterson, 1825 Oak Street, San Francisco, and Charles Magill, c/o Land Department, Southern Pacific Co., San Francisco.

This comprises six unpatented claims in Sec. 30, T. 34 N., R. 6 W., Fools Paradise district, six miles north of Yreka near Shasta River. Gold bearing quartz was discovered by Horace Howe in 1922 and the claims were leased to W. E. Anderson. Soon afterwards 75 tons of ore was mined and hauled to Yreka where it was crushed in a custom mill and according to a report by Magill, yielded $22.50 a ton in free gold. This ore came from a length of 40 feet and depth of 40 feet on the vein. The vein has been developed for a length of 600 feet by a series of short adits and open cuts. The maximum depth prospected is 175 feet below the apex on the hillside. The workings so far have been in the surface oxidized zone, and show an igneous dike on one wall. No work is being done at present.

*King Solomon Mine.* Owner, Edgar H. Cottrell, Westerly, R. I. Mineral Survey 4532 in Secs. 13 and 14, T. 38 N., R. 12 W., at head of Mathews Creek, three miles due northwest of Cecilville at an elevation of 3500 feet. This property was a good producer previous to 1914 but has been idle lately. A shallow orebody was mined and milled in an eight-stamp mill.

Bibl: Cal. State Min. Bur. R. XIV, p. 836.

*Kinkaid Prospect.* Owner, John Kinkaid, Sawyers Bar. One unpatented quartz location on Jackass Gulch, five miles by trail from the mouth of the gulch and seven miles north of Sawyers Bar. This is equipped with a small Ellis Chili mill. Kinkaid also has two unpatented quartz locations four miles by steep trail from Sawyers Bar at the head of Jessops Gulch. So far only surface prospecting has been done on a disseminated deposit at the latter place and there is no equipment. In years past some gold pockets containing pieces worth as much as $50 each have been mined in a small serpentine area at the head of Jessops Gulch.

*Klamath Group.* Owner, A. J. Ball, Rollin P. O. Contains four quartz locations named Mabel, Protection, Arctic and Zero, being relocations of Ada, Flora Blanch, Ohio and Buckeye claims, respectively, of the old Klamath Mine, a former producer, situated on ridge at the head of Eddys Gulch, elevation 4240 to 4800 feet, and 1½ miles southwest of Rollin P. O. by road.

The main vein on this group and that on the adjoining Central and Mountain Laurel mines on the north no doubt are on the same fissure, although between the Klamath and Central there has been a narrowing of the fissure where no ore has been found for some distance, as shown in the Central workings.

The black slaty schist or 'slate' as it is called locally, is the most important formation in the district, carrying practically all the payable veins. The Klamath vein strikes between north and northeast and dips from 5° to 45° southeast, at an angle to the schistosity of the enclosing schist. In both walls close to the vein, occur bunches and lenses of light colored porphyritic intrusive rock, usually entirely altered in place, and locally called 'cab.' The strongest veins in this district have pronounced post-mineral gouges, as noted in the Central, Ida May, and other workings. There are said to be two or three overlapping strata of quartz separated by horses, in some of the old Klamath workings. The width of vein and of ore varies from two feet to 24 feet, and in places selective mining has been done, leaving bodies of good looking but probably low-grade quartz.

The Ada and Flora Blanch claims were first operated in 1863–65 by the Union Mining Company which had an eight-stamp mill and is said to have produced $59,400. Between 1870 and 1881 the Klamath Mining Company mined and milled 33,680 tons, which yielded $418,549 and speimens worth $25,000. In 1883, $30,000 was produced. These figures were largely substantiated by C. W. Raymond who made numerous assays and measurements of old stopes in 1906.

Later records are less exact, as this mine and the Mountain Laurel were subsequently operated jointly by several companies, and ores from both were milled in the same 20-stamp mill at Rollin. The old mill handled only about 20 tons in 24 hours. The Gold Ball Consolidated Mining Company between 1887–95, the Yreka Mining and Milling Company about 1900–06, and the California Consolidated Mining Company up to 1910, all operated the two groups but worked principally in the Mountain Laurel. Yreka M. & M. Co. mined and milled 23,300 tons which yielded $184,000 from the two groups in five years up to 1906, according to Raymond.

There remains in the Klamath Mine according to A. J. Ball, considerable low grade ore. The stoped width of ore varied from two feet to six feet as a rule, and value per ton ranged from $5 to $12 but must have averaged nearer $12 a ton if production figures are correct. The average tailing loss was estimated at one dollar in free gold and eighty cents per ton on account of not saving concentrate. The mine was worked by a great number of adits, and stopes varied in length from 50 to 400 feet on the strike. In later years a tramway was built from the mine to the mill, but all equipment is at present in a state of decay.

*Lanky Bob Mine.* Owner, Denny Bar Company, Etna. On East Fork of Whites Gulch, five miles by road and trail from Sawyers Bar.

This was formerly a producer, but has been idle for several years. Its output was possibly $50,000. Under lease and option in 1925 to Thomas Salisbury. There is an old mill on the claims.

*Little Bonsa Mine.* Owner, C. W. Gordon, Yreka. Thirty acres in Sec. 9, T. 45 N., R. 7 W., four miles northwest of Yreka, at an elevation of 3600 feet. This is a pocket mine, with one vein striking east

# Geology of Lode Gold Districts in the Klamath Mountains, California and Oregon

By PRESTON E. HOTZ

GEOLOGICAL SURVEY BULLETIN 1290

TED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON : 1971

the Trinity and Salmon Rivers, near the Trinity-Siskiyou County line (pl. 2). The area is in exceedingly rugged terrain at the headwaters of New River, a tributary of the Trinity River. It is in the Salmon–Trinity Alps Wilderness Area, accessible only by trail. Production from the area has been relatively small, probably $1 million or less. Recorded gold production is valued at about $750,000.

The geology of the area is known mainly from reconnaissance by Irwin (1960b) and from more detailed mapping in areas adjoining it to the east (Davis, 1968) and southeast (Cox, 1956). The area is in rocks of the western Paleozoic and Triassic belt approximately 1–3 miles west of a long, narrow serpentinite body which Davis (1968, p. 918) believes occupies a low-angle eastward-dipping thrust fault which he named the North Fork fault zone. The country rocks are north-trending mafic volcanic rocks and diabase. Farther west, mostly outside the mineralized area, the rocks are chert, argillite, quartzite, and bodies of lenticular limestone.

Most of the gold was produced from narrow discontinuous quartz veins and shear zones partly occupied by quartz. Many of the veins and shear zones are at the contact between diabase and quartz porphyry dikes; some have diabase on both walls of the fracture, and a few are reported to be within quartz porphyry dikes. Most of the veins strike northwest and dip moderately to steeply northeast. The gold occurred free in the quartz; the bulk of the ore was low grade, and small high-grade shoots accounted for most of the production. In addition to gold, pyrite and some chalcopyrite and arsenopyrite occurred in some mines.

### LIBERTY (BLACK BEAR) DISTRICT

The Liberty (Black Bear) district is in southern Siskiyou County near Sawyers Bar, a village on the North Fork of Salmon River (pl. 2). The majority of the deposits as well as the most productive ones occupy an arcuate belt approximately 12 miles long and ½ to 1 mile wide on the steep slopes south and east of the river. Several prospects and small mines occur on the slopes of Tanners Peak north of the river and northeast of Sawyers Bar. One of the most productive mines in the Klamath Mountains, the Black Bear, with a recorded output of more than $3 million in gold, is at the west end of the arcuate belt of mineralization. In addition, the belt includes several mines that produced from $100,000 to more than $500,000 in gold.

South and east of Sawyers Bar, rocks of the western Paleozoic and Triassic belt are overlain by highly deformed siliceous schists which occupy the divide between the North and South Forks of the



Salmon River. The rocks north and west of the schists are interbedded greenstones, argillites and slaty argillites, cherts, and occasional small lenticular bodies of recrystallized limestone. Many of the greenstones are massive and virtually structureless, but at several places relics of original pillows and volcanic breccias are preserved. Often the cherts are rhythmically bedded with siliceous layers 1 or 2 inches thick. The argillaceous rocks close to the schist belt generally are phyllitic, and the rhythmically bedded cherts are tightly folded. The siliceous schists are contorted quartz-muscovite schists and phyllites and micaceous quartzites. The contact between the schists and underlying undeformed rocks is not known, but the contact is probably a thrust fault whose inclination ranges from gentle to steep southward. The belt in which most of the mines are concentrated is adjacent to this hypothetical fault.

Most of the deposits in the arcuate belt south and east of Sawyers Bar are in rocks of the western Paleozoic and Triassic belt below the contact with the siliceous schists; many are near the contact, and some may be on it. A few prospects and small mines are in the siliceous schists above the contact. Thus it appears that rocks of the western Paleozoic and Triassic terrane were more favorable for the formation of auriferous veins than the siliceous schists. There seems to be no preferred lithology for location of the veins, for they occur in greenstone and argillaceous rocks. It may be significant, however, that the Black Bear mine, the most productive in the district, as well as one of the most productive in the Klamath Mountains, was in argillite. It was also noted during field examination that dark-gray to black usually sheared argillite is a common rock type on many of the old mine dumps, and the old reports mention that black carbonaceous slate constitutes the wallrock in many of the mines.

In earlier descriptions of the mines and prospects, porphyry and light-colored dikes are frequently mentioned as being associated with the gold-bearing veins. Commonly they are described as forming the hanging or footwall of the veins. A fine-grained light-colored, brown-weathering andesitic rock seen on many of the mine dumps and also as dikes intruding the country rock is possibly what has been referred to in the old reports. The dike rock is altered, composed of randomly oriented laths of albite and interstitial chlorite, irregular patchy calcite, and white translucent needlelike prisms, possibly leucoxene, which may be relicts of an original amphibole. Generally these light dikes contain small scattered grains of pyrite. In at least one place similar dikes were hosts for quartz veins which presumably were gold bearing. Granitic dikes, also containing minor amounts of pyrite, occur in some places, and in one or two localities, they are

PE-15-230

cut by quartz veins that were mined for gold. Less commonly seen are dikes of dark fine-grained unaltered lamprophyric rocks.

The deposits of the Liberty district are in fairly well defined lodes associated with quartz veins, most of which strike north to northeast and dip moderately to steeply to the east and southeast, generally normal to the trend of the contact between schist and the less deformed rocks beneath. A few trend approximately east and dip southward. Calcite in minor to plentiful amounts is usually associated with the veins, and minor amounts of sulfides, mainly pyrite, are likewise common. The gold was mostly free milling and occurred in shear zones in the country rock as well as in the quartz. Some of it came from auriferous pyrite. At the Black Bear mine, two parallel quartz veins approximately 400 feet apart were mined. The veins had northeast strikes and dipped moderately to steeply southeast. Each vein has an ore shoot approximately 400 feet long that pitches to the northeast; the shoots were partially mined to about 1,000 feet down the dip. The gold occurred free in quartz and was accompanied by very little pyrite.

The prospects north of the river on Tanners Peak were not visited, and little is known about them from the literature. They are in an area which is predominantly greenstone.

Analyses of two suites of samples from roadside exposures of fault and alteration zones are contained in table 4.

### CECILVILLE DISTRICT

Lode deposits of two kinds in two different geologic environments occur in the South Fork of the Salmon River drainage west of the settlement of Cecilville (pl. 2). The first is the usual quartz-vein type marked by a rather isolated group of mines and prospects known as the Gilta or Knownothing district, approximately 10 miles northwest of Cecilville. The district had a moderate production, the Gilta and Knownothing mines having produced in excess of $500,000 and $100,000, respectively. The other type, at the King Solomon mine, 3 miles northwest of Cecilville, was a sulfide replacement body whose oxidized surficial part, or gossan, was mined by open-pit methods. Production is estimated to have been $679,000.

The vein deposits of the Gilta district are in rocks of the western Paleozoic and Triassic belt. Few details about the geology are known, but a brief reconnaissance showed that in the vicinity of the old mines argillite and slaty argillite predominate, with minor amounts of metavolcanic rock and lenticular bodies of marble. On the mine dumps the predominant rock type is sheared argillite. Some altered lamprophyric dike rock was also seen on the dump of the



Knownothing mine. On the slopes southwest of the Gilta mine a dikelike body of dioritic rock intrudes the argillite. Nothing is known about the strike and dip of the veins.

The area near the King Solomon mine has been mapped recently by Davis and Trexler (Davis, 1968, pl. 1). The deposit is in a plate of rocks composed of cherts, slates, phyllites, and sandstones of the eastern Klamath belt which has been thrust over metamorphic rocks of the central metamorphic belt and possibly rocks of the western Paleozoic and Triassic belt. Davis (1968) regards these rocks as belonging to the Duzel Formation of Ordovician (?) age.

Exposures in the mine area are poor, and in the opencut itself sloughed-in overburden has covered most of the bedrock. Averill (1935, p. 294) stated that the ore occurred in schist intruded by diorite dikes and was slightly oxidized. According to another description (Thompson, 1957, p. 14) the ore was in "a wide zone of silicified limestone ... [which contained] ... "disseminated gold values." Possibly the mineralized zone was in silicified marble or calcareous schist, because rock now exposed in the southeast wall at the south end of the opencut is a tactite composed of calcite, quartz, garnet, chlorite, and epidote with less than 1 percent of mostly oxidized pyrite. A fine-grained hornblende-biotite lamprophyre dike intrudes the tactite. Blocks of siliceous marble are exposed in the western part of the cut. A small amount of altered, epidotized calcareous mica schist also crops out there. Weathering, accompanied by oxidation and leaching of auriferous sulfides in the mineralized zone, resulted in formation of a soft, easily mined gossan.

The King Solomon ore body trended northwest and dipped steeply southwest; a northwest-striking fault dipping moderately to the southeast bounds the mineralized zone on the west. Oxidized ore of two west-pitching shoots was mined by opencut methods, leaving a pit approximately 500 feet long, 100 feet wide, and 50 feet deep. This ore contained approximately 0.1 ounce gold per ton of rock. The unoxidized sulfide ore ranged from 0.02 to 0.1 ounce gold per ton. Mining ceased in 1940 when the easily mined oxidized ore was exhausted and hard low-grade sulfide protore was reached.

Half a mile southeast of the mine, in Mathews Creek, dikelike bodies of dacite porphyry and porphyritic quartz diorite crop out. At one place near where the mine road crosses Mathews Creek the quartz diorite is altered to a greenish rock containing several percent of fine-grained pyrite in veinlets and as disseminations.