A-189

United States Department of Agriculture
Forest Service
Klamath National Forest
Salmon River Ranger District
P.O. Box 280, Etna, CA 96027-0280
(916) 467-5757 TTY (916) 468-2783
FAX (916) 468-5654

File Code: 2810

Date: August 5, 1996

Richard Schmittel
Vice President, Liberty Consolidated Mines, Inc.
10175 Joerschke Drive, Suite 201
Grass Valley, CA 95945

Dear Dick:

Your Plan of Operations for the Liberty Mine and Mill Facility is approved subject to you signing the Conditions of Approval and supplying the Reclamation Bond. Also enclosed are a Fire Plan and Surface Management Measures which also hereby become a part of your plan.

A reclamation bond in the amount of $66,100.00 is required. The following are acceptable methods of bonding:

1. Cash (check or money order made out to USDA Forest Service).
2. Time Certificate of Deposit from a bank ( made out to USDA Forest Service).
3. Irrevocable Letter of Credit from a bank.
4. Reclamation bond from an insurance company.

This approval is not valid until the Conditions of Approval is signed and the reclamation bond is submitted.

If you have any questions concerning this matter, please write or call me, or Albert Buchter, of my staff. Our office telephone number is (916) 467-5757.

Should you feel any portion of my decision regarding your Plan of Operations is contrary to or in conflict with the facts, regulations, or law, you are entitled to submit an appeal as specified in 36 CFR 251, Subpart C. A copy is enclosed. A notice of appeal is to be sent to Barbara Holder, Forest Supervisor, Klamath National Forest, 1312 Fairlane Road, Yreka, CA 96097. Simultaneously, a copy of the notice of appeal should be sent to this office. The notice of appeal must be filed in its entirety within 45 days of the date of this letter.

Sincerely,

John C. Schuyler

JOHN C. SCHUYLER
District Ranger

Enclosures: 36 CFR 251, Subpart C; Conditions of Approval; Fire Prevention and Suppression Plan; Surface Management Measures.

**CONDITIONS OF APPROVAL**
**for**
**PLAN OF OPERATION**

Revised February, 1996
for
Liberty Mine and Mill Facility
for
Liberty Consolidated Mines Inc.

**The extent or scope of this project will not exceed the proposed operation as described. Any unapproved deviation from this proposal may be construed as unlawful, and the Forest Service may take appropriate legal action. Periodic progress assessments of your mining and mining related activities will be made to determine adherence to approved operations.**

**All Federal, State and local fire prevention laws and regulations will apply to this operation. The operator will follow and comply with the Fire Prevention and Suppression Plan which is made a part of the Plan of Operation for the Liberty Mine and Mill Facility.**

**Cultural resources must be protected. The Federal Antiquities act of 1906 protects artifacts and sites on public lands. It is a felony to alter or disturb archaeological resources over 100 years old under the Archaeological Resource protection Act of 1979. It is a misdemeanor to disturb, destroy or in any way damage any archaeological resource over 50 years old under 36 CFR 261.9 (g). Should an archaeological or historical object or site be discovered, the Forest Service must be immediately notified and the area protected from disturbance.**

**Discharging of explosives on National Forest lands will require a blasting permit from the Forest Service. Explosives required for routine mining operations will be stored within a locked day box and discharged only by a California licensed blaster. Transporting, storage and discharge of explosives must be in accordance with all applicable Federal, State and local laws and regulations.**

**Residency of the operations area will be limited to periods of active mining. Occupancy will be limited to the use of four mobile homes located at School House Flat, one travel trailer located at Usher Flat and the Usher Cabin located near the mill facility.**

**The standards for sanitation on National Forest lands are commensurate with Siskiyou County requirements. The Forest Service will be the enforcement agency, and has adopted the Siskiyou County Codes for sanitation. A variance from Siskiyou County will be required for any sanitation facility that does not comply with County requirements for sanitation.**

Operator's Initials ________

All fuel stored on-site will be placed in a cleared, lined containment area surrounded with a berm. The containment structure will be capable of holding the full capacity of all storage containers. The liner for the structure will have no leaks to allow fuel to pass into the surrounding soil and will be made of material that is impervious and resistant to deterioration by diesel and gasoline fuel. Contaminated soils will be properly disposed of off National Forest lands.

Any hazardous material spills will be reported to the Forest Service and other regulating agencies. The responsibility to clean up any hazardous material spill will rest with the operator. All spill cleanup material will be removed from public land and properly disposed of. All hazardous material associated with this operation will be removed from public land by the termination of the Plan of Operation.

Proper road maintenance will be done to control the loss of the surface material and prevent concentrations of water.

Refuse, debris, broken mining equipment, derelict vehicles, and other trash will not be allowed to accumulate on the operations area. All such material will be removed from National Forest land. Cleanup will be an ongoing process in conjunction with mining activities.

The operation will be constantly monitored by the operator to ensure that no sediment is entering into Eddy Gulch Creek and no hazardous materials are being spilled. Any sediment flowing into Eddy Gulch Creek from the operations area will require suspension of all mining activity until the production of sediment is stopped and future sediment production is prevented. Any spillage of hazardous materials will require the suspension of all mining activity until the spill is properly cleaned up and adequate measures are taken to prevent future hazardous material spills.

## B. RECLAMATION MEASURES TO BE TAKEN AT THE CONCLUSION OF OPERATION

Unless superseded by another Plan of Operations, the following reclamation measures will be completed by the termination date of this plan:

All buildings, office trailers, travel trailers, mobile homes and all structures and surface facilities associated with this operation will be removed from National Forest land. All roads used by this operation will be closed by bringing sidecast material back onto the roadbed and recontoured to conform with original shape and form. All settling ponds, recirculation ponds, and mine excavations will be filled with processed material. Mine portals will be closed to prevent unauthorized entrance. The surface of disturbed areas will be re-contoured to near-natural form and smoothed for proper drainage. Stockpiled topsoil will be distributed evenly over the disturbed areas with a thickness approximately equal to the depth prior to disturbance.

Native grass seed and native conifer seedlings will be used for surface stabilization of the disturbed areas. Grass seeded areas will be mulched with wood fiber to a thickness of at least 1 inch. Fertilizer will not be used with the revegetation process.

Road Closure

Closure of 2 miles of road - estimate 80 hours of excavator time X $150/hour = $12,000.00

Hazmat Cleanup

| | |
|---|---|
| Backhoe for 4 days - $60/hour X 40 hours = | $2,400.00 |
| Containment supplies = | 1,000.00 |
| Overhead = | 500.00 |
| Haulout - 25 loads @ $300/load = | 7,500.00 |
| Total | $11,400.00 |

D. CONDUCT OF OPERATIONS

1. The Plan of Operations shall be reviewed and modified to meet changing conditions of operations. The Operator shall notify the Forest Service in writing and seek approval of any change proposed in the plan of operations before the termination date.

2. The Operator may request a one year extension operation period of this plan for the same described activities by requesting such in writing. Operator will give notice to Forest Service, in writing, within 15 days of ending of operations.

3. Any modification of this plan, and approval thereunder, shall not be valid unless expressly made in writing by the Forest Service Officer authorized to approve modifications of the plan pursuant to the provisions 36 CFR 228 or subsequently adopted surface use regulations.

4. Excavation and processing of material will be ongoing except during freezing periods or shutdown periods of less than two week duration. At least 100 days of excavating and processing of material will be conducted annually.

5. If the Operator fails to comply with the regulations (36 CFR 228 subpart A); or his approved Plan of Operations and the noncompliance is unnecessarily or unreasonably causing injury, loss or damage to surface resources; or if the operator is not making a diligent effort to meet the proposed schedule of operations in Item 4, above, the Authorized Officer shall serve a notice of noncompliance on the Operator or his agent in person or by certified mail. Such notice shall describe the noncompliance and shall specify the action to comply and the time within which such action is to be completed. (36 CFR 228.7)

E. SUPPLEMENTAL PLAN

It is agreed that if it becomes necessary to extend operations beyond the approved work areas identified in the Plan of Operations prior to termination date, a supplemental plan will be filed in advance of such work and the necessary prior approval obtained.

Operator's Initials [signature]

operating area included in this plan, will require reclamation measures as described above to be taken, or require forfeiture of the Reclamation Bond.

I certify that I have read and understand and will abide by all the above requirements, terms, and conditions of this authorization. By my signature below, I accept these terms and conditions as the operator of the Liberty Mine and Mill Facility.

PRESIDENT OF LIBERTY CONSOLIDATED MINES

Signed: ________, Operator Date: 23 OCT 96

Approved: ________, District Ranger Date: ________

The following is provid- for information and understand, those measures required by the Forest ervice for mining operations. T. se measures will be taken to minimize the impacts of the work to the surface resource. (36 CFR, Section 228.8)

A. Vegetative Resources

Trees or other woody vegetation shall not be cut or otherwise destroyed unless prior authorization is given by the Forest Service (36 CFR 261.6a). All trees cut for mining operations shall be designated by the Forest Service prior to felling. All timber originating on the claim and used for mining purposes shall be processed on the claim site. No wood products (e.g., logs, firewood, posts) shall be removed from claim area without prior written authorization by Forest Service. (36 CFR 261.6h)

Land clearing of brush and other ground cover must be authorized by the Forest Service prior to beginning of operations. (36 CFR 261.6a)

Reasonable care shall be taken to avoid damage to areas located immediately adjacent to authorized work areas. (36 CFR 261.9a)

B. Slash Disposal

Any vegetative slash created by Operator's operations shall be treated in the following manner:

All slash shall be piled dirt free in a designated disposal area.

All tractor or hand piled slash shall be covered with a minimum of 30 square feet of 6 mil plastic. Hand piles will have as a minimum a 3 foot wide control line cleared to mineral soil completely around the pile. Tractor piles will have as a minimum an 8 foot wide control line cleared to mineral soil completely around the pile.

Piles shall be located away from the nearest standing live or dead tree or shrub a distance equal to 1 1/2 times the height of the pile.

Operator shall burn the piles of slash in the fall after acquiring a burning permit from the Forest Service.

C. Stream Protection

Water quality in nearby streams shall not be adversely affected as a result of mining operations.

Stream flow shall not be impeded, diverted, or disturbed without a Stream Course Alteration Permit or other written authorization from the California Department of Fish and Game (DFG).

ArK
Claimant & Operator's Initials

Trucks and passenger vehicles shall be equipped with one round point shovel and one double bit axe, each tractor and other mobile equipment shall be equipped and carry a shovel at all times. The shovel shall have an overall length of not less than 46 inches, the double bit axe shall have a 2 1/2 pounds or larger head with an overall length of not less than 36 inches. A serviceable fire extinguisher, Class 10 B-C, will be placed near the test plant and fuel storage area. (PRC 4427, 4428, 4429 & 4431).

5. Spark Arrester

All internal combustion engines shall have a spark arrester except cars and trucks which are equip with approved mufflers, or exhaust driven turbocharger engines. (36 CFR 261.52j-Regional Order 83-2, PRC 4442 & 4443)

6. Storage and Parking Areas

Equipment service area, parking area, and gas and oil drum storage areas must be approved, in writing, by the District Ranger.

7. Stage I or II Restrictions

If the Forest should enter into Stage I or II restrictions, these restrictions will supersede those requirements stated in this plan except the use of internal combustion engines may proceed. (36 CFR 261.50 a & b)

8. Fire Patrolman

The operator shall designate someone to act as a fire patrolman who will have the following responsibilities:

a. Ensure that proper prevention measures and suppression actions are taken (PRC 4422).

b. Direct all fire control action and operations until relieved by a designated Forest Officer.

c. Inspect the work areas at the end of the day to ensure that nothing is smoldering or burning.

C. EMERGENCY PRECAUTIONS

The operator shall conform to the limitations or requirements of the "Activity Levels" for the Weather Station 040218, Oak Knoll District, Fuel Model G, which can be acquired by phoning the Salmon River Ranger District, at 467-5757, after 4:30 P.M. for the next day's predicted level.

Activity Level Limitations

1 - Full Operation

CSR
Claimant & Operators Initials



PE-16-238

F. Protection of Cultural Resources

Operations shall be conducted to prevent damage to historic monuments or objects of antiquity which are protected by the following:

American Antiquities Act (16 USC 433); National Historic Preservation Act of 1966, as amended Section 106; National Environmental Policy Act of 1969; American Indian Religious Freedom Act of 1978; Archaeological Resource Protection Act of 1979; applicable 36 CFR 261 Regulations; and applicable sections of 36 CFR 800. The operator shall immediately stop all operations and notify the Forest Service of any discovery of cultural or natural history resources.

G. Fire Prevention and Suppression

The Operator shall comply with all applicable Federal and State fire laws and regulations and shall take all necessary measures to prevent and suppress fires on the area of operations and shall require his employees, contractors, and subcontractors to do likewise.

A Fire Prevention and Suppression Plan will cover seasonal activities. The plan, as a minimum, will cover needed welding, blasting, smoking, and fire equipment. The plan will be reviewed annually to ensure that it meets existing conditions.

For a fire caused or permitted to spread due to negligence or fault of Operator, including but not limited to smoking, warming fires or failure to comply with the fire precautions and requirements herein, Operator shall be responsible for the total cost of suppression and damages. (PRC 4435)

H. Explosives

The transportation, storage and use of explosives shall comply with County, State and Federal laws, regulations, and ordinances.

I. Reclamation

Reclamation will proceed in an orderly and workmanlike manner as part of planned operations. It is agreed that the Operator shall do the following as a minimum:

Where needed, disturbed areas will have erosion control devices installed prior to winter.

Disturbed areas shall be reshaped to near natural contour of the land. Topsoil, including sand, silt and soil material previously stockpiled, will be evenly spread over disturbed areas.

Disturbed areas will be revegetated, in accordance with the Erosion Control Plan should one be required.

Claimant & Operator's Initials

# FIRE PREVENTION AND SUPPRESSION PLAN

This plan is a mutual understanding between the operator and the Forest Service to aid in the prevention and suppression of fires which may occur in the mining operation area or immediately adjacent thereto.

The provisions set forth outline the channels of responsibility for fire prevention and suppression activities and establishes an attack procedure for fires. The provisions set forth also specify conditions under which project activities will be curtailed or shut down.