FERRERO GEOLOGIC
760 Oak St. Ashland OR 97520 (541)488-2452

**Reserve Calculations. Eddy Gulch Mines, as apply to Litigation and Validity Exam**
Accompanying Six O'Clock and Sunrise Claims Maps and Cross-Sections
T. Ferrero, 8/98

**Klamath (Sunrise) Apex**

| | |
|---|---|
| Cross-Section X-X' | 78,290 tons* (1.8 waste/ore ratio) |
| Cross-Section Y-Y' | 106,375 tons* (1.6 waste/ore ratio) |
| Cross-Section Z-Z' | 53,300 tons* (1.8 waste ore ratio) |
| | 238,000+/- tons (1.7 waste ore ratio) |
| | x 0.2 opt recovery |
| | = 47,600 ounces Au |
| | x $350/ounce Au |
| | = $16.7 million |
| | Assume -$20/ton mining and milling costs |
| | x 238,000 tons |
| | = -$4.8 million |
| | Balance = $11.9 million @ 0.2 opt recovery |
| | $5.95 million @ 0.1 opt recovery |

*see Sunrise and Six O'Clock cross-sections for dimensions. Cross-secional areas derived from computer calculations. To derive tons from cubic feet, divided cubic feet by 27cu. ft./cu. yd. and multiplied cubic yards times 2.05 tons/cu. yd..

**Six O-Clock (Mt. Laurel Reverse Dip) Apex**

| | |
|---|---|
| Cross-Section A-A' | 53,300 tons* (1.4 waste/ore ratio) |
| | x 0.2 opt recovery |
| | = 10,660 ounces Au |
| | x $350/ounce Au |
| | = $3.73 million |
| | Assume -$20/ton mining and milling costs |
| | x 53,300 tons = -$1.07 million |
| | Balance = $2.7 million @ 0.2 opt recovery |
| | $1.35 million @ 0.1 opt recovery |

*FERRERO GEOLOGIC*
*760 Oak St. Ashland OR 97520 (541)488-2452*

**Six O-Clock (Mt. Laurel Reverse Dip) Underground**
(only applicable to validity of Six O'Clock claim; not permitted so not in litigation)

Assume 67% of vein area is ore @ 0.33 opt
Horizontal area on map = 140,644 sq. ft. / cos 35 degree dip = 171,688 sq. ft.
x 6 foot vein (ore) width
= 1,032,000 cu. ft./27 cu.ft./cu. yd. x 2.15 tons/cu. yd.
= 82,200 tons
x 0.33 opt
= 27,370 ounces Au
x $350/ounce Au
= $9.6 million

Assume $100/ton mining and milling costs
82,200 tons x -$100/ton
= -$8.2 million

Balance = $1.4 million

**Dumps (Sunset/Yankee [Klamath] and Compressor/East Fork [Union] claims)**

Assume Klamath dumps dimensions = 500 ft. x 200 ft. x ave. 8 ft. deep
= 800,000 cu. ft./27 cu. ft./cu. yd. x 1.7 tons/cu. yd
= 50370 tons

Assume Yankee dump dimensions = 100 x 100 x ave. 8 ft. deep
= 80,000 cu. ft./27 cu. ft./ cu. yd. x 1.7 tons/cu. yd.
= 5040 tons

Assume Union dump dimensions = 200 x 200 x ave. 8 ft. deep
= 320,000 cu. ft./27 cu. ft./cu. yd. x 1.7 tons/cu. ft.
= 20,150 tons

Combined dump volume = 75,560 tons

Assume 0.086 opt, $350/ounce Au and -$12/ton excavating and milling costs.
-$12/ton x 75,560 tons = -$906,720
@ 40% recovery
0.086 opt x 75,560 tons = 6500 ounces Au x 0.40 = 2600 ounces Au
x $350 = $910,000 recovered - $906,720 costs = $3280
call it even

*FERRERO GEOLOGIC*
*760 Oak St. Ashland OR 97520 (541)488-2452*

@ 60% recovery

0.086 opt x 75,560 tons = 6500 ounces Au x 0.60 = 3900 ounces Au x $350 = $1,365,000 recovered - $906,720 costs = $458,280
call it $500,000

**Totals (litigation)**

| | High | Low |
|---|---|---|
| Klamath Apex | $11.9 M @ 0.2 opt | $5.95M @ 0.1 opt |
| Six O'Clock Apex | $2.7M @ 0.2 opt | $1.35M @ 0.1 opt |
| Dumps | $500,000 @ 60% rec. | 0 @ 40% rec. |
| Total | $15.1 million | $7.3 million |


*Engineering Geology, Geohydrology, Environmental Geology and Mining Geology Since 1983*




Eddy Gulch Mines - Sunrise Lode Apex and Sunset Placer Dumps




# Sunrise Claim Cross-Section Y - Y'

Scale: 1 inch = 100 feet

Ferrero, 8/98

PE-17-245




# Sunrise Claim Cross-Section X - X'

Scale: 1 inch = 100 feet

Ferrero, 8/98

Pit Area = 4040 sq. ft.

Vein Area = 2130 sq. ft. x 0.67 = 1427 sq. ft.

Waste Area = 2613 (w/ 0.33 from vein)

Waste/Vein = 1.8

1427 sq. ft. vein area x 1000 ft. apex = 108,345 tons




# Sunrise Claim Cross-Section Z - Z'

Scale: 1 inch = 100 feet

Ferrero, 8/98




Eddy Gulch Mines - Six O'Clock Apex and Underground Targets, Reverse Dip Vein




# Six O'Clock Claim Cross-Section A-A'

Scale: 1 inch = 100 feet

Ferrero, 8/98