*Ferrero Geologic*
*760 Oak Street, Ashland, Oregon 97520*
*ph 541-488-2452 FAX 541-488-6473*
*Email: fgeo@97520.net*

# Analysis of Metallurgical Data, USFS and Liberty Mining Testing 1998, 2004, 2005 and 2006

Tom Ferrero, C.E.G., Liberty Mining

03/07

The attached spreadsheets present all of the sampling and metallurgical data generated by the USFS and Liberty Mining from 1998 to 2006 as part of the USFS mineral evaluation and resulting contest of the Liberty claims. Sheets 09 through 11 (a and b) present new data added to the spreadsheets since they were submitted in response to the USFS request for documents in 01/07, including all of the metallurgical testing results and flow-sheets for all of the sample groups since 1998. This is the first time all of the data has been compiled in an organized, tabular format designed to facilitate comparative analysis. This narrative presents my conclusions about the sampling and testing after evaluation of the compiled data.

In this document I refer to the following sampling events and laboratory reports. The first group of samples in support of the USFS mineral exam, with splits supplied to Liberty, was collected in September of 1998. The corresponding USFS lab testing report by MSRDI was completed and released in November of 1998, and the Liberty lab report by Don Moore was completed and released in January of 1999. The second group of samples in support of Liberty's rebuttal to the USFS mineral exam, with splits taken by the USFS, was collected in September and October of 2004. Large bulk samples and smaller "pre-test" samples were collected from each sample site. The corresponding Liberty pre-test lab report by Don Moore was completed and released in January of 2005 and the USFS pre-test lab report was completed in December of 2005, but not released to Liberty until January of 2007. The bulk milling completed in October of

2006, ran six of the group of samples collected in September and October of 2004. The corresponding Liberty lab report was completed and released in November of 2006.

## Nugget Effect

All metallurgical work to date by the USFS and Liberty was done on small samples (500 to 1,000 grams), except for the 2006 Liberty Mining bulk testing which turned out not be an adequate test of the nugget effect for reasons discussed below. Therefore there has been no data generated that contradicts the nugget effect.

The 1998 USFS metallurgical report by MSRDI cites the nugget effect as a factor in the anomalous Six O'clock apex test results that included "none detected" fire assays but substantial gold in the gravity concentrating tests of the same samples. On Table 5 of the 1998 MSRDI report (page 20 and 21), which reports cyanide test results, there are numerical entries for all of the samples with the exception of the five taken from the Six O'clock apex area. All entries for these samples are "ND" – none detected. It seems unlikely that cyanide tests would yield ND results from all of these five samples, given the presence of gold content detected in the gravity tests. It appears that MSRDI did no cyanide tests on the 6 O'clock samples, and simply entered all ND's in the blanks next to their entries on the cyanide results list, based on the ND fire assay results. If this is the case, it is a very misleading reporting of data at best. And if so, why were the fire assay results given more weight that the gravity results in evaluating the ore. Perhaps MSRDI determined not to conduct cyanide tests on these samples before learning the results of the gravity tests. If MSRDI chose not to conduct cyanide tests on these samples with the highly inconsistent results of the fire assays and the gravity tests of the same samples in hand, then it chose to fail to examine a key aspect of the metallurgy of this ore. Yes the nugget effect may be in play here, but the anomalous results appear to be at least in part due to the carbonaceous fouling of assays described ahead.

The USFS 1998 amalgamation test results are interpreted in the MSRDI report as showing that there is very little or no free gold in the samples. This is completely contradicted by the overall average 26.6%, 0.039 Au opt recovery from the USFS gravity tests. And these results came from "skinny" channels across ½ or less of the vein width, split down to 500 gram or less samples. The wide 4.29% to 97.12% recovery range is indicative of the nugget effect. Similar variation of recoveries is typical throughout all of the USFS and Liberty testing. It is not clear why the amalgamation tests did not reflect gravity milling results, but contradictory, anomalous results from the same samples have occurred more than once during the sampling process by the USFS and Liberty.

The nugget effect was previously considered by Liberty to be the primary issue causing anomalous test results. Analysis of the entire body of metallurgical data indicates that the wide variety of results from different splits of the same samples appears to be partially due to the nugget effect, and partially due to carbonaceous content in the ore fouling fire assays, gravity milling and cyanide leaching.

## Carbonaceous Sliming and Carbonaceous/Arsenopyrite Assay Fluxing Problems

It is well known that when assaying carbonaceous ores and ores that contain arsenopyrite, characteristics of Eddy Gulch ore, special procedures are required to establish the proper acid/base balance. Because the concentration of these constituents varies significantly throughout the deposits, assays tend to be hit or miss, often requiring re-assaying with adjusted procedures to get accurate numbers.

The carbon in the Eddy Gulch ores is the result of a secondary metamorphic process. It occurs as soft, amorphous and often micros-sheared layers in the veins. When the ore is ground, the carbon slimes – that is it breaks down into very fine grains (fine silt to clay size) that are very problematic to many milling methods.

The 1998 USFS lab tests yielded a 0.087opt average assay head and 0.149 opt average calculated head – the latter 171% of the former! The 1999 Liberty lab tests yielded a 0.125 opt average assay head and 0.184 opt calculated head – the latter 147% of the former! These two blocks of tests were the only ones where we have both fire assay results and calculated head results on each sample, but there are plenty of samples and the data is clear. Fire assays were not done by either metallurgist in 2005. I assume because they decided as I did in 1986, that fire assays of whole samples are not very reliable in this ore.

The carbonaceous content of the ore is acknowledged in the 1998 MSRDI report and the government's 1999 Mineral Report. Test results from the 1998 and 2004 samples clearly indicate that fire assaying of whole "dirty" samples, with all of the carbonaceous content present, is yielding results well below the actual gold content numbers. The gravity, flotation and cyanide concentrate assays are more accurate because of the washing effect of concentrating in water, rinsing, filtering etc. that are elements of the testing processes.

The smaller difference in fire assay and calculated head results for the Liberty samples than for the USFS samples is the result of Liberty over-grinding, which resulted in downsizing the gold and sliming of the carbonaceous material, which enhanced the negative impacts on gravity milling and assaying. Note the much higher gravity recovery from the coarse ground 1998 USFS samples than from the finer ground 1998 Liberty samples (sheet 11a).

The 1998 sampling makes a strong case for applying a 60% +/- increase to average values derived from whole sample fire assays of Eddy Gulch ore. After a few years working in Eddy Gulch panning and fire assaying the same samples, and seeing substantial gold in the pan but poor assay results, I finally stopped doing assays, relying solely on the pan.

The Liberty 2006 bulk gravity testing turned out to be of little value. Our decision to grind to -30 mesh ruined any chances of getting representative recoveries. The grinding produced an overwhelming amount of carbonaceous slimes. The grinding also downsized much of the coarse

gold. Note that coarse gold in this ore is very late, crystalline gold. The nuggets tend to be wiry fracture fillings that when ground at all become much finer quickly. Screen tests done for Liberty in 1988 showed that the gold content of the ore is primarily concentrated in two fractions, +1/4 and -200. Grinding up the entire sample to -30 mesh, ground the coarse gold into the carbonaceous slimes, and left only the few remaining coarse nuggets hung up in the ball mill. The slimes coated and carried the predominantly very fine gold right through the Knelson bowl and into the tailing, where the slimes fouled the tailings assays. Note that the Knelson Bowl failed for the second time here. The Gold Saver concentrated about 95% of the gold recovered by the USFS gravity tests in 1998, while the Knelson Bowl concentrated only about 5% of the recovered gold. I regret not doing this analysis before starting the bulk tests. However, the tests did pick up gold equivalent to an additional 3.4% to 4.2% recovery overall – which I am convinced is much less than what a properly designed and functioning mill would recover, but we'll take it for now.

## Carbonaceous Preg Robbing

The USFS 1998 metallurgy report clearly stated that the carbonaceous content of the ore was causing "preg robbing" (re-absorption of gold) during the cyanide tests, and recommended carbon-in-pulp (C.I.P.) methodology to prevent it. They ran C.I.P. tests on three samples, which yielded average recovery twice the original non-C.I.P. average recovery.

The dramatically lower recovery results from the USFS 1998 cyanide tests compared to the 1999 Liberty cyanide tests can be partially or completely explained by the fact that activated carbon (C.I.P.) was used in the Liberty tests but not in the USFS tests (except for the three retests cited above).

The preg robbing factor and the above cited fire assay factor are evident in the 1998-9 test results. The 0.102 opt USFS average fire assay was much lower than the 0.125 opt Liberty average fire assay (carbonaceous assay fouling). The 0.009 opt USFS average cyanide test recovery was much lower than 0.062 opt (0.093 opt cumulative gr-fl-cy) Liberty average

cyanide test recovery, and the 0.102 opt USFS average fire assay (preg robbing). The combination of the two negative factors resulted in the only sample group where the average calculated head number was less than the average fire assay number. I am assuming that the cyanide tests involved further grinding, although cyanide test preparations are not spelled out in the 1998 MSRDI report. If not, that also explains the poor cyanide results – gold was not liberated by grinding, so cyanide could not effectively act on it.

Another factor that I believe lead to better Liberty 1999 results than US FS 1998 results was the fact that the Liberty gravity, flotation and cyanide tests were done in series. Even though the finer grind fouled the gravity results, the "washing" effect of the gravity testing lead to greatly improved flotation recovery, and the further "washing" by the flotation process lead to better cyanide recoveries.

Another indicator of preg robbing is the extreme difference in results between the USFS 2005 Klamath Ridge cyanide sample tests and the Liberty 2005 cyanide tests from the same samples (KV-6 and 15 through 32). The USFS tests recovered an average of 0.015 opt Au and the Liberty tests yielded an average of 0.058 opt – a factor of nearly 4 times!

The ridge samples were from a different ore type, the veins hosted on both the hanging and footwalls by intrusive rocks instead of the metapelites present on both or one wall elsewhere in the sampled intervals. I don't know why this change in geology and geochemistry fouled the USFS 2005 tests so badly in this location, but did not foul the Liberty tests, yet it is clear that it happened. Note that the carbonaceous material is a secondary product of igneous and metamorphic processes, and is not primary to the metapelites. It may be that the actual carbon content of the ore is higher in the intrusive block under the ridge, despite the *appearance* of more carbon in the dark colored metapelites elsewhere. Most of the other USFS 2005 results were similar to the Liberty results, especially from the Klamath Cut and the Klamath Dumps. The Klamath Ridge results are clearly an anomaly.

## Conclusion

The point of all of this is that the characterization of the sampling and testing that I presented in general terms at the end of the 01/07 submittal text needed to be quantified in detail, in view of the new USFS 2005 test results provided to Liberty after the 01/07 submittal had been prepared. We have been able to calculate a substantial profit from the data so far without pursuing this line of evaluation, but it became clear that it needed to be done now, to respond to what appears to be the government's plan to throw some poor, inadequate and unqualified test results into the pile late in the game, and try to get away with characterizing them as definitive.

We have always maintained that there will be variations in the grades and recoveries from individual samples in this ore, but that the average recovery will be above cut-off grade. However, when whole blocks of results come out far lower than other blocks of results from the same samples, something is wrong. Detailed scientific and statistical evaluation of all of the testing data shows clearly that these anomalously low blocks of samples were the result of the action of one or more of the factors inherent in this ore that can foul test results. Considering the obstacles to getting representative test results with this ore, I have no doubt that the test gold recoveries that I used in the A Scenario shown on sheet 5 of the spreadsheets created in 01/07 are very conservative values at least, and that they probably are far lower than the gold recoveries that we would encounter if we were allowed to mine and optimize the milling sequence. However, on sheet 10 I have averaged in the US 2005 results, even the anomalous ridge results, as if they are representative, and still show a profit.

The process of trial and error testing of various milling options for challenging ore types, or for any ore, is a normal part of developing a mine. The testing completed prior to and during the USFS mineral evaluation of the Liberty Mining properties is similar to that process. Evaluating and comparing the cumulative testing data, including the many miscues in metallurgical testing, adds up to some very definitive information.

In the process of ore testing you can have losses of gold and show lower numbers if your tests are poorly conceived, but you can't "manufacture" gold content that is not there to begin with. There is only so much gold in the samples, and that's all you can recover. This basic fact means that the blocks of low results by the USFS, and Liberty, are anomalous and therefore unrepresentative. They represent failures in the design of the sample preparation and recovery testing protocols appropriate for this ore. There is no scientific justification to adjust the A, or for that matter the B scenario by including the anomalous USFS 2005 test results.

I anticipate two responses from the government to this narrative. One is that our higher results are due to "salting" of samples. The other is that this narrative is a convoluted attempt to explain away valid negative results. As regards the former, there has been absolutely no salting of samples. I would never allow that to happen. In 1983 I gave up a stock option worth $¼ million rather than lie about one assay. And besides, the marginal results attest to no salting. If someone wanted to salt samples, they would have done a better job of it! And as for the latter, I have shown very compelling evidence of the factors effecting assays and other tests that have produced anomalous results. These factors were reported by other geologists and metallurgists long before we began our operation in the 1980s, and were shown to be real and problematic by our early testing as well as by the mineral exam test results (even cited by the government's metallurgical consultants). What is new here is how the tests, when evaluated together, so clearly illustrate what we already knew. If I was not absolutely convinced of this analysis of the test results, I never would have presented it here.



***1998 USFS Sample Data***

| | *Fire Assay* | | *Gravity Concentration* | | | | *Cyanide Tests* | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Re-assay** | **Assay** | **d** | **Calc Hd** | | **Assay** | **Au rec** | |
| **Sample No.** | **Au opt** | | **opt** | **Wt%** | **opt** | **Rec %** | **opt** | **opt** | |
| KV-1 -1/4" Head | 0.206 | | 0.206 | 15.18 | 0.235 | 19.65 | 0.206 | 0.087 | |
| KV-2 -1/4" Head | 0.124 | | 0.124 | 21.43 | 0.149 | 26.75 | 0.124 | 0.058 | |
| KV-3 -1/4" Head | 0.021 | | 0.021 | 25.03 | 0.024 | 29.72 | 0.021 | 0.009 | |
| KV-4 -1/4" Head | 0.043 | | 0.043 | 14.25 | 0.047 | 16.96 | 0.043 | 0.022 | |
| KV-5 -1/4" Head | 0.069 | | 0.069 | 17.51 | 0.087 | 19.16 | 0.069 | 0.037 | |
| KV-6 -1/4" Head | 0.084 | | 0.084 | 6.36 | 0.102 | 8.14 | 0.084 | 0.033 | |
| KV-7 -1/4" Head | 0.098 | | 0.098 | 12.99 | 0.083 | 11.22 | 0.098 | 0.030 | |
| KV-7a -1/4" Head | 0.057 | | 0.100 | 6.44 | 0.083 | 9.11 | 0.057 | 0.042 | |
| KV-8 -1/4" Head | 0.100 | | 0.124 | 9.93 | 0.156 | 13.31 | 0.100 | 0.023 | |
| KV-9 -1/4" Head | 0.131 | | 0.131 | 6.82 | 0.292 | 15.12 | 0.131 | 0.039 | |
| KV-9a -1/4" Head | 0.092 | | 0.092 | 6.87 | 0.155 | 10.37 | 0.092 | 0.059 | |
| KV-10 Top -1/4" Head | 0.086 | | 0.086 | 10.08 | 0.151 | 19.06 | 0.086 | 0.045 | |
| KV-10 Bottom -1/4" Head | 0.086 | | 0.086 | 19.04 | 0.076 | 16.76 | 0.086 | 0.040 | |
| KV-11 -1/4" Head | 0.041 | | 0.041 | 8.54 | 0.055 | 5.30 | 0.041 | 0.007 | |
| KV-12 -1/4" Head | 0.054 | | 0.054 | 19.20 | 0.045 | 20.33 | 0.054 | 0.016 | |
| KV-13 -1/4" Head | 0.055 | | 0.055 | 9.80 | 0.015 | 4.29 | 0.055 | 0.028 | |
| KV-14 -1/4" Head | 0.023 | | 0.023 | 10.01 | 0.025 | 7.10 | 0.023 | 0.006 | |
| KV-15a -1/4" Head | 0.054 | | 0.054 | 13.54 | 0.051 | 13.45 | 0.054 | 0.032 | |
| KV-15b -1/4" Head | 0.265 | | 0.265 | 22.08 | 0.433 | 34.59 | 0.265 | 0.172 | |
| Six O'C-1 -1/4" Head | ND | | 0.000 | 23.60 | 0.003 | 32.12 | 0.000 | 0.000 | 0.045 |
| Six O'C-2 -1/4" Head | ND | | 0.000 | 19.87 | 0.003 | 43.01 | 0.000 | 0.000 | |
| Six O'C-3 -1/4" Head | ND | | 0.000 | 15.49 | 0.184 | 97.12 | 0.000 | 0.000 | |
| Six O'C-4 -1/4" Head | ND | | 0.000 | 28.77 | 0.014 | 73.79 | 0.000 | 0.000 | |
| Six O'C-5 -1/4" Head | ND | | 0.000 | 25.61 | 0.019 | 76.63 | 0.000 | 0.000 | |
| YD-1a -1/8" Head | 0.145 | | 0.145 | 25.61 | 0.119 | 21.73 | 0.145 | 0.013 | |
| YD-1a-2 -1/8" Head | 0.120 | | 0.120 | 19.41 | 0.079 | 15.52 | 0.120 | 0.005 | |
| YD-1b-1 -1/8" Head | 0.191 | | 0.191 | 20.24 | 0.449 | 44.89 | 0.191 | 0.007 | |
| YD-1.b-2 -1/8" Head | 0.138 | | 0.138 | 19.55 | 0.186 | 22.68 | 0.138 | 0.009 | |
| YD-1c-1 -1/8" Head | 0.135 | | 0.135 | 20.95 | 0.163 | 24.69 | 0.135 | 0.029 | |
| YD-1d-1 -1/8" Head | 0.302 | 0.395 | 0.302 | 19.56 | 0.228 | 14.83 | 0.302 | 0.085 | |
| YD-1d-2 -1/8" Head | 0.254 | 0.252 | 0.254 | 17.86 | 0.330 | 24.59 | 0.254 | 0.068 | |
| KD-1 Head | 0.173 | 0.141 | 0.173 | 6.72 | 0.278 | 19.65 | 0.173 | 0.008 | |
| KD-2 Head | 0.441 | 0.408 | 0.104 | 6.52 | 0.303 | 22.70 | 0.441 | 0.099 | |
| KD-3 Head | 0.051 | | 0.051 | 6.77 | 0.330 | 85.70 | 0.051 | 0.004 | |
| KD-4 Head | 0.055 | | 0.055 | 8.13 | 0.115 | 11.03 | 0.055 | 0.003 | |
| KD-5 Head | 0.057 | | 0.057 | 7.51 | 0.092 | 55.36 | 0.057 | 0.004 | |
| KD-6 Head | 0.077 | | 0.077 | 7.60 | 0.375 | 30.56 | 0.077 | 0.002 | |
| KD-7 Head | 0.055 | | 0.055 | 8.22 | 0.132 | 74.74 | 0.055 | 0.003 | |
| KD-8 Head | 0.053 | | 0.053 | 5.58 | 0.204 | 16.72 | 0.053 | 0.003 | |
| BS-1 -1/8" 7-27-98 | 0.159 | 0.149 | 0.159 | 10.63 | 0.409 | 18.65 | 0.159 | 0.031 | |
| BS-2 -1/8" 7-27-98 | 0.059 | | 0.059 | 6.51 | 0.099 | 13.03 | **0.102** | **0.029** | |
| BS-3 -1/8" 7-27-98 | 0.074 | | 0.074 | 6.38 | 0.221 | 14.07 | | | |
| BS-4 -1/8" 7-27-98 | 0.040 | | 0.040 | 7.35 | 0.093 | 14.41 | | | |
| BS-5 -1/8" 7-27-98 | 0.039 | | 0.039 | 6.91 | 0.048 | 10.10 | | Missing Data | |
| BS-6 -1/8" 7-27-98 | 0.031 | | 0.031 | 6.76 | 0.168 | 27.54 | | | |
| Union-1 -1/8" 8-12-98 | 0.034 | | 0.034 | 6.00 | 0.112 | 10.36 | | | |
| Union-2 -1/8" 8-12-98 | 0.054 | | 0.054 | 25.04 | 0.058 | 25.10 | | | |
| Union-3 -1/8" 8-12-98 | 0.027 | | 0.027 | 4.20 | 0.065 | 9.18 | | | |
| Union-A -1/8" 8-12-98 | 0.036 | | **0.087** | **13.51** | **0.149** | **26.06** | | | |
| | | | | | | **0.039** | opt rec | | |

*USFS 2004*

| Sample Apex | Fire Assay opt | Cyanide Leach Test Calc. Head, opt | Cyanide Leach Test Recovery, % | Cyanide Leach Test Rec'd Au opt | Flotation Test Calc. Head, opt | Flotation Test Recovery, % | Flotation Test Rec'd Au opt |
|---|---|---|---|---|---|---|---|
| | none | | | | | | |
| K1-P1&2 | | 0.105 | 56.3 | 0.059 | 0.085 | 13.1 | 0.011 |
| K2-P | | 0.130 | 57.0 | 0.074 | 0.141 | 39.7 | 0.056 |
| K3-P | | 0.103 | 51.2 | 0.053 | 0.093 | 12.7 | 0.012 |
| K4-P | | 0.131 | 60.2 | 0.079 | 0.107 | 7.2 | 0.008 |
| K5-P | | 0.181 | 67.9 | 0.123 | 0.128 | 16.7 | 0.021 |
| K6-P | | 0.115 | 80.0 | 0.092 | 0.064 | 23.5 | 0.015 |
| K7-P | | 0.109 | 80.6 | 0.088 | 0.108 | 39.0 | 0.042 |
| K8-P | | 0.018 | 0.0 | 0.000 | 0.021 | 56.3 | 0.012 |
| K9-P | | 0.021 | 0.0 | 0.000 | 0.026 | 44.6 | 0.012 |
| K10-P | | 0.036 | 61.0 | 0.022 | 0.032 | 21.3 | 0.007 |
| K11-P | | 0.076 | 51.6 | 0.039 | 0.076 | 8.7 | 0.007 |
| K12-P | | 0.046 | 28.5 | 0.013 | 0.042 | 10.7 | 0.004 |
| K13-P | | 0.001 | 0.0 | 0.000 | 0.004 | 52.4 | 0.002 |
| K14-P | | 0.078 | 33.5 | 0.026 | 0.077 | 16.6 | 0.013 |
| K15-P | | 0.024 | 54.4 | 0.013 | 0.005 | 62.7 | 0.003 |
| K16-P | | 0.067 | 65.5 | 0.044 | 0.059 | 22.0 | 0.013 |
| K17&18-P | | 0.018 | 19.0 | 0.003 | 0.015 | 18.9 | 0.003 |
| K19-P | | 0.001 | 0.0 | 0.000 | 0.000 | 100.0 | 0.000 |
| K20-P | | 0.030 | 59.3 | 0.018 | 0.031 | 4.3 | 0.001 |
| K21-P | | 0.001 | 0.0 | 0.000 | 0.001 | 5.5 | 0.000 |
| K22-P | | 0.000 | 0.0 | 0.000 | Lost | 0.0 | 0.000 |
| K23-P | | 0.001 | 0.0 | 0.000 | 0.000 | 0.0 | 0.000 |
| K24-P | | 0.000 | 0.0 | 0.000 | 0.000 | 0.0 | 0.000 |
| K25-P | | 0.001 | 0.0 | 0.000 | 0.000 | 100.0 | 0.000 |
| | | **0.054** | **34.4** | **0.031** | **0.048** | **28.2** | **0.010** |
| | | | | **0.058** | | | |
| | | | | **0.022** | | | |
| | | | | **0.015** | | | |

*Liberty 2004*

| Apex Samples | width ft. | Fire Assay opt | Cyanide Leach Test Calc. Head opt | Cyanide Leach Test Recovery % | Cyanide Leach Test Rec'd Au opt |
|---|---|---|---|---|---|
| Kl 1A, 1B, 1C | 25 | none | 0.1022 | 42.25 | 0.043 |
| Kl 2A, 2B | 25 | | 0.1731 | 58.83 | 0.102 |
| Kl 3A, 3B, 3C | 22 | | 0.1389 | 44.57 | 0.062 |
| Kl 4A, 4B, 4C | 26 | | 0.1345 | 61.33 | 0.082 |
| Kl 5A, 5B, 5C | 20 | | 0.139 | 55.40 | 0.077 |
| Kl 6A, 6B, 6C | 13 | | 0.0573 | 54.65 | 0.031 |
| Kl 7A, 7B,7C | 17 | | 0.084 | 34.45 | 0.029 |
| Kl 8A, 8B, 8C, 8D | 28 | | 0.0407 | 9.72 | 0.004 |
| Kl 9A,9B,9C,9D,9E,9F | 24 | | 0.1736 | 71.34 | 0.124 |
| Kl 10A, 10B | 24 | | 0.0131 | 77.19 | 0.010 |
| Kl 11A, 11B, 11C | 14 | | 0.1103 | 51.06 | 0.056 |
| Kl 12A, 12B, 12C | 14 | | 0.0606 | 47.18 | 0.029 |
| Kl 13A, 13B, 13C | 29 | | 0.0737 | 76.92 | 0.057 |
| Kl 14A, 14B, 14C | 25 | | 0.055 | 23.02 | 0.013 |
| Kl 15A, 15B, 15C | 21 | | 0.0102 | 90.18 | 0.009 |
| Kl 16A, 16B, 16C | 24 | | 0.0313 | 7.27 | 0.002 |
| Kl17A,17B,17C,17D,17E,17F | 23 | | 0.0321 | 42.16 | 0.014 |
| Kl 18A, 18B, 18C | 18 | | 0.151 | 97.35 | 0.147 |
| Kl 19A, 19B, 19C | 17 | | 0.0637 | 74.90 | 0.048 |
| Kl 20A, 20B, 20C | 16 | | 0.1853 | 96.76 | 0.179 |
| Kl 21A, 21B, 21C | 24 | | 0.1297 | 98.46 | 0.128 |
| Kl 22A, 22B, 22C | 16 | | 0.0543 | 92.64 | 0.050 |
| Kl 23A, 23B, 23C | 13 | | 0.0235 | 87.22 | 0.020 |
| Kl 32A, 32B, 33C | 16 | | 0.0236 | 40.74 | 0.010 |
| **Averages** | **20.58** | | **0.0859** | **59.82** | **0.055** |
| Klamath Gr. | | | | | **0.058** |
| Dariel Gr. | | | | | **0.045** |
| Ridge Gr. | | | | | **0.058** |
| All | | | | | |
| Mined Cut Apex | | | | | |

*USFS and Liberty 2004*

| Apex Samples | Ave US-LM rec Au opt | Cut Calc. Head opt | Cut Recovery % | Cut Rec'd Au opt | |
|---|---|---|---|---|---|
| Kl 1A, 1B, 1C | 0.051 | 0.1036 | 49.28 | 0.051 | |
| Kl 2A, 2B | 0.088 | 0.1516 | 57.92 | 0.088 | |
| Kl 3A, 3B, 3C | 0.057 | 0.1210 | 47.89 | 0.058 | |
| Kl 4A, 4B, 4C | 0.081 | 0.1328 | 60.77 | 0.081 | |
| Kl 5A, 5B, 5C | 0.100 | 0.1600 | 61.65 | 0.099 | |
| Kl 6A, 6B, 6C | 0.062 | 0.0862 | 67.33 | 0.058 | |
| Kl 7A, 7B,7C | 0.058 | 0.0965 | 57.53 | 0.056 | |
| Kl 8A, 8B, 8C, 8D | 0.002 | | | | |
| Kl 9A,9B,9C,9D,9E,9F | 0.068 | 0.0998 | 57.97 | 0.058 | |
| Kl 10A, 10B | 0.016 | | | | |
| Kl 11A, 11B, 11C | 0.048 | 0.0932 | 51.33 | 0.048 | |
| Kl 12A, 12B, 12C | 0.021 | 0.0533 | 37.84 | 0.020 | |
| Kl 13A, 13B, 13C | 0.029 | 0.0389 | 64.66 | 0.025 | |
| Kl 14A, 14B, 14C | 0.019 | | | | |
| Kl 15A, 15B, 15C | 0.011 | | | | |
| Kl 16A, 16B, 16C | 0.023 | | | | |
| Kl17A,17B,17C,17D,17E,17F | 0.008 | | | | |
| Kl 18A, 18B, 18C | 0.073 | 0.0760 | 48.68 | 0.037 | |
| Kl 19A, 19B, 19C | 0.033 | 0.0469 | 67.10 | 0.031 | |
| Kl 20A, 20B, 20C | 0.090 | 0.0932 | 48.38 | 0.045 | |
| Kl 21A, 21B, 21C | 0.064 | 0.0649 | 49.23 | 0.032 | |
| Kl 22A, 22B, 22C | 0.025 | 0.0277 | 46.32 | 0.013 | |
| Kl 23A, 23B, 23C | 0.010 | | | | |
| Kl 32A, 32B, 33C | 0.005 | | | | |
| Averages | **0.043** | | | | |
| Klamath Gr. | | | | **0.063** | |
| Dariel Gr. | | | | **0.046** | |
| Ridge Gr. | | | | **0.036** | |
| All | | **0.1015** | **56.93** | **0.058** | w'ted aves |

*1998 USFS Sample Data*

| Apex Sample No. | *Fire Assay* opt | *Gravity Concentration* Calc Hd opt | Rec % | Rec opt | *Cyanide Tests* Calc Hd opt | Rec % | Rec opt | length ft. |
|---|---|---|---|---|---|---|---|---|
| KV-6 -1/4" Head | 0.084 | 0.102 | 8.14 | 0.008 | 0.033 | 39.30 | 0.013 | 12.00 |
| KV-8 -1/4" Head | 0.100 | 0.156 | 13.31 | 0.021 | 0.023 | 23.00 | 0.005 | 13.00 |
| KV-7 -1/4" Head | 0.077 | 0.083 | 10.11 | 0.008 | 0.036 | 53.18 | 0.021 | 21.00 |
| KV-9 -1/4" Head | 0.116 | 0.240 | 13.31 | 0.033 | 0.047 | 42.84 | 0.022 | 24.20 |
| KV-10 Top -1/4" Head | 0.086 | 0.132 | 18.49 | 0.025 | 0.044 | 50.85 | 0.022 | 12.00 |
| KV-15a -1/4" Head | 0.160 | 0.242 | 24.02 | 0.078 | 0.102 | 62.10 | 0.065 | 12.00 |
| KV-12 -1/4" Head | 0.054 | 0.045 | 20.33 | 0.009 | 0.016 | 29.60 | 0.005 | 2.00 |
| KV-11 -1/4" Head | 0.041 | 0.055 | 5.30 | 0.003 | 0.007 | 17.10 | 0.001 | 9.50 |
| KV-1 -1/4" Head | 0.206 | 0.235 | 19.65 | 0.046 | 0.087 | 42.20 | 0.037 | 6.80 |
| KV-5 -1/4" Head | 0.069 | 0.087 | 19.16 | 0.017 | 0.037 | 53.60 | 0.020 | 10.00 |
| | **0.099** | **0.138** | **15.18** | **0.025** | **0.043** | **41.38** | **0.021** | **12.25** |
| Composites Above | | | | | | | | |
| KV-7 -1/4" Head | 0.098 | 0.083 | 11.22 | 0.009 | 0.030 | 30.60 | 0.009 | 10.00 |
| KV-7a -1/4" Head | 0.057 | 0.083 | 9.11 | 0.008 | 0.042 | 73.70 | 0.031 | 11.00 |
| KV-9 -1/4" Head | 0.131 | 0.292 | 15.12 | 0.044 | 0.039 | 29.80 | 0.012 | 15.00 |
| KV-9a -1/4" Head | 0.092 | 0.155 | 10.37 | 0.016 | 0.059 | 64.10 | 0.038 | 9.20 |
| KV-10 Top -1/4" Head | 0.086 | 0.151 | 19.06 | 0.029 | 0.045 | 52.30 | 0.024 | 9.00 |
| KV-10 Bottom -1/4" Head | 0.086 | 0.076 | 16.76 | 0.013 | 0.040 | 46.50 | 0.019 | 3.00 |
| KV-15a -1/4" Head | 0.054 | 0.051 | 13.45 | 0.007 | 0.032 | 59.30 | 0.019 | 6.00 |
| KV-15b -1/4" Head | 0.265 | 0.433 | 34.59 | 0.150 | 0.172 | 64.90 | 0.112 | 6.00 |

*1998 Liberty Sample Data*

| *Fire Assay* Au opt | *Gravity Concentration* Calc Hd opt | Rec % | Rec opt | *Flotation Tests* Calc Hd opt | Rec % | Rec opt | *Gr-Fl Combined* Rec % | Rec opt | *Cyanide Tests* Calc Hd opt | Rec % | Rec opt | *Gr-Fl-Cyan Combined* Rec% | Rec opt | ID and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.131 | 0.065 | 0.89 | 0.001 | 0.065 | 12.29 | 0.008 | 13.18 | 0.009 | 0.065 | 23.23 | 0.015 | 33.35 | 0.022 | KV-9 [-10 Mesh] |
| 0.206 | 0.542 | 1.67 | 0.009 | 0.542 | 30.60 | 0.166 | 32.27 | 0.175 | 0.542 | 61.57 | 0.334 | 73.97 | 0.401 | KV-1 #2 [-10 Mesh] |
| 0.206 | 0.235 | 7.44 | 0.017 | 0.235 | 17.16 | 0.040 | 24.60 | 0.058 | 0.235 | 4.86 | 0.011 | 28.43 | 0.067 | KV-1 #4 [Grind 20 Min.] |
| 0.069 | 0.094 | 0.80 | 0.001 | 0.094 | 9.59 | 0.009 | 10.39 | 0.010 | 0.094 | 10.35 | 0.010 | 19.96 | 0.019 | KV-5 #3 [-10 mesh] |
| 0.069 | 0.094 | 1.45 | 0.001 | 0.094 | 5.31 | 0.005 | 6.77 | 0.006 | 0.094 | 53.38 | 0.050 | 56.54 | 0.053 | KV-5 #1 [Grind 20 min.] |

*Liberty 2004*

| Sample Dumps | Fire Assay opt | Cyanide Leach Test Calc. Head, opt | Cyanide Leach Test Recovery, % | Cyanide Leach Test Rec'd Au opt | Flotation Test Calc. Head, opt | Flotation Test Recovery, % | Flotation Test Rec'd Au opt |
|---|---|---|---|---|---|---|---|
| D1-P | none | 0.138 | 9.5 | 0.013 | 0.110 | 63.9 | 0.070 |
| D2-P | | 0.114 | 3.8 | 0.004 | 0.158 | 61.4 | 0.097 |
| D3-P | | 0.140 | 9.4 | 0.013 | 0.092 | 59.5 | 0.055 |
| D4-P | | 0.066 | 6.6 | 0.004 | 0.070 | 56.0 | 0.039 |
| D5-P | | 0.043 | 30.4 | 0.013 | 0.040 | 26.4 | 0.011 |
| D6-P | | 0.039 | 11.1 | 0.004 | 0.079 | 42.9 | 0.034 |
| D7-P | | 0.057 | 0.0 | 0.000 | 0.066 | 49.9 | 0.033 |
| D8-P | | 0.076 | 5.7 | 0.004 | 0.059 | 57.7 | 0.034 |
| | | **0.084** | **9.6** | **0.007** | **0.084** | **52.2** | **0.047** |

Looks like dump flotation and cyanide test results reversed!

| Dump Samples | Fire Assay opt | Cyanide Leach Test Calc. Head opt | Cyanide Leach Test Recovery % | Cyanide Leach Test Rec'd Au opt |
|---|---|---|---|---|
| Kd 24A, 24B, 24C | none | 0.1299 | 30.72 | 0.040 |
| Kd 25A, 25B, 25C | | 0.1881 | 6.42 | 0.012 |
| Kd 26A, 26B, 26C | | 0.069 | 4.29 | 0.003 |
| Kd 27A, 27B, 27C | | 0.307 | 77.2 | 0.237 |
| Kd 28A, 28B, 28C | | 0.0322 | 12.96 | 0.004 |
| Kd 29A, 29B, 29C | | 0.1229 | 43.03 | 0.053 |
| Kd 30A, 30B, 30C | | 0.0805 | 25.44 | 0.020 |
| Kd 31A, 31B, 31C | | 0.0851 | 29.52 | 0.025 |
| **Averages** | | **0.1268** | **28.70** | **0.049** |
| | | **0.1666** | **37.38** | **0.073** |
| Mined Cut - Dumps | | | | |

| Dump Samples | Ave US-LM rec Au opt | Cut Calc. Head opt | Cut Recovery % | Cut Rec'd Au opt |
|---|---|---|---|---|
| Kd 24A, 24B, 24C | 0.040 | 0.1200 | 47.31 | 0.057 |
| Kd 25A, 25B, 25C | 0.055 | 0.1731 | 33.91 | 0.059 |
| Kd 26A, 26B, 26C | 0.029 | 0.0805 | 31.90 | 0.026 |
| Kd 27A, 27B, 27C | 0.138 | 0.1885 | 66.60 | 0.126 |
| Kd 28A, 28B, 28C | 0.007 | | | |
| Kd 29A, 29B, 29C | 0.043 | 0.1010 | 42.97 | 0.043 |
| Kd 30A, 30B, 30C | 0.027 | | | |
| Kd 31A, 31B, 31C | 0.030 | | | |
| Averages | **0.046** | 0.1357 | 45.54 | **0.062** |

| Dump Sample No. | *Fire Assay* Au opt | *Gravity Concentration* Calc Hd opt | Rec % | Rec opt | *Cyanide Tests* Calc Hd opt | Rec % | Rec opt |
|---|---|---|---|---|---|---|---|
| KD-4 Head | 0.055 | 0.115 | 11.03 | 0.013 | 0.003 | 5.40 | 0.000 |
| KD-7 Head | 0.055 | 0.132 | 74.74 | 0.099 | 0.003 | 5.50 | 0.000 |
| KD-5 Head | 0.057 | 0.092 | 55.36 | 0.051 | 0.004 | 7.00 | 0.000 |
| BS-1 -1/8" 7-27-98 | 0.159 | 0.409 | 18.65 | 0.076 | 0.031 | 19.50 | 0.006 |
| KD-1 Head | 0.173 | 0.278 | 19.65 | 0.055 | 0.008 | 4.60 | 0.000 |
| KD-2 Head | 0.441 | 0.303 | 22.70 | 0.069 | 0.099 | 22.40 | 0.022 |
| KD-8 Head | 0.053 | 0.204 | 16.72 | 0.034 | 0.003 | 5.70 | 0.000 |
| | **0.142** | **0.219** | **31.264** | **0.057** | **0.022** | **10.014** | **0.004** |

| Other Sample No. | *Fire Assay* Au opt | *Gravity Concentration* Calc Hd opt | Rec % | Rec opt | *Cyanide Tests* Calc Hd opt | Rec % | Rec opt |
|---|---|---|---|---|---|---|---|
| KV-13 -1/4" Head | 0.055 | 0.015 | 4.29 | 0.001 | 0.028 | 50.10 | 0.014 |
| KV-14 -1/4" Head | 0.023 | 0.025 | 7.10 | 0.002 | 0.006 | 26.10 | 0.002 |
| | **0.039** | **0.020** | **5.70** | **0.001** | **0.017** | **38.10** | **0.008** |
| KV-2 -1/4" Head | 0.124 | 0.149 | 26.75 | 0.040 | 0.058 | 46.80 | 0.027 |
| KV-3 -1/4" Head | 0.021 | 0.024 | 29.72 | 0.007 | 0.009 | 42.80 | 0.004 |
| KV-4 -1/4" Head | 0.043 | 0.047 | 16.96 | 0.008 | 0.022 | 51.20 | 0.011 |
| | **0.063** | **0.073** | **24.48** | **0.018** | **0.030** | **46.93** | **0.014** |
| Six O'C-1 -1/4" Head | 0.000 | 0.003 | 32.12 | 0.001 | | | |
| Six O'C-2 -1/4" Head | 0.000 | 0.003 | 43.01 | 0.001 | | | |
| Six O'C-3 -1/4" Head | 0.000 | 0.184 | 97.12 | 0.179 | | | |
| Six O'C-4 -1/4" Head | 0.000 | 0.014 | 73.79 | 0.010 | | | |
| Six O'C-5 -1/4" Head | 0.000 | 0.019 | 76.63 | 0.015 | | | |
| | **0.000** | **0.045** | **64.53** | **0.041** | | | |
| YD-1a -1/8" Head | 0.145 | 0.119 | 21.73 | 0.026 | 0.013 | 9.00 | 0.001 |
| YD-1a-2 -1/8" Head | 0.120 | 0.079 | 15.52 | 0.012 | 0.005 | 42.00 | 0.002 |
| YD-1b-1 -1/8" Head | 0.191 | 0.449 | 44.89 | 0.202 | 0.007 | 3.70 | 0.000 |
| YD-1.b-2 -1/8" Head | 0.138 | 0.186 | 22.68 | 0.042 | 0.009 | 6.50 | 0.001 |
| YD-1c-1 -1/8" Head | 0.135 | 0.163 | 24.69 | 0.040 | 0.029 | 21.50 | 0.006 |
| YD-1d-1 -1/8" Head | 0.395 | 0.228 | 14.83 | 0.034 | 0.085 | 28.10 | 0.024 |
| YD-1d-2 -1/8" Head | 0.254 | 0.330 | 24.59 | 0.081 | 0.068 | 26.80 | 0.018 |
| | **0.197** | **0.222** | **24.13** | **0.062** | **0.031** | **19.66** | **0.007** |
| BS-1 -1/8" 7-27-98 | 0.159 | 0.409 | 18.65 | 0.076 | 0.031 | 19.50 | 0.006 |
| BS-2 -1/8" 7-27-98 | 0.059 | 0.099 | 13.03 | 0.013 | | | |
| BS-3 -1/8" 7-27-98 | 0.074 | 0.221 | 14.07 | 0.031 | | | |
| BS-4 -1/8" 7-27-98 | 0.040 | 0.093 | 14.41 | 0.013 | | | |
| BS-5 -1/8" 7-27-98 | 0.039 | 0.048 | 10.10 | 0.005 | | | |
| BS-6 -1/8" 7-27-98 | 0.031 | 0.168 | 27.54 | 0.046 | | Missing Data | |
| | **0.067** | **0.173** | **16.30** | **0.031** | | | |
| Union-1 -1/8" 8-12-98 | 0.034 | 0.112 | 10.36 | 0.012 | | | |
| Union-2 -1/8" 8-12-98 | 0.054 | 0.058 | 25.10 | 0.015 | | | |
| Union-3 -1/8" 8-12-98 | 0.027 | 0.065 | 9.18 | 0.006 | | | |
| Union-A -1/8" 8-12-98 | 0.036 | **0.078** | **14.88** | **0.011** | | | |
| | **0.038** | | | | | | |

| *Fire Assay* Au opt | *Gravity Concentration* Calc Hd opt | Rec % | Rec opt | *Flotation Tests* Calc Hd opt | Rec % | Rec opt | *Gr-Fl Combined* Rec % | Rec opt | *Cyanide Tests* Calc Hd opt | Rec % | Rec opt | *Gr-Fl-Cyan Combined* Rec% | Rec opt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.055 | 0.072 | 5.25 | 0.004 | 0.072 | 8.62 | 0.006 | 13.87 | 0.010 | 0.072 | 12.65 | 0.009 | 24.76 | 0.018 | KV-13 [-10 Mesh] |
| 0.124 | 0.177 | 15.13 | 0.027 | 0.177 | 12.97 | 0.023 | 28.10 | 0.050 | 0.177 | 16.76 | 0.030 | 40.15 | 0.071 | KV-2 #3 [-10 mesh] |
| 0.124 | 0.161 | 2.46 | 0.004 | 0.161 | 7.54 | 0.012 | 10.00 | 0.016 | 0.161 | 31.84 | 0.051 | 38.66 | 0.062 | KV-2 #2 [Grind 20 min.] |
| 0.145 | 0.218 | 1.36 | 0.003 | 0.218 | 43.42 | 0.095 | 44.79 | 0.098 | 0.218 | 22.39 | 0.049 | 58.55 | 0.128 | YD-1a-1 [Grind 20 Min.] |
| 0.145 | 0.166 | 1.98 | 0.003 | 0.166 | 31.67 | 0.053 | 33.65 | 0.056 | 0.166 | NA = cyanide tail assay > float tail assay | | | | YD-1a-2 [-10 Mesh] |
| **0.127** | **0.182** | **3.84** | **0.007** | **0.182** | **17.92** | **0.042** | **21.76** | **0.049** | | | | | | All 10 |
| **0.125** | **0.184** | **4.05** | **0.007** | **0.184** | **16.39** | **0.040** | **20.44** | **0.048** | **0.184** | **26.34** | **0.062** | **41.60** | **0.093** | 9 with Cyan Results |
| | | | | | | | | | | | **0.018** | | | USFS |
| **0.122** | **0.186** | **4.29** | **0.007** | **0.186** | **17.62** | **0.044** | **21.91** | **0.051** | **0.186** | **24.91** | **0.079** | **38.44** | **0.106** | -10m |
| **0.136** | **0.177** | **3.18** | **0.006** | **0.177** | **18.36** | **0.038** | **21.54** | **0.044** | **0.177** | **28.12** | **0.040** | **45.55** | **0.077** | Gr 20 min |

**Revised Liberty Spreadsheets, 02/07 Sheet 09**

PE-18-259

**USFS 1998 - Gravity**




Recoveries 4.29% to 97.12%
Recovery average 26.06% rec/0.039 opt
Average 0.087opt assay head and 0.149 opt calc. head - assay too base
Average 0.000 opt assay head and 0.045 opt calc. head from 6 O'clock apex - assay too base
95% of recovered gold from Gold Saver and 5% from Knelson Bowl
Low amalgamation recovery from 5 samples tested interpreted as no free gold. What about 26.6% average grav recovery?

**USFS 1998 Cyanide Leach**
No further prep reported. Leached -1/4" vein and -1/8" dump material

Apex recoveries 17.1% to 73.7%
Dump recoveries 3.7% to 28.1%
Overall average recovery 26.53%/0.009 opt
Average 0.102 opt assay head and 0.029 calc. head - preg rob
Carbon-in-pulp (CIP) test shows increased CN recovery = ave. recovery doubled for 3 samples

**Liberty 1998 - gravity/floation/cyanide (in series)**




Gravity recovery 0.80% to 15.13% (ave. 4.05%/0.007 op
Flotation recovery 5.31% to 30.60% (ave. 16.39%/0.040
Cyanide recovery 4.86% to 61.57% (ave. 26.34%/0.062
Gr./Fl./CN average assay head 0.125 opt and calc. hea
Gr./Fl./CN -10m recovery average 38.44%/0.0.106 opt
Gr./Fl./CN grind. 20 min. recovery average 45.55% rec/
Gr./Fl./CN all recovery 19.96% to 73.97%
Gr./Fl./CN all recovery average 41.6% /0.093 opt

**Revised Liberty Spreadsheets, 02/07 Sheet 11a**

**USFS 2005 - Cyanide and Flotation (in parallel)**

No head fire assay
Crush -1/4"
Crush -10m*
Split

Cyanide Leach
Grind P80 65m
Leach
Lime to pH 11.0
NaCN @ 2.0 lb/T
50% solids
preg — sample — assay
residue — sample — assay

Flotation
Grind P80 65m
Sulfide Float
Natural pH
PAX
Aero31
25% solids
con — sample — assay
tail — sample — assay

"preg robbing" cited in report
Apex recovery 0.0% to 80.6 % w_7 ND (6 from ridge)
Dump recovery 0% to 30.4 %
Apex recovery average 34%/0.031 opt
Dump recovery average 9.6% rec/0.007 opt

Apex recovery 4.2% to 62.7 % with 5 from ridge ND
Dump recovery 26.4% to 63.9 %
Apex recovery average 32.2% rec/0.010 opt
Dump recovery average 52.2% rec/0.047 opt

[are dumps results reversed or severe preg robbing in dump samples?]

**Liberty 2004 - Gravity-Flotation-Cyanide and Cyanide only**

No head fire assay
Crush to 100% -1/2"
Split to 1000 grams
Screen 10m
-10m — Cone cr to -6m
+10m — Pulverize to -10m
Ball mill to -100m
pan
con — sample — assay
rejects — filter — repulp to 35% solids
Flotation
Denver 1000 cell
copper sulfate sulfide activator
potassium xanthate sulfide collector
Aerofloat 25 sulfide/metal collector
Aerofloat 71 frother
condition for 2 min.
float for 5 min
hand held paddle and water wash
con — filter — dry — Cyanide Leach
tails — filter — dry — sample — assay

Cyanide Leach
500 gram sample of float tail repulped to 50% solids
or 500 gram sample of ground whole ore
agitate slurry in 1.5 qt. plastic pail
add 2 gr. Of CaOH to raise pH above 10.5
mix for 5 min.
add 2 gr. NaCN
agitate for 24 hrs. (mechanical agitator speed set for adequate aeration)
filter (1 gal pressure filter)
filtrate — measure total filtrate — 100 ml alquot to assay
cake — wash with 250 ml water
wash filtrate — measure total filtrate
cake — dry — sample — assay

**5 samples gr-fl-cn**
Gravity recovery 0.26% to 39.97%, ave. 10.52%
Flotation recovery 0.04% to 9.54%, ave. 6.47%
CN leach recovery 42.25% to 61.23%, ave. 52.48%
Average calc. head 0.141 opt
KV-5 calc head 0.262 opt and grav rec 39.97%
KV-1 calc head 0.076 opt and grav rec 0.55%

**32 samples CN only**
Apex recovery average 59.82% and calc head 0.0859 opt
Apex recovery 7.27% to 97.35%
Apex calc head 0.0102 opt to 0.1736 op
Dump recovery average 37.38% and calc head 0.1666 opt
Dump recovery 4.27% to 77.20%
Dump calc head 0.0322 opt to 0.3070 opt

**Liberty 2006 Bulk Milling**

**Revised Liberty Spreadsheets, 02/07 Sheet 11b**

combine 3 apex samples and 3 dump samples into 2 10+/- ton composites run dump and apex separately
jaw crush to -1/2" (2nd run through for apex samples)
ball mill
wash ground material through 30 m screen
+30m — screw feed back to ball mill
-30m
carpet
Knelson bowl
tail — dry — split — assay
con
Wilfley table
con
dry
split
assay

clean-up after both dump and apex complete
Wilfley table
con
dry
split
assay (2/3 to dumps and 1/3 to apex)

Dump pretest calculated heads 0.1870 opt
Dump Assayed Heads 0.079 opt
Dump Calculated Heads 0.0756 opt
Dump Assayed Tails: 0.069
Dump Calculated Tails 0.0693 opt
Dump Knelson con + 1/3 cleanup con 0.0063 opt
Dump Recovery Knelson con + 1/3 cleanup con vs. assayed head 8.0%
Dump Recovery Knelson con + 1/3 cleanup con vs. calculated head 8.3%
Dump Recovery Knelson con + 1/3 cleanup con vs. pretest head 3.4%

Apex pretest calculated heads 0.1550 opt
Apex Assayed Heads 0.025 opt
Apex Calculated Heads 0.0115 opt
Apex Assayed Tails: 0.005
Apex Calculated Tails 0.005 opt
Apex Knelson con + 1/3 cleanup con 0.0065 opt
Apex Recovery Knelson con + 1/3 cleanup con vs. assayed head 26.0%
Apex Recovery Knelson con + 1/3 cleanup con vs. calculated head 56.2%
Apex Recovery Knelson con + 1/3 cleanup con vs. pretest head 4.2%

Overgrind makes fine gold out of some of the coarse, and carbo slimes that carry off fine gold and foul assays.