# EXHIBIT F

**Assessor Inquiry - Main**
**Asmt: 032-370-010-000 Feeparcel: 032-370-010-000**
**Owner: WISNISKI MARK**

| | | | |
|---|---|---|---|
| Situs Address | | | |
| NameAddress | | WISNISKI MARK<br>3298 RT 147<br>MILLERSBURG PA 17061 | |
| Status | Date | ACTIVE | 11/27/1998 |
| Taxability Code | Descr | 000 | NORMAL OWNERSHIP |
| TRA | Base Date | 115-000 | 06/25/2002 |
| Creating Doc# | Date | | |
| Current Doc# | Date | 002062509284 | 06/25/2002 |
| Terminating Doc# | Date | | |
| Neighborhood C... | Supl Cnt | 032 | |
| Asmt Description | | | |
| Land Use 1 | Land Use 2 | | |
| Zoning 1 | Dwell 1 | | |
| Acres | SqFt | 13 | 0 |
| SWUnits | | | |
| SSN1 | SSN2 | | |

**Parcel Desc:**

| | | | |
|---|---|---|---|
| Section | TownShip | Range | |
| Description | | | |
| TPZ | Ag Pres | Efal | Roads |

**Values**

| | TAXROLL | CURRENT | APR DATE |
|---|---|---|---|
| Land | 22,603 | | |
| Structure | | | |
| Fixtures | | | |
| Growing | | | |
| Total L&I | 22,603 | | |
| Fixture RP | | | |
| MH PP | | | |
| PP | | | |
| Exemption | | | |
| Net | 22,603 | | |
| R/C # | | | |
| TR/Date | | | |
| Status | | | |
| Descriptio | ENROLLED is BASE YEAR | | |

Main | Notes | Ownership Detail | Ownership History | Exemptions | Mfg Homes | Attributes | Value History | Situs | Sales

Ready | lheinan 5/9/2003 3:51:39 PM

EXHIBIT
Depo 2
10-31-07 41051

| PARCEL NO. | TAX AREA CODE | ACRES |
|---|---|---|
| 32-370-010 | 115-00 | 13.0 |

| OWNER | | DOC. DATE | REC. DATE | TYPE OF DOC. | VOL. - PG. |
|---|---|---|---|---|---|
| ~~DAVIES, DAVID L.~~ | OA as of 5/5/92 | 5/5/92 | 5/6/92 | Tr's Dd. | 9200-6173 |
| ~~LIBERTY CONSOLIDATED MINE~~ | as of OA | 8/15/94 | 3/8/95 | GD | 9500-9958 |
| David Davies to Diana Davies | A | 2/16/98 | 3/3/98 | QC | 98-02519 |
| ~~Per Diana Davies - a foreclosure is coming thru on this parcel that will put it~~ back to David's name so we can put it in Diana's name. 5/24/00 ss. | | | | | |
| WISNISKI, MARK | OA | 6/6/02 | 6/25/02 | Tax Dd | 02-09284 |

SCA-1

SISKIYOU COUNTY ASSESSORS HISTORICAL PROPERTY RECORD

| LEGAL DESCRIPTION | LOT OR SEC. | BLK. OR TWP. | RANGE | REMARKS |
|---|---|---|---|---|
| Min. Lot 45A | 10 | 39N | 11W | |

Transferred from old card 8/11/95 ss.

ET AL INTEREST:

FORMERLY (ALL) (POR): __________

DIVIDED INTO: __________

COMBINED WITH: __________ INTO __________

| PARCEL NO. | TAX AREA CODE | | ACRES | | |
|---|---|---|---|---|---|
| ~~032-370-010~~ | 115-00 | | 0013.0 | | |

| OWNER | DOC. DATE | REC. DATE | TYPE OF DOC. | VOL. - PG. |
|---|---|---|---|---|
| ~~SMITH, GEORGE ELDON JR.~~ | | 6-24-54 | | 0332-485 |
| ~~PATTERSON, A R ETAL~~ (OA) | | 11/14/73 | QC | 698-840 |
| ETAL dt of dth Alexander 6/12/83 | 3/25/85 | 3/25/85 | Order | 8500-3125 |
| ~~PATTERSON, GEORGE M Sr EST.~~ dt of dth George Jr. 10/8/84 (OA) Decree quieting title | 10/28/85 | 10/28/85 | dec | 8501 3228 |
| ~~PATTERSON, ALEXANDER R.~~ (Quieting Title) from Escott & Mosler (A) | 10/28/85 | 11/8/85 | Dec. | 8501-3835 |
| ~~Patterson, George M Sr EST~~ Title Corr 5/20/91 PK already coded. | 3/25/85 | 3/25/85 | Dec of Dist | 85-3125 |
| (OA) Betty Jean Patterson to Ruth Patterson | 3/22/91 | 4/26/91 | QC | 91-4848 |
| (A) Betty Edge to Ruth Patterson | 3/22/91 | 4/26/91 | QC | 91-4849 |
| ~~PATTERSON, RUTH E~~ (A) | 5/13/91 | 5/13/91 | Spousal order | 91-6540 |
| ~~ALOISI, ALFRED~~ (OA) | 3/22/91 | 5/15/91 | GD | 91-5652 |
| ~~ENERGEL, INC.~~ OA | 5/29/91 | 6/4/91 | GD | 9100-6498 |
| DAVIES, DAVID L. OA AS OF 5/5/92 | 5/5/92 | 5/6/92 | Tr's D | 9200-6173 |

SISKIYOU COUNTY ASSESSORS HISTORICAL PROPERTY RECORD

| LEGAL DESCRIPTION | LOT OR SEC. | BLK. OR TWP. | RANGE | REMARKS |
|---|---|---|---|---|
| MIN LOT 45A | 10- | 39- | 11W | 13 |

TRANSFERRED TO NEW CARD 8/11/95 SS.

ET AL INTEREST: ~~Escott, R M Etal~~ out 85-13835
~~Mosler, George R (Trustee for A R Patterson)~~

FORMERLY (ALL) (POR): ________

DIVIDED INTO: ________

COMBINED WITH: ________ INTO ________

**Assessor Inquiry - Main**
**Asmt: 032-410-030-000 Feeparcel: 032-410-030-000**
**Owner: ENERGEL INC**

| | | | |
|---|---|---|---|
| Situs Address | | | |
| NameAddress | | ENERGEL INC<br>C/O FRED ALDISI<br>BOX 1003<br>SAWYERS BAR CA 96027-1003 | |
| Status | Date | ACTIVE | 11/27/1998 |
| Taxability Code | Descr | 000 | NORMAL OWNERSHIP |
| TRA | Base Date | 115-000 | |
| Creating Doc# | Date | | |
| Current Doc# | Date | 1991R0006498 | 06/04/1991 |
| Terminating Doc# | Date | | |
| Neighborhood C... | Supl Cnt | 032 | |
| Asmt Description | | | |
| Land Use 1 | Land Use 2 | | |
| Zoning 1 | Dwell 1 | | |
| Acres | SqFt | 5 | 0 |
| SWUnits | | | |
| SSN1 | SSN2 | - - | - - |

**Parcel Desc:**

| | | | |
|---|---|---|---|
| Section | TownShip | Range | |
| Description | | | |
| TPZ | Ag Pres | Etal | Bonds |

**Values**

| | TAXROLL | CURRENT | APR DATE |
|---|---|---|---|
| Land | 24,899 | | |
| Structure | | | |
| Fixtures | | | |
| Growing | | | |
| Total L&I | 24,899 | | |
| Fixture RP | | | |
| MH PP | | | |
| PP | | | |
| Exemption | | | |
| Net | 24,899 | | |
| R/C # | | | |
| TR/Date | | | |
| Status | | | |
| Description | ENROLLED is BASE YEAR | | |

Main | Notes | Ownership Detail | Ownership History | Exemptions | Mfg Homes | Attributes | Value History | Situs | Sales

Ready. mjork 9/25/2006 8:50:20 AM

| PARCEL NO. | TAX AREA CODE | ACRES |
|---|---|---|
| 032-410-030 | 115-00 | 0005.0 |

| OWNER | DOC. DATE | REC. DATE | TYPE OF DOC. | VOL. - PG. |
|---|---|---|---|---|
| ~~SMITH, GEORGE ELDON JR.~~ | | 6-24-54 | | 0332-485 |
| ~~PATTERSON, A R ETAL~~ | | 11/14/73 | QC | 698-840 |
| PATTERSON, GEORGE ~~SR. EST. ETAL~~ dt of dth Alexander 6/12/83 (OA) | 3/25/85 | 3/25/85 | dec | 8500-3125 |
| dt of dth George Sr. 10/18/84 (A) | " | " | | " |
| decree quieting title (A) | 10/28/85 | 11/8/85 | dec | 85013228 |
| ~~PATTERSON, ALEXANDER R.~~ (Quieting Title) Ann Escott & Mosler (A) | 10/28/85 | 11/8/85 | Dec. | 8501-3835 |
| ~~PATTERSON, GEORGE M Sr Est~~ Title Corr 5/20/91 EK Already corded | 3/25/85 | 3/25/85 | Dec of Dist | 85-3125 |
| (A) BETTY ~~[illegible]~~ PATTERSON TO RUTH | 3/22/91 | 4/26/91 | QC | 91-4848 |
| (A) BETTY EDGE TO RUTH PATTERSON | 3/22/91 | 4/26/91 | QC | 91-4849 |
| ~~PATTERSON, RUTH E~~ (A) | 5/13/91 | 5/13/91 | Spousal order | 91-5540 |
| ~~ALOISI, ALFRED~~ (OA) | 5/13/91 | 5/15/91 | GD | 91-5652 |
| ENERGEL, INC. OA | 5/29/91 | 6/4/91 | GD | 9100-6498 |
| | | | | |

SISKIYOU COUNTY ASSESSORS HISTORICAL PROPERTY RECORD

| LEGAL DESCRIPTION | LOT OR SEC | BLK. OR TWP. | RANGE | REMARKS |
|---|---|---|---|---|
| MIN LOT 45B | 4 | 39 | 11W | 5 |

ET AL INTEREST: ~~Escott, R M Etal~~
~~Mosler, George R (Trustee for A R Patterson)~~

FORMERLY (ALL) (POR): ________

DIVIDED INTO: ________

COMBINED WITH: ________ INTO ________