# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ALFRED ALOISI, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | * | No. 95-650L (Filed: February 14, 2008) |

**SCHEDULING ORDER**

A status conference by telephone is set for Wednesday, February 27, 2007, at 11:00 a.m. in the above captioned case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims