# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ALFRED ALOISI, et al.,

Plaintiffs,

v.

No. 95-650L

UNITED STATES OF AMERICA,

(Filed: February 14, 2008)

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

A status conference by telephone is set for Wednesday, February 27, 2008, at 11:00 a.m. in the above captioned case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims