**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO MODIFY THE SCHEDULE**
**FOR FILING RESPONSES TO DISPOSITIVE MOTIONS**

On January 10, 2008, the Court adopted a proposed scheduling order that the Plaintiffs submitted on January 4, 2008, setting February 29, 2008 as the due date for the parties to file responses to dispositive motions. When this due date was set, the parties contemplated filing dispositive motions on February 1, 2008, however, the parties filed their dispositive motions on February 6, 2008, after the government sought (Dkt. No. 116, filed Feb. 1, 2008) and the court granted (Dkt. No. 117, filed Feb. 5, 2008) an extension of time. No other dates were affected by the Court's February 5, 2008 order. Under Rule 7.2(c), responses to motions filed under RCFC 12(b) and 56 are to be filed within 28 days after service of the motion. In this case, under Rule 7.2(c) the due date would be March 5, 2008 for the parties' responses to dispositive motions, which is 28 days from February 6, 2008. Counsel for the parties, therefore, jointly request that the Court modify the current schedule to extend the due date to March 5, 2008 for responses to dispositive motions. A proposed order is being submitted as an attachment to this motion. This motion does not affect any other due date on the schedule adopted on January 10, 2008.

Although this Joint Motion to Modify the Schedule is being filed by counsel for

Defendant, it is being filed on behalf of all parties and Plaintiffs' counsel has reviewed and approved this motion for filing.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
*Attorney for Defendant*

Dated: February 26, 2008