**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (Filed: February __, 2008) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER (Proposed)**

The parties' Joint Motion to Modify the Schedule for Filing Responses to Dispositive Motions filed February 26, 2008 to set March 5, 2008 as the due date for the parties to file responses to dispositive motions is **GRANTED**.

______________________________
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims