# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALFRED ALOISI, et al.,
Plaintiffs,
v.
UNITED STATES OF AMERICA,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 95-650L

(Filed: February 27, 2008)

## ORDER

The parties' motion, filed February 26, 2008, for an enlargement of time, to and including March 5, 2008, for the parties to file responses to dispositive motions is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims