# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALFRED ALOISI, et al., *
Plaintiffs, *
v. * No. 95-650L
UNITED STATES OF AMERICA, * (Filed: February 28, 2008)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference by telephone was held in the above-captioned case on February 27, 2008.

**It is hereby ORDERED:**

Any supplements to the parties cross-motions for summary judgment and replies shall be filed within 20 days after the last deposition set in April 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims