A.163

# MEMORANDUM OF AGREEMENT

Jefferson State Exploration and Development Co.
P.O. Box 1214
Ashland, Oregon 97520

Sirs:

RE: Mineral claims held by Mara Ventures, Inc.
in Eddy Gulch, Siskiyou County, California

This to confirm our understanding and agreement that Jefferson State Exploration and Development Co. will acquire all the interests of Mara Ventures, Inc. in the following Lease/Option agreements:

1. Agreement dated 1 June 1984 with George M. Patterson, Executor of the A. R. Patterson Estate covering Mineral Lot 45A and Mineral Lot 45B. (Recorded in Volume 8 of Patent, page 219)

2. Agreement dated 12 July 1984 with Ruth Markon covering the Anna Johnson, Surprise No. 2, S95, S96, AJ104 and AJ105 located mineral claims.

The purchase price for the above mineral interests is:

$50,000.00 U.S. in cash and a 1 percent gross royalty on any sales of minerals from all hard rock claims held now or in the future by Jefferson State or any other affiliated or subsidiary companies in Eddy Gulch. This royalty to be paid quarterly from any production from the area. Mara Ventures, Inc. will be provided access to any production records, and the royalty may be paid in cash or kind at Mara Ventures, Inc.'s option.

The initial cash payment must be paid by April 30, 1988 or this agreement will terminate. In the event a more formal agreement is required it will contain the above terms and conditions and such others as our respective solicitors deem necessary for an agreement of this kind.

Mara Ventures, Inc

[signature]

Robert B. Pincombe, President

Agreed to and accepted this 18th day of March, 1988.

Jefferson State Exploration and Development Co.

[signature]

Fred Aloisi, Secretary

STATE OF ....Oregon..........)
COUNTY OF...Jackson..........) ss.:

On this ..18th..day of ......March....... 19 ..88., before me personally came ......Robert B. Pincombe and Fred Aloisi.............................................

to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged that he executed the same.

Susan C Deismuke
Notary Public
My Commission Expires: 9/6/90

STATE OF ....Oregon..........)
COUNTY OF...Jackson..........) ss.:

On this ..18th.day of ....March.......... 19 .88.., before me personally came ..............Robert B. Pincombe and Fred Aloisi.......................................

to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged that he executed the same.

Susan C Deismuke
Notary Public
My Commission Expires: 9/6/90