A·168 (1)

# PROFESSIONAL REGISTER SYSTEM

Liberty

PAYMENT RECORD

DATES: FROM April 1989 TO Aug 1989

NUMBERS: FROM 1001 TO 1299

PE-23-294

A-168(6)

REMINDER: RECORD AUTOMATIC PAYMENTS OR DEPOSITS ON DATE OF TRANSACTION THAT AFFECT YOUR ACCOUNT.

| NUMBER | DATE | DESCRIPTION OF PAYMENTS – DEBITS – FEES OR DEPOSITS – CREDITS | AMOUNT OF PAYMENT-DEBIT OR FEE (–) | T ✓ | DATE OF DEP. | DESCRIPTION OF DEPOSIT | AMOUNT OF DEPOSIT OR CREDIT (✓) | BALANCE FORWARD |
|---|---|---|---|---|---|---|---|---|
| | | BALANCES BROUGHT FORWARD | | | | | | |
| 1097 | 5/16 | To Precision Weld inc For | 141 – | | | | | Pay't or Dep. 141 00 |
| 1096 | 5/17 | To Crater Auto Supply For Paint + | 22 75 | | | | | Pay't or Dep. 22 75 |
| 1098 | 5/17 | To Southern Oregon R.V. For Trailer Brake | 92 24 | | | | | Pay't or Dep. 92 24 |
| 1099 | 5/17 | To Cash For petty cash | 100 – | | | | | Pay't or Dep. 100 – |
| 1100 | 5/17 | To Peter Smith For Reimburse for shop rent | 200 – | | | | | Pay't or Dep. 200 – |
| 1101 | 5/17 | To Bill Barton For Misc. Stash | 400 – | | | | | Pay't or Dep. 400 – |
| 1102 | 5/17 | To Marty Brown For Work on Brown Bear | 225 – | | | | | Pay't or Dep. 225 – |
| 1103 | 5/ | To Crater Auto Supply For Parts | 182 58 | | | | | Pay't or Dep. 182 58 |
| 1104 | 5/22 | To Daniel C. McLean, P.E. For Retainer | 1000 – | | | | | Pay't or Dep. 1000 – |
| 1105 | 5/22 | To Ruth Patterson For Mineral Lots 45A + 45B | 500 – | | | | | Pay't or Dep. 500 – |
| 1106 | 5/22 | To James Kendle For Draw | 500 – | | | | | Pay't or Dep. 500 – |
| 1107 | 5/22 | To Radio Shack For Batteries for CB's | 9 18 | | | | | Pay't or Dep. 9 18 |
| 1108 | 5/22 | To William Barton For Food + Supplies - To Sawyers | 200 – | | | | | Pay't or Dep. 200 – |
| 1109 | 5/25 | To Madlyn Pietila For Recover Seat, Etc | | | | | | Pay't or Dep. 170 – Bal. 2182 71 |
| 1110 | 5/25 | To Peter Smith For P/R | 351 97 | | | | | Pay't or Dep. 351 97 |
| | 5/25 | To Deposit For | | | | Tombstone - 7500 Steve Wilson 6000 | 13500 – | Pay't or Dep. 13500 – Bal. 8113 26 |
| 1111 | 5/25 | To William Barton For P/R | 688 59 | | | | | Pay't or Dep. 688 59 |
| 1112 | 5/25 | To Simon Kindle For P/R | 500 82 | | | | | Pay't or Dep. 500 82 |
| 1113 | 5/25 | To Fred Aloisi For P/R | 1000 82 | | | | | Pay't or Dep. 1000 82 |
| 1114 | 5/25 | To Blake Short For P/R | 1296 46 | | | | | Pay't or Dep. 1296 46 |
| | | AMOUNTS FORWARDED | | | | | | 4626 57 |

PE-23-295

A 168 (17)

REMINDER: RECORD AUTOMATIC PAYMENTS OR DEPOSITS ON DATE OF TRANSACTION THAT AFFECT YOUR ACCOUNT.

| NUMBER | DATE | DESCRIPTION OF PAYMENTS – DEBITS – FEES OR DEPOSITS – CREDITS | AMOUNT OF PAYMENT-DEBIT OR FEE (–) | T ✓ | DATE OF DEP. | DESCRIPTION OF DEPOSIT | AMOUNT OF DEPOSIT OR CREDIT (✓) | | BALANCE FORWARD |
|---|---|---|---|---|---|---|---|---|---|
| | | BALANCES BROUGHT FORWARD | | | | | | | 3709.73 |
| 1019 | 4/14 | To Honda of Medford<br>For Deposit for generators | 100.— | ✓ | 834 | | | Pay't or Dep.<br>Bal. | 100.—<br>3609.73 |
| 1020 | 4/14 | To Northwest Link 4X4<br>For Bed caps (LINK) | 91.— | ✓ | 834 | | | Pay't or Dep.<br>Bal. | 91.—<br>3518.73 |
| 1021 | 4/15 | To Ruth Patterson<br>For Mineral Lots 45A + 45B | 500.— | ✓ | 820 | BUYING | | Pay't or Dep.<br>Bal. | 500.—<br>3018.73 |
| 1022 | 4/15 | To Dick's Towing -<br>For Tow Intl from Exit 119 | 295.— | ✓ | 714 | | | Pay't or Dep.<br>Bal. | 295.—<br>2723.73 |
| 1023 | 4/15 | To U.S. Air -<br>For Tickets to Tuscon | 456 | ✓ | 836 | | | Pay't or Dep.<br>Bal. | 456.—<br>2267.73 |
| 1024 | 4/15 | To Blackbird<br>For Parts | 50.— | ✓ | 834 | | | Pay't or Dep.<br>Bal. | 50.—<br>2217.73 |
| 1025 | 4/15 | To Charles Spencer<br>For Big Cliff - Finder's fee | 210.– | ✓ | 714 | | | Pay't or Dep.<br>Bal. | 210.—<br>2007.73 |
| 1026 | 4/17 | To Work on Brown Bear<br>For Paul Contoni | 375.— | | 714 | o/s | | Pay't or Dep.<br>Bal. | 375.—<br>1632.73 |
| 1027 | 4/17 | To<br>For Work on Brown Bear | ~~225~~ | | VOID | | | Pay't or Dep.<br>Bal. | 225.—<br>1407.73 |
| 1028 | 4/17 | To Fred Aloisi - week of 4-17-89<br>For Trip to Sawyers + Sacto | 257.— | ✓ | 836 | | | Pay't or Dep.<br>Bal. | 257.—<br>1150.73 |
| 1029 | 4/17 | To Contractors Quarry Supply<br>For Underground Lights | 250.75 | ✓ | 714 | | | Pay't or Dep.<br>Bal. | 250.75<br>899.98 |
| 1030 | 4/18 | To Lazy Acres Motel<br>For Rent - Week of 4-17-89 | 191.— | ✓ | 836 | | | Pay't or Dep.<br>Bal. | 191.—<br>708.98 |
| 1031 | 4/18 | To Federal Express<br>For Bob Elsman | 12.– | ✓ | 827 | | | Pay't or Dep.<br>Bal. | 12.—<br>696.98 |
| 1032 | 4/19 | To Bill's Glass Service<br>For Rear window - Nissan | 69.95 | ✓ | 813 | | | Pay't or Dep.<br>Bal. | 69.95<br>627.03 |
| 1033 | 4/20 | To Bill Barton<br>For Food for week of 4-17-89 | 100.— | ✓ | 836 | | | Pay't or Dep.<br>Bal. | 100.—<br>527.03 |
| 1034 | 4/20 | To Pete Smith<br>For Pickup Gas, Exp Reimbursement | 50.— | ✓ | 834 | | | Pay't or Dep.<br>Bal. | 50.—<br>477.03 |
| 1035 | 4/20 | To Blake Short<br>For Planks, wood for drill pad | 50.– | ✓ | 834 | | | Pay't or Dep.<br>Bal. | 50.—<br>427.03 |
| 1036 | 4/20 | To Elmer's -<br>For Crew Breakfast | 28 Void | | X | | | Pay't or Dep.<br>Bal. | 28.—<br>398.03 |
| 1037 | 4/20 | To Elmer's -<br>For Crew Breakfast | 35 | ✓ | 819 | | | Pay't or Dep.<br>Bal. | 35.—<br>364.03 |
| | | To Void Check # 1036<br>For | | | X | | 28.— | Pay't or Dep.<br>Bal. | 28.00<br>392.03 |
| | | AMOUNTS FORWARDED | | | | | | | |