# EXHIBIT 6

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RECEIVED
JAN 3 2006
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

'06 JAN -5 P2:42
DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

**QUARTERLY JOINT STATUS REPORT**

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge (ALJ) of the Department of the Interior remains pending, awaiting completion of plaintiffs' sampling and testing operations.

(2) In October, plaintiffs conducted some of the drilling operations in their approved plan for the sampling of the mining claims. That work was not completed, due to equipment damage caused by the loss of water circulation in the drill stem when it penetrated historic underground workings at the first drill location. The drilling operations could not be resumed before the onset of the wet season. Plaintiffs are assessing whether the balance of the approved drilling work will be completed when seasonal conditions allow, or whether they will forego it.

(3) Plaintiffs were unable to recondition the milling equipment on site, in advance of the onset of the wet season, to conduct the milling of the bulk samples from the claims. They

will conduct this work as soon as the equipment has been properly reconditioned, and weather conditions are reliable. While the milling of the bulk samples is not subject to the seasonal restrictions the Forest Service imposed on the balance of the sampling operations (those conducted on the mining claims), plaintiffs want a reliable window of acceptable weather in which to conduct the bulk sample milling. Interruption of the operations by storms and winter conditions could affect access to the site and the integrity of the milling, as well as resulting in additional labor and operations costs. Plaintiffs intend to conduct this third segment of the field sampling and testing work related to the contest proceeding as soon as reliable weather returns in the Spring, and expect to have the equipment ready to operate then.

Dated: January 3, 2006

Respectfully submitted,

Lawrence G. McBride
by Susan V. Cook

Lawrence G. McBride, Esq.
FOLEY & LARDNER LLP
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 295-4017 (ph)
(202) 672-5399 (fax)
Attorney for Plaintiffs

Susan V. Cook

Susan V. Cook, Esq.
Natural Resources Section
Environment & Natural Resources Division
U. S. Department of Justice
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0470 (ph)
(202) 305-0506 (fax)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I here certify that a copy of the foregoing:

**QUARTERLY JOINT STATUS REPORT**

has been served upon counsel by United States first-class mail, postage prepaid, properly addressed, this 3rd day of January, 2006, to:

Lawrence G. McBride
Foley & Lardner
3000 K St., N.W., Ste. 500
Washington, D.C. 20007

Felecia Lesesne
FELECIA A. LESESNE

190592.1

Shapiro, William

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

'06 APR -4 PM2:46
DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

## QUARTERLY JOINT STATUS REPORT

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge (ALJ) of the Department of the Interior remains pending, awaiting completion of plaintiffs' sampling and testing operations.

(2) In October, plaintiffs conducted some of the drilling operations in their approved plan for the sampling of the mining claims. That work was not completed, and plaintiffs are still assessing whether the balance of the approved drilling work will be completed when seasonal conditions allow, or whether they will forego it.

(3) Plaintiffs were unable, before winter conditions at the site prevented it, to put their milling equipment in working condition to mill the bulk samples. They have continued over the winter to set up, refurbish and recondition an appropriate milling circuit, with the expectation that they will be able to conduct the test milling of their bulk samples from the



Plea.
90-1-23-3261

claims, when the weather becomes reliable again after April 15. This winter season has not provided decent windows of reliable weather that would assure continuous access to the site, and continuous periods to complete testing of the milling equipment, to schedule Forest Service attendance to witness the test milling, and provide for uninterrupted operations running the bulk samples.

(4) Plaintiffs expect in the coming quarter to conduct some test runs using mill feed comparable to but other than the bulk samples involved in this case, as soon as seasonal conditions allow. Then, when their equipment is operating, they will notify the Forest Service to agree on a schedule for the test milling of the bulk samples from the claims – the third segment of the field sampling and testing work related to the contest proceeding.

Dated: March 31, 2006

Respectfully submitted,

Lawrence G McBride

Lawrence G. McBride, Esq.
**FOLEY & LARDNER LLP**
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 295-4017 (ph)
(202) 672-5399 (fax)
**Attorney for plaintiffs**

Susan V Cook by LGMcBride by permission

Susan V. Cook, Esq.
General Litigation Section
Environment & Natural Resources Division
**U. S. Department of Justice**
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0470 (ph)
(202) 305-0506 (fax)
**Attorney for defendant**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **QUARTERLY JOINT STATUS REPORT** was served on the following, by first class mail, on March 31, 2006:

Susan V. Cook, Esq.
U.S. Department of Justice
Environment & Natural Resources Div.
General Litigation Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044

Lawrence G. McBride

Trauben, Bruce

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
'06 JUL -7 P3:17

QUARTERLY JOINT STATUS REPORT

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge ("ALJ") of the Department of the Interior remains pending, awaiting completion of plaintiffs' sampling and testing operations. The case has been reassigned within the Department's Office of Hearings and Appeals, and the new ALJ has requested a status report later in July.

(2) Plaintiffs are still assessing whether to complete the balance of the approved drilling work that was part of their approved sampling plan of operations. This drilling was the second of the three phases of plaintiffs' sampling plan to develop evidence on the quality and quantity of the mineral resource on the claims contested by the Forest Service in the pending contest proceeding. Plaintiffs began this drilling work last October but did not complete it, due to equipment failure – loss of drill pressure and resulting damage to the bit and rotary equipment



23.12

Reea-6
90-1-23-32261

– in the first drill hole, caused when the drill encountered a void created by prior earlier underground mining of the vein structure targeted by the drilling program.

(3) Plaintiffs are completing the assembly and testing of the milling equipment moved to the site last fall. The last series of issues before they can mill the bulk samples previously taken relate to the generator on-site, and assuring the proper powering of the mill equipment.

(4) The Forest Service recently reiterated, by letter to plaintiffs, the agency's intention to observe the test milling of the bulk samples when it occurs. Plaintiffs are aware of their commitment to provide the Forest Service advance notice before they conduct this milling, and will so coordinate with the agency. Plaintiffs hope to provide that notice shortly, during July, and have been working on site to conduct this test milling during this summer season.

(5) This test milling of the bulk samples plaintiffs took, and the subsequent metallurgical analysis of the mill run products, is the third and final segment of the field sampling and testing work required for plaintiffs to prepare and present their case in the contest proceeding.

Dated: July 5, 2006

Respectfully submitted,

[signature]

Lawrence G. McBride, Esq.
**FOLEY & LARDNER LLP**
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 295-4017 (ph)
(202) 672-5399 (fax)
**Attorney for plaintiffs**

Bruce K. Trauben
by [illegible] with permission

Bruce K. Trauben, Esq.
General Litigation Section
Environment & Natural Resources Division
**U. S. Department of Justice**
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
**Attorney for defendant**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **QUARTERLY JOINT STATUS REPORT** was served on the following, by first class mail, on July 5, 2006:

Bruce K. Trauben, Esq.
U.S. Department of Justice
Environment & Natural Resources Div.
General Litigation Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044

L.G. McBride

Lawrence G. McBride

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| Defendant. | ) | |

**QUARTERLY JOINT STATUS REPORT**

Pursuant to the Court's Orders of October 6, 1999, and May 21, 2002, counsel jointly provide the following quarterly report on the status of the matter for which the captioned case is stayed:

(1) The contest proceeding before the Administrative Law Judge ("ALJ") of the Department of the Interior remains pending. As indicated in the parties' last Status Report, the contest proceeding was reassigned within the Department's Office of Hearings and Appeals, and the new ALJ requested status reports in July.

(2) The parties filed their status reports, and the ALJ scheduled an Initial Prehearing Conference for August 15, 2006. In that conference, the parties' discussed a potential hearing schedule and the scheduling of the preliminary matters necessary to prepare for hearing.

(3) On August 16, 2006, the ALJ issued his Prehearing Scheduling Order, setting the contest for hearing to begin June 5, 2007, in Medford, Oregon, and scheduling discovery and dispositive motion deadlines, and setting the prehearing conference between August 16, 2006 and the hearing date.

(4) Contestees have arranged to ship a number of the bulk samples to a facility in Arizona for test milling. Contestees' removal of these bulk samples from the locations where they were placed after they were taken from the claims, and loading them for transport to the facility in Arizona, is to occur the week of September 25. Contestees duly notified the Forest Service, and the Forest Service notified Contestees it expected to have its representative(s) on site to witness the loading and transport. Contestees have also been duly notified of the test milling arrangements, so that they may notify Contestees if they plan to attend any or all of the test milling of the portion of the bulk sample material shipped to the Arizona facility.

Although filed by counsel for the United States, this Status Report was prepared, and is being filed, jointly by the parties.

Dated: September 29, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ Bruce K. Trauben

Bruce K. Trauben, Esq.
Natural Resources Section
Environment & Natural Resources Division
U. S. Department of Justice
P. O. Box 663, Benjamin Franklin Station
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0267 (fax)
**Attorney for Defendant, the United States**