# ATTACHMENT 1

Project Report
Metallurgical Due Diligence
Klamath Apex, ect.
Liberty Mines Group
Eddy Gulch Area
Siskiyou Co., CA

Dr. David L. Giles
September 25, 1998

With: Report Attachment from Knelson Concentrators
September 22, 1998

Copy #2 →
Tom F.

CONFIDENTIAL

PROJECT REPORT

* METALLURGICAL DUE DILIGENCE *

Klamath Apex, etc.

Liberty Mines Group

Eddy Gulch Area

Siskiyou Co., CA

CONFIDENTIAL

Dr. David L. Giles
Consultant & Project Coordinator

CONFIDENTIAL

## PREFACE

There is a mountain of information and data on the lode gold mines of Eddy Gulch dating back well over a century. The grade of the lodes, many of which are controlled by Liberty Mining, Inc., is spotty but overall very attractive. Recent assays by reputable labs have confirmed this on both the surface and underground (eg. Anna Johnson).

Liberty Mining wishes to surface mine and mill lode and dump material, and to recover gold by enhanced gravity/water processes. To date, however, there has been no systematic and comprehensive hydrometallurgical study to assess the effectiveness or efficiency of this extractive process. Good grade of gold in ore is one thing - getting it out economically is another, particularly when chemical reagents are taboo.

To that end, and with Liberty's approval, I assembled and coordinated a team of highly reputable metallurgical consultants to tackle the question. They were: Dawson Metallurgical Laboratories - assay, crushing and gravity table test work; Knelson Concentrators - centrifugal concentration tests; Douglas Halbe - metallurgist and translator to me of the technical gobbledegook. This report contains their results.

Two bulk samples of the Klamath Apex lode stockpile were taken through to the end process of centrifugal concentration by Knelson. The samples were acquired separately by Fred Aleisi and myself. Klamath Apex is readily accessible and is the lode material from which Liberty plans initial production. These bulk samples were thus the logical candidates for thorough testing. That these two separate samples are representative is indicated by the nearly identical head assays and process responses.

The gravity recovery test results on Klamath Apex stockpile ore are not encouraging. It must be stressed, however, that this it but one battery of tests on two samples from one stockpile, and in no way should reflect on other lode material on Liberty property. Or, for that matter, these Klamath results should be viewed as initial tests; further met testing and fine-tuning may turn out differently, and different outside labs may achieve different results on different samples.

I will offer this view: what has been shown in this study is simply that most gold is fine gold which cannot be economically recovered by gravity methods. The answer is to go after the coarse free gold, which is there in minor but significant amount and can be recovered. This will require high volume throughput of the Klamath ore, and expect perhaps 30-50% recovery at the very best.

Also, it should be kept in mind that the coarse gold is sporadic and pockety. The bulk samples tested are representative of themselves and probably the major part of the Klamath stockpile. But, compared to the tonnage available, these two samples are infinitesimal. The only true test of coarse gold recoverable is to mine and process the stockpile. Tom Ferraro, I'm sure, agrees with this notion. Good exploration and development of known (eg. Anna Johnson) and as yet undiscovered underground lobes seem to offer the brightest prospect for selective mining of high-grade free gold pockets.

Respectfully,

Dr. David L. Giles
September 25, 1998

KNELSON

**KNELSON CONCENTRATORS**
19855 - 98 Avenue, Langley BC CANADA V1M 2X5
Phone: 1 (604) 888-4015 Fax: 1 (604) 888-4013
Toll Free in North America: 1-888-456-3576
e-mail: knelson@knelson.com
web site: www.knelson.com

The content of this communication is confidential. If you are not the intended recipient, please notify us immediately. Be advised that the unauthorized use or disclosure of this communication or of its contents, [illegible] is unlawful

## FAX MESSAGE

**DATE:** Tuesday, September 22, 1998
**TO:**
**ATTN:** Mr. David Giles
**FROM:** Ishwinder Grewal
**RE:** Project Report

**REF NO.:** 126-0054
**FAX NO.:** 505-897-7915
**PAGES:** 4 page (inc. this page)

Dear Mr. Giles,

Find attached a copy of the report based on the recent test work we performed on the samples sent by Dawson Metallurgical Laboratories Inc. on your behalf. I will invoice this test work through Dawson as per your request

Please call me if you have any questions or would like to discuss any of the results.

Sincerely,
KNELSON CONCENTRATORS

**Ishwinder Grewal**
**Manager, R&D**
**Metallurgical Laboratory**

KNELSON CONCENTRATORS
19855 - 98 Avenue, Langley BC CANADA V1M 2X5
Phone: 1.604.888.4015 Fax: 1.604.888.4013
Toll Free in North America: 1-888-456-3576
e-mail: knelson@knelson.com
web site: www.knelson.com

# METALLURGICAL TEST REPORT

Project: David Giles

Project No.: KC98-137

Report #1

Report Prepared By: Ishwinder Grewal, M.A.Sc.
Manager, R&D / Lab

Date: September 22, 1998

| Knelson Concentrators | Project: David Giles |
|---|---|
| Metallurgical Test Report | KC98-137 |

**Sample Ident'n:** Lb 6/13, 263 Table Tails **Test No.** KC98-137A

i) Metallurgical Balance

| Product | Mass (g) | Mass (%) | Assay Au (g/t) | Units Au (g/t) | Dist'n (%) |
|---|---|---|---|---|---|
| Pan Conc. | 1.62 | 0.09 | 69.1 | 5.72 | 1.3 |
| Middlings | 44.24 | 2.42 | 4.98 | 11.98 | 2.7 |
| Tails | 1790.1 | 97.50 | 4.39 | 428.03 | 96.0 |
| Totals (Head) | 1836.0 | 100.00 | 4.46 | 445.734 | 100.0 |
| Assayed Head (g/t) | | | | | |
| Knelson Conc. | 45.9 | 2.5 | 7.09 | | 4.0 |

Notes:
- GS Cone
  Fluidization Flow Rate
  = 1.4 lpm
  Initial / Final Pressures
  = 1.2 / 2.0 psi

**Sample Ident'n:** 5/26/98 NL A-1 Klamath Apex **Test No.** KC98-137B

i) Metallurgical Balance

| Product | Mass (g) | Mass (%) | Assay Au (g/t) | Units Au (g/t) | Dist'n (%) |
|---|---|---|---|---|---|
| Pan Conc. | 1.14 | 0.07 | 136.0 | 9.62 | 2.0 |
| Middlings | 43.71 | 2.76 | 5.61 | 15.61 | 3.2 |
| Tails | 1536.1 | 97.16 | 4.60 | 466.38 | 94.8 |
| Totals (Head) | 1581.0 | 100.00 | 4.92 | 491.708 | 100.0 |
| Assayed Head (g/t) | | | | | |
| Knelson Conc. | 44.9 | 2.8 | 8.93 | | 6.2 |

Notes:
- GS Cone
  Fluidization Flow Rate
  = 1.2 lpm
  Initial / Final Pressures
  = 1.2 / 2.1 psi

ii) Process Flowsheet



## BACKGROUND

Two samples for gravity amenability testing were sent to the Knelson Research and Testing Centre by Dawson Metallurgical Laboratories Inc. on behalf of Mr. David Giles. The samples were labelled as follows: 1) Lib 6/13: 2 & 3 table tails, 1836 g 2) 8/26/98 No. A-1 Klamath Apex Stockpile, 1581 g. These samples were pulverized to a nominal 150 mesh screen size.

The procedure used for each of the tests was as follows:

1. The test sample was processed through a 3" Laboratory Knelson concentrator in its entirety at a fluidization water pressure of 1 - 2 psi.
2. During each test, a representative tailings sample was collected, filtered and dried.
3. At the end of the Knelson concentration stage, the concentrate was washed from the inner cone of the KC and panned.
4. The concentrate and tailings samples were dried and sent to a local lab for assaying.

## RESULTS & DISCUSSION

The metallurgical balance for each test and a process flowchart for the test work is provided on the following page and summary of the results are provided below.

| Test No. | Sample ID | Calc. Head (g-Au/t)* | Rec. to Knel. Conc. (%) | Grade of Knel Conc. (g-Au/t) | Rec. to Final Conc. (%) | Grade of Final Conc. (g-Au/t) |
|---|---|---|---|---|---|---|
| KC98-137A | Lib 6/13: 2 & 3 Table Tails | 4.46 | 4.0 | 7.09 | 1.3 | 69.1 |
| KC98-137B | No. A-1 Klamath Apex Stockpile | 4.97 | 5.2 | 8.93 | 2.0 | 136.0 |

*grams per metric tonne

These samples responded very poorly to gravity concentration with only 4.0 and 5.2% recovery to the Knelson concentrate. Since these are tailings samples, it is highly likely that most of the gravity recoverable gold has been removed by previous processes such as tabling. Due to the low recoveries and the small sample size processed, the overall concentrate grades were also relatively low.

Since these samples were pulverized to a fine mesh size, it is highly unlikely that further grinding will provide additional liberation of the gold for recovery by gravity recovery methods. However, the relatively high grade of these samples indicate that it may be economical to recover this gold by other means such leaching or flotation.

## SUMMARY

Very low recoveries and concentrate grades were obtained for the samples tested and reported herein. Based on the limited information about these samples, no further Knelson gravity amenability testing is recommended on these samples.