# **ATTACHMENT 2**

Final Report
Gravity Concentration Tests
On
Eddy Gulch Sampling Program

Mountain States Research and Development International
November 30, 1998

MSRDI

# FINAL REPORT
# GRAVITY CONCENTRATION TESTS
# ON
# EDDY GULCH SAMPLING PROGRAM

1987 MOUNTAIN STATES R & D INTERNATIONAL, INC. 1997

*Celebrating Our 10th Anniversary*

P.O. Box 310, 13801 E. Benson Highway, Vail, Arizona 85641-0310, U.S.A.
Tel: (520) 762-5364 Fax: (520) 762-5895

# FINAL REPORT
# GRAVITY CONCENTRATION TESTS
# ON
# EDDY GULCH SAMPLING PROGRAM

*Submitted to:*

*USDA Forest Service*
*2357A Renaissance Drive*
*Las Vegas, Nevada 89119*

*Submitted by:*

*Mountain States R&D International, Inc.*
*Post Office Box 310*
*13801 East Benson Highway*
*Vail, Arizona 85641*

**Project No. 5828**

**Date: 11/30/98**

**Prepared by:**

**Dr. Roshan B. Bhappu**
**President**
**AZ R.E., License 4144**

# TABLE OF CONTENTS


| SECTION | | PAGE NO. |
|---|---|---|
| 1 | INTRODUCTION | 1 |
| 2 | SUMMARY AND CONCLUSIONS | 2 |
| | 2.1 Summary | 2 |
| | 2.2 Conclusions | 2 |
| 3 | SAMPLES FOR TESTING | 4 |
| | 3.1 Sample Preparation | 4 |
| | 3.2 Bulk Density Measurements | 7 |
| | 3.3 Head Assays | 7 |
| 4 | GRAVITY CONCENTRATION TESTS | 13 |
| | 4.1 Procedure | 13 |
| | 4.2 Results | 14 |
| 5 | METALLURGICAL CONSIDERATIONS | 18 |
| | 5.1 Cyanide Soluble Gold Assays | 19 |
| | 5.2 Amalgamation Tests | 19 |
| | 5.3 Sequential Analytical Testing | 22 |
| 6 | APPENDICES | |
| | 1 Gravity Concentration Test Data Sheets | |
| | 2 Results of Amalgamation Tests | |

## 1.0 INTRODUCTION

At the request of Mr. John Gutierrez, Mining Engineer, U.S. Forest Service, Las Vegas, Nevada, and authorization from USDA Forest Service, Pacific Southwest Region, San Francisco, California, Mountain States R&D International, Inc. (MSRDI) initiated a metallurgical testing program on samples collected by the Forest Service from their Eddy Gulch sampling program. The current metallurgical testing study consisted of running gravity concentration tests for recovery of gold from 24 vein samples and 24 mine dump samples using a Goldsaver in combination with a Knelson Bowl concentrator.

The primary object of the current metallurgical testing program was to determine the recovery of gold feasible from these vein and dump samples using simple gravity concentration techniques. The intent of this study was not to determine the optimum flowsheet for the recovery of contained gold values. It was MSRDI's understanding that the scope of this testing program was in line with claimant's contention that the plans to generate enough cash through this preliminary gravity concentration treatment for subsequent exploration and commercial operation using the optimum gold recovery flowsheet.

Since it was recognized from the beginning that these samples contained free gold mineralization in quartz as well as gold in carbonaceous schist and bound in the sulfides (mostly arsenopyrite), preliminary efforts were made to determine the gold characterization in these samples to indicate the complexity of the ultimate flowsheet for economic recovery of gold values.

It is hoped that the results of this initial metallurgical study will be helpful to the USDA in evaluation of the Eddy Gulch prospect as an economic project.

Though the use of the above treatment procedure of the 48 samples, three separate products were collected, weighed, dried and fire assayed for gold. These products are:

1. Goldsaver concentrate.
2. Knelson Bowl concentrate.
3. Knelson Bowl (final) tailings.

### 4.2 Results

The results of the above 48 gravity concentration tests are reported under Appendix 1 and summarized in Tables 3 (Vein) and 4 (Mine Dump).

A review of the above results showing gold recoveries by gravity concentration using the Goldsaver in combination with the Knelson Bowl clearly indicate that in generally the gold recoveries are mediocre for both the vein and dump samples. The gold recoveries for vein type material range from a low of 4.29 percent in 9.8 weight percent (for sample K-13) to a high of 34.59 percent in 22.08 percent (for KV-15B) with an average gold recovery of 15 percent in about 15 weight percent. The exception to the above recoveries are the results of Six O'Clock samples (1 to 5) which though showing ND (non-detectable) gold, indicated recoveries ranging from 43.01 percent to 97.12 percent with calculated heads of 0.003 and 0.184 oz/ton. Obviously, these results reflect presence of nugget (albite very small) effect, presence of which usually do not show up in head assays.

For the mine dump samples, the gold recoveries in the combined concentrates ranged from a low of 10.10 percent in 6.91 weight percent (for sample BS-5) to a high of 85.7 percent in 6.77 weight percent (Sample KD-3). In this case the average gold recovery amounted to about 28 percent.

The above results clearly indicate that the gravity concentration for recovery of gold from the vein as well as mine dump samples from the Eddy Gulch prospect will be comparatively low and may average about 15 percent for vein samples and about 28 percent for the mine dump materials.