# ATTACHMENT 3

David L. Sannes
Summary of Results

Report of Activities
For the Property of
New Cinch Uranium LTD (N.P.L.)
Siskiyou County, California
U.S.A.

January 21, 1977

REPORT OF ACTIVITIES

FOR THE PROPERTY OF

"NEW CINCH URANIUM LTD. (N.P.L.)"

SISKIYOU COUNTY, CALIFORNIA

U.S.A.

January 21, 1977

David L. Sannes

CONTENTS


| | Page |
|---|---|
| INTRODUCTION | 1 |
| SUMMARY OF RESULTS | 2 |
| GENERAL DISCUSSION | 4 |
| DRILLING | 4 |
| Area of hole #2-75 | 4 |
| Mountain Laurel Extension | 5 |
| GEOLOGY | 6 |
| Vein Quartz | 7 |
| Stratigraphy and Structure | 8 |
| Vegetation | 9 |
| GEOCHEMISTRY | 9 |
| UNDERGROUND INVESTIGATIONS | 11 |
| HEAP LEACHING TESTS | 12 |
| CONCLUSIONS | 13 |
| RECOMMENDATIONS | 14 |
| CERTIFICATE | Following p. 15 |

Maps, Tables, Figure, etc:

| | |
|---|---|
| TABLE 1 - Synopsis of 1975 & 1976 Drilling | Following p. 4 |
| Results of U.S.B.M. lab. test - Heap Leaching | Following p. 12 |
| FIGURE 1 - Vertical Section Through Holes #1-75 & #17-76 | Appended ✓ |
| TABLE 2 - Tentative Stratigraphic Section | " ✓ |
| GEOLOGY - (1 inch = 100 feet) | " ✓ |
| GEOCHEMISTRY OF SOILS (GOLD and ARSENIC) | " ✓ |
| PLAN OF #7 TUNNEL | " ✓ |
| PLAN OF #8 TUNNEL | " ✓ |
| PLAN OF M.J. TUNNEL | " ✓ |

INTRODUCTION

The New Cinch - Siskiyou gold property is located in northern California approximately sixty miles by road southwest of the town of Yreka. Co-ordinates of the property are $341^{o}$ 15' N., $123^{o}$ 07' W.

During the 1976 field season (Sept. 1 - Nov. 24) the following exploration work was conducted:

(a) Drilling - Eight holes totaling 2,066 feet were drilled. Depths ranged from 118 feet to 502 feet. 'B' wire-line equipment was employed. All core, including 2,765 feet drilled in 1975, is stored in the core shack on the property. There is storage room for an additional 2,000 feet.

(b) Geological Mapping - About one-sixth of the property at the extreme northeastern end was mapped at a scale of 1 inch = 40 feet.

(c) Geochemistry - 'B' horizon, soils were sampled at traverse stations in conjunction with the mapping. A total of 211 samples were taken and analysed for gold and arsenic (atomic absorption method).

(d) Old Workings - The M.J., #8 and #7 Tunnels were mapped at a scale of 1 inch = 10 feet. Thirty-four channel samples were taken. The May, C.O., Extension, #8A and other un-named workings are yet to be mapped. The Stephens Tunnel was opened but found to be caved at 100 feet.

(e) Reconnaissance - Some reconnaissance work was carried out and several grab and channel samples were taken. Areas investigated include: Anna Johnson, Surprise, "Lost Confidence", Uncle Sam, Klamoth, Extension, M.I., C.O., Ball Mill and several others.

INTRODUCTION - (Cont'd.)

(f) Waste Dumps - A 10-ton sample of material from waste dumps on the Klamoth portion was delivered to Crescent Valley, Nevada. Heap leaching tests were conducted with discouraging results.

SUMMARY OF RESULTS

(a) Drilling - Results of the 1976 drill program were discouraging but inconclusive. The narrow, high grade intersection recovered from hole #2-75 could not be duplicated in any of four holes drilled within a one hundred foot radius, or in a fifth hole which cut the horizon two hundred feet away. The best intersection assayed 0.412 oz. Au. over 1.3 feet.
Only one other target area was drilled. Three attempts were made to intersect the northerly projection of the Mountain Laurel ore shoot. Of these three, one cut the vein, but core was lost from the base of the vein where it is generally richest. The second hole intersected an old working near the target horizon and had to be abandoned. The third hole had to be abandoned before reaching the target horizon due to binding on the rods.

(b) Geology - All geological and surficial features within the mapped area were plotted at 1 inch = 40 feet. The data is recorded on 8 1/2" x 11" field sheets and has not been transposed to a final map, except in a general manner at 1" = 100'.

SUMMARY OF RESULTS - (Cont'd.)

Some structural trends can be determined from this year's work. However, a much larger area should be mapped for an accurate interpretation.

(c) Geochemistry - Sampling of soils revealed five areas anomalous in gold and arsenic. Correlation with known gold mineralization in two instances suggests that this is an effective exploration technique and that sampling of considerably more ground to the southwest is warranted. There is a significant amount of contamination from old workings, but this is generally within limited areas and should not interfere with a more extensive soils survey.

Old Workings - A total of thirty-four channel samples were taken from vein exposures in three places: the #7, #8 and M.J. Tunnels. All accessible areas of these three workings were mapped at 1 inch to 30 feet. The samples averaged 0.063 oz. Au. per ton with an average width of 3.3 feet. Most of these samples were from areas outside the old stopes, and most did not include the rich base of the vein, as it is usually inaccessible. The values, therefore, are probably deceptively low. If eight samples taken in 1975 from the #7, C.O. and #8A Tunnels are included in the calculation, the average value improves to 0.072 oz. over 3.5 feet.

(e) Reconnaissance - Grab and channel samples indicate wide-spread gold mineralization. The potential for economic grade is indicated, but no extraordinary values were returned. For

SUMMARY OF RESULTS - (Cont'd.)

ninety-six wide-spread grab, channel and dump samples, the average is 0.050 oz. Au. per ton with a range of trace to 0.240 oz. If included in the average are three grab samples of ore-type material from the Klamoth (0.820 oz.) the M.J. (0.821 oz.) and the Anna Johnson (0.569 oz.), the average for ninety-nine samples would be 0.071 oz. Au. per ton.

(f) Heap-Leaching Test - No formal reporting of results from the leach test of a ten ton dump sample has been received. However, oral reports indicate that the results are very disappointing and that high carbon content makes leaching of this material impractical.

GENERAL DISCUSSION

DRILLING

Only two of numerous drill targets were tested in 1976. Good values intersected in hole #2-75 were effectively discounted. Three attempts to intersect the northerly extension of the Mountain Laurel ore zone failed and its presence could neither be confirmed nor disproved.

Table 1 is a synopsis of all drilling to date.

Area of hole # 2-75:

The very promising intersection from hole #2-75 (0.375 oz. over 18.7 feet) could not be duplicated in any of five adjacent holes drilled in 1976. Vein quartz with visible gold was cut in three of the five holes. The best assay is 0.412 oz. for 1.3 feet at 135.5 to 136.8 in hole #13-76. Sludge values from below 135 feet in this hole are unusually high and may be due to contamination during assaying or to down-hole "salting" from the gold zone at 136 feet. Sludges probably do not reflect core values in this case.

UNDERGROUND INVESTIGATIONS - (Cont'd.)

The following table summarizes the vein sampling and includes samples taken in 1975 from the #7, #8A and C.O. Tunnels:

| Tunnel | No. of Samples | Av. Grade (oz. Au. per ton) | Av. Thickness of vein (ft.) | Length of Sampled Section (ft) |
|---|---|---|---|---|
| #7 | 18 | 0.082 | 4.3 | 350 |
| #8 | 7 | 0.076 | 3.6 | 200 |
| M.J. | 12 | 0.024 | 2.2 | 300 |
| #8A | 4 | 0.100 | 3.6 | 75 |
| C.O. | 1 | 0.058 | 1.0 | (100) |
| Average of | 42 Samples = | 0.072 | 3.5 | 205 |

HEAP LEACHING TESTS

Waste dumps from old workings throughout the property are estimated to contain 60,000 to 80,000 tons of material. Various samplings of the dumps have returned values ranging from 0.05 to 0.10 oz. Au /ton. The average for 17 samples taken in 1975 and 1976 is 0.041 oz. This would represent about $370,000 (or $5.33 per ton) of contained gold at the current market value of $130.00 per ounce.

0.005? (TF) ?

Heap leaching of low grade gold ores has been very successful at a number of mines, particularly at Carlin, Nevada. In December, 1975 a 140 pound sample of dump material from the Klamoth portion was sent to the U.S. Bureau of Mines in Salt Lake City, Utah for column leaching tests. The results were suprisingly good and the gold content unbelievably high (0.85 oz. /ton). A copy of the Bureau of Mines results and their description of the heap leaching process follows this page.