# ATTACHMENT 4

Summary of Conclusions, Spring – 1986 exploration data
Tom Ferrero, Geologist

Eddy Gulch Properties, Mega Gold Resources, LTD.
August, 1986

EDDY GULCH PROPERTIES, MEGA GOLD RESOURCES, LTD.

Summary of Conclusions, Spring - 1986 exploration data.

Tom Ferrero, Geologist

August, 1986

1) <u>Disseminated gold in wide carbonaceous zones</u>:
The assays of the drilled intervals between veins, and the surface samples on Incline Ridge do not support the theory of a possibly profitably surface mineable, disseminated gold deposit in the carbonaceous zones surrounding the Eddy Gulch veins. The data is not totally conclusive due to the limited area of sampling.

2) <u>Narrow vein deposits</u>:
The Spring - 1986 drilling located one excellent intersection in DH 86-3, from 50 to 55 feet, assaying 0.42 oz.Au/ton. Other good indications included the intersections in DH86-4, 170 to 172 feet (0.27 oz.Au/ton) and 187 to 188 feet (0.20 oz.Au/ton), and DH-6, 133 to 135 feet (0.35 oz.Au/ton). Surface samples STF-HR (0.139 oz.Au/ton, 48 inches wide) and G-1R (0.102 oz.Au/ton, 42 inches wide) were also good indicators. Considering the small amount of drilling, the coarse gold sampling problems, and the possible gold losses in wet reverse circulation drilling, the Spring - 1986 results provided positive indications of the possibility of locating economically mineable, underground, narrow vein gold deposits. Data so far is inadequate to project grade or tonnage.

3) <u>Surface mineable deposits along vein apexes</u>:
The intersections and surface sampling described above, along with Daggett's projected 100,000 tons at 0.5