# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 95-650 L |
| v. | ) | |
| | ) | Hon. Lawrence S. Margolis |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Declaration of Dan S. Blessing

1. I, Dan S. Blessing, am over 21 years of age and make this Declaration based upon my personal knowledge.

2. I am a Vegetation Program Manager with the U.S. Forest Service, stationed at the Klamath National Forest (KNF), in Yreka, California. I have been working in this capacity for two years. Previously, from 1999 to 2005, I held the position of Forester within KNF. I worked as a Forestry Technician in KNF full-time from 1988 to 1999, and part-time from 1977 to 1988. As part of my job duties, I have first-hand knowledge of timber sales in the Salmon River District, which includes Eddy Gulch, and of the databases and documents generated and maintained by the KNF regarding timber sales within the Forest.

3. During February 2008, I located among the KNF files documents relating to the Evening Star timber sale, including a few documents that relate to the mitigation of the impact of the Evening Star timber sale upon the northern spotted owl in Eddy Gulch, near Sawyers Bar, California, and I attach the pertinent documents as exhibits to this Declaration.

4. Attached hereto as Exhibit 1 is a true and correct copy of an Environmental Assessment

Report to File, Evening Star Timber Sale, dated September 14, 1992.

5. Attached hereto as Exhibit 2 is a true and correct copy of a Stand Record Card relating to the Evening Star timber harvest in September 1993, in Stand No. 132 (formerly designated as Evening Star unit No. 68).

6. Attached hereto as Exhibit 3 is a true and correct copy of an aerial photograph taken by satellite that I located among the KNF's computer files of aerial photographs of the Forest. This photograph was taken during 2005 in conjunction with the National Aerial Imagery Program. The approximate location of the northern spotted owl nest site KL1034 (center green mark) and boundary of the area within a 0.5 mile radius from the nest site (green circle) have been superimposed on the photograph based upon GIS data on owl nest sites, which the KNF maintains in its computer files. The northwest section of the aerial photograph can be correlated to the map section shown in Ex. 2 by the location of the road, which appears as a light tan line in the northwest section of the photograph and appears as a relatively heavy black line on the map (running just north of and approximately parallel to the 4000 foot contour line in the southeast corner of the map section).

7. Based upon both my personal knowledge of logging and timber stands within the KNF in general and within Eddy Gulch, in particular, and based upon my knowledge of Forest Service records, the "work process" code in the Stand Record Card (Ex. 2), "4151," reflects single tree selection cutting within Stand No. 132, which disturbs less surface vegetation than other methods of logging. While the Stand Record Card reflects that unit 132 is comprised of 80 acres, the 4151 work process code indicates that not all trees were

cut within those 80 acres. Method "420" means that the selectively-cut timber was removed by tractor.

8. Based upon both my personal knowledge of timber harvests within Eddy Gulch, my knowledge on the ground of the area depicted in the section of map shown on the Stand Record Card (Ex. 2) and the aerial photograph (Ex. 3), Stand No. 132 is located beyond the 0.5 mile radial distance of northern spotted owl nest site KL1034, with the southeastern-most corner of unit 132 lying tangent to the northwest perimeter of the 0.5 mile radius. As a mitigation measure, unit No. 132 replaced unit three (3) of the Evening Star sale, which was located within the 0.5 mile radius of owl nest site KL1034.

I certify, under penalty of perjury, that the above statement is true and correct. Executed on this 28th day of February, 2008.

Dan S Blessing

Dan S. Blessing
Yreka, California