**BLESSING DECLARATION**
**EXHIBIT 1**

UNITED STATES DEPARTMENT OF AGRICULTURE
Forest Service
Pacific-Southwest Region

**ENVIRONMENTAL ASSESSMENT REPORT TO FILE**

EVENING STAR TIMBER SALE

Salmon River Ranger District
Klamath National Forest
Siskiyou County, California

I. INTRODUCTION

On April 11, 1977, William H. Covey, Deputy Forest Supervisor, issued a Decision Notice and Finding of No Significant Impact (DN/FONSI) for the Evening Star Timber Sale Environmental Assessment (EA).
On April 9, 1981, J. D. MacWilliams revised the original decision to reflect the deletion of four units for protection of spotted owl habitat.

Since the preparation of the EA and Revisions, James R. Moseley, Assistant Secretary of Agriculture, signed the Record of Decision (ROD) selecting Alternative B of the Final Environmental Impact Statement on Management for the Northern Spotted Owl in the National Forests (FEIS). Page 8 of the ROD directs the Forest Service to conduct timber management activities, including sales under contract, consistent with the direction provided in chapter 2, page 30 of the FEIS. Chapter 2, page 30 of the FEIS directs the Forest Service to modify existing timber sale contracts in HCA's so that units within 0.5 miles of a owl pair activity center are deleted.

II. PROPOSED CHANGE

To be consistent with the ROD unit 3 was deleted. The deleted volume was replaced by designated volume located outside the 0.5 mile radius from the owl pair activity center, thus bringing the Evening Star Timber Sale in compliance with the ROD.

## III. EFFECTS OF IMPLEMENTATION AND FINDING OF NO SIGNIFICANT IMPACT

The proposed change has been analyzed with respect to the original issues identified in the EA. In assessing the impacts, I have determined that this is not a major federal action that would significantly affect the quality of the human environment. Furthermore, there is no change in the original premise of the proposed action or the environmental effects and consequences described in the EA. Therefore, an environmental impact statement will not be prepared.

This change does not significantly modify the probable environmental impacts discussed in the Evening Star Timber Sale Environmental Assessment, and is hereby made a part of said assessment.

Reviewed by: Kathleen Milne — 9/14/92
Kathy Milne - Forest Wildlife Biologist — Date

Reviewed by: Ken Slater — 14 Sept 92
Ken Slater - Forest TMO — Date