**BLESSING DECLARATION**
**EXHIBIT 2**

FOREST SERVICE U.S.D.A.

# STAND RECORD CARD

(SEE FSM-2496.3)
R-5 2400-205 (REV. 3/77)

all re entered in SRS @ 22 132 on 10/98

| COMPARTMENT NUMBER | | | STAND NUMBER | | |
|---|---|---|---|---|---|
| HUNDREDS | TENS | UNITS | HUNDREDS | TENS | UNITS |
| 7 4 2 1 | 7 4 2 1 0 | 7 4 2 1 0 | 7 4 2 1 | 7 4 2 1 0 | 7 4 2 1 0 |

Good 81

LOCATION: COMP. NAME Jessup S COMP. NO. 422

STAND NO. 132 Evening Stage 68 COOR. (E-W) (N-S)

T.39 N R.11(W) S.5 COUNTY NO. 093 MAP NO.

CHARACTERISTICS: ACRES 80 (GIS) ELEV. 4300

ASPECT E SLOPE % 40 STRATUM

SITE: INDEX (MEASURED/ESTIMATED), SPECIES

REFERENCE # 48101 DUNNING SITE CLASS

Left margin categories: BACKLOGS: REGULAR REFOR., MAINT. REFOR., THINNING, RELEASE; CUFT. SITE CLASS: 1 (225+), 2 (165-224), 3 (120-164), 4 (35-119), 5 (50-85), 6 (20-49), 7 (0-20); FOREST TYPE: PP, DF, TRUE FIR, HDW., OTHER; COMPONENT: STANDARD, SPECIAL, MARGINAL, UNSUITABLE, OTHER




## ACTIVITIES

| PRESCRIBED BY | PRESCRIBED MM-YY | DESCRIPTION WORK PROCESS | DESCRIPTION METHOD | FUND | PLANNED MM-YY | PLANNED ACRES | ACCOMPLISHED MM-YY | ACCOMPLISHED ACRES | INIT. |
|---|---|---|---|---|---|---|---|---|---|
| | • | 4151 | 420 | XX | 9-93 | 80 | 9-93 | 80 | • |

ACTIVITIES: CC; HARVESTS: SEED STEP, DR STEP, SEL., THIN, SANI, OTHER; MARK; PLANT; SITE PREP.; PRECOM THIN; RELEASE; SLASH DISP.; EXAM.; OTHER — ACCOMP. / PLANNED

## REGENERATION STOCKING SURVEYS

| SURVEY DATE | P | N | P | N | P | N | P | N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

RECORD SPECIES: PP, JP, SP, DF, WF, RF, OTHER

## PLANTING RECORD

| SEED LOT NUMBER | M TREES | NUR. | AGE CLASS | TYPE | TREES /ACRE | MM-YY |
|---|---|---|---|---|---|---|
| | | | | | | |

| PLANTING DECADE | | | | | PLANTING YEAR | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 4 | 2 | 1 | 0 | 7 | 4 | 2 | 1 | 0 |