# BLESSING DECLARATION
# EXHIBIT 3


KL1034