CALIFORNIA STATE MINING BUREAU.

EXECUTIVE AND TECHNICAL STAFF

LLOYD L. ROOT
*State Mineralogist*

WALTER W. BRADLEY
*Deputy State Mineralogist*

MINING DIVISION

C. A. LOGAN, District Mining Engineer - - - - - - - Sacramento
C. McK. LAIZURE, District Mining Engineer - - - - - - San Francisco
W. BURLING TUCKER, District Mining Engineer - - - - - Los Angeles
FRANK SANBORN, Mineral Technologist - - - - - - - San Francisco
W. F. DIETRICH, Ceramic Engineer - - - - - - - - San Francisco

DEPARTMENT OF PETROLEUM AND GAS

R. D. BUSH, State Oil and Gas Supervisor - - - - - - San Francisco

NOTE.—A detailed report of the activities of the Department of Petroleum and Gas is issued monthly by the State Mining Bureau, entitled 'Summary of Operations, California Oil Fields.'

CALIFORNIA STATE MINING BUREAU
FERRY BUILDING, SAN FRANCISCO

LLOYD L. ROOT State Mineralogist

Vol. 21 OCTOBER, 1925 No. 4

CHAPTER OF

cop 5

# REPORT XXI OF THE STATE MINERALOGIST

COVERING

# MINING IN CALIFORNIA

AND THE

# ACTIVITIES OF THE STATE MINING BUREAU

CALIFORNIA STATE PRINTING OFFICE
JOHN E. KING, State Printer
SACRAMENTO, 1925

*Kangaroo Mine.* A pocket mine, in Sec. 29, T. 40 N., R. 7 W., nine miles southeast of Callahan.

Bibl: Cal. State Min. Bur. R. XIV, p. 836.

*Katie May Mine.* In Greenhorn district, Sec. 24, T. 45 N., R. 8 W., and contains 20 acres. Was worked by an adit and 80-foot shaft, and ore was stoped four feet wide, 60 feet long and 50 feet high. It was sufficiently high grade to haul many miles to a custom mill.

Bibl: Cal. State Min. Bur. R. XIII, p. 409; XIV, p. 836.

*Keynote Group.* Owners, C. E. Weston, Yreka, Charles G. Peterson, 1825 Oak Street, San Francisco, and Charles Magill, c/o Land Department, Southern Pacific Co., San Francisco.

This comprises six unpatented claims in Sec. 30, T. 34 N., R. 6 W., Fools Paradise district, six miles north of Yreka near Shasta River. Gold bearing quartz was discovered by Horace Howe in 1922 and the claims were leased to W. E. Anderson. Soon afterwards 75 tons of ore was mined and hauled to Yreka where it was crushed in a custom mill and according to a report by Magill, yielded $22.50 a ton in free gold. This ore came from a length of 40 feet and depth of 40 feet on the vein. The vein has been developed for a length of 600 feet by a series of short adits and open cuts. The maximum depth prospected is 175 feet below the apex on the hillside. The workings so far have been in the surface oxidized zone, and show an igneous dike on one wall. No work is being done at present.

*King Solomon Mine.* Owner, Edgar H. Cottrell, Westerly, R. I. Mineral Survey 4532 in Secs. 13 and 14, T. 38 N., R. 12 W., at head of Mathews Creek, three miles due northwest of Cecilville at an elevation of 3500 feet. This property was a good producer previous to 1914 but has been idle lately. A shallow orebody was mined and milled in an eight-stamp mill.

Bibl: Cal. State Min. Bur. R. XIV, p. 836.

*Kinkaid Prospect.* Owner, John Kinkaid, Sawyers Bar. One unpatented quartz location on Jackass Gulch, five miles by trail from the mouth of the gulch and seven miles north of Sawyers Bar. This is equipped with a small Ellis Chili mill. Kinkaid also has two unpatented quartz locations four miles by steep trail from Sawyers Bar at the head of Jessops Gulch. So far only surface prospecting has been done on a disseminated deposit at the latter place and there is no equipment. In years past some gold pockets containing pieces worth as much as $50 each have been mined in a small serpentine area at the head of Jessops Gulch.

*Klamath Group.* Owner, A. J. Ball, Rollin P. O. Contains four quartz locations named Mabel, Protection, Arctic and Zero, being relocations of Ada, Flora Blanch, Ohio and Buckeye claims, respectively, of the old Klamath Mine, a former producer, situated on ridge at the head of Eddys Gulch, elevation 4240 to 4800 feet, and $1\frac{1}{2}$ miles southwest of Rollin P. O. by road.

The main vein on this group and that on the adjoining Central and Mountain Laurel mines on the north no doubt are on the same fissure, although between the Klamath and Central there has been a narrowing of the fissure where no ore has been found for some distance, as shown in the Central workings.



The black slaty schist or 'slate' as it is called locally, is the most important formation in the district, carrying practically all the payable veins. The Klamath vein strikes between north and northeast and dips from 5° to 45° southeast, at an angle to the schistosity of the enclosing schist. In both walls close to the vein, occur bunches and lenses of light colored porphyritic intrusive rock, usually entirely altered in place, and locally called 'cab.' The strongest veins in this district have pronounced post-mineral gouges, as noted in the Central, Ida May, and other workings. There are said to be two or three overlapping strata of quartz separated by horses, in some of the old Klamath workings. The width of vein and of ore varies from two feet to 24 feet, and in places selective mining has been done, leaving bodies of good looking but probably low-grade quartz.

The Ada and Flora Blanch claims were first operated in 1863–65 by the Union Mining Company which had an eight-stamp mill and is said to have produced $59,400. Between 1870 and 1881 the Klamath Mining Company mined and milled 33,680 tons, which yielded $418,549 and specimens worth $25,000. In 1883, $30,000 was produced. These figures were largely substantiated by C. W. Raymond who made numerous assays and measurements of old stopes in 1906.

Later records are less exact, as this mine and the Mountain Laurel were subsequently operated jointly by several companies, and ores from both were milled in the same 20-stamp mill at Rollin. The old mill handled only about 20 tons in 24 hours. The Gold Ball Consolidated Mining Company between 1887–95, the Yreka Mining and Milling Company about 1900–06, and the California Consolidated Mining Company up to 1910, all operated the two groups but worked principally in the Mountain Laurel. Yreka M. & M. Co. mined and milled 23,300 tons which yielded $184,000 from the two groups in five years up to 1906, according to Raymond.

There remains in the Klamath Mine according to A. J. Ball, considerable low grade ore. The stoped width of ore varied from two feet to six feet as a rule, and value per ton ranged from $5 to $12 but must have averaged nearer $12 a ton if production figures are correct. The average tailing loss was estimated at one dollar in free gold and eighty cents per ton on account of not saving concentrate. The mine was worked by a great number of adits, and stopes varied in length from 50 to 400 feet on the strike. In later years a tramway was built from the mine to the mill, but all equipment is at present in a state of decay.

*Lanky Bob Mine.* Owner, Denny Bar Company, Etna. On East Fork of Whites Gulch, five miles by road and trail from Sawyers Bar.

This was formerly a producer, but has been idle for several years. Its output was possibly $50,000. Under lease and option in 1925 to Thomas Salisbury. There is an old mill on the claims.

*Little Bonsa Mine.* Owner, C. W. Gordon, Yreka. Thirty acres in Sec. 9, T. 45 N., R. 7 W., four miles northwest of Yreka, at an elevation of 3600 feet. This is a pocket mine, with one vein striking east

and another northeast. Production to 1920 was about $8,000, which was taken out by the owner, working alone.

*Livingstone and Everton Pocket Mine.* Owner, T. E. Ahlstrom, Ashland, Oregon. In Happy Camp district.

*Lucky Strike Mine* (see *Osgood Mine*).

*Malloy Quartz Mine* (*Oregonian Group*). Owner, Dan Malloy, Sawyers Bar. Includes Snowbird, Gold Bug and other claims on the south side of Tanners Peak, at head of Rattlesnake Gulch at an elevation of 5000 feet and 3½ miles by road and trail from Sawyers Bar.

A vein six inches and upward in width occurs in granite, and has been prospected and mined in a small way, with considerable production of gold, for the past 40 years. Malloy works alone most of the time, and makes an occasional crushing of ore in the 3-stamp mill, which is operated by a gasoline engine. The mine is opened by adits.

Bibl: Cal. State Min. Bur. R. XII, p. 289; XIII, p. 419; XIV, p. 838.

*McClaughry Group.* In Sec. 8, T. 45 N., R. 8 W., in Humbug district.

Bibl: Cal. State Min. Bur. R. XIV, p. 837.

*McKeen Mine* (see *Oro Grande*).

*McKenzie Mine.* Owner, W. H. Herndon, Gottville. It is on Lum Grey Creek, 5½ miles by road and trail from Gottville. There is a 2-stamp mill on the property. It was active in the summer of 1925.

*Mosher & Lowell* are working a quartz claim on Horse Creek one-fourth mile from Barnum Bros. They have been developing the claim for two years and have a 10-stamp Straub mill.

*Wm. Might* has a group of claims on Indian Creek near Classic Hill Mine, where he has been prospecting for several years. He has no equipment except hand tools.

*Monarch Quartz Mine.* Owner, L. W. Godfrey, Sawyers Bar. This comprises four claims on Methodist Creek, seven miles above the mouth.

A quartz vein, stated to be up to 10 feet in width but of pockety character, has been developed by a series of short adit levels, raises and stopes, the longest adits being 200 and 300 feet in length. There is a 2-stamp mill on the property which is operated by water power and the total production of the property is said to have been about $12,000.

*Morrison and Carlock Mine* (formerly *Little Queen*). Owner, Reichman Mercantile Company, Fort Jones. It is in Quartz Valley district, four miles northwest of Greenview, at an elevation of 2800 feet, and contains 60 acres of patented land.

This was the best quartz producer of the district but has been idle since 1907. It is credited with a production of about $500,000. Previous to 1900 the ore was worked in an arrastra but later a 10-stamp mill was built and the mine was developed by a shaft to a vertical depth of 400 feet, with eight levels, the longest drift reported 1200 feet southwesterly. There was also an old adit 1500 feet long.

The mine was under lease and option in 1925 and was being unwatered in the autumn. L. C. Monahan, superintendent. The equipment



includes an old steam hoist, 10-stamp mill, electric power, dwellings and assay office.

Bibl: Cal. State Min. Bur. R. XIII, p. 413; XIV, p. 837.

*Mountain Laurel Quartz Mine* lies at the head of the left fork of Eddys Gulch, five miles by road south of Sawyers Bar at an elevation of 3600 to 4000 feet. It was one of the producing quartz mines of the district for many years, but has been idle since the last work was done by F. A. Gowing in 1922.

The vein, which strikes north to N. 40° E. and dips 5° to 60° SE., occurs in the black, slaty graphitic schists which carry most of the gold ores of this district. It has been prospected and exploited by a series of six adit levels. The principal production in later years was by the Yreka Mining and Milling Company up to 1906, and by the California Consolidated between 1906 and 1910.

The May adit at 3810 feet elevation was run 535 feet southeast, then drifted 130 feet southwest and 280 feet northeast, but was not productive of ore. The Mi adit, 60 feet above and 280 feet east of May adit, cut the ledge 200 feet from the portal and followed it 140 feet northeast and 250 feet southwest. Ore of good grade, from three feet to six feet wide, was stoped on the southwest nearly to the surface. Mj adit, elevation 3870 feet, is 520 feet southeast of the north end of Mountain Laurel claim and 400 feet east of the west side line. It cut the vein 270 feet from the portal, and a small chamber of high grade ore found near here is said to have yielded 60 tons of ore worth $7,000. In all about 2300 tons was stoped from this level. About 590 feet from the portal a winze was sunk 180 feet to Stevens tunnel level, and levels called 90, 100 and 150 levels were run northeast under the Wisconsin Claim. On the 100 level, 8800 tons of ore averaging 5¼ feet in width and $18.40 per ton is reported to have been mined. The ledge generally has a flat dip and the 100 level was only 42 feet vertically below the adit. The Stevens tunnel was a long lower level from which a great deal of work was done. Due to the long time since this mine was discovered, the various companies concerned, the loss of records, and the fact that the mine was worked at times in conjunction with the nearby Klamath, using the same mill, it is impossible to accurately determine its output, but it probably produced over $600,000 from ore averaging $8.50 or better a ton. The California Consolidated Mining Company is said to have produced $90,000 between 1906 and 1910.

The Mountain Laurel unpatented ground has been relocated, in part by A. J. Ball of Rollin, who holds four claims, formerly known as the Liberty, Wisconsin, Illinois and Golden Eagle, and in part by William Wike of Sawyers Bar. Only assessment work has been done the past few years. There is an old 20-stamp mill, fitted for operation by water power, on patented ground at Rollin.

*Mountain Lily Quartz Mine.* Owner, G. A. Conzetti, of Cecilville. Property comprises seven claims, a six-stamp mill and arrastra. The principal vein has been traced 6000 feet and prospected to a depth of 150 feet. Idle.

Bibl: Cal. State Min. Bur. R. XVII, p. 534.