*Uncle Sam Consolidated Quartz Mine.* Owner, Sheffield Estate, address Ed. Sheffield, Greenview. Sixty acres, patented, on divide between headwaters of Counts Gulch and Whites Gulch, elevation 5000 feet, and seven miles by road and trail from Sawyers Bar. This was one of the older quartz mines, located in 1873 and for many years a satisfactory producer, though idle in recent years.

The mine was opened by a series of crosscut adits from 120 feet to 550 feet long, with drifts on the vein for a maximum length of 420 feet. The vein strikes N. 20° E. and dips 45° to 60° SE., and is reported to have averaged $3\frac{1}{2}$ feet in width between 'porphyry' hanging wall and 'slate' footwall. Early reports state the ore yielded $18 to $20 a ton in free gold down to the 500-foot level (364 feet deep), where the percentage of sulphides was three per cent to five per cent. Ore was crushed in an 8-stamp mill, operated by water power only during a short season in spring, due to small supply of water at this elevation.

*Union Mine* (formerly *Central* or *Evening Star*). Owner, Rollin Mining Company. Address Ben Daggett, or Leslie Daggett, Black Bear. Comprises two quartz locations one mile south of Rollin and between Klamath and Mountain Laurel Mines, at an elevation of 3900 feet. Lease and option to purchase held by Albert Ford, 10 Clifton avenue, San Jose, and C. H. Walters, 465 Marshall street, San Jose.

This mine was a producer years ago, having a record of $79,000 production from 7000 tons of ore. The surface of claims is a steep slope facing north near the head of Eddys Gulch, and the claims are separated on the north from the Mountain Laurel and on the south from the Klamath Mine by gullies which probably mark the courses of faults. It seems nearly certain that all three mines are on segments of the same fissure, or closely parallel fissures.

The outcrop of the Central vein, striking nearly north, was worked for a length of 600 feet. Crosscut adits were run later, the principal one cutting the vein 160 feet from the portal on Union Claim. A drift south from here for 250 feet on vein is still accessible for 175 feet. It gave backs of 80 feet on the vein, which has been stoped out nearly to surface except for one block about 90 feet long. The vein here dips 18° to 24° E. and is two feet to six feet or more in width. The hanging wall is black slaty schist, containing considerable graphite, and frequently much twisted and broken. The footwall is a decomposed, light-colored dike rock, common in the mines of the district. On the south side above drift, the hanging wall portion of vein, which is two to three feet wide, and separated from footwall portion by gouge, has been stoped. There remains on footwall an equal or greater width of vein containing quartz and brecciated fragments of slate. The vein has also been underhand stoped for about 70 feet on strike and 40 feet on dip. In the north drift which is 70 feet long, the vein is broken and narrow at the face. The dip of vein on this side suddenly steepens and it was followed down 25 feet or more by a winze, now full of water but said to show 11 inches of good ore.

Southward beyond the stoped ground a drift said to be 1100 feet long was run in search of the northward extension of the Klamath ore shoot, but this was not found. This is in the Union Extension claim. Near the north end line of Union claim a winze 20 feet long shows a



vein $1\frac{1}{2}$ feet wide composed of quartz and 'slate' ribbon rock. Near this end also a crosscut was run 500 feet east but failed to develop ore.

It appears from observations of the steep topography, and the underground geologic conditions, that the developed portions of this and nearby veins in the same formation may be sections which have been bent over nearly flat and perhaps broken away from the remaining deeper sections of veins that were originally much steeper in dip. Movement of the mountain mass in a northwesterly direction due to gravity, would account for such a result, and the heavy gouges in the several mines would indicate that such movement is continuing.

At one time, 40 years ago, there was a 4-stamp mill on the property but there is no equipment now. The ore in sight is low grade.

*Vesa Creek Pocket Mine.* Owners, Harry, Joseph and E. Davidson. This is on Vesa Creek, a tributary of the Klamath, 12 miles from Yreka. The owners have produced several thousand dollars from it in recent years.

*Victoria Quartz Prospect.* Owner, L. H. Brown, Dunsmuir. This contains 40 acres in Sec. 6, T. 39 N., R. 3 W., $1\frac{1}{2}$ miles east of Mott. There are said to be thirteen veins on the claims, carrying gold, silver and copper. Several hundred feet of prospecting and development work has been done.

Bibl: Cal. State Min. Bur. R. XVII, p. 535.

*Victory Gold Mines Company.* A. M. Buley, president. Office 1104 Pacific Mutual Building, Los Angeles. John Nefroney, general manager. The company claims 11 unpatented quartz locations in sections 16, 17 and 20, T. 40 N., R. 10 W., and also owns the Advance Mine (which see, *ante*), adjacent to South Fork of Russian Creek three miles by road from Finley Camp and 22 miles from Etna Mills by road. The property extends from South Fork of Russian Creek, elevation 3400 feet to top of ridge between the two forks, nearly 2000 feet higher. Gazelle, the nearest railroad point, is 52 miles east.

Geological conditions are similar on these claims as far as opened, to those noted under Advance and Hardscrabble properties. Several belts of black schist, up to 50 feet wide, striking north to N. 20° E. and dipping steeply to the west, cross the property. Three of these noted by the writer carry quartz stringers and narrow veins running mostly parallel to the strike of the schist, and other such belts are reported on the property, but were not visited on account of lack of time. This series of schist belts has been opened at intervals on the Victory, Hardscrabble and Advance claims for nearly a mile along the strike, showing in place on all three properties with a practically identical strike and dip. The numerous dikes interbedded with the schist are prominent and are usually to be seen in the workings on the hanging wall side of those sections stated to carry the best ore. Some of these dikes carry noticeable amounts of pyrite. The black schist is probably derived from an older series of intrusive rock of basic character, with associated beds of limestone, and due to its structural weakness became the locus for shearing movements and for the deposition of quartz, calcite and gold of the ore after or contemporaneous with the injection of the later dikes, which are of several generations. This older schist series has been considered by

The property was worked for many years by Peterson, and previously by others. Peterson's figures show he mined a total of 120,250 cubic yards by hydraulicking and ground sluicing, recovering $47,300 or a reported average of 39.3 cents a cubic yard. He also produced $9,000 by drift mining, but there is no record of amount of previous output. Joubert has been operating the property two years and reports having handled 27,673 cubic yards during 175 days piping in the season of 1924–25. Reported cost was 12 cents a yard. Yield was good and operation profitable, although the average per yard was less than that reported by Peterson. Four to six men were employed.

Joubert estimates there are 550,000 cubic yards remaining that can be hydraulicked. The basin drained by Eddys Gulch contains only seven to eight square miles and is surrounded on three sides by high mountains. There is a good dam site available on this property, and the utilization of this would permit a longer season, as the water flow now ends suddenly with the disappearance of snow.

The placers of Eddys Gulch were fed from the erosion of the numerous auriferous quartz veins which lie in the basin, among which are the Klamath-Central-Ball vein system, the Ida May, Boss, and other veins. The gold in the placers is often coarse, rough and still attached to quartz. The wide U-shaped gulch and the angular character of the filling give the impression that it is an old glacial trough, although this is not known to have been definitely proved. The placer mines of Eddys Gulch have a reputed output of $3,000,000.

*Long Tom Placer Group.* Owner, Judin Johnson, Sawyers Bar. Contains 15 acres, patented, in NE¼ Sec. 35, T. 40 N., R. 11 W., and seven unpatented placer locations extending along Whites Gulch for 1½ miles, and 3 to 4 miles east of Sawyers Bar by road and trail. Under lease and option to Eric K. Craig, Piedmont, California.

Many auriferous quartz veins have been worked in the mountains surrounding Whites Gulch and the erosion of such veins has fed the placers in the gulch, which are otherwise similar to the deposits in Eddys Gulch. The character of the wash is loose and angular, it contains a great many rocks and it is reported to average 20 feet to 25 feet deep. The exact acreage is unknown as the bed of the creek has been worked and some of the higher ground has been drifted, but there are estimated to be 15 acres of hydraulic ground and tests by Craig indicated a value of 25 cents a cubic yard. There is not much dump, and large rocks must be stacked.

There are two miles of ditch, 1500 feet of 9″ and 11″ pipe and two giants. Johnson claims a supply of 800 inches of water from Whites Gulch, with a fall of 250 feet and a water season of about six months. The claims have recently been fitted up for hydraulicking, and there are two good houses and other buildings.

*Lowden Placer.* Owner, J. F. Lowden, Hamburg Bar. This is a hydraulic mine two miles west of Hamburg Bar on a high bench on the south side of Klamath River. The owner has worked for many years on a limited scale.

*Lowden Placer.* Owner, Ariel Lowden, Seiad P. O. Comprises 393 acres, patented, in Secs. 11, 12 and 14, T. 46 N., R. 12 W., in Seiad



Valley on both sides of Klamath River, 56 miles from Hornbrook by road.

This is one of the larger holdings along the river. It occupies an old back channel of Klamath River and the delta of Seiad Creek, entering from the north. It has been hydraulicked in years past and results were reported good, but it has lain idle for some time. One hydraulic pit on the north side of river shows quite a heavy red soil overburden and it is said bedrock was not reached on account of water and lack of dump. This property has been mentioned as a dredging possibility but no data are available as to the gold content.

*Lucky Bob Drift Mine.* Owner, Joseph Freshour, Gottville. One 20-acre placer claim on north side of Klamath River near Gottville. Has been worked irregularly as a drift mine for many years and has been a small producer.

It was being operated under lease by Joseph Freshour, Jr., and three partners in October, 1925. There is a shaft 60 feet deep with a steam hoist and pump operated by gasoline engine. Pay gravel is breasted about six feet high and good ground runs $5 a cubic yard with best on bedrock, but ground is spotty at most of the mines of this class along this part of the river. Work is going on in a drift 125 feet long, south of shaft.

*Mann and Ross Drift Mine (Reynolds Creek Mine).* Owners, Ed. Mann and Nelson Ross, Orleans P. O. In Sec. 21, T. 12 N., R. 6 E., H. M., on Klamath River 13 miles north of Orleans. It contains five placer claims of which two were bought from Wm. Lord in 1914 and three located by the owners.

This deposit is a type of which there are many examples between Orleans and Happy Camp. The ground drifted is the first bench, about 20 feet above the Klamath. The bedrock is slate close to the river, but serpentine farther back. The gravel is loose, heavy wash of slate, granodiorite and amphibolite. There is a heavy overburden of slide material. The owners attempted at first to work by hydraulicking, but the canyon sides are steep and serpentine naturally prone to slide, so that the overlying country rock slid into the workings to such an extent that they could make no headway. A little hydraulicking, for one or two months in winter, has been done and drifting paid fairly well. Some platinum has been produced. Water is obtained from Reynolds Creek through a short pipe line.

*Maplesden Mine.* On north side of Klamath River, three miles west of Hamburg Bar. Most of it has been worked out and it is idle.

*Mary Alma Claim.* Owner, Carl T. Frey, Seiad. One hydraulic claim in Sec. 10, T. 46 N., R. 12 W., near Seiad, on Klamath River.

This is a low bar which was worked to water level by Chinese in early days.

*Masonic Bar Claims.* Owner, Walter M. Creed, Seiad P. O. Contain 28 acres patented and 80 acres unpatented in Sec. 4, T. 46 N., R. 12 W., 2½ miles west of Seiad on south side of Klamath River. The patented land is valuable for farming and has not been prospected for mining recently, but is too low for hydraulicking. It was partly worked in early days.