Copy

Sawyers Bar, Calif
April 23, 1957

To whom it may concern:

This is a brief report of the Serpa, and Usker Quartz Mines, located in the head of Eddie's Gulch about 4½ miles from Sawyers Bar, P.O..

Each group of mines contain 3 claims. However, in the case of the Usker mine two claims overlap almost half a claim width for the entire length of the claims.

It is my belief that the Serpa mine consists of 3 full claims.

Before going further I want to make it plain that the writer is not a Mining Engineer, but a person who has spent 20 years mining and milling in this immediate vicinity thereby having had considerable experience with the ores of the different mines of this locale.

Something to bear in mind is that none of these mines have been in production since the war. This is partly due to the fact that the Mill owned by the company which leased the mill to the writer, sold all of their equipment leaving us without any means of milling our ores. There is no other mill in serviceable condition, nor hasn't been since.

The above mentioned quartz

mill was made up of the following: 150 ton Marcey Ball-mill, 1 Dorr rake type classifier, 2 Gibson impact amalgamators of 25 tons each, 1 home made conditioner, 1 bank of six flotation cells with reagent feeders and bins to hold concentrates as recovered. Jaw-crusher 20X20.

Power was furnished by Diesel-Electric plant except, in Winter when water was plentiful when the Hydro-Electric plant was cut in and quite a bit of milling was done by water-Power each Winter.

We found that with careful operation we could make 90 plus, recovery almost without fail and we made many recoveries above 94%. Ore in this locale run 80% free and 20% base on an average.

We now have on the ground, one 2, and one 5 stamp mills which could be used in re-reduction to speed up recovery of Ball-Mill by enlarging the out-put.

I hope the above will help anyone who is interested in these mines to get a fairly clear picture their past and present Potentials and actual operations.

Next I will set forth a brief description of each mine as I know them from having worked in them and milled the ore that came out of them.

Sincerely Yours
John W. Usher
Rtd. Quartz Mill Oper.