


Document EG_0107_04

PE-31-385