A-148 (continued.)

*"Outdoor writing products for outdoor writing people."*

RECYCLABLE

"Rite in the Rain" - A unique All-Weather Writing paper created to shed water and enhance the written image. It is widely used throughout the world for recording critical field data in all kinds of weather.

Available in a variety of standard and custom printed case bound field books, loose leaf, spiral and stapled notebooks, multi-copy sets and copier paper.

For best results, use a pencil or an all-weather pen.

*a product of*

**J. L. DARLING CORPORATION**
Tacoma, WA 98424-1017 USA
(253) 922-5000 • FAX (253) 922-5300
**www.RiteintheRain.com**

6 32281 35111 5

"Rite in the Rain"®

**ALL-WEATHER WRITING PAPER**

# FIELD

All-Weather Notebook
No. 351

Field Notes + Record

10/03/03 to 11/16/03

4 5/8" x 7" - 48 Numbered Pages

T.P.F.

Book # 140

PE-32-386

17




Eddy Gulch Sunrise
10/15/03

16

Eddy Gulch - Klamath  10/19/03
Control Survey

Start - LS Bluff N9601.11/E7849.58
Shot to MM 78 = N57°25'44"E
Set compass to that -
reset decl. to 16.8°
Use Black white stripe + Pink Flags
No's 901, 902, .... 9XX

| | | HD | VD | | el |
|---|---|---|---|---|---|
| 904B | 68'/+18° | 64.7 | +21.0 | 310° | 149.7 |
| 904 | | | | | 128.7 |
| 906 LO | 71.2/-7° | 70.7 | -8.7 | 175° | 143.5 |
| 905 RK | 76.1/+18° | 72.4 | +23.5 | 202° | 152.2 |
| 904 RK | 67.1/+5.5° | 66.8 | +6.4 | 188° | 128.7 |
| 903 RK | 43.5/+17° | 41.6 | +12.7 | 188° | 122.3 |
| 902 BP | 87.9/-12° | 86.0 | -18.3 | 97° | 109.6 |
| 901 RK | 77.8/+21° | 72.6 | +27.9 | 162° | 127.9 |
| LS Bluff | | | | | 100 |





| | SD/VA | HD | VD | AZ | EI |
|---|---|---|---|---|---|
| 914 (Baby Fir) | 62.9 / -13° | 61.3 | -14.1 | 347° | 89.7 |
| 913 Rock | 59.7 / -10° | 58.8 | -10.4 | 10° | 103.8 |
| 912 | | | | | 114.2 |
| 912A Portal | 215' / +12° | 210.3 | +44.7 | 230° | 158.9 |
| 912 (Baby Fir) | 62.6 / -19° | 59.2 | -20.4 | 100° | 114.2 |
| 911 (5in fir baby) | 97.8 / -10.5° | 96.2 | -17.8 | 147° | 134.6 |
| 910 (Small Tanoak) | 85.4 / +5° | 85.1 | +7.4 | 189° | 152.4 |
| 909 | | | | | 145.0 |
| (Stob on 24" Fir) | 58.8 / +14.5° | 56.9 | +14.7 | 206° | |
| 908 | | | | | 130.3 |
| (4" Fir) | 65.5 / -7° | 65.0 | -8.0 | 175° | |
| 907 | | | | | 138.3 |
| (Stick) | 50' / -6° | 49.7 | -5.2 | 175° | |
| 906 (N/O) | | | | | 143.5 |





25

24


27
Up Apex Cut
Drilled
ERF
Apex
26



*"Outdoor writing products for outdoor writing people"*

RECYCLABLE

"Rite in the Rain" - A unique All-Weather Writing paper created to shed water and enhance the written image. It is widely used throughout the world for recording critical field data in all kinds of weather.

Available in a variety of standard and custom printed case-bound field books, loose leaf, spiral and stapled notebooks, multi-copy sets and copier paper.

"Rite in the Rain" - All-Weather writing papers are also available in a wide selection of rolls and sheets for printing and photocopying.

*a product of*

**J. L. DARLING CORPORATION**
Tacoma, WA 98424-1017 USA
(253) 922-5000 FAX (253) 922-5300
www.riteintherain.com

6 32281 35111 5

Rite in the Rain®

ALL-WEATHER WRITING PAPER

# FIELD

All-Weather Notebook
No. 351

Field Notes + Record

9/27-10/12/04

4 5/8" x 7" - 48 Numbered Pages

TPF

Book 145A

Eddy Gulch Rebuttal Sampling

6

Klamath Dump

Baseline / Lateral Survey




| | | | | |
|---|---|---|---|---|
| 1 | | | | |
| A | 73'/-6° | 72.6 | -7.6 | 124° |
| B | 101/-7.5° | 100.1 | -13.2 | 114° |
| 914 | 16/+2° | 16 | +0.6 | 170° |
| 3 | | | | |
| 2 | 50/+2 | 100 | +1.8 | 338° |
| 1 | 100/+2 | 100 | +3.5 | 338° |

7

1 10'

1" = 40'



8

| | | | | |
|---|---|---|---|---|
| 6 | 100/+9.5 | 98.6 | +16.5 | 351° |
| 5 | 100/+2 | 100 | +3.5 | 351° |
| 4 | 20/+3 | 20 | +1.0 | 248° |
| 3 | | | | |

9



10

Top of Trum?

10.1 (Floy at End of Dump sample access Rd see old survey)

| | | | | |
|---|---|---|---|---|
| | 13'/Θ | 13 | Θ | 120° |
| 10 | 104'/300 | 90.1 | 52.0 | 105° |
| 9 | 98/-5° | 97.6 | -8.5 | 20° |
| 8 | 59'/-20° | 55.4 | -20.2 | 48° |
| 7 | 23/+9° | 22.7 | +3.6 | 356° |
| 6 | | | | |

11



NE Cor Summit

| | | | | |
|---|---|---|---|---|
| NE Cor Summit | 214/-10° | 210.7 | -37.2 | 15° |
| 11 | | | | |
| 14.1 | | | | |
| | 16/-37° | 12.8 | -9.6 | same? |
| 14 | 71'/-18° | 67.5 | -21.9 | 140° |
| 13 (12" Madrone) | | | | |
| | 62/-10° | 61.0 | -10.8 | 150° |
| 12 | | | | |
| | 53/-33° | 44.4 | -28.9 | 88° |
| 10.1 | | | | |

Cedar Tree at Top Main Rd (Next to 24" Fir) Rd cut

Fir Cedar 11

| | | | | |
|---|---|---|---|---|
| 11 | | | | |
| | 149'/-32° | 126 | -79.0 | 74° |
| 10.1 | | | | |





14

| | | | | |
|---|---|---|---|---|
| 17.1 | | | | |
| 17 | 24/+200 | 22.6 | +8.2 | 163° |
| 18 | | | | |
| | 63'/+8 | 62.4 | +8.8 | 137 |
| 17 | | | | |
| | 100'/+7° | 99.3 | +12.2 | 156° |
| 16 | | | | 169 |
| | 100/+7° | 99.3 | +12.2 | |
| 15 | | | | |
| | 100'/+7° | 99.3 | +12.2 | 194 |
| 14.1 | | | | |

15



Samples 01/29/04

KI-1

KI, 1A 1B 1C

Test Pit

(S) Bulk Buckets

25' wide cut

1A + 1B is upper 23'

1C is lower split 2'

1A, B { — no — } cell; Q; C, Q + Rx; Q; CQ

1C { Q

25' } Bulk 4 yds +/-

At Δ 804



KI-2 42' east of Δ 804 + KI 1

KI 2A Upper 21' KL 2B lower 4'

0 — Mostly Q/Cab — Rx Hornfels } KI 2A } Bulk

21' — Q — 25' carb } KI 2B

Moore's ID

KL 2C R Grabs from Bulk Sample

(S) Bulk Buckets

18

KL-3 09/29/04 Betw KL 1+2
21' each way

Qtz Vlets
instead 16'
Open cutto 5' 10
Stope { 6' 3
Pilla
} 22'

(5) Bulk Buckets

This is a sheared section at where a cross-fault

19

KL-4 (6) Bulk Buckets

All one sample (shovels full from flat loose sample on Tarp).

26' long sample

— 0
Sheared Qtz + Q Vlets
Shells → QV
Cob/Qtz Vlets
QV
26 Blacks slate
} KL-4 A, B, C

KL-5

Bulk
5 buckets

Shear 10 Q
QV 12'
Carb
6' QV
2' Slate QV
20'

KL-6

Bulk
3 Buckets

0
HW Gouge + Oxides
6'
Qtz reef
13'



Kl-7 (end of Kl Rd at Dorrel Turnaround) - Far end

09/30/04

8' Country Rx w/ Qtz veinlets
3' Slope + Cored
1' QV
6' Mineralized Rx

} Kl 7B

} Kl 7A + 7C




5 Buckets

K1-8

Just past claim corner in turnaround.

17' Tan Qtz veinlets in slate ?

11' Block carbo flag w/ many Qtz veinlets

28'

Top of stope → Tan } K18 C+D } Bulk

Carb } K18 A+B } 5 Buckets



K1-9

9' Tan Q } K19 E+F

Carb 9' QV } K19-C+D

Carb + QV 6' } K19 A+B

} Bulk 24'

5 Buckets

K1-10

15' HW Rx w QVs

9' Mtx Rbr QV carbo slate

Stope

} 5 Buckets Bulk and 10A+B

Opened tunnel - 30' in + stops

K1-11

USFS 20.5
1' HW OB
2' QV
Stateu/ Qvlets } 11 A,B,C / Bulk
1' FW QV } $ Bucket
FW3

State at bottom too hard
Qtz reef and footwall?
Couldn't get there.

K1-12
Same as K1-11
22' wide (USFS)

Bulk w $ bat
small ones = 4



K1-13 Indrow kelso
Yankee Ave/ half
in roadcut.

Structure HW + FW there,
but qtz pinched
lots of veinlets,
one at FW up
to 4" or 5".
Lots of FeOx
in struct.




} 13 A,B,C
Blk (5 bucket)

33° Slope above


Sample #9
Sample #8
Portal
Road
Turnaround
Dump

28

KI-14 In drow toward Klamosh Cut

Hit top of stope on drift at bottom, one side

Pillar samplable on one side.

Bulk = 5 buckets

HW Qtz + Carb slate

25'

Carbo + Qtz veinlets



one 4-6" Stringer

Stope and drift one side

30° slope above

29

KI-15

2' cab

Carbon Q veinlets

Hard slate

KI-15A, B, C + Bulk 5 Buckets

KI-16

2' oxidized Carbo Slate

1' oxide zone HW

1.5' QV

Carbo slate w/ Q veinlets

24'

HW oxide zone 1' wide FW

Carbo slate

16A, B, C Bulk (5 buckets)

30° slope above

PE-32-405

K1-17

(Bulk 17B)

1.5' — 0 — Qtz Vein } 17D,E,F 0 to 7'

12' Cab

1.5' — seam of oxides + Qtz ! } 12.5 to 23

7' — carbo w/ oxides } 17A,B,C (Bulk 17A)

6" — 23 Qtz oxide seam !

6" hard slate

23' wide total

Bulk from same intervals as above

5 buckets each

Note: 17ABC(LM) = K117US
17 DEF(LM) = K118US



K1 18
Ridge Point




17' Top
11 Cab
1 vein
7' Top Stope
0' FW QV

18 A,B,C

Bulk

5 Buckets

Survey - Relocated Apex
10/11/04

So 10° dip fits perfect with relocation.

▮ = prepared sample point

| | | | | |
|---|---|---|---|---|
| 21.4 | 112/-13° | 109.1 | -23.2 | 137° |
| 21.3 | 93/-5° | 92.6 | -8.1 | 184° |
| 21.2 | 64/-10.5° | 62.9 | -11.7 | 166° |
| 21.1 | 108'/-10° | 106.4 | -18.8 | 175° |
| Su 21 | | | | |





34

**Kl-19**

3/4 yard

Bulk 5 Buckets




Sa Kl-19 A,B,C

width of ~~stope~~ is 9'!

Same stope as Kl-18

Coming up vein to NW.

35

**KL-20**

Belly in Cab




Kl-20 ABC

Not sure this is the vein.


37
K1-22
0
Cob
-18
16' sample
K1-22A, B+C
Bulk
5 Bucket
6" Blue Qtz vein
33
36
K1-21
0
Tan sch
Green sch
Tan sch
Cob
vein Q
Tan sch to gray sch pods
vein bet Q
Gouge
(subs above)

KI-23

cab
↓ → 0
QV

Cob w/ Quartz

Hvy sheared cob - black to green - w/ Drusy
qtz veins - broken by
movement, lots of
manganese oxide,

-13
Hard
greenish (all)
Cob.

Sample 0-13'
KI-23A-B+C

Bulk
0-13'

3 buckets
Stockpiled
at ⓧ

Truck = Flat tire



Piles of Ore Map



40

10/10/4.

KD24 [illegible]

Klamath Dump
Near Upper Portal - Top of
Big Dump




24 A B+C

KD25

K1 Dump on Frontline Rd
Just below "new road - top
of dump

41

KD26 A, B, C Bags

On dump at USFS prev
sample - in front of
BS Tunnel (mine).




KD27 AB+C Bags (Hauled 26)

On dump as above
other USFS

same dimensions as 26



Kd 28 ~~[illegible]~~

End of lower road near from

Kd 29

Small Portal one back from end of lower dump rd.

Kd 30

At USFS sample 2nd from last cut






Kd 31

Same as 30 only last sample cut



Next Page

Sa 14

| | | | | |
|---|---|---|---|---|
| 704 | H.I./+7 | 189 | +2.3 | 95° |
| 704 | 88.2/-14° | 85.6 | -21.3 | 46° |
| 703 | | | | |

Sa #13

| | | | | |
|---|---|---|---|---|
| | 26.5/0 | 26.5 | 0 | 150° |
| 703 | 100'/-8° | 99.0 | -13.9 | 97° |
| 702 | | | | |





46

705.3
103' / -36° 83.3 - 60.5 20°
705.2

705.2
38'
~~28'~~ / ~~0~~ 38 ∅ 350
705.1

17A (1984) (Post) 26' / +3 23.0 +13.6 ~~208°~~
705.1 - on Yankee Dump (control) 705.3
100' / -16.5 95.9 -28.4 ~~275°~~
705

Sal 2
44.5' / +3 44.4 +2.3 77°
705

Sal 1
41.5' / +8 41.1 +5.8 160°
705
100' / -9° 98.8 -15.6 10°
704

47

