*"Outdoor writing products for outdoor writing people."*

RECYCLABLE

**"Rite in the Rain"** - A unique All-Weather Writing paper created to shed water and enhance the written image. It is widely used throughout the world for recording critical field data in all kinds of weather.

Available in a variety of standard and custom printed case-bound field books, loose leaf, spiral and stapled notebooks, multi-copy sets, and copier paper.

For best results, use a pencil or an all-weather pen.

*a product of*

**J. L. DARLING CORPORATION**
Tacoma, WA 98424-1017 USA
(253) 922-5000 ✆ FAX (253) 922-5300
**www.RiteintheRain.com**

6 32281 35111 5

"Rite in the Rain"®

**ALL-WEATHER WRITING PAPER**

# FIELD

All-Weather Notebook
**No. 351**

Field Notes + Record

10/12/04 to

4 5/8" x 7" - 48 Numbered Pages

TPF

Book 145B

>Eddy Gulch Rebuttal Sampling

2

| | | | | |
|---|---|---|---|---|
| Sa 4 | 86.5/-5 | 86.2 | -7.5 | 85° |
| 706 | | | | |
| Sa 2 | 46/-3 | 45.9 | -2.4 | 100° |
| 706 | | | | |
| Sa 3 | 32/0 | 32 | 0 | 140° |
| 706 | | | | |
| Sa 1 | 32' +3 | 32.0 | +1.7 | 170° |
| 706 | 100/-5.5° | 99.5 | -9.6 | 44° |
| 705 | | | | |

3



4

| | | | | |
|---|---|---|---|---|
| 707.2 | | | | |
| | 23/-35° | 18.8 | -13.2 | 350° |
| 707.1 | | | | |
| 707 | 37/-9 | 36.5 | -5.8 | 330° |
| Sa5 | | | | |
| 707 | 32.5/-12 | 31.8 | -6.8 | 100° |
| Sa4 | | | | |
| | 13/+6 | 12.9 | +1.4 | 243° |
| 707 | | | | |
| | 100/-5 | 99.6 | -8.7 | 80° |
| 706 | | | | |

5



7




6

| | | | | |
|---|---|---|---|---|
| 708.4 | | | | |
| 708.2 / 708.13 | 45'/38° | 355 | -27.7 | 20° |
| 708.2 | 52/21 | 48.5 | -18.6 | 80 |
| 708.1 | 31.5/-30° | 27.3 | -15.8 | 30° |
| 708 | 69.3/-1.5 | 14.3 | -1.8 | 310° |
| 98 - No cut - No dump / dump | | | | |
| 708 | 17'/+14 | 16.5 | +4.1 | 335 |
| 707 | 100'/-9.5 | -98.6 | -16.5 | 91° |

8

| | | | | |
|---|---|---|---|---|
| 709.3 | | | | |
| 709. | 21/+5 | 20.9 | +1.8 | 143° |
| 709.2 | | | | |
| 709 | 36/+22 | 33.4 | +13.5 | 143° |
| 709.1 | | | | |
| | 75.5/+24 | 69.0 | +30.7 | 143 |
| 709 | | | | |
| | 100/-9 | 98.8 | -15.6 | 54° |
| 708 | | | | |

9





13




12

| | | | | |
|---|---|---|---|---|
| Sailb | 48/-3° | 48.0 | -2.5 | 48° |
| 711 | | | | |
| base line out to E side road | | | | |
| 715 (21) | 77.7/+1 | 77.7 | +1.4 | 194° |
| 714 | 100/0 | 100 | 0 | 188° |
| 713 | 100/-7° | 99.3 | -12.2 | 153° |
| 712 | 100/-2½ | 99.9 | -4.4 | 90° |
| 711 | 100/+1.5° | 100.0 | +2.6 | 97° |
| 710 | | | | |

14

Kl 32 At bottom of ramp w/ IO
E side road
(reloc open)
Grey strata in cut + in place subs

15' wide ramp

0 — cob - green 1'
— av 1"
corbo 3'
— av + cob 2'

corbo tate 6'

— av 6"
corbo 2'
16 — av 6"
slate / corbo
↓

15