From USDA Mineral Report
July 30, 1999
Appendix C
lettering added

**CROSS SECTION**

**KV-8**

1" = 20'

VEIN THICKNESS: 13'




PLAINTIFF'S
DEPO EXHIBIT
1
ALL-STATE LEGAL SUPPLY CO.

EXHIBIT I

PLAINTIFF'S EXHIBIT 2

ALL-STATE LEGAL SUPPLY CO.

Fieldnotes re: Sample locations
Sample volumes.

No. 342

6/16/98, Liberty Mine

Jim DeMaagd
Rich Teixeira
Hilton Cass

0615 left SO m Redding

0800 left SO in Yreka

0944 Arr@ Rollins site

Meeting w/Fred Alois' and waiting for Tom Ferraro.

Fred said this changed from a property evaluation to a validity exam. They were willing to participate w/ the evaluations but sees no reason for validity.

Suing for a temporary taking, not permanent takings.

They want to be compensated for the ~~[illegible]~~ cashflow they have been prevented from collecting.

Don Moore @ Mountain States built the Flotation mill (Phase III)
712 Marcy Ball Mill

(1)

6/16/98

J. DeMaagd

Phase I & II - 1000 T/d gravity concentrator

Phase III - Use cash flow from I & II to work Mary 5 to Union 8
This material and 1/8 plus from the dumps would be mixed and crushed and run through the mill planned @ Usher Flat.

Bowerman Mill is @ the place up Know Nothing Creek. Fred had stuff stockpiled at Usher and Mtn Laurel that was run through that mill.

D 8
950
977
2 scrapers TS24 4x4's

Cedar Rapids 5x15 Tripledeck Screening Plant.

" " Atmaster
Set of Jaws, revolving screen & a set of rolls

(2)

※ - Areas we discuss samples. As these notes were being [illegible] they were walking the claims with us showing us areas to sample. Page 12 of the field notes describes what sample volumes will be.

J. DeMaagd

No. 342

6/16/98 T

- 2 - Centerfuge (trommels) make 2 revolutions/sec
  runs off of an electric motor

- 60kw generator for ⤴

The Pitmaster runs off of a diesel motor
Approximately 90% of the dump material will pass through the screen.

Giles took 50lb samples last week @ our GPS spots on the Klamath Dump. Shipped them off to Salt Lake City to have them run by centrif. concentration. Alois said this is mimicing his equip. 1/8" minus.

Bought the plant in 1988. It was set up and running @ the ET?

Centrifuge motors — WER INDUSTRIES
Electrostat DC
Model # 327 OF 450011
Serial # 47289-IL
20HP
1750RPM

Ran these centrifuges 36 months

(3)

J. DeMaagd

6/16/98 T

1045 — S. Hay w/ Fred, Tom & us.
Hilton wants to determine sample points.

★★

Vein Sample — Fred exposed vein beyond the Kla dump where we were looking for that post by the log deck.
- Hilton says this is on the Dariel. No longer on the involved claims. Fred said it's part of the original plan.

Talking vein thickness. Varies in thickness. 5'-25
Two qtz. veins w/ graphitic schist between. Not totally exposed anywhere (thickness).

Footwall is richer than hanging wall (Fred)
Not true (Tom)

Union -
Union - any reason to sample?
Tom said there's no exposures.

Union Ext - Exposure in Union #9 (Union ext)
Union #8 is below the vein. Caved
Surface between 9 & 8 vein exposed

Banner Claim -
Big Fish Exposure (below Union #7)
road cut w/ vein exposure.

(4)

No. 342

6/16/98 T

J. DeMaagd

May Tunnel. This is his put property. leases it to Schmittel. Hilton wants to know if this should be used due to the fact it's put. Fred said he was working it in 1990, so he feels it's part of the operation.

## DUMPS

Klamath- (2-3 deep)

Sampled by Hugh Clayton. 2 trenches and 8 grab samples. He got a grade of 0.089.

This is the approved starting point. Didn't get to the base of the dump. Just sampled the top 2-3'.

Sample the Yankee Flat dump on the west of the Klamath Dump.

UNION

Sample it the same as Klamath w/ sampling above & below the road bisecting it.

(5)

6/16/98 T

J. DeMaagd

MJ Dump

Stevenson Dump
Hilton says it's out, Fred says no.

For Compressor and East Fork Assn. Placers
~~Tom~~ Fred wants to use Union Dump

1239- Beyond the log deck (west). Fred exposed vein in the road. He wants this sampled

Don Swansen - backhoe service in Callahan.

Partially opened adit along roadcut just before the log deck. Fred called it an exploration tunnel. Doesn't go too far in.

1251- shaft ~~from~~ above the road in the draw.
Post on a tree just above it.
Fred says it's the centerline of the Dariel. Shaft is partially caved.
Fred says it connects w/ portal below the road.

(6)

No. 342

6/16/98
T

J. DeMaagd

Hilton says it's SW Corner Sunrise

1308 In the Klamath dump Fred. Found a chunk of rock he thinks has native copper. NO

Hilton would like to take an excavator & scrape a channel and also dig down to the base of the vein.




Claimants prefer Fire assay instead of AA

(7)

6/16/98
T

J. DeMaagd

Fred said Egan & Redmond costed out mining and milling

5 channels at this point.

Back @ Yankee Ass Placer we will pick & shovel 3 TO 4 x 1 bucket (5 gal) samples.

1349 West of the LS Bluff. Cut a channel in road cut.

1354 At the west end of the Klamath Dump Above Blacksmith Tunnel

Discussion for the Sunset Placer

5 trenches per level. 3 levels makes 15 trenches. 5 gallon bucket per other or half scoop.

Sections of the dump not reachable w/equipment will be done by hand.

(8)

No. 342

6/16/98 T

J. DeMaagd

This dump material

per Tom centrifuges make 20 lbs of conc's.

The 1000 T/day is 500 T Apex & 500 T dump.

1432 Blacksmith Tunnel location where a tram to Rollins was located. Mined in 1880's. This is on the intermediate road on west end.

Hilton and I went just below the Blacksmith Tree had fallen over and exposed the material. Sluffed (dump) material is 2' max.

1529 @ road cut east of Union #7 on Banner




(5)

6/16/98 T

J. DeMaagd

3 channels @ 10' apart Called the Big Fish outcrop although it's on the Banner

If Fred exposes the entire vein we may only do 2 channels.

1518 Union #9 portal. On Union Extension

cut a channel in side and maybe one outside the portal.

1603 Union #8. On Union Extension. Tom doesn't recall seeing the vein @ the cross cut. This is the Union Extension Discovery. Vein is subsurface Best sampling starts @ 170' from the "T".

Approved PO 10/25/89 Mtn Laurel and Apex Klamath? Union Extension was not part of it. Dumps were approved everywhere KLAMATH, MTN LAUREL, UNION

Approved to do the dump here before it was suspended.

Rite in the Rain ALL-WEATHER WRITING PAPER J.L. DARLING CORP TACOMA, WA 98421

No. 342

6/16/98 T — J. DeMaagd

lawsuit price is based on Phase II and the dumps. Apex and dumps.

1636- Little Fish Tunnel. small adit goes about 10' in. Near Union #7. Fred is going to open this up. On intermediate layer.

1640 Union #7. Also called NorCal Tunnel. On the upper vein layer

West Center end of Banner. Post above Little Fish Tunnel.

This makes the Little Fish Tunnel the Discovery for the Big Fish.

They have no interest in sampling the upper vein or Union #7.

1712- Back @ Union #8 Compressor to North East Fork to the south. Dump @ Union #8

1717 Road intersection coming down from #8 & #9 is a corner. Marked Union & Union EXT

(11)

Rite in the Rain ALL-WEATHER WRITING PAPER J.L. DARLING CORP TACOMA, WA 98421

No 342

6/16/98 T — J. DeMaagd

1721 Below the Union #8 dump. Post saying Big Fish

1745 @ Rollins

☆ There's 2 x 1 gallon pails w/ material from the Klamath dump. Ore & black fine material.

1800- Left Rolling

1930- Arr in Yreka @ SO

2100 Arr in Redding @ SO

(12)

No. 352

Jim DeMaagd

Liberty Sampling

7/27/98

0800 - @ SO in Redding. Going to Meet up with Hilton Cass, Mike Dunn and John Gutierez (lead examiner for the project).

0958 - Arr @ Rollins

USFS

ME, HILTON CASS, MIKE DUNN, JOHN GUTIERREZ

1016 - @ the concentrators. Fred said he will not pay to get it running. He said we can take it and do what we want.

Fred says there is a 200 factor with the concentrators. I am not sure what he's talking about.

Fred said recovery was around 95% @ Double Eagle Pit.

He doesn't want to use straight gravity sep w/o classification.

(1)

No. 352

7/27/98

M

Were going to sell cons to Asarco Don Moore?

ON THE CONCENTRATOR:

TRI-R ENGINEERING

3105 INDUSTRIAL DRIVE

YUBA CITY, CA 95991

(916) 671-0822

ON THE TRIPLE DECK

R&R

BACKHOE SERVICE

Gen. Eng. Cont. Lic. #479074

CALLAHAN, CA

467-3469

Back to the concentrators. Fred said it would take his crew one month to set it up. John said to him it's his responsibility to get that running. Fred disagrees.

Fred said his placer material runs $60.00/yard. His dump.

(2)

This is where we all finally agreed on using a gold saver w/a Nelson Bowl.

No. 352

7/27/98 pm

Fred uses Dawson Metallurgical out of Idaho

1050 Tom Ferraro and David Giles show up.

Tom said they took some bulk samples which they have not received results from the 6:O'clock.

David said results from the most recent Apex samples will be in Tuesday.

1120- Tom agreed to the Goldsaver w/a Knudson Bowl: Fred just showed up and said he wants to use centrifugal force. He said a Nelson concentrator would work, too.

Fred will not pay for the concentrator to get up to working order.

Processing

J.L. DARLING CORP. TACOMA, WA 98421

Rite in the Rain ALL-WEATHER WRITING PAPER

(3)

No. 352

7/27/98 pm

1158- @ the western end of the Sunrise.

Tom said the porphyry in the hanging wall may carry gold.

- Samples -

Apex Send it in. Crush to 1/4" minus and then split it.

Dump - Screen greater than 1/8". Split 1/8" minus.

Weigh coarse and crush to 1/4" minus. Split this, too.

Run 1/8" minus through Knelson Bowl.

J.L. DARLING CORP. TACOMA, WA 98421

Rite in the Rain ALL-WEATHER WRITING PAPER

(4)