**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO MODIFY THE SCHEDULE**
**FOR FILING SUPPLEMENTAL PAPERS TO DISPOSITIVE MOTIONS**

On February 28, 2008, the Court ordered the Parties to file "[a]ny supplements to the parties' cross-motions for summary judgment and replies . . . within 20 days after the last deposition set in April 2008." (Dkt. No. 126.) Defendant deposed three Plaintiffs during April (Dynatech Corp., Energel, Inc., and James Kendle), with the last deposition occurring on April 28, 2008. Accordingly, Monday, May 19, 2008 currently is the due date for filing any supplemental papers. However, the Parties only recently received the transcripts of the depositions (indeed, the government still has not received a complete transcript with exhibits of the deposition of Energel, Inc.). The Parties, therefore, request an additional ten days to supplement their papers, so that the due date would be Wednesday, May 28, 2008.

Although this Joint Motion to Modify the Schedule is being filed by counsel for Defendant, it is being filed on behalf of all parties and Plaintiffs' counsel has reviewed and

approved this motion for filing.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0506 (fax)
*Attorney for Defendant*

Dated: May 14, 2008