# In the United States Court of Federal Claims

| | |
|---|---|
| ALFRED ALOISI, et al., Plaintiffs, | |
| v. | No. 95-650L |
| UNITED STATES OF AMERICA, Defendant. | (Filed: May 20, 2008) |

## ORDER

The parties joint motion, filed May 14, 2008, for an enlargement of time, to and including May 28, 2008, for the parties to file supplemental papers to the dispositive motions is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims