Index of Plaintiffs' Exhibits
No. 95-650L Summary Judgment

| Plaintiffs' Exhibit Number | Discovery Production Number | Document Identification or Description |
|---|---|---|
| PE-1 | none | Affidavit of Alfred L. Aloisi, January 28, 2008 |
| PE-2 | none | Affidavit of Thomas P. Ferrero, January 29, 2008 |
| PE-3 | A-1 | C. Colcock Jones Report |
| PE-4 | A-2 | William Elmendorf, Report to A. R. Patterson, of Gold Standard, Inc. (maps omitted) (1932) |
| PE-5 | A-95 | General Land Office serial register page for Klamath Mine patent application (1930s) |
| PE-6 | A-81-g | Sannes Report on Eddy Gulch for New Cinch |
| PE-7 | A-141 | Maps with October 1989 supplemental plan |
| PE-8 | A-149 | (Excerpt from A-149), Moore to Liberty letter (Jan. 26, 1990) |
| PE-9 | A-49 | Forest Supervisor to Aloisi re forest planning (July 10, 1990) |
| PE-10 | none | Forest Service Manual §§ 2817.2-2819.3 |
| PE-11 | A-190 | Letter from Winthrop to Forest Service and SHPO re standards for Arch Study (June 7, 1991) |
| PE-12 | A-58 | Envelope "Received 2/11/92 at U.S.F.S." (contained August 5, 1991, letter) |
| PE-13 | A-146 | Maps with April 1, 1992 plan of operations |
| PE-14 | FS-114 | Letter from Fred Aloisi to District Ranger (Oct. 5, 1992) |
| PE-15 | A-80 | Ferrero to Gutierrez, summary of Eddy Gulch mines mineral values data (Feb. 12, 1999) |
| PE-16 | A-189 | USFS letter approving Liberty Consolidated Mines, Inc., plan of operations (Aug. 5, 1996) |
| PE-17 | A-81-s | Ferrero, "Reserve Calculations, Eddy Gulch" (August 1998) |
| PE-18 | A-114 | Ferrero, "Analysis of Metallurgical Data …" (March 2007) |
| PE-19 | none | ALJ's Order Denying Government Motions (May 2, 2007) |
| PE-20 | none | Mine Equipment and Cost -- Response to Defendant's Interrogatory No. 10 (Sept. 24, 2007) |

(Exhibits PE-21 through 26 were filed with Plaintiffs' Response Brief, Dkt. 127)

| | | |
|---|---|---|
| PE-21 | none | Second Affidavit of Alfred L. Aloisi |

| | | |
|---|---|---|
| PE-22 | A-163 | Memorandum of Agreement between Robert Pincombe and Fred Aloisi (1988) |
| PE-23 | A-168 | Excerpts from Liberty Mining, Inc., 1989 accounting records |
| PE-24 | none | Kathy Milne Granillo deposition transcript, October 2, 1997 |
| PE-25 | none | Mark Williams deposition transcript, October 11, 1996 |
| PE-26 | FS-69 | Forest Service internal faxed version of FS-69 / JA-80 |
| (Exhibits PE-27 through PE-33 were filed with Plaintiffs' Reply, Dkt. No. 131) | | |
| PE-27 | none | Second Affidavit of Thomas P. Ferrero, March 21, 2008 |
| PE-28 | none | 1925 California State Mineralogist's Report |
| PE-29 | none | Letter from Melvin Usher "To Whom it May Concern," April 23, 1957 re experience milling Eddy Gulch underground ore |
| PE-30 | A-84 | "Response to USFS 07/99 Mineral Report … Working Draft 01/07" |
| PE-31 | A-86 | Ferrero mineral deposit cross-sections (January 2007) |
| PE-32 | A-148 | "Field Notes and Record," Ferrero field work notes (excerpt), Eddy Gulch Rebuttal Sampling 2003-2004 |
| PE-33 | none | Exhibits 1 and 2, Deposition of Hilton Cass, October 30, 2007 |
| (Exhibits PE-34 through PE-37 are filed with Plaintiffs' Supplemental Brief, May 28, 2008) | | |
| PE-34 | none | Energel (Myron Finkelstein) deposition transcript, April 24, 2008 |
| PE-35 | none | Dynatech (Donald C. Goodman) deposition transcript, April 24, 2008 |
| PE-36 | none | James Kendle deposition transcript, April 28, 2008 |
| PE-37 | FINKLE 000400-01 | IRS Forms 2553 for Energel and Liberty Mining |