Form **2553** (Rev. February 1987)
Department of the Treasury
Internal Revenue Service

# Election by a Small Business Corporation

**(Under section 1362 of the Internal Revenue Code)**
▶ For Paperwork Reduction Act Notice, see page 1 of instructions.
▶ See separate instructions.

OMB No. 1545-0146
Expires 1-31-89

**Note:** *This election, to be treated as an "S corporation," can be approved only if all the tests in Instruction B are met.*

## Part I Election Information

Name of corporation (see instructions): ENERGEL, INC.
Employer identification number (see instructions):
Principal business activity and principal product or service (see instructions):

Number and street: 410 STATE STREET
Election is to be effective for tax year beginning (month, day, year): 1/1/89

City or town, state and ZIP code: DOVER, DELAWARE 19901
Number of shares issued and outstanding (see instructions): 100

Is the corporation the outgrowth or continuation of any form of predecessor? . . . ☐ Yes ☒ No
If "Yes," state name of predecessor, type of organization, and period of its existence ▶
Date and place of incorporation: 9/30/87 DOVER, DELAWARE

A If this election takes effect for the first tax year the corporation exists, enter the earliest of the following: (1) date the corporation first had shareholders, (2) date the corporation first had assets, or (3) date the corporation began doing business. ▶ N/A

B Selected tax year: Annual return will be filed for tax year ending (month and day) ▶ December 31
See instructions before entering your tax year. If the tax year ends any date other than December 31, you must complete Part II or Part IV on back. You may want to complete Part III to make a back-up request.

| C Name of each shareholder, person having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety. (A husband and wife (and their estates) are counted as one shareholder in determining the number of shareholders without regard to the manner in which the stock is owned.) | D Shareholders' Consent Statement. We, the undersigned shareholders, consent to the corporation's election to be treated as an "S corporation" under section 1362(a). (Shareholders sign and date below.)* | E Stock owned: Number of shares | E Stock owned: Dates acquired | F Social security number (employer identification number for estates or trust) | G Tax year ends (month and day) |
|---|---|---|---|---|---|
| Alfred Aloisi | | 5 | 1/1/89 | 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 | Dec. |
| Donald Goodman | [signature] | 5 | 1/1/89 | 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 | Dec. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT Energel 2 04/24/08 JM

*For this election to be valid, the consent of each shareholder, person having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety must either appear above or be attached to this form. (See instructions for Column D, if continuation sheet or a separate consent statement is needed.)

Under penalties of perjury, I declare that I have examined this election, including accompanying schedules, and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature and Title of Officer ▶ [signature] PRESIDENT Date ▶ 2/22/89

See Parts II, III, and IV on back.



FINKLE000401
PE-37-476

Form **2553** (Rev. February 1987)
Department of the Treasury
Internal Revenue Service

# Election by a Small Business Corporation

(Under section 1362 of the Internal Revenue Code)
▶ For Paperwork Reduction Act Notice, see page 1 of Instructions.
▶ See separate instructions.

OMB No. 1545-0146
Expires 1-31-89

**Note:** *This election, to be treated as an "S corporation," can be approved only if all the tests in Instruction B are met.*

**Part I** **Election Information**

| Name of corporation (see instructions) | Employer identification number (see instructions) | Principal business activity and principal product or service (see instructions) |
|---|---|---|
| LIBERTY MINING, INC. | APPLIED FOR | 1511 |

| Number and street | Election is to be effective for tax year beginning (month, day, year) |
|---|---|
| 2015 WESTERLUND DRIVE | 1/1/89 |
| **City or town, state and ZIP code** | **Number of shares issued and outstanding (see instructions)** |
| MEDFORD, OR 97504 | 200 |

Is the corporation the outgrowth or continuation of any form of predecessor? . . . . ☐ Yes ☒ No
If "Yes," state name of predecessor, type of organization, and period of its existence ▶ ........................

Date and place of incorporation
2 MARCH 1989
MEDFORD, OR

**A** If this election takes effect for the first tax year the corporation exists, enter the earliest of the following: (1) date the corporation first had shareholders, (2) date the corporation first had assets, or (3) date the corporation began doing business. ▶ 2 MARCH 1989

**B** Selected tax year: Annual return will be filed for tax year ending (month and day) ▶ DECEMBER 31
See instructions before entering your tax year. If the tax year ends any date other than December 31, you must complete Part II or Part IV on back. You may want to complete Part III to make a back-up request.

| C Name of each shareholder, person having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety. (A husband and wife (and their estates) are counted as one shareholder in determining the number of shareholders without regard to the manner in which the stock is owned.) | D Shareholders' Consent Statement. We, the undersigned shareholders, consent to the corporation's election to be treated as an "S corporation" under section 1362(a). (Shareholders sign and date below.)* | E Stock owned: Number of shares | E Stock owned: Dates acquired | F Social security number (employer identification number for estates or trusts) | G Tax year ends (month and day) |
|---|---|---|---|---|---|
| [illegible]ED ALOISI | [signature] | 100 | 3/2/89 | 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 | DEC |
| DONALD GOODMAN | X | 100 | 3/2/89 | 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 | DEC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*For this election to be valid, the consent of each shareholder, person having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety must either appear above or be attached to this form. (See instructions for Column D, if continuation sheet or a separate consent statement is needed.)

Under penalties of perjury, I declare that I have examined this election, including accompanying schedules, and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature and Title of Officer ▶ [signature] President    Date ▶ 3-14-89

See Parts II, III, and IV on back.