**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | No. 95-650L |
| THE UNITED STATES, | ) | Judge Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**LIST OF EXHIBITS**
**TO SUPPLEMENTAL STATEMENT OF FACTS AND BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | April 24, 2008 Donald C. Goodman Tr. (excerpts) |
| B | April 24, 2008 Myron Finkelstein Tr. (excerpts) |
| C | Affidavit of Myron Finkelstein, January 11, 2008 |
| D | April 28, 2008 James Kendle Tr. (excerpts), with Kendle Ex. 3 |
| E | Jan. 12, 1998 & Oct. 31, 2007 Alfred Aloisi Trs. (excerpts) |
| F | Declaration of Clay Ver Bryck Sr., May 27, 2008 |
| G | Letters (2) from Donald W. Goodman dated February 4, 1992 and February 24, 1992 |
| H | Defendant's Second Set of Interrogatories and Requests for Production of Documents, July 31, 2007 (excerpts) |
| I | Defendant's First Set of Interrogatories and Request for Production of Documents, October 24, 1997 (excerpts) |
| J | Subpoena Duces Tecum to Myron Finkelstein, November 2, 2007 |