# EXHIBIT A

IN THE
UNITED STATES COURT
OF FEDERAL CLAIMS

ALFRED ALOISI et al., )
)
Plaintiffs, )
) DEPOSITION
v. ) OF
) DONALD CARL GOODMAN
UNITED STATES OF AMERICA, )
)
Defendant. )
)
_______________________________)

T R A N S C R I P T of the stenographic notes of JANE MESSINEO, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the offices of VERITEXT, NEW JERSEY, 25B Vreeland Road, Suite 301, Florham Park, New Jersey, on Thursday, April 24, 2008, commencing at 9:48 a.m.

A P P E A R A N C E S:

FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101
BY: LAWRENCE G. McBRIDE, ESQ.
(202) 295-4017
lmcbride@foley.com
For the Plaintiffs

U.S. DEPARTMENT OF JUSTICE
601 D Street, N.W.
Washington, D.C. 20004
P.O. Box 663
BY: BRUCE K. TRAUBEN, ESQ.
(202) 305-0238
bruce.trauben@usdoj.gov
For the Defendants



I N D E X

| WITNESS | PAGE |
|---|---|
| DONALD CARL GOODMAN | |
| Direct Examination By Mr. Trauben | 6 |
| Cross-Examination by Mr. McBride | 100 |
| Redirect Examination by Mr. Trauben | 107 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 1 | Revised notice of deposition for Dynatech Corp. | 5 |
| Exhibit 2 | Copy of letter from Robert M. Simmons to David Nawi with attachments | 47 |
| Exhibit 3 | Copy of letter to whom it may concern dated April 19, 1991 | 63 |
| Exhibit 4 | Copy of letter on the letterhead of Donald W. Goodman to Steve Bennett with attachments | 67 |
| Exhibit 5 | Copy of letter August 20, 1994 from Don to Victoria West, Bates-stamped FINKLE 000535 through 537 | 74 |
| Exhibit 6 | Copy of document headed FLK&S ledger summary, Bates-stamped FINKLE 000579 | 82 |
| Exhibit 7 | Copy of 571-S Business Property Statement 1992, Bates-stamped FINKLE 001245 through 1249 | 86 |
| Exhibit 8 | Copy of composite exhibit, DGBR 0163 through 8187 | 102 |
| Exhibit 9 | Copy of letter April 22, 1987 on the letterhead of Princeton Club of | 111 |



Aloisi, Bates-stamped FINKLE 000548

Request For production

| Page | Line |
|---|---|
| 49 | 20 |
| 53 | 8 |

Directions Not to Answer

| Page | Line |
|---|---|
| 61 | 1 |



Donald Carl Goodman, 475 West End Avenue, apartment 02, North Plainfield, New Jersey, sworn.
DIRECT EXAMINATION BY MR. TRAUBEN:
Q Can you please state your name for the record?
A Donald C. Goodman.
Q My name is Bruce Trauben and I represent the United States in the case of Aloisi versus the United States. I am here to take your deposition. I'll ask some questions. Hopefully you can provide some answers. If you don't understand a question, please let me know and I will rephrase it and try and make it clearer. If you have any need to take a break for any reason, just say so and we will.
Do you have any questions before we get going?
A No, sir.
(Revised notice of deposition for Dynatech Corp., marked Exhibit 1 for identification.)
Q I am going to hand you what the reporter has just marked as Exhibit 1 to your deposition. If you want to take a moment to look it over, just go through it.
Have you seen this document before?
A Yes.

Page 6

Q You understand you are here today to represent Dynatech?
A Yes.
Q Turn to the attachment. I think it's, to shorten this process, if you could tell me whether you can review this list of items that we are going to discuss today, and let me know if there are any on the list that you are not prepared to testify about today?
A No. There's nothing I can't comment on really.
Q What did you do to prepare for your deposition today?
A I was provided with lots of documents and I briefly scanned through them all.
Q Did you search for any documents on your own?
A I read and went through every single page and looked at it.
Q I mean, rather than reviewing only -- just reviewing what was provided to you, did you also search any records for documents on your own?
A Aside from what was provided?
Q Yes.
A I looked to see what I had of my own,

Page 7

yes.
Q Where did you look?
A Just in my garage or anywhere that I had, you know, I looked around.
Q Is there any sort of repository for the corporate documents of Dynatech?
A The person, the bookkeeper in charge, and our accountant had pretty much kept all the records. I didn't keep those records with me.
Q Who is the bookkeeper in charge?
A The bookkeeper was Nancy Pinkham.
Q Did you speak with her prior to your deposition?
A Yes.
Q Does she still have any records?
A No.
Q And the accountant is who?
A Myron Finkelstein.
Q Did you speak with Myron Finkelstein prior to your deposition?
A Not in the very recent, but a little bit, maybe. Just in general that this was going to occur.
Q Did you ask him about documents he may have?

Page 8

A Yes.
Q Did Mr. Finkelstein provide any documents to you?
A No. I don't think I received anything from him.
Q To prepare for your deposition, did you speak with anybody who was previously involved with Dynatech?
A Only talking to the bookkeeper about, you know, documents or Myron about if we had -- what records still existed.
Q What did the bookkeeper tell you?
A She gave everything to the accounting firm that she had. Things were disposed, in addition. You know, there was stuff that was so old it might have been destroyed.
Q Do you know where Nancy Pinkham resides today?
A I don't have the exact -- I don't know the exact address, but it's in Wantaque. It's not far from here. Wantaque, New Jersey.
Q What is the current status of Dynatech?
A Basically, it's just inactive. It's not operating at all. Its equipment all has been dissolved. It's dormant.

Page 9

Q Did you at any time hold any office in Dynatech?
A I was an officer in the company, yes.
Q What was your title?
A Probably secretary. I don't really recall exactly which.
Q Do you know when you held the position of secretary?
A I don't know the exact days.
Q Was it recently? Within --
A The company's been active a while so it was over -- could have been for ten years easily. It could have been right until the end, from --
Q I'm sorry. From the late 1990s?
A I would say probably from the early, from even the '80s, it's possible. I really don't know.
MR. McBRIDE: There may be some confusion. Are you asking when it went dormant or when he was an officer?
MR. TRAUBEN: When he was an officer.
A I believe I was an officer probably the last -- at least from the early '90s on. I don't know what the actual filings show. I don't have those to see.