# EXHIBIT C

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant | ) | |
| | ) | |

**AFFIDAVIT OF MYRON FINKELSTEIN**

I, Myron Finkelstein, being sworn, do declare and state as follows:

1. I was born March 29, 1939 in Brooklyn, New York. I graduated from Bernard M. Baruch College in 1961 with a Bachelor of Business Administration degree in Public Accounting. I currently reside in Mountain lakes, New Jersey.

2. I started an individual accounting practice in 1968, after completing my United States Army obligation. I helped found the accounting firm of Finkelstein, Amsterdam & Co., P.A. in 1970. I associated with the accounting firm Roche Miseo & Co. in 1986. I incorporated Maste Consulting Group, Inc. in 1990. During this entire period of time I handled corporate accounting and tax matters for clients, mostly in the construction and equine industries.

3. I became the accountant for Donald W. Goodman and his various corporate entities in 1972 and continued doing so through his death in 2005. My work included

preparation of all corporation and individual tax returns for all of this period.

4. In my capacity as accountant, I was aware of a gold mine venture in Siskiyou County, California that Mr. Goodman entered into with Alfred Aloisi in the late 1980's. Mr. Goodman was to be a source of funding for the mine and was to build the road leading to the mine. In September 1987, Mr. Goodman formed Energel, Inc., a Delaware corporation. This corporation helped acquire the necessary mineral rights leases and make the annual payments under those leases to the owners of record. I handled the records of these payments.

5. Mr. Goodman was the primary shareholder and officer of the corporation until 2003. When his health failed so that he could no longer run his businesses, he named his oldest child – Ms. Kim Beebe – as President and asked me to be Secretary for Energel. I paid the Delaware Annual Report for 2003.

6. Dynatech Corporation, a New Jersey Corporation, was Mr. Goodman's primary corporation. It engaged in drilling and blasting rock at quarries in New York State. Dynatech was essentially a family business, with Mr. Goodman owning and managing it, and Mr. Goodman's son, Donald C. Goodman, the primary manager of day to day field operations, working directly with his father.

7. Mr. Goodman, through Dynatech Corporation, acquired the heavy equipment that was shipped to Northern California to build roads and assist in excavation at the mine. Dynatech Corporation financed the equipment it shipped to California, as well as equipment

purchased by Alfred Aloisi in the West for the mine, through First National State Bank.

8. When the economy in the Northeast slowed, and with the inability of the mine to produce income, Dynatech filed for reorganization under Chapter 11 of the Federal Bankruptcy code in 1992. The company stayed in Chapter 11 for four and a half years. He came out of bankruptcy court in 1997 with all secured creditors paid in full and an accepted plan by the unsecured creditors who were all paid off in four years. This included paying First National State Bank on the notes that financed the equipment used at the California mine. The company remained active through 2002-2003 when Mr. Goodman's health started declined to the point where he no longer conducted business operations. At that time, Mr. Goodman's son, Donald C. Goodman, who had been involved with his father in Dynatech Corporation, started his own blasting company. Dynatech became dormant.

9. In 2004, due to the effects of diabetes, Donald W. Goodman had his right leg amputated. Although his health was stable thereafter, it did not improve. He went to live with family members in York, Pennsylvania and passed away in June 2005.

10. Upon his death, I retained more than 30 banker boxes of general business records that related to Mr. Goodman and his entities. Eventually, to avoid further storage charges, I had them professionally shredded.

11. The only box of records I maintained were the items that were marked "Gold Mine".

12. Upon receipt of a "Subpoena Duces Tecum" in November 2007, I shipped that

box of records to Bruce K. Trauben, Trial Attorney, U.S. Department of Justice.

13. I will make myself available for deposition and testify under oath regarding the matters described in this declaration, the records provided to Mr. Trauben and my service as an accountant to Mr. Goodman and his entities, and my participation in the business activities of Energel, Inc. and Dynatech Corporation.

Myron Finkelstein
Myron Finkelstein

Subscribed and sworn to before me by Myron Finkelstein on this 11 day of January 2008

State of New Jersey
County of Morris

Christina J Whitaker
Notary Public
My commission expires

CHRISTINA J. WHITAKER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 12, 2012