# EXHIBIT F

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 95-650 L |
| v. | ) | |
| | ) | Hon. Lawrence S. Margolis |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Declaration of Clay D. Ver Bryck Sr.

1. I, Clay D. Ver Bryck Sr., am over 21 years of age and make this Declaration based upon my personal knowledge.

2. I formerly provided bookkeeping and tax preparation services mostly for small businesses through my company, Valley Accounting, Inc. in Medford, Oregon. I am licensed as a tax practitioner through the State of Oregon. I have been a licensed tax practitioner in Oregon since 1987.

3. During approximately 1989 to 1990, I performed bookkeeping services for Liberty Mining, Inc. ("Liberty Mining") and, to a lesser extent, Energel, Inc. ("Energel").

4. Until contacted by Mr. Trauben, counsel for the Defendant, on May 27, 2008, no one had contacted me regarding this law suit, *Aloisi v. United States*, or asked that I preserve any documents relating to Liberty Mining or Energel.

5. Consequently, in about 2003, I destroyed by shredding all documents in my possession that related to both Liberty Mining and Energel. I estimate that I shredded 6-8 file folders of business records relating to both entities. Included among the documents destroyed

were balance sheets, check registers, bank statements, payroll records, and any other documents that I may have retained. I also deleted all computer records relating to Liberty Mining and Energel, but do not recall when that occurred.

I certify, under penalty of perjury, that the above statement is true and correct. Executed on this 27th day of May, 2008.

Clay D. Ver Bryck Sr.
Medford, Oregon