# EXHIBIT G

# Consolidated Credit Bureau, Inc.

THE APEX IN COLLECTIONS

P.O. BOX 4109 • METUCHEN, NEW JERSEY 08840 • (908) 548-5800

DONALD W GOODMAN
CAPRICORN INC
6 HORIZON RD STE 2307
FORT LEE NJ 07024

DATE
01/29/92
FILE NUMBER
FE 91298
420151212

LIBERTY MINING INC
885 CLAY ST RM 158
ASHLAND OR 97520

WE HAVE BEEN TRYING TO CONTACT THE ABOVE MENTIONED PARTY.

PLEASE ADVISE US OF ANY INFORMATION YOU MAY HAVE ON THEM.

PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY INFORMATION YOU FEEL MAY AID IN THE LOCATION OF THIS PARTY, I.E., A CURRENT ADDRESS, TELEPHONE NUMBER, OR ANY OTHER INFORMATION YOU MAY HAVE.

YOUR PROMPT ATTENTION WOULD BE GREATLY APPRECIATED.

THANK YOU
VERONICA

EXHIBIT
Energel 7
04/24/08 JM

DONALD W. GOODMAN
6 Horizon Road #2307
Fort Lee, New Jersey 07024

February 4, 1992

Consolidated Credit Bureau Inc.
P.O. Box 4109
Metuchen, NJ 08840

RE: File No. FE 91298 420151212

Dear Veronica:

In respone to your correspondence concerning Liberty Mining Inc. dated January 29, 1992 relative to the above referenced file number, please be advised as follows:

Liberty Mining Company was a contract mining company performing work in the Liberty Mining District in Sawyers Bar, California. For the past 6-12 months they have been for all intents and purposes closed down while the investors are trying to find additional capital to continue mining operations.

Liberty Mining has no office, telephone and no equipment. It is hoped that investors will provide the necessary capital to resume operations sometime during 1992. Until financing is accomplished, the company is in a stand-by position.

Very truly yours,

Donald W. Goodman

DWG:njm

*DON GOODMAN ENTERPRISES, INC.*
6 Horizon Road #2307
Fort Lee, New Jersey 07024
Phone: 201/224-9123

February 24, 1992

David Davis
250 Carolina Ave.
Apt. 405
Winter Park, FL 32789

Dear David:

I'm sorry if I sounded like I was trying to talk you into something last night. It's just that time is of the essence if I want to slow down Fred from triggering the law suit against the government prior to having at least a tentative agreement with Fred and me. I want to get away from Larry and Pat cutting themselves into the lawsuit or the mine.

The following is an over view of a deal I'm sure I can sell to him if I go see him in person.

Project - Eddy's Gulch Mining Properties now controlled by Don Goodman & Fred Aloi si subject to the following disbursements. Total funding required - Four Million Dollars (4,000,000.00)

Use of Funds:

(1) Pay off National Heritage Life Insurance Co. $100,000 plus accrued intere st and fees $120,000 estimated

(2) David Davis bridge loan to Energel Ltd. $150,000 plus accrued interest and fees $180,000 estimated

(3) Jim Kendle 5% ownership take-out $100,000

(4) Take control of leases in liew of paying monthly fees. Ruth $50,000
Usher $50,000

(5) Purchase mining equipment from Dynatech to pay off First Fidelity N. A. and own equipment free and clear. Approximately $400,000

EXHIBIT
Energel 8

(6) Pay off Approximately $100,000 in unpaid bills.

(7) Payment of $500,000 to Don Goodman Enterprises Inc. on a 2 year payout schedule. Payment of $500,000 to Fred Aloisi or a 2 year payout schedule

(8) A commitment of two million dollars ($2,000,000) to finance the processing plant and operating costs to produce gold bars.

Your group will control 51% of the stock of a company to be formed and 49% will be owned equally by Don Goodman Enterprises and Fred Aloisi. When the 4 million dollars is repaid from profits by a formula we would mutually agree upon the financial group will turn over 2% of the stock to Don Goodman Enterprises and Fred Aloisi.

With proper funding we have the contacts to acquire the other properties in the Liberty Mining District. This district was the second largest producer of gold during the gold rush 100 years ago and they only mined a small percentage of the vein gold on the properties. The majority of gold mining back then was placer mining in the Salmon River.

Cash Flow Required:

| 1992 | | | | 1993 | | | |
|---|---|---|---|---|---|---|---|
| 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr |
| 250K | 500K | 500K | 250K | 200K | 300K | 300K | 200K |

I know this is only a general overview but it can be put together properly in a short time frame.

The down side is the three hundred million dollar law suit we are about to file for illegally preventing us to operate the mine because of the spotted owl issue. If the government takes the property they must reimburse the mining operators. As soon as I receive the newspaper clippings I will forward them to you.

Please get back to me as soon as possible with your response. For investors there is the win of dealing with almost 700 acres with huge reserves of high grade ore. Once gold is being produced, raising money becomes easy or the mine can be sold to a major gold mining company for big money.

A win in court with a good law firm would make everyone rich in the next few years.

I will keep you advised on any new details.

Very truly yours,

DON GOODMAN ENTERPRISES, INC.

Don Goodman