**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | No. 95-650L |
| THE UNITED STATES, | ) | Judge Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO DISMISS DECEASED PLAINTIFF,**
**<u>DONALD W. GOODMAN, UPON FAILURE TO TIMELY SUBSTITUTE PARTIES</u>**

Defendant hereby moves to dismiss plaintiff Donald W. Goodman, deceased, because Plaintiffs failed to timely substitute parties. On November 20, 2007, Defendant filed with the Court a Suggestion of Death of Plaintiff Donald W. Goodman, who passed away on June 4, 2005. <u>See</u> Suggestion of Death of Plaintiff Donald W. Goodman & Ex. A, thereto, filed Nov. 20, 2007 (Dkt. No. 103). Pursuant to RCFC 25(a)(1), Plaintiffs had 90 days after the death was suggested to the Court to move to substitute parties, or until February 19, 2008. Plaintiffs have not moved to substitute parties, nor have Plaintiffs moved for more time within which to substitute parties. Under RCFC 25(a)(1), "[u]nless the motion for substitution is made not later than 90 days after the death is suggested upon the record . . . the action shall be dismissed as to the deceased party." Accordingly, the late Donald W. Goodman should be dismissed from this action.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Trial Attorney
Natural Resources Section

Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 Phone
(202) 305-0267/0506 Fax

WILLIAM J. SHAPIRO
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street
Sacramento, CA 95814
(916) 930-2207

OF COUNSEL:
Rose Miksovsky, Esq.
Office of General Counsel
U.S. Department of Agriculture
33 New Montgomery St., 17th Fl.
San Francisco, CA 94105-3170
(415) 744-3158

Dated: May 30, 2008