# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 95-650L |
| UNITED STATES OF AMERICA, | * | (Filed: June 11, 2008) |
| Defendant. | * | |

**O R D E R**

A hearing in court on the cross-motions for summary judgment is set for Wednesday, June 25, 2008, at 10:00 a.m. The courtroom shall be noted on the court calendar and posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims