**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALFRED ALOISI, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 95-650L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Lawrence S. Margolis |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF GOODMAN AND TO RESPOND TO PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES**

Defendant hereby moves for an extension of time within which to reply to Plaintiffs' response to Defendant's motion to dismiss Donald W. Goodman and to respond to Plaintiffs' motion to substitute parties. On May 30, 2008, Defendant filed its Motion to Dismiss Deceased Plaintiff, Donald W. Goodman, Upon Failure to Timely Substitute Parties (Dkt. No. 138). On June 30, 2008, Plaintiffs responded in opposition to that motion by filing their consolidated Motion to Substitute Successors, and Response to Defendant's Motion to Dismiss, with Respect to Plaintiff Donald W. Goodman (see Dkt. Nos. 141 and 142). According to Rules 6 and 7.2, Defendant's reply to Plaintiffs' response to its motion would be due on Monday, July 14, 2008, and Defendant's response to Plaintiffs' motion to substitute parties would be due on July 17, 2008. To accommodate Defense counsel's travel schedule, and to more efficiently respond in one document, Defendant hereby seeks an extension of time to Friday, July 18, 2007, to file a consolidated reply in support of its motion to dismiss Donald W. Goodman, and to respond to Plaintiffs' motion to substitute parties. Counsel for the parties conferred by telephone on July 1, 2008, with respect to this motion, and Plaintiffs do not oppose it.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (ph)
(202) 305-0506 (fax)
*Attorney for Defendant*

Dated: July 1, 2008