# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
ALFRED ALOISI, et al., *
*
Plaintiffs, *
*
v. * No. 95-650L
*
UNITED STATES OF AMERICA, * (Filed: July 10, 2008)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed July 1, 2008, for an extension time to Friday, July 18, 2008, to reply in support of its motion to dismiss plaintiff Goodman and to respond to plaintiffs' motion to substitute parties is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims