IN THE
UNITED STATES COURT
OF FEDERAL CLAIMS

COPY

ALFRED ALOISI et al., )
Plaintiffs, )
v. )
UNITED STATES OF AMERICA, )
Defendant. )

DEPOSITION
OF
MYRON FINKELSTEIN

T R A N S C R I P T of the stenographic notes of JANE MESSINEO, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the offices of VERITEXT, NEW JERSEY, 25B Vreeland Road, Suite 301, Florham Park, New Jersey, on Thursday, April 24, 2008, commencing at 2:15 p.m.

Q After 1983 did you continue to do accounting work for Mr. Goodman or one of his companies?
A Yes. The entities that I worked for changed, but I still continued to work.
Q Where were you employed at that time?
A In '84 to '86 I was employed Marvin J. Amsterdam, CPA. 1986 through 1990 I was employed by R-O-C-H-E, Roche, Miseo & Co. 1991 until now I have been employed by Maste Consulting Group, Inc.
Q Did there come a time when your work for Mr. Goodman or one of his entities ceased?
A Actually, it didn't cease until he died. That was in 2005.
Q Did you do any work for his estate?
A I was actually the executor of the estate, but at the time of his death in June of 2005, most of the assets had been dissipated. The only, in quote, passing on to his three children who were his beneficiaries, was insurance policy that it was handled outside the estate. I just did the paperwork and they received one-third each of the policy.
Q Was the estate probated?
A No.
Q Has it been wound up?

A Well, nothing was ever probated. The only thing we had was a contingent asset, as far as I am concerned, which was this case. No way to put a number on it in any way, shape or form.
Q Have your duties as an executor of plaintiff Goodman's estate ceased?
A For practical purposes, the answer is yes. Should anything happen here, the answer is no. I guess I would still be the executor.
Q When you say, if anything should happen here, you mean if --
A If there's an award. If all of a sudden an asset comes into his estate. The answer is I would be the executor to handle that asset, yes.
Q Are you familiar with the various entities that Mr. Goodman had?
A Yes.
Q We learned earlier today that Don Goodman Enterprises was a management company. Is that how you would describe it?
A Yes. Exactly.
Q Did Mr. Goodman have a holding company for his various business entities?
A No. Each was handled separately.
Q So in addition to Energel, what entities